**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern _____ District of Kentucky _____
(State)

Case number (If known): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual    12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☐ Chapter 7
   ☑ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**

   GenCanna Global USA, Inc.

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

   GenCanna, GenCanna Global USA Incorporated

4. **Debtor's federal Employer Identification Number (EIN)**

   ☑ Unknown

   __ __ - __ __ __ __ __ __ __
   EIN

5. **Debtor's address**

   **Principal place of business**

   321 Venable Rd, Ste 2
   Number    Street

   _____

   Winchester _____ KY   40391
   City                      State  ZIP Code

   Clark
   County

   **Mailing address, if different**

   _____
   Number    Street

   _____
   P.O. Box

   _____ _____ _____
   City            State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____

   _____ _____ _____
   City            State  ZIP Code

Official Form 205                Involuntary Petition Against a Non-Individual                page 1

Debtor __GenCanna Global USA, Inc.__  Case number (*if known*)_____
             *Name*

| | | |
|---|---|---|
| 6. | **Debtor's website** (URL) | gencanna.com |

| | | |
|---|---|---|
| 7. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other type of debtor. Specify: _____ |

| | | |
|---|---|---|
| 8. | **Type of debtor's business** | *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☑ None of the types of business listed. |
| | | ☐ Unknown type of business. |

| | | |
|---|---|---|
| 9. | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ☑ No |
| | | ☐ Yes. Debtor _____ Relationship _____ |
| | | District _____ Date filed _____ Case number, if known _____ |
| | | MM / DD / YYYY |
| | | Debtor _____ Relationship _____ |
| | | District _____ Date filed _____ Case number, if known _____ |
| | | MM / DD / YYYY |

### Part 3: Report About the Case

| | | |
|---|---|---|
| 10. | **Venue** | *Check one:* |
| | | ☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| 11. | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). |
| | | The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). |
| | | *At least one box must be checked*: |
| | | ☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. |
| | | ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| | | |
|---|---|---|
| 12. | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ☑ No |
| | | ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Debtor   GenCanna Global USA, Inc.                                  Case number (*if known*)_____
         Name

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Pinnacle, Inc. | undersecured | $ >$16,750 |
| Crawford Sales, Inc. | undersecured | $ >$16,750 |
| Integrity / Architecture, PLLC | undersecured/partially waived | $ >$16,750 |
| | Total of petitioners' claims | $ >$50,250 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

Pinnacle, Inc.
Name

P.O. Box 352
Number    Street

Benton            KY        42025
City              State     ZIP Code

Name and mailing address of petitioner's representative, if any

Dennis W. Smith
Name

P.O. Box 352
Number    Street

Benton            KY        42025
City              State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/24/2020
             MM / DD / YYYY

✖ /s/ Dennis W. Smith, President
Signature of petitioner or representative, including representative's title

**Attorneys**

Laura Day DelCotto
Printed name

DelCotto Law Group PLLC
Firm name, if any

200 North Upper Street
Number    Street

Lexington         KY        40507
City              State     ZIP Code

Contact phone  859-231-5800    Email ldelcotto@dlgfirm.com

Bar number   81763

State        Kentucky

✖ /s/ Laura Day DelCotto
Signature of attorney

Date signed   01/24/2020
              MM / DD / YYYY

Debtor    GenCanna Global USA, Inc.                                        Case number (if known)_____
         Name

### Name and mailing address of petitioner

Crawford Sales, Inc.
Name

c/o One Main Street, Suite 201
Number    Street

Evansville            IN         47708
City                  State      ZIP Code

### Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number    Street

_____
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   01/24/2020
              MM / DD / YYYY

**X** /s/ Gerald C. Gustafson, President
Signature of petitioner or representative, including representative's title

Laura Day DelCotto
Printed name

DelCotto Law Group PLLC
Firm name, if any

200 North Upper Street
Number    Street

Lexington            KY         40507
City                 State      ZIP Code

Contact phone  859-231-5800    Email  ldelcotto@dlgfirm.com

Bar number   81763

State        Kentucky

**X** /s/ Laura Day DelCotto
Signature of attorney

Date signed   01/24/2020
              MM / DD / YYYY

---

### Name and mailing address of petitioner

Integrity / Architecture, PLLC
Name

2414 Palumbo Drive, Suite 125
Number    Street

Lexington            KY         40509
City                 State      ZIP Code

### Name and mailing address of petitioner's representative, if any

Aaron Bivens
Name

2414 Palumbo Drive, Suite 125
Number    Street

Lexington            KY         40509
City                 State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   01/24/2020
              MM / DD / YYYY

**X** /s/ Aaron Bivens, AIA, Principal Architect
Signature of petitioner or representative, including representative's title

Laura Day DelCotto
Printed name

DelCotto Law Group PLLC
Firm name, if any

200 North Upper Street
Number    Street

Lexington            KY         40507
City                 State      ZIP Code

Contact phone  859-231-5800    Email  ldelcotto@dlgfirm.com

Bar number   81763

State        Kentucky

**X** /s/ Laura Day DelCotto
Signature of attorney

Date signed   01/24/2020
              MM / DD / YYYY