UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| IN RE: | |
| GENCANNA GLOBAL USA, INC., | CHAPTER 11 (INVOLUNTARY) |
| DEBTOR | CASE NO. 20-50133-GRS |

### NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that pursuant to 11 U.S.C. § 1109(b), and Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010(b) and KYEB LBR 9010-1 (the "Bankruptcy Rules"), Kevin G. Henry of the law firm of Sturgill, Turner, Barker & Moloney, PLLC, as counsel for THERMAL EQUIPMENT SALES, INC., hereby enters his appearance in the above-captioned matter, and request that all notices given or required to be given, and all papers and pleadings filed or served or required to be served in this case, be given and served upon him at:

> Kevin G. Henry (Ky. Bar No. 31255)
> 333 West Vine Street, Suite 1500
> Lexington, KY 40507
> Telephone: 859.255.8581
> Facsimile: 859.231.0851
> Email: khenry@sturgillturner.com

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C.§ 1109(b), the above request for notice includes those notices and papers referred to in the above-cited Federal and Local Bankruptcy Rules, and, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by U.S. mail, courier, telephone, telegraph, facsimile, or otherwise filed or made in or regarding the above-captioned proceeding, that either: (i) affects or seeks to affect in any manner the rights or interests of any creditor or party-in-interest herein with respect to the debtor, property

of the debtor's estate or proceeds thereof in which the debtor may claim an interest, or property or proceeds thereof in the possession, custody, or control of other(s) the debtor may seek to use; or (ii) requires or seeks to require any delivery of property or payment, or other action of THERMAL EQUIPMENT SALES, INC.

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Rule 3017, the foregoing request for notice and service includes of any disclosure statement and/or plan or reorganization which may be filed in this case.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended nor shall be deemed to waive THERMAL EQUIPMENT SALES, INC. right to: (i) have final orders in non-core matters entered only after de novo review by a higher court; (ii) trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) have the United States District Court withdraw the reference of any matter subject to mandatory or discretionary withdrawal; or (iv) assert or enforce any other rights, claims, actions, defenses, setoffs, or recoupments which THERMAL EQUIPMENT SALES, INC. has a right to assert under any agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

        Respectfully submitted,

        STURGILL, TURNER, BARKER
        & MOLONEY, PLLC

        */s/ Kevin G. Henry*
        Kevin G. Henry (Ky. Bar No. 31255)
        khenry@sturgillturner.com
        333 West Vine Street, Suite 1500
        Lexington, KY  40507
        Telephone:  859.255.8581
        *Counsel for Thermal Sales Equipment, Inc.*