**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY**

| | |
|---|---|
| In re: | ) Chapter 11 |
| GenCanna Global USA, Inc.,[1] | ) Case No. 20-50133-grs |
| Debtor. | ) (Joint Administration Requested) |
| | ) Honorable Gregory R. Schaaf |

**ORDER DESIGNATING INDIVIDUAL
RESPONSIBLE TO PERFORM DUTIES OF THE DEBTORS**

This Court has reviewed the Corporate Resolutions filed in the above-captioned cases and hereby appoints James Alt as the individual responsible for performing the duties of GenCanna Global USA, Inc. as a debtor in bankruptcy, pursuant to Fed. R. Bankr. P. 4002 and 9001(5)(A) and Local Rule of the Eastern District of Kentucky 1002-2(b).

Tendered by:

*/s/ James R. Irving*
James R. Irving
DENTONS BINGHAM GREENEBAUM LLP
3500 PNC Tower
101 South Fifth Street
Louisville, Kentucky 40202
Telephone: (502) 587-3606
Facsimile:  (502) 587-3695
Email:  james.irving@dentons.com

*Proposed Counsel to the Debtors*

---

[1] The debtors and debtors in possession in these Chapter 11 Cases, along with the last four digits of their respective Employer Identification Numbers, are as follows:  GenCanna Global USA, Inc. (0251); GenCanna Global, Inc., (N/A); and Hemp Kentucky LLC (2600). The debtors' mailing address is 321 Venable Road, Suite 2, Winchester, KY 40391.

20822780.1