**Fill in this information to identify the case:**

Debtor name    **GenCanna Global USA, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF KENTUCKY

Case number (if known)    20-50133-grs

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   2/5/2020     X _____
            Signature of individual signing on behalf of debtor

            **James Alt**
            Printed name

            **Chief Transformation Officer**
            Position or relationship to debtor

Official Form 202        Declaration Under Penalty of Perjury for Non-Individual Debtors

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | GenCanna Global USA, Inc. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF KENTUCKY |
| Case number (if known): | 20-50133-grs |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Brad Wiggins 417 State Route 83 Mayfield, KY 42066 | | | | | | $704,000.00 |
| Brent Shultz | | | | | | $764,500.00 |
| Danny Miller 6851 Leeann Lane Lexington, KY 40515 | | | | | | $700,000.00 |
| David J Cherry 14605 St Rt 303 Fulton, KY 42041 | | | | | | $574,000.00 |
| Dennis Bragg 1180 Grimwood Road Toney, AL 35773 | | | | | | $1,947,500.00 |
| Hemp Kentucky Growers LLC 2101 Capstone Drive, Suite 110 Lexington, KY 40391 | | | | | | $4,083,859.00 |
| Industrial Authority of Mayfield-Graves 201 E College Mayfield, KY 42066-2728 | | | Unliquidated Disputed | | | $3,552,195.60 |
| Jerry Holloway | | | | | | $636,500.00 |
| Johnathan Day 773 Halcomb Lane Paint Lick, KY 40461 | | | | | | $682,500.00 |
| Justin Clark 5470 Old US Highway 45 South Paducah, KY 42003 | | | | | | $989,945.00 |
| Lake Breeze Farms LLC PO Box 123 Cato, NY 13033 | | | Unliquidated | | | $804,608.77 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **GenCanna Global USA, Inc.**                                        Case number *(if known)*   20-50133-grs
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Louisville Dryer Company<br>12711 Townepark Way<br>Louisville, KY 40243 | | | | | | $1,491,098.00 |
| Philip Wells<br>4610 Hamilton Lane<br>Lexington, KY 40511 | | | | | | $1,338,506.34 |
| Phytonyx LLC<br>240 East Hersey Street<br>Suite 1<br>Ashland, OR 97520 | | | | | | $3,250,000.00 |
| Pillsbury Winthrop Shaw Pittman LLP<br>PO Box 30769<br>New York, NY 10087-0769 | | | Unliquidated | | | $2,345,396.02 |
| Pinnacle, Inc.<br>PO Box 352<br>Benton, KY 42025 | | | Unliquidated<br>Disputed | | | $14,253,463.25 |
| Robert Toon<br>9620 State Route 408<br>Fancy Farm, KY 42039 | | | | | | $753,375.00 |
| Ron Conyea<br>3030 State Route 1241<br>Hickory, KY 42051 | | | | | | $969,375.00 |
| Thompson Construction<br>800 Ky Hwy 801 North<br>Morehead, KY 40351 | | | Unliquidated | | | $1,499,024.88 |
| Wallace Electrical Systems, LLC<br>2853 Ken Gray Boulevard<br>West Frankfort, IL 62896 | | | | | | $796,342.36 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                       Best Case Bankruptcy