# UNITED STATES BANKRUPTCY COURT
**Eastern District of Kentucky**
**Lexington Division**

Mailing Address: P.O. Box 1111, Lexington, KY 40588−1111

In re  GenCanna Global USA, Inc.

   321 Venable Rd, Ste 2
   Winchester, KY 40391

aka/dba: GenCanna
GenCanna Global USA Incorporated
SSN/TID:

Case No. 20−50133−grs

Chapter: 11

Debtor(s)

## ORDER TO FILE/AMEND

    A petition was filed in the above−referenced case on 1/24/20. Pursuant to United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local Bankruptcy Rules for the Eastern District of Kentucky, please be advised that the following identified documents must be filed with the court within 14 days of the petition date.

    Failure to comply with this order may result in the dismissal of this case, or the withholding of the discharge of the Debtor(s) without further notice or hearing. This does not limit any party in interest from seeking contempt sanctions, dismissal of the case, or any other remedy for failure to comply with this Order.

Missing document(s) or a portion thereof:

Schedules A,B, D−H, Declaration Under Penalty of Perjury for Non−Individuals Debtors, Summary of Assets and Liabilities for Non−Individuals, Statement of Financial Affairs for Non−Individuals Filing for Bankruptcy, Disclosure of Compensation of Attorney for Debtor

DATED: 2/7/20



By the court −

/s/Gregory R. Schaaf
Gregory R. Schaaf
U.S. Bankruptcy Judge