UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| IN RE: | Chapter 11 |
| GenCanna Global USA, Inc., et al.[1] | Case No. 20-50133 |
| Debtors in Possession | Jointly Administered |

**Appointment of Official Committee of Unsecured Creditors**

Paul A. Randolph, Acting United States Trustee, pursuant to 11 U.S.C. § 1102(a)(1), appoints the following creditors to serve on the Official Committee of Unsecured Creditors:

Pinnacle, Inc. (Interim Chairperson)
c/o Dennis W. Smith
P. O. Box 352
Benton, KY 42025-0352
(270) 527-1720 Office
dennis@pinnacleinc.net

George Christian Petty
900 Lovelaceville Florence Station Road W
Paducah, KY 42001
cpetty@me.com

Thompson Construction
c/o Timothy "Hobie" Thompson
800 Old KY Hwy 801 North
Morehead, KY 40351
(606) 356-1912
hobiethompson@gmail.com

---

[1] The Debtors in these chapter 11 bankruptcy cases are (with the last four digits of their federal tax identification numbers in parentheses): GenCanna Global, Inc. (0251); and Hemp Kentucky, LLC (2600).

Bragg Farming Company
Dba Bragg Farms
c/o Dennis Bragg
1180 Grimwood Rd.
Toney, AL 35773
(256) 828-3612
braggfarms@gmail.com

Furnwood Farms, LLC
c/o Kendall Henson
600 Ruddles Fort Rd.
Cynthiana, KY 41031
(859) 588-1084
kendall.furnish@yahoo.com

Justin D. Clark
5470 Old US Highway 45 S
Paducah, KY 42003
(270) 210-9485
justin@ccagsol.com

Dean Dorton
c/o Elizabeth Z. Woodward, Dean Dorton
250 W. Main St., Suite 1400
Lexington, KY 40507
(859) 425-7677
ewoodward@deandorton.com

The United States Trustee reserves the right to modify the composition of this

Committee if circumstances warrant.

Dated: February 18, 2020         **Paul A. Randolph**
                                 Acting United States Trustee

                                 By:/s/*Bradley M. Nerderman*
                                     John L. Daugherty
                                     Assistant U.S. Trustee
                                     Bradley M. Nerderman
                                     Rachelle C. Dodson
                                     Trial Attorneys
                                     Office of the U.S. Trustee
                                     100 E. Vine St., Suite 500
                                     Lexington, KY 40507
                                     (859) 233-2822

## Certificate of Service

I certify that on February 18, 2020, I served a copy of the foregoing (i) via email upon the above Committee members, and ii) via first class mail, postage prepaid, to all parties listed on the mailing matrices, (ii) via ECF noticing upon all parties registered to receive notice electronically.

*/s/ Bradley M. Nerderman*
Bradley M. Nerderman