# **EXHIBIT B**

**(Disclosure of Compensation)**

20822652.3

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| GenCanna Global USA, Inc. *et al.*,[1] | ) | Case No. 20-50133-grs |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | Honorable Gregory R. Schaaf |

**DISCLOSURE OF COMPENSATION OF DENTONS BINGHAM GREENEBAUM LLP**

Pursuant to sections 327(a) and 329(a) of title 11 of the United States Code (the "Bankruptcy Code"), rules 2014(a), 2016(b) and 6003 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 2014-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Kentucky (the "Local Rules"), James R. Irving certifies as follows:

1.      I am a partner with the law firm Dentons Bingham Greenebaum LLP ("DBG"), Office Managing Partner of DBG's Louisville, KY office, and the co-leader of Dentons' national Restructuring, Insolvency, and Bankruptcy Practice Group.  I am duly authorized to make this Disclosure of Compensation on behalf of DBG in connection with the *Application of the Debtors and Debtors In Possession Pursuant to 11 U.S.C. §§ 327(a) and 329(a), Bankruptcy Rules 2014(a), 2016(b) and 6003, and Local Rule 2014-1 for Entry of an Order Authorizing the Debtors to Retain and Employ Dentons Bingham Greenebaum LLP as Counsel, Nunc Pro Tunc,*

---

[1]      The debtors and debtors in possession in these Chapter 11 Cases, along with the last four digits of their respective Employer Identification Numbers, are as follows:  GenCanna Global USA, Inc. (0251); GenCanna Global, Inc., (N/A); and Hemp Kentucky LLC (2600). The debtors' mailing address is 321 Venable Road, Suite 2, Winchester, KY 40391.

2

20822652.3

*as of the Petition Date* (the "Application").[2] The facts set forth in this Disclosure are personally known to me and, if called as a witness, I could and would testify thereto.

2. DBG was retained as restructuring counsel by certain of the Debtors at the end of January 2020. DBG did not represent the Debtors prior to that date and is not currently a creditor of the Debtors.

3. Before the Debtors retained DBG as restructuring counsel, the Debtors provided DBG with a retainer in the amount of $50,000.00. Subsequent to receiving the retainer DBG performed extensive work for the Debtors to prepare the First Day Motions and otherwise prepare for the Chapter 11 Cases. On February 5, 2020, DBG fully applied the retainer for such work and wrote off any excess fees and costs. As a result, as of the filing of the voluntary petitions and consent to the involuntary DBG was no longer holding a retainer.

4. The Debtors have advised me that the retainer funding was paid by the Debtors and the source of such funds was the Debtors' cash.

5. DBG has not received any payment or compensation from the Debtors aside from the retainer with regard to the Chapter 11 Cases. As explained above, prior to the Petition Date, DBG applied the retainer to satisfy the fees and expenses it incurred representing the Debtors before the Petition Date. As of the Petition Date, the retainer is exhausted.

6. As more fully discussed in the Irving Declaration attached to the Application, DBG has been and will continue providing legal services to the Debtors.

7. To the best of my knowledge and belief, insofar as I have been able to ascertain after reasonable inquiry, neither I nor DBG, nor any partner, counsel or associate thereof, has received or been promised any compensation for legal services rendered or to be rendered in any

---

[2] Capitalized terms used herein and not otherwise defined shall have the meanings given to them in the Application.

20822652.3

capacity in connection with the Debtors' Chapter 11 Cases, other than as permitted by the Bankruptcy Code.

8.    DBG has not agreed to share compensation received in connection with the Chapter 11 Cases with any other person, except as permitted by section 504(b) of the Bankruptcy Code and Bankruptcy Rule 2016(b) in respect of the sharing and compensation among DBG's partners.

[*signature page to follow*]

12. I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 18, 2020

_____
James R. Irving