# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| GenCanna Global USA, Inc., *et al.*,[1] | ) Case No. 20-50133-grs |
| Debtors. | ) (Jointly Administered) |
|  | ) Honorable Gregory R. Schaaf |

## NOTICE OF SECOND INTERIM HEARING AND ADJOURNMENT OF FINAL HEARING IN RESPECT OF PROPOSED POSTPETITION FINANCING AND USE OF CASH COLLATERAL

**PLEASE TAKE NOTICE** that on February 6, 2020, the United States Bankruptcy Court for the Eastern District of Kentucky (the "Bankruptcy Court") entered an *Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, and 507 (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Postpetition Financing; (II) Granting (A) Liens and Superpriority Administrative Expense Claims and (B) Adequate Protection to Prepetition Lenders; (III) Authorizing Use of Cash Collateral; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief* [Docket No. 82] (the "Interim Financing Order").

**PEASE TAKE FURTHER NOTICE** that a final hearing in respect of the relief granted in the Interim Financing Order was scheduled for February 25, 2020, at 9:00 a.m. prevailing Eastern Time (the "February 25 Hearing") before the Bankruptcy Court, Second Floor Courtroom, 100 East Vine Street, Lexington, Kentucky 40507.

**PLEASE TAKE FURTHER NOTICE** that the February 25 Hearing shall be a further **interim** hearing in respect of the Interim Financing Order. The Debtors anticipate filing a proposed amendment to the Interim Financing Order to increase the amount of the Initial DIP Loan and make corresponding changes, and will file the same as soon as practicable in advance of the February 25 Hearing.

**PLEASE TAKE FURTHER NOTICE** that a final hearing in respect of the relief granted in the Interim Financing Order shall take place on March 4, 2020 at 9:00 am prevailing Eastern Time before the Bankruptcy Court, Second Floor Courtroom, 100 East Vine Street, Lexington, Kentucky 40507.

---

[1] The Debtors in these chapter 11 bankruptcy cases are (with the last four digits of their federal tax identification numbers in parentheses): GenCanna Global USA, Inc. (0251); GenCanna Global, Inc. (N/A); and Hemp Kentucky, LLC (2600).

20857154.1
13071257 v2

**PLEASE TAKE FURTHER NOTICE** that the objection deadline established in the Interim Financing Order shall be extended to February 28, 2020.

**PLEASE TAKE FURTHER NOTICE** that the Debtors shall seek relief on a final basis with respect to all other first day motions of the Debtors which are currently scheduled to be heard at the February 25 Hearing, pursuant to the *Interim Order Authorizing (I) Debtors to Pay Certain Prepetition Claims of Shippers and Freight Carriers, and (II) Financial Institutions to Honor and Process Related Checks and Transfers* [Docket No. 98]; the *Interim Order Authorizing the Debtors to (I) Continue Insurance Coverage Entered into Prepetition and Satisfy Prepetition Obligations Related Thereto; (II) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies; (III) Honor the Terms of the Premium Financing Agreements and Pay Premiums Thereunder; and (IV) Enter into New Premium Financing Agreements in the Ordinary Course of Business* [Docket No. 118]; and the *Interim Order Authorizing (I) Debtors to Pay Certain Prepetition Critical Vendor Claims and (II) Financial Institutions to Honor and Process Related Checks and Transfers* [Docket No. 119].

Dated: February 20, 2020

Respectfully submitted,

*/s/ James R. Irving*
James R. Irving
April A. Wimberg
Christopher B. Madden
DENTONS BINGHAM GREENEBAUM LLP
3500 PNC Tower
101 South Fifth Street
Louisville, Kentucky 40202
Telephone:    (502) 587-3606
Facsimile:    (502) 540-2215
E-mail:    james.irving@dentons.com
april.wimberg@dentons.com
chris.madden@dentons.com

*Proposed Counsel for the Debtors*

Michael J. Barrie (pro hac vice pending)
Jennifer R. Hoover (pro hac vice pending)
BENESCH, FRIEDLANDER, COPLAN, & ARONOFF LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
Telephone:    (302) 442-7010 Phone
E-mail:    mbarrie@beneschlaw.com
jhoover@beneschlaw.com

-and-

Elliot M. Smith (pro hac vice pending)
BENESCH, FRIEDLANDER, COPLAN, & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, OH 44114
Telephone:    (216) 363-4500
E-mail:    esmith@beneschlaw.com

*Proposed Counsel for the Debtors*

13071257 v2