## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
## LEXINGTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GenCanna Global USA, Inc., *et al.*,[1] | ) | Case No. 20-50133-grs |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Honorable Gregory R. Schaaf |
| | ) | |

## GLOBAL NOTES AND
## STATEMENT OF LIMITATIONS, METHODOLOGY,
## AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES
## OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

GenCanna Global USA, Inc. and its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases, (each a "Debtor" and, collectively, the "Debtors") have filed their respective *Schedules of Assets and Liabilities* (the "Schedules") and *Statements of Financial Affairs* (the "Statements") in the United States Bankruptcy Court for the Eastern District of Kentucky (the "Bankruptcy Court"). The Debtors prepared the Schedules and Statements in accordance with section 521 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of such preparation. Although the Debtors have made every commercially reasonable effort to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in material changes to the Schedules and Statements.

The Debtors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law.

<u>Global Notes and Overview of Methodology</u>

1.   **Description of Cases.** On January 24, 2020 (the "Involuntary Petition Date"), certain creditors filed an involuntary chapter 11 petition for relief under the Bankruptcy Code against Debtor GenCanna Global USA, Inc. ("GenCanna"). GenCanna answered the involuntary petition and consented to the entry of an order for relief on February 6,

---

[1] The Debtors in these chapter 11 bankruptcy cases are (with the last four digits of their federal tax identification numbers in parentheses): GenCanna Global USA, Inc. (0251); GenCanna Global, Inc. (N/A); and Hemp Kentucky, LLC (0816).

2020.  The Bankruptcy Court signed an order for relief that same day (the "Relief Date"), and a copy of that order was entered on the case docket on February 7, 2020 [Docket No. 94].

 On February 5, 2020 (the "<u>Voluntary Petition Date</u>"), Debtors Hemp Kentucky LLC ("<u>Hemp Kentucky</u>") and GenCanna Global, Inc. ("<u>GenCanna Parent</u>") each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  These voluntary cases and GenCanna's involuntary case are being jointly administered for procedural purposes under Case No. 20-50133-grs [Docket No. 89].

The Debtors are operating their businesses and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.    **<u>Global Notes Control</u>**. These Global Notes pertain to and comprise an integral part of each of the Schedules and Statements and should be referenced in connection with any review thereof.

3.    **<u>Reservations and Limitations</u>**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend and supplement the Schedules and Statements as may be necessary or appropriate, including, but not limited to, with  respect to claim description and designation. Nothing contained in the Schedules and Statements constitutes a waiver of any of the Debtors' rights or an admission of any kind with respect to these chapter 11 cases, including, but not limited  to, any rights or claims of the Debtors against any third party or issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers.

    a.    **No Admission**. Nothing contained in the Schedules and Statements is intended or should be construed as an admission or stipulation of the validity of any claim against the Debtors, any assertion made therein or herein, or a waiver of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

        In some instances, the Debtors have disclosed information in the Schedules and Statements simply out of an abundance of caution for purposes of disclosure. For example, in compiling the listing of executory contracts and unexpired leases for inclusion on Schedule G, the Debtors sought to be over-inclusive, rather than under-inclusive.  By listing a particular contract or lease on Schedule G, the Debtors make no admission that such contract or lease meets the requirements of being an executory contract or a true unexpired lease for purposes of these cases and reserve all rights in that regard.

b. **Classifications**. Classification of claims as "secured," "priority" or "unsecured," or a contract as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty, or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract.

c. **Claims Description**. The Debtors reserve all rights to dispute, or assert offsets or defenses to, any claim reflected on their respective Schedules and Statements on any grounds, including, without limitation, as to liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent," or "unliquidated" or object to the extent, validity, enforceability, priority, or avoidability of any claim.

d. **Intellectual Property Rights**. Exclusion of certain intellectual property, if any, should not be construed to be an admission that such intellectual property rights have been abandoned, terminated, expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

e. **Insiders**. In the circumstance where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to the individuals who the Debtors believe are included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods. Such individuals may no longer serve in such capacities.

4. **Contingent Assets.** The Debtors reserve all of their rights with respect to any claims and causes of action, whether arising under the Bankruptcy Code or otherwise, that they may have or will have and nothing contained in these Global Notes or the Schedules and Statements shall be deemed a waiver of any such claims, avoidance actions or causes of action or in any way prejudice or impair the assertion of such claim.

a. **Confidential Information**. There may be instances in the Schedules and Statements where it was necessary and appropriate to redact from the public record information such as names, addresses, or amounts because of agreements between the Debtors and certain third parties, concerns of confidentiality and protection of sensitive commercial information (*e.g.*, names of customers), or concerns for the privacy of an individual (*e.g.*, employees).

Certain Debtor agreements are confidential in nature even as to their very existence between the respective contract counterparties. Due to the confidential nature of these agreements and in order to best protect the Debtors' business interests, the Debtors have not listed these agreements on Schedule G.

b. **Duplication**. Certain of the Debtors' assets, liabilities, and prepetition payments

may properly be disclosed in response to multiple parts of the Statements and Schedules.

c.      **Net Book Value**. In certain instances, current market valuations for individual items of property and other assets are not readily available. Accordingly, unless otherwise indicated, the Schedules and Statements reflect net book values as of the Relief Date for GenCanna assets and as of the Voluntary Petition Date for Kentucky Hemp and GenCanna Parent. If no meaningful difference exists in the Debtors' best judgment between values as of the Voluntary Petition Date and values as of the Relief Date, then for efficiency purposes, the Relief Date is used for all Debtors in terms of asset values.

d.      **Paid Claims**. The Debtors have authority to pay certain outstanding prepetition claims pursuant to orders entered by the Bankruptcy Court, including certain tax obligations, employee wages and benefits, certain shipper claims, and certain critical vendor claims. As such, certain prepetition claims disclosed in the Schedules and Statements may have been paid, in whole or in part, during the bankruptcy cases pursuant to the authority granted in such orders ("Paid Claims"). The Debtors have made an effort to omit certain Paid Claims from the Schedules and Statements on account of having been paid in full and are no longer outstanding liabilities. However, not every Paid Claim was omitted, and certain prepetition claims may be paid at later dates pursuant to the authority granted in such orders. The Debtors reserve all rights to modify, amend, or otherwise supplement the Schedules and Statements accordingly, and to assert any objections to any and all Paid Claims as may be appropriate. To the extent that a Paid Claim is reflected in the Schedules and Statements, such creditor is not entitled to any additional recovery and the disclosures in the Schedules and Statements pertaining to such claims are for informational purposes only Nothing contained herein should be deemed to alter the rights of any party in interest to contest a payment made pursuant to an order of the Bankruptcy Court where such order preserves the right to contest.

e.      **Setoffs**. The Debtors routinely incur setoffs and net payments in the ordinary course of business. Setoffs in the ordinary course can result from various items including derivative transactions in connection with market risk management activities and counterparty settlements. These normal setoffs are voluminous, making it unduly burdensome and costly for the Debtors to list all normal setoffs. Therefore, although such setoffs and other similar rights have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, have been excluded from the Schedules and Statements. The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted.

**5.**    Specific Statement and Schedule Disclosures.

a.      **Preference Look-back Periods**. The 90-day general preference period, and the

20880925.1

one-year insider preference period, were calculated based on the relevant petition date, rather than from the Order for Relief Date.

Payments made between the Involuntary Petition Date and the Order for Relief Date ("Gap Period") have not been disclosed in the lookback disclosures because such payments were made postpetition. However, information regarding such payments is available upon request.

b.     **Gap Claims**. Outstanding liabilities of GenCanna that were incurred between the Involuntary Petition Date and the Order for Relief Date are treated as prepetition claims. However, such claims may be entitled to certain priority under section 507 of the Bankruptcy Code and accordingly are listed in the Schedules as priority claims out of an abundance of caution. All rights are reserved in that regard.

c.     **Agriculture Assets.** The Debtors holds certain agricultural assets in the form of raw hemp inventory products ("Biomass"). For the purpose of the Statement and Schedules, the Debtors consider all raw materials recorded on the Debtors books and records as agricultural assets and disclosed in Schedule Part 6. For purposes of the disclosures made in the Schedules and Statements, once inventory has moved into the processing ("Work in Process") stage, the Debtors deem such inventory products to be non-agricultural assets and disclosed in Schedule Part 5. In making such distinction, the Debtors make no admission as to any substantive rights regarding the Biomass or the Work in Process. The distinction is made only for purposes of disclosing information responsive to the various questions posed in the Schedules and Statements.

d.     **Statement Part 2, Question 4 – Payments or Transfers to Insiders.** Insiders also received salary payments in the ordinary course of business through the Debtors' third-party payment processor. The Debtors are in the process of compiling the details of such payments in coordination with the third-party payment processor."

e.     **Statement Part 13, Question 28 – Controlling Shareholders.** The Debtors' secured lender, MGG Investment Group, LP, holds warrants which are exercisable to acquire no more than approximately 12.5% of stock on a fully diluted basis. However, MGG Investment Group, LP has not exercised such warrants and does not presently own any equity interests in any of the Debtors.

f.     **Statement Part 4 – Gifts and Charitable Contributions.** Virtually all of the amounts disclosed can be described as business marketing expenses, where the Debtors made a sponsorship at relevant events in order to market their business and increase sales or to achieve some other business purpose. They are disclosed here as gifts and charitable contributions out of an abundance of caution for

5

purposes of disclosure.  The amounts disclosed are based on the Debtors books and records within 2 years prior to the date of the Involuntary Petition Filing, January 24, 2020.  Certain gifts or charitable contributions have also been paid through employee expense reimbursements

g.    **Statement Part 5 – Certain Losses.**  Amounts listed were for events that were reported or tracked for insurance related claim purposes.

h.    **Schedules Part 7, Question 40 – Office Fixtures.**  Hemp Kentucky LLC Leasehold Improvements were recorded on the Debtors books based on historical accounting records, but may not exist due to the lack of any real property owned or leased by the Debtor.  However, the Debtor listed Leasehold Improvement amounts based on accounting records out of an abundance of caution.

20880925.1

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | GenCanna Global USA, Inc. |
| United States Bankruptcy Court for the: | Eastern District of Kentucky |
| Case number (if known) | 20-50133 |

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:**  **Summary of Assets**

---

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

    | |
    |---|
    | $3,189,138.00 |

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

    | |
    |---|
    | $206,214,129.25 |

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

    | |
    |---|
    | $209,403,267.25 |

---

**Part 2:**  **Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .

   | |
   |---|
   | $108,069,425.33 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 6a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . .

    | |
    |---|
    | $854,804.47 |

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 6b of Schedule E/F . . . . . . . . . . . . .

    | | |
    |---|---|
    | **+** | $79,930,791.18 |

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   Lines 2 + 3a + 3b

   | |
   |---|
   | $188,855,020.98 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | GenCanna Global USA, Inc. |
| United States Bankruptcy Court for the: | Eastern District of Kentucky |
| Case number (if known) | 20-50133 |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    CASH AND CASH EQUIVALENTS

**1.    DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**2.    CASH ON HAND**

NONE

**3.    CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS**
*(IDENTIFY ALL)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | BANK OF THE BLUEGRASS | CHECKING | 6792 | $4,610.23 |
| 3.2. | BANK OF THE BLUEGRASS - INVESTMENT | INVESTMENT | 2377 | $1,127.57 |
| 3.3. | CFSB - CHECKING | CHECKING | 4526 | $626.64 |
| 3.4. | CFSB - SAVINGS | SAVINGS | 8663 | $1,005,609.35 |
| 3.5. | KENTUCKY BANK | CHECKING | 5766 AND 0145 | $450,006.35 |
| 3.6. | KENTUCKY BANK - 46&2 | CHECKING | 7956 | $2,475.07 |
| 3.7. | KENTUCKY BANK - INVESTMENT | INVESTMENT | 8507 | $950.00 |

**4.    OTHER CASH EQUIVALENTS**

NONE

**5    Total of Part 1.**
ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80.

$1,465,405.21

## Part 2:    DEPOSITS AND PREPAYMENTS

**6.    DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

Current value of debtor's interest

Debtor   Case 20-50133-grs   Doc 246   Filed 03/01/20   Entered 03/01/20 23:03:15   Desc Main
   GenCanna Global USA, Inc.   Document   Page 9 of 216   Case number (if known) 20-50133
(Name)

| | Current value of debtor's interest |
|---|---|

**7.** **DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS**

DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT

| | | |
|---|---|---|
| 7.1. | CORPORATE HOUSING - BLUEGRASS SOTHEBYS INTERNATIONAL REALTY | $1,795.00 |
| 7.2. | CORPORATE HOUSING - CHRISTA MOREAU | $300.00 |
| 7.3. | CORPORATE HOUSING - LUXE PROPERTIES LLC | $2,550.00 |
| 7.4. | LEASE - EASLEY & FOUST PROPERTIES, LLC | $5,200.00 |
| 7.5. | LEASE - GULLETT FAMILY PROPERTIES | $725.00 |
| 7.6. | LEASE - HARRY W. FARMER JR. | $2,500.00 |
| 7.7. | LEASE - REGUS MANAGEMENT GROUP LLC | $3,678.00 |
| 7.8. | UTILITIES - ATMOS ENERGY | $1,318.00 |
| 7.9. | UTILITIES - COLUMBIA GAS OF KENTUCKY | $235,267.00 |
| 7.10. | UTILITIES - MAYFIELD EWS | $6,083.92 |
| 7.11. | UTILITIES - PADUCAH POWER | $6,150.00 |
| 7.12. | UTILITIES - PADUCAH WATER | $30.00 |
| 7.13. | UTILITIES - WEST KENTUCKY RURAL ELECTRIC | $6,550.00 |

**8.** **PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT**

DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT

| | | |
|---|---|---|
| 8.1. | CONTRACT DEPOSIT - SKYLINE EXHIBITS | $50,000.00 |
| 8.2. | EQUIPMENT DEPOSIT - AMHEMP | $700,000.00 |
| 8.3. | EQUIPMENT DEPOSIT - AVTECH CAPITAL LLC | $152,187.92 |
| 8.4. | EQUIPMENT DEPOSIT - CAREDDI TECHNOLOGY CO LTD | $774,000.00 |
| 8.5. | EQUIPMENT DEPOSIT - COWHERD EQUIPMENT | $20,000.00 |
| 8.6. | EQUIPMENT DEPOSIT - HANCO PACKAGING | $41,608.50 |
| 8.7. | EQUIPMENT DEPOSIT - JENCO | $180,000.00 |
| 8.8. | EQUIPMENT DEPOSIT - JENCO INDUSTRIAL SALES & SERVICES LLC | $2,092,666.66 |
| 8.9. | EQUIPMENT DEPOSIT - LAIDIG SYSTEMS | $3,750,000.00 |
| 8.10. | EQUIPMENT DEPOSIT - LECORP | $373,352.70 |
| 8.11. | EQUIPMENT DEPOSIT - LOUISVILLE DRYER | $1,790,023.30 |
| 8.12. | EQUIPMENT DEPOSIT - QC MATERIAL HANDLING EQUIPMENT | $104,277.00 |
| 8.13. | EQUIPMENT DEPOSIT - SOUTHERN ILLINOIS SCALE AND CONSTRUCTION | $107,317.60 |
| 8.14. | EQUIPMENT DEPOSIT - THAR | $4,932,812.50 |
| 8.15. | EQUIPMENT DEPOSIT - WALLACE | $301,274.95 |
| 8.16. | EXPENSE DEPOSIT - EXPENSE DEPOSIT TO JEFFERIES | $25,000.00 |
| 8.17. | OTHER PREPAID EXPENSES - BOOMI INC | $1,200.00 |
| 8.18. | OTHER PREPAID EXPENSES - DEAN DORTON ALLEN FORD | $18,285.90 |
| 8.19. | OTHER PREPAID EXPENSES - DLL FINANCIAL | $6,874.87 |
| 8.20. | OTHER PREPAID EXPENSES - ENRIQUE L MARMILLON | $2,000.00 |
| 8.21. | OTHER PREPAID EXPENSES - LIVE SAFE | $833.37 |
| 8.22. | OTHER PREPAID EXPENSES - SALESFORCE | $8,739.00 |
| 8.23. | OTHER PREPAID EXPENSES - TAMARIND MEDIA LIMITED | $1,322.14 |
| 8.24. | PREPAID CMOS - BETTER NUTRITIONALS | $205,082.40 |
| 8.25. | PREPAID CMOS - FACE AND BODY COSMETICS | $105,707.46 |
| 8.26. | PREPAID CMOS - JRF TECHNOLOGY | $8,475.00 |
| 8.27. | PREPAID CMOS - NATURAL VITAMINS LABORATORY CORP | $103,858.25 |
| 8.28. | PREPAID CMOS - PHARMCO LABORATORIES INC. | $43,892.50 |
| 8.29. | PREPAID CMOS - ROYAL LABS NATURAL COSMETICS, INC. | $64,298.84 |
| 8.30. | PREPAID CMOS - TATAPACK | $1,800.00 |
| 8.31. | PREPAID INSURANCE - FIRST INSURANCE FUNDING | $106,494.04 |
| 8.32. | PREPAID INSURANCE - KEMI | $38,578.37 |
| 8.33. | PREPAID INSURANCE - THE CINCINNATI INSURANCE COMPANIES | $32,801.00 |
| 8.34. | PREPAID RENT - 4274 COLBY LLC | $35,000.00 |
| 8.35. | PREPAID RENT - ARLINGTON PROPERTIES | $3,870.00 |
| 8.36. | PREPAID RENT - CALL CENTER SYSTEMS LLC | $2,500.00 |
| 8.37. | PREPAID RENT - DAVID HOCKER & ASSOCIATES, INC. | $3,200.00 |
| 8.38. | PREPAID RENT - DT HOOD PROPERTIES | $775.00 |
| 8.39. | PREPAID RENT - EASLEY AND FOUST PROPERTIES | $2,400.00 |
| 8.40. | PREPAID RENT - GULLETT FAMILY PROPERTIES | $725.00 |

| | Current value of debtor's interest |
|---|---|
| **8. PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT** | |
| DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT | |
| 8.41.    PREPAID RENT - HARRY W FARMER | $2,500.00 |
| 8.42.    PREPAID RENT - SCOTT INTERESTS LP | $16,116.25 |
| 8.43.    PREPAID RENT - THE HENRY AT FRITZ FARMS | $82.76 |
| 8.44.    PREPAID RENT - TIERNEY STORAGE LLC | $50,156.25 |
| 8.45.    RETAINER - RETAINER TO EPIQ | $25,000.00 |
| 8.46.    RETAINER - RETAINER TO JEFFERIES | $100,000.00 |

| **9**   **Total of Part 2.** ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81. | $16,659,236.45 |
|---|---|

**Part 3: ACCOUNTS RECEIVABLE**

**10. DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**
☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

| | | | Current value of debtor's interest |
|---|---|---|---|
| **11. ACCOUNTS RECEIVABLE** | | | |
| TRADE RECEIVABLES | $7,272,488.08 <br> face amount | -$3,255,239.38 <br> doubtful or uncollectable accounts   =   → | $4,017,248.70 |

| **12**   **Total of Part 3.** CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82. | $4,017,248.70 |
|---|---|

**Part 4: INVESTMENTS**

**13. DOES THE DEBTOR OWN ANY INVESTMENTS?**
☐ No. Go to Part 5.
☑ Yes. Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **14. MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1** | | | |
| NAME OF FUND OR STOCK: <br> **NONE** | | | |
| **15. NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE** | | | |
| Name of entity | % of ownership | | |
| 15.1.    4274 COLBY, LLC - JOINT VENTURE | 50% | UNKNOWN | UNKNOWN |
| 15.2.    FLORIDA MCBD, LLC - EQUITY OWNERSHIP | UNKNOWN% | UNKNOWN | UNKNOWN |
| 15.3.    HEMP KENTUCKY LLC - EQUITY OWNERSHIP | 100% | UNKNOWN | UNKNOWN |
| 15.4.    VALIDCARE, LLC - CONVERTIBLE SHARES B | UNKNOWN% | BOOK VALUE | UNKNOWN |
| **16. GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1** | | | |
| DESCRIBE: <br> **NONE** | | | |

| **17**   **Total of Part 4.** ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83. | UNKNOWN |
|---|---|

**Part 5:**    **INVENTORY, EXCLUDING AGRICULTURE ASSETS**

**18. DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**
☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. RAW MATERIALS** | | | | |
| NONE | | | | |
| **20. WORK IN PROGRESS** | | | | |
| 20.1. WORK IN PROGRESS | 1/31/2020 | $31,175,728.69 | COST AS OF 12/31/2019 | $32,955,393.00 |
| **21. FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE** | | | | |
| 21.1. FINISHED GOODS | 1/31/2020 | $1,909,815.50 | COST AS OF 12/31/2019 | $1,909,815.00 |
| **22. OTHER INVENTORY OR SUPPLIES** | | | | |
| 22.1. OTHER INVENTORY OR SUPPLIES | 1/31/2020 | | COST AS OF 12/31/2019 | UNKNOWN |

**23 Total of Part 5.**
ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84.      $34,865,208.00

**24. Is any of the property listed in Part 5 perishable?**
☐ No
☑ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☑ Yes   Book value Unknown    Valuation method Cost        Current value Unknown

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 6:**    **FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)**

**27. DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?**
☐ No. Go to Part 7.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. CROPS—EITHER PLANTED OR HARVESTED** | | | |
| 28.1. CROPS | $66,796,393.62 | COST AS OF 12/31/2019 | $69,539,689.00 |
| **29. FARM ANIMALS** *EXAMPLES:* LIVESTOCK, POULTRY, FARM-RAISED FISH | | | |
| NONE | | | |
| **30. FARM MACHINERY AND EQUIPMENT (OTHER THAN TITLED MOTOR VEHICLES)** (OTHER THAN TITLED MOTOR VEHICLES) | | | |
| 30.1. FARMING EQUIPMENT | $8,056,721.97 | COST - NET DEPRECIATION | $8,056,721.97 |
| **31. FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED** | | | |
| NONE | | | |
| **32. OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6** | | | |
| NONE | | | |

**33 Total of Part 6.**
ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85.      $77,596,410.97

**34. Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☑ Yes

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☑ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 7: | OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES |
|---|---|

**38. DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?**
☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. OFFICE FURNITURE** | | | |
| 39.1.  CORT FURNITURE | $159,336.39 | COST - NET DEPRECIATION | $159,336.39 |
| **40. OFFICE FIXTURES** | | | |
| 40.1.  LEASEHOLD IMPROVEMENTS | $2,653,692.00 | COST - NET DEPRECIATION | $2,653,692.00 |
| **41. OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE** | | | |
| 41.1.  OFFICE EQUIPMENT | $582,493.50 | COST - NET DEPRECIATION | $582,493.50 |

**42. COLLECTIBLES** *EXAMPLES:* ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES

**NONE**

| 43 | Total of Part 7.<br>ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86. | $3,395,521.89 |
|---|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | MACHINERY, EQUIPMENT, AND VEHICLES |
|---|---|

**46. DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?**
☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| 47.1.  1996 BLUE SUBURBAN SN - VIN 3GNGC26J9TG145109 | $1,150.08 | COST - NET DEPRECIATION | $1,150.08 |
| 47.2.  2017 DODGE RAM 1500 SLVR - VIN 1C6RR7NT9HS522609 | $28,806.95 | COST - NET DEPRECIATION | $28,806.95 |
| 47.3.  2018 CHEVROLET SILVERADO 3500HD - VIN 1GB4KZCY5JF222957 | $46,439.02 | COST - NET DEPRECIATION | $46,439.02 |
| 47.4.  2018 CHEVROLET SLIVERADO 2500HD - VIN 1GC1KWEY2JF238317 | $47,765.82 | COST - NET DEPRECIATION | $47,765.82 |
| 47.5.  2018 CHEVROLET SUBURBAN LT - VIN 1GNSKHKCXJR230836 | $40,663.02 | COST - NET DEPRECIATION | $40,663.02 |
| 47.6.  2018 GMC SIERRA 1500 DENALI -VIN 3GTU2PEJ4JG533956 | $54,951.30 | COST - NET DEPRECIATION | $54,951.30 |
| 47.7.  2019 CHEVROLET SILVERADO 1500 - VIN 1GCUYAEF3KZ259383 | $35,909.17 | COST - NET DEPRECIATION | $35,909.17 |
| 47.8.  2019 CHEVROLET SILVERADO 1500 - VIN 1GCUYAEF5KZ256825 | $35,909.17 | COST - NET DEPRECIATION | $35,909.17 |
| 47.9.  2019 CHEVROLET SILVERADO 2500HD - VIN 1GC1KREYXKF140364 | $45,896.94 | COST - NET DEPRECIATION | $45,896.94 |
| 47.10.  2019 CHEVROLET SILVERADO 3500HD - VIN 1GB4KVCY9KF143656 | $47,766.31 | COST - NET DEPRECIATION | $47,766.31 |
| 47.11.  2019 FORD F250 - VIN 1FT7W2BT6KEC74051 | $54,815.98 | COST - NET DEPRECIATION | $54,815.98 |
| 47.12.  2019 GMC SIERRA 250 - VIN 1GT12SEY4KF108937 | $51,070.98 | COST - NET DEPRECIATION | $51,070.98 |
| 47.13.  2019 GMC SIERRA DENALI 4WD -  MACALUSO'S TRUCK - VIN 1GT12SEY4KF108937 | $14,455.65 | COST - NET DEPRECIATION | $14,455.65 |
| 47.14.  2019 RAV4 SN#  VIN JTMG1RFVXKJ004945 | $26,435.96 | COST - NET DEPRECIATION | $26,435.96 |
| 47.15.  ACADIA -VIN 1GKKNULS7KZ170471 | $29,035.07 | COST - NET DEPRECIATION | $29,035.07 |
| 47.16.  CHEVROLET SILVERADO - VIN 1GCUYHED2KZ184148 | $54,577.66 | COST - NET DEPRECIATION | $54,577.66 |
| 47.17.  GM ACADIA - VIN IGKKNULS3KZ118528 | $28,460.12 | COST - NET DEPRECIATION | $28,460.12 |
| 47.18.  RAV 4 - VIN JTMF1RFV4KD006154 | $24,026.92 | COST - NET DEPRECIATION | $24,026.92 |
| 47.19.  TACOMA 4WD - VIN 3TMCZ5AN6KM216607 | $27,261.61 | COST - NET DEPRECIATION | $27,261.61 |

**48. WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES** *EXAMPLES:* BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS

NONE

**49. AIRCRAFT AND ACCESSORIES**

NONE

**50. OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)**

| 50.1.  OTHER EQUIPMENT | $8,788,579.50 | COST - NET DEPRECIATION | $8,788,579.50 |
|---|---|---|---|

**51 Total of Part 8.**
ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87.

$9,483,977.23

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☒ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 9: | REAL PROPERTY |
|---|---|

**54.  DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?**

☐  No. Go to Part 10.
☑  Yes. Fill in the information below.

**55.  ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. | 1075-B TWO MILE ROAD, WINCHESTER, KY 40391 | LESSEE | $0.00 | | $0.00 |
| 55.2. | 120 SUMMIT (120-216), LEXINGTON, KY 40517 | LESSEE | $0.00 | | $0.00 |
| 55.3. | 120 SUMMIT (120-313), LEXINGTON, KY 40517 | LESSEE | $0.00 | | $0.00 |
| 55.4. | 120 SUMMIT (120-413), LEXINGTON, KY 40517 | LESSEE | $0.00 | | $0.00 |
| 55.5. | 1465 WEST LEXINGTON AVE., WINCHESTER, KY 40391<br>52,000 SQFT WAREHOUSE | LESSEE | $0.00 | | $0.00 |
| 55.6. | 18 W LEXINGTON AVENUE, WINCHESTER, KY 40391<br>PARCEL: 054-3213-002-00<br>LAND SIZE: 0.11<br>THREE-STORY RETAIL/RESIDENTIAL | OWNER | $408,792.00 | SET TO NET BOOK VALUE | $408,792.00 |
| 55.7. | 1895 CLINTONVILLE ROAD, PARIS, KY 40361<br>PARCEL: 028-00-00-019.00<br>LAND SIZE: 25.158<br>GREENHOUSES AND OTHER BUILDINGS USED TO PROPOGATE PLANTS | OWNER | $3,183,929.34 | LAND VALUE PER ACRE + COST APPROACH ON IMPROVEMENTS (AT 50% DEPRECIATION) | $1,530,000.00 |
| 55.8. | 267 & 270 N CLEVELAND RD, LEXINGTON, KY 40509<br>86 AND 81 ACRES, RESPECTIVELY, OF FARM LAND USED FOR GROWING HEMP | LESSEE | $0.00 | | $0.00 |
| 55.9. | 271 TIERNEY WAY, WINCHESTER, KY 40391<br>WAREHOUSE USED FOR BIOMASS AND EQUIPMENT STORAGE | LESSEE | $0.00 | | $0.00 |
| 55.10. | 282 TIERNEY WAY, WINCHESTER, KY 40391<br>WAREHOUSE USED FOR EQUIPMENT STORAGE | LESSEE | $0.00 | | $0.00 |
| 55.11. | 2887 BECKNERVILLE ROAD, WINCHESTER, KY 40391 | LESSEE | $0.00 | | $0.00 |
| 55.12. | 3011 FALL LICK ROAD, LANCASTER, KY 40444 | LESSEE | $0.00 | | $0.00 |
| 55.13. | 313 BROADWAY ST, PADUCAH, KY 42001<br>THREE (3) APARTMENTS - TWO 1-BEDROOMS AND ONE 2-BEDROOMS | LESSEE | $0.00 | | $0.00 |
| 55.14. | 321 VENABLE ROAD, STE 1, WINCHESTER, KY 40391<br>OFFICE BUILDING - SHARED SPACE OF BASEMENT AT CORPORATE HEADQUARTERS | LESSEE | $0.00 | | $0.00 |
| 55.15. | 321 VENABLE ROAD, STE 2, WINCHESTER, KY 40391<br>OFFICE BUILDING - GENCANNA CORPORATE HEADQUARTERS | LESSEE | $0.00 | | $0.00 |

**55. ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.16. 322 N. 3RD STREET, PADUCAH, KY<br>  PARCEL: 112-13-20-001 / LAND SIZE: 2.80 / WAREHOUSE<br>327 N. 3RD STREET, PADUCAH, KY<br>  PARCEL: 112-13-15-002 / LAND SIZE: 0.69 / LAND ONLY<br>303 N. 3RD STREET, PADUCAH, KY<br>  PARCEL: 112-13-15-004 / LAND SIZE: 0.22 / LAND ONLY | OWNER | $1,250,346.00 | SET TO NET BOOK VALUE AS PRICE FOR SQFT IS LOWER THAN RECENT COMPARABLE TRANSACTIONS | $1,250,346.00 |
| 55.17. 4274 AND 4330 COLBY RD, WINCHESTER, KY 40391 BIO-MASS PROCESSING FACILITY THAT ALSO HOLDS INVENTORY AND EQUIPMENT | LESSEE | $0.00 | | $0.00 |
| 55.18. 462 WEST THIRD STREET, LEXINGTON, KY 40508 | LESSEE | $0.00 | | $0.00 |
| 55.19. 625 TECH DRIVE, WINCHESTER, KY 40391 WAREHOUSE / OFFICES | LESSEE | $0.00 | | $0.00 |
| 55.20. 7 LINDALE AVENUE, WINCHESTER, KY 40391 | LESSEE (VERBAL AGREEMENT) | $0.00 | | $0.00 |
| 55.21. HAMBURG, KY | LESSEE | $0.00 | | $0.00 |
| 55.22. SUBLEASE FROM ARROW - 1,778 & LEASE - 57 TILLABLE ACRES FROM 5 FARMERS NEAR SEDALIA, GRAVES COUNTY, KY | SUB-LESSEE | $0.00 | | $0.00 |
| 55.23. SW INTERSECTION OF US HIGHWAY 45 AND KY HIGHWAY 1276, MAYFIELD, KY 100,000 SQFT UNFINISHED PROCESSING FACILITY | LESSEE | $0.00 | | $0.00 |
| 55.24. WINCHESTER PLAZA SHOPPING CENTER, STE G-2, VAN METER ROAD, WINCHESTER, KY 40391 OFFICE SPACE | LESSEE | $0.00 | | $0.00 |
| 55.25. WINCHESTER PLAZA SHOPPING CENTER, STE H, VAN METER ROAD, WINCHESTER, KY 40391 OFFICE SPACE | LESSEE | $0.00 | | $0.00 |
| 55.26. WINCHESTER PLAZA SHOPPING CENTER, STE J, VAN METER ROAD, WINCHESTER, KY 40391 OFFICE SPACE | LESSEE | $0.00 | | $0.00 |

**56  Total of Part 9.**
ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88.

$3,189,138.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 10:  INTANGIBLES AND INTELLECTUAL PROPERTY**

**59. DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?**
☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60. PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS**

| | | | | |
|---|---|---|---|---|
| 60.1. | ASANA ORGANICS | $18,125.00 | COST | $18,125.00 |
| 60.2. | ASANA ORGANICS | $1,062.69 | COST | $1,062.69 |
| 60.3. | ASANA ORGANICS | $1,062.69 | COST | $1,062.69 |
| 60.4. | BEAU BILLINGS | $7,275.00 | COST | $7,275.00 |
| 60.5. | BEAU BILLINGS | $7,275.00 | COST | $7,275.00 |
| 60.6. | BEAU BILLINGS | $7,125.00 | COST | $7,125.00 |
| 60.7. | BEAU BILLINGS | $6,975.00 | COST | $6,975.00 |
| 60.8. | BEAU BILLINGS | $5,687.50 | COST | $5,687.50 |
| 60.9. | CANNABINOID COMPOSITIONS FOR ORAL DELIVERY | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.10. | FARM TO FAMILY  BRAZIL 917749960 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.11. | FARM TO FAMILY  ARGENTINA 3821748 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.12. | FARM TO FAMILY  ARGENTINA 3821750 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.13. | FARM TO FAMILY  ARGENTINA 3821751 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.14. | FARM TO FAMILY  BRAZIL 917749855 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.15. | FARM TO FAMILY  BRAZIL 917749898 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.16. | FARM TO FAMILY ARGENTINA 3821749 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.17. | FARM TO FAMILY AUSTRALIA 2003754 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.18. | FARM TO FAMILY BRAZIL 917749774 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.19. | FARM TO FAMILY CANADA 1957841 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.20. | FARM TO FAMILY CHILE 1328599 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.21. | FARM TO FAMILY CHINA TBD | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.22. | FARM TO FAMILY COLOMBIA 2019-0057294 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.23. | FARM TO FAMILY COLOMBIA 2019-0057294 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.24. | FARM TO FAMILY COSTA RICA 2019-007221 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.25. | FARM TO FAMILY EUROPEAN UNION INTELLECTUAL PROPERTY OFFICE 18053953 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.26. | FARM TO FAMILY EUROPEAN UNION INTELLECTUAL PROPERTY OFFICE 18053953 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.27. | FARM TO FAMILY EUROPEAN UNION INTELLECTUAL PROPERTY OFFICE 18053953 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.28. | FARM TO FAMILY EUROPEAN UNION INTELLECTUAL PROPERTY OFFICE 18053953 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.29. | FARM TO FAMILY EUROPEAN UNION INTELLECTUAL PROPERTY OFFICE 18053953 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.30. | FARM TO FAMILY JAPAN 2019-055939 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.31. | FARM TO FAMILY MEXICO  2230836 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.32. | FARM TO FAMILY MEXICO 2230833 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.33. | FARM TO FAMILY MEXICO 2230834 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.34. | FARM TO FAMILY MEXICO 2230835 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.35. | FARM TO FAMILY NICARAGUA 2019-001900 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.36. | FARM TO FAMILY PANAMA 275054-01 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.37. | FARM TO FAMILY PERU 25467 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.38. | FARM TO FAMILY PERU 25467 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.39. | FARM TO FAMILY PERU 25467 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.40. | FARM TO FAMILY PERU 25467 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.41. | FARM TO FAMILY PERU 25467 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.42. | FARM TO FAMILY UNITED STATES OF AMERICA 88/388784 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.43. | FARM TO FAMILY UNITED STATES OF AMERICA 88/388784 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.44. | FARM TO FAMILY UNITED STATES OF AMERICA 88/388784 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.45. | FARM TO FAMILY UNITED STATES OF AMERICA 88/388784 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.46. | FARM TO FAMILY UNITED STATES OF AMERICA 88/388784 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.47. | FARM TO FAMILY UNITED STATES OF AMERICA 88/388784 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.48. | FARM TO FAMILY URUGUAY 506320 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.49. | FARM TO FAMILY VENEZUELA 2019-008811 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.50. | FARM TO FAMILY VENEZUELA 2019-008813 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.51. | FARM TO FAMILY VENEZUELA 2019-008814 | UNKNOWN | UNKNOWN | UNKNOWN |

Debtor    Case 20-50133-grs    Doc 246    Filed 03/01/20    Entered 03/01/20 23:03:15    Desc Main
GenCanna Global USA, Inc.                     Case number (if known) 20-50133
(Name)                           Document    Page 17 of 216

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | |
| 60.52. | FARM TO FAMILY VENEZUELA 2019-008815 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.53. | FLORIDA GROWER'S LICENSE | $59,709.00 | COST | $59,709.00 |
| 60.54. | GENCANNA ANNOUNCES FIRSRT PATENTABLE NON-GMO HEMP GENETICS WITH 0.0% THC | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.55. | GENCANNA ANNOUNCES FIRSRT PATENTABLE NON-GMO HEMP GENETICS WITH 0.0% THC | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.56. | GENCANNA ANNOUNCES FIRSRT PATENTABLE NON-GMO HEMP GENETICS WITH 0.0% THC | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.57. | GENCANNA ARGENTINA 3821752 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.58. | GENCANNA ARGENTINA 3821753 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.59. | GENCANNA ARGENTINA 3821754 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.60. | GENCANNA ARGENTINA 3821755 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.61. | GENCANNA AUSTRALIA 2003753 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.62. | GENCANNA BRAZIL 917750055 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.63. | GENCANNA BRAZIL 917750128 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.64. | GENCANNA BRAZIL 917750209 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.65. | GENCANNA BRAZIL 917750284 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.66. | GENCANNA CANADA 1957839 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.67. | GENCANNA CHILE 1328600 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.68. | GENCANNA CHINA TBD | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.69. | GENCANNA COLOMBIA 2019-0057300 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.70. | GENCANNA COLOMBIA 2019-0057300 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.71. | GENCANNA COLOMBIA 2019-0057300 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.72. | GENCANNA COSTA RICA 2019-007217 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.73. | GENCANNA EUROPEAN UNION INTELLECTUAL PROPERTY OFFICE 18053954 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.74. | GENCANNA EUROPEAN UNION INTELLECTUAL PROPERTY OFFICE 18053954 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.75. | GENCANNA EUROPEAN UNION INTELLECTUAL PROPERTY OFFICE 18053954 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.76. | GENCANNA EUROPEAN UNION INTELLECTUAL PROPERTY OFFICE 18053954 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.77. | GENCANNA EUROPEAN UNION INTELLECTUAL PROPERTY OFFICE 18053954 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.78. | GENCANNA JAPAN 2019-055941 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.79. | GENCANNA LOGO  ARGENTINA 3821756 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.80. | GENCANNA LOGO  ARGENTINA 3821757 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.81. | GENCANNA LOGO  ARGENTINA 3821758 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.82. | GENCANNA LOGO  ARGENTINA 3821759 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.83. | GENCANNA LOGO  BRAZIL 917749502 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.84. | GENCANNA LOGO  BRAZIL 917749561 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.85. | GENCANNA LOGO  BRAZIL 917749634 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.86. | GENCANNA LOGO  BRAZIL 917749707 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.87. | GENCANNA LOGO  CHILE 1328606 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.88. | GENCANNA LOGO  COLOMBIA SD2019/0057372 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.89. | GENCANNA LOGO  COLOMBIA SD2019/0057372 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.90. | GENCANNA LOGO  COSTA RICA 2019-007222 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.91. | GENCANNA LOGO  MEXICO 2046903 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.92. | GENCANNA LOGO  MEXICO 2046903 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.93. | GENCANNA LOGO  MEXICO 2046903 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.94. | GENCANNA LOGO  MEXICO 2046903 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.95. | GENCANNA LOGO  MEXICO 2046903 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.96. | GENCANNA LOGO  MEXICO 2046903 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.97. | GENCANNA LOGO  MEXICO 2046904 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.98. | GENCANNA LOGO  MEXICO 2046904 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.99. | GENCANNA LOGO  MEXICO 2046904 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.100. | GENCANNA LOGO  MEXICO 2046904 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.101. | GENCANNA LOGO  MEXICO 2046904 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.102. | GENCANNA LOGO  MEXICO 2046904 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.103. | GENCANNA LOGO  MEXICO 2046905 | UNKNOWN | UNKNOWN | UNKNOWN |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60.    PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| 60.104.  GENCANNA LOGO  MEXICO 2046905 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.105.  GENCANNA LOGO  MEXICO 2046905 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.106.  GENCANNA LOGO  MEXICO 2046905 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.107.  GENCANNA LOGO  MEXICO 2046905 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.108.  GENCANNA LOGO  MEXICO 2046905 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.109.  GENCANNA LOGO  MEXICO 2046906 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.110.  GENCANNA LOGO  MEXICO 2046906 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.111.  GENCANNA LOGO  MEXICO 2046906 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.112.  GENCANNA LOGO  MEXICO 2046906 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.113.  GENCANNA LOGO  MEXICO 2046906 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.114.  GENCANNA LOGO  MEXICO 2046906 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.115.  GENCANNA LOGO  NICARAGUA 2019-001901 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.116.  GENCANNA LOGO  PANAMA 275055-01 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.117.  GENCANNA LOGO  PERU 25113 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.118.  GENCANNA LOGO  PERU 25113 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.119.  GENCANNA LOGO  PERU 25113 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.120.  GENCANNA LOGO  PERU 25113 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.121.  GENCANNA LOGO  PERU 25113 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.122.  GENCANNA LOGO  URUGUAY 506323 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.123.  GENCANNA LOGO  VENEZUELA 2019-008789 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.124.  GENCANNA LOGO  VENEZUELA 2019-008791 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.125.  GENCANNA LOGO  VENEZUELA 2019-008792 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.126.  GENCANNA LOGO  VENEZUELA 2019-008795 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.127.  GENCANNA LOGO  CANADA 1962039 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.128.  GENCANNA LOGO  CHINA TBD | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.129.  GENCANNA LOGO  EUROPEAN UNION INTELLECTUAL PROPERTY OFFICE 18061797 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.130.  GENCANNA LOGO  EUROPEAN UNION INTELLECTUAL PROPERTY OFFICE 18061797 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.131.  GENCANNA LOGO  EUROPEAN UNION INTELLECTUAL PROPERTY OFFICE 18061797 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.132.  GENCANNA LOGO  EUROPEAN UNION INTELLECTUAL PROPERTY OFFICE 18061797 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.133.  GENCANNA LOGO  EUROPEAN UNION INTELLECTUAL PROPERTY OFFICE 18061797 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.134.  GENCANNA LOGO  JAPAN 2019-067711 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.135.  GENCANNA LOGO  UNITED STATES OF AMERICA 88/418663 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.136.  GENCANNA LOGO  UNITED STATES OF AMERICA 88/418663 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.137.  GENCANNA LOGO  UNITED STATES OF AMERICA 88/418663 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.138.  GENCANNA LOGO  UNITED STATES OF AMERICA 88/418663 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.139.  GENCANNA LOGO  UNITED STATES OF AMERICA 88/418663 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.140.  GENCANNA LOGO  UNITED STATES OF AMERICA 88/418663 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.141.  GENCANNA MEXICO 2228494 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.142.  GENCANNA MEXICO 2228495 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.143.  GENCANNA MEXICO 2228497 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.144.  GENCANNA MEXICO 2228499 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.145.  GENCANNA NICARAGUA 2019-001897 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.146.  GENCANNA PANAMA 275051-01 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.147.  GENCANNA PERU 25224 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.148.  GENCANNA PERU 25224 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.149.  GENCANNA PERU 25224 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.150.  GENCANNA PERU 25224 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.151.  GENCANNA PERU 25224 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.152.  GENCANNA UNITED STATES OF AMERICA 88/407129 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.153.  GENCANNA UNITED STATES OF AMERICA 88/407129 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.154.  GENCANNA UNITED STATES OF AMERICA 88/407129 | UNKNOWN | UNKNOWN | UNKNOWN |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.155. GENCANNA UNITED STATES OF AMERICA 88/407129 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.156. GENCANNA UNITED STATES OF AMERICA 88/407129 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.157. GENCANNA UNITED STATES OF AMERICA 88/407129 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.158. GENCANNA URUGUAY 506322 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.159. GENCANNA VENEZUELA 2019-008812 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.160. GENCANNA VENEZUELA 2019-008821 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.161. GENCANNA VENEZUELA 2019-008822 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.162. GENCANNA VENEZUELA 2019-008823 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.163. HENRI MARMILLON | $4,812.50 | COST | $4,812.50 |
| 60.164. HOURGLASS HEXAGON  AUSTRALIA 2007832 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.165. JEFF MONTGOMERY | $53.30 | COST | $53.30 |
| 60.166. OC:00  ARGENTINA 3821744 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.167. OC:00  ARGENTINA 3821745 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.168. OC:00  ARGENTINA 3821746 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.169. OC:00  ARGENTINA 3821747 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.170. OC:00  BRAZIL 917750454 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.171. OC:00  BRAZIL 917750543 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.172. OC:00  BRAZIL 917750616 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.173. OC:00  BRAZIL 917750730 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.174. OC:00  CHILE 1328601 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.175. OC:00  COLOMBIA SD2019/0057296 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.176. OC:00  COSTA RICA 2019-007218 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.177. OC:00  MEXICO 2047453 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.178. OC:00  MEXICO 2047453 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.179. OC:00  MEXICO 2047453 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.180. OC:00  MEXICO 2047453 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.181. OC:00  MEXICO 2047453 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.182. OC:00  MEXICO 2047453 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.183. OC:00  MEXICO 2047454 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.184. OC:00  MEXICO 2047454 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.185. OC:00  MEXICO 2047454 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.186. OC:00  MEXICO 2047454 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.187. OC:00  MEXICO 2047454 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.188. OC:00  MEXICO 2047454 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.189. OC:00  MEXICO 2228488 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.190. OC:00  MEXICO 228490 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.191. OC:00  NICARAGUA 2019-001899 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.192. OC:00  PANAMA 275055-01 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.193. OC:00  PERU 25108 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.194. OC:00  PERU 25108 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.195. OC:00  PERU 25108 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.196. OC:00  PERU 25108 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.197. OC:00  PERU 25108 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.198. OC:00  URUGUAY 506319 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.199. OC:00  VENEZUELA 2019-008816 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.200. OC:00  VENEZUELA 2019-008817 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.201. OC:00  VENEZUELA 2019-008824 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.202. OC:00  VENEZUELA 2019-008825 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.203. OC:00 AUSTRALIA 2003769 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.204. OC:00 CANADA 1957832 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.205. OC:00 CHINA 39925178 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.206. OC:00 EUROPEAN UNION INTELLECTUAL PROPERTY OFFICE 18053951 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.207. OC:00 EUROPEAN UNION INTELLECTUAL PROPERTY OFFICE 18053951 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.208. OC:00 EUROPEAN UNION INTELLECTUAL PROPERTY OFFICE 18053951 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.209. OC:00 EUROPEAN UNION INTELLECTUAL PROPERTY OFFICE 18053951 | UNKNOWN | UNKNOWN | UNKNOWN |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.210. OC:00 EUROPEAN UNION INTELLECTUAL PROPERTY OFFICE 18053951 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.211. OC:00 JAPAN 2019-055938 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.212. OC:00 UNITED STATES OF AMERICA 88/278865 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.213. OC:00 UNITED STATES OF AMERICA 88/278865 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.214. OC:00 UNITED STATES OF AMERICA 88/278865 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.215. OC:00 UNITED STATES OF AMERICA 88/278865 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.216. OC:00 UNITED STATES OF AMERICA 88/278865 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.217. OC:00 UNITED STATES OF AMERICA 88/278865 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.218. OUTDOOR CANNABIS  VENEZUELA 2019-008818 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.219. OUTDOOR CANNABIS  ARGENTINA 3821742 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.220. OUTDOOR CANNABIS  ARGENTINA 3821743 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.221. OUTDOOR CANNABIS  BRAZIL 917750870 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.222. OUTDOOR CANNABIS  BRAZIL 917750977 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.223. OUTDOOR CANNABIS  MEXICO 2230830 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.224. OUTDOOR CANNABIS  VENEZUELA 2019-008819 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.225. OUTDOOR CANNABIS  VENEZUELA 2019-008820 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.226. OUTDOOR CANNABIS ARGENTINA 3821740 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.227. OUTDOOR CANNABIS ARGENTINA 3821741 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.228. OUTDOOR CANNABIS AUSTRALIA 2003750 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.229. OUTDOOR CANNABIS BRAZIL 917750780 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.230. OUTDOOR CANNABIS BRAZIL 917751035 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.231. OUTDOOR CANNABIS CANADA 1957831 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.232. OUTDOOR CANNABIS CHILE 1328603 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.233. OUTDOOR CANNABIS COLOMBIA SD2019/0057293 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.234. OUTDOOR CANNABIS JAPAN 2019-055940 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.235. OUTDOOR CANNABIS MEXICO 2230828 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.236. OUTDOOR CANNABIS MEXICO 2230831 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.237. OUTDOOR CANNABIS MEXICO 2230832 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.238. OUTDOOR CANNABIS NICARAGUA 2019-001898 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.239. OUTDOOR CANNABIS PANAMA 275052-01 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.240. OUTDOOR CANNABIS PERU 804372-2019 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.241. OUTDOOR CANNABIS UNITED STATES OF AMERICA 88/278855 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.242. OUTDOOR CANNABIS UNITED STATES OF AMERICA 88/278855 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.243. OUTDOOR CANNABIS UNITED STATES OF AMERICA 88/278855 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.244. OUTDOOR CANNABIS UNITED STATES OF AMERICA 88/278855 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.245. OUTDOOR CANNABIS UNITED STATES OF AMERICA 88/278855 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.246. OUTDOOR CANNABIS UNITED STATES OF AMERICA 88/278855 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.247. OUTDOOR CANNABIS URUGUAY 506318 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.248. OUTDOOR CANNABIS VENEZUELA 2019-008893 | UNKNOWN | UNKNOWN | UNKNOWN |
| 60.249. PURPLE MESA | $38,750.04 | COST | $38,750.04 |
| 60.250. PURPLE MESA | $18,958.28 | COST | $18,958.28 |
| 60.251. SEEDS | $191.86 | COST | $191.86 |
| 60.252. UNIVERSITY OF KENTUCKY RESEARCH FOUNDATION | $15,583.16 | COST | $15,583.16 |
| 60.253. UNIVERSITY OF KENTUCKY RESEARCH FOUNDATION | $15,531.41 | COST | $15,531.41 |
| 60.254. UNIVERSITY OF KY RESEARCH FOUNDATION | $8,678.47 | COST | $8,678.47 |
| 60.255. UNIVERSITY OF KY RESEARCH FOUNDATION | $8,299.37 | COST | $8,299.37 |
| 60.256. UNIVERSITY OF KY RESEARCH FOUNDATION | $8,298.86 | COST | $8,298.86 |
| 60.257. UNIVERSITY OF KY RESEARCH FOUNDATION | $8,134.53 | COST | $8,134.53 |
| 60.258. UNIVERSITY OF KY RESEARCH FOUNDATION | $7,477.67 | COST | $7,477.67 |
| 60.259. UNIVERSITY OF KY RESEARCH FOUNDATION | $7,313.33 | COST | $7,313.33 |

**61. INTERNET DOMAIN NAMES AND WEBSITES**

NONE

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **62. LICENSES, FRANCHISES, AND ROYALTIES** | | | |
| 62.1. 21CFR111 (DIETARY SUPPLEMENT CERTIFICATION PENDING TECHNICAL REVIEW) | UNKNOWN | UNKNOWN | UNKNOWN |
| 62.2. FDA AUDIT FORM | UNKNOWN | UNKNOWN | UNKNOWN |
| 62.3. FDA REGISTRATION | UNKNOWN | UNKNOWN | UNKNOWN |
| 62.4. INDUSTRIAL HEMP RESEARCH PILOT PROGRAM | UNKNOWN | UNKNOWN | UNKNOWN |
| 62.5. PROCESSOR/HANDLER LICENSING AGREEMENT | UNKNOWN | UNKNOWN | UNKNOWN |
| 62.6. SHELF STABILITY APPROVAL LETTER | UNKNOWN | UNKNOWN | UNKNOWN |
| 62.7. U.S. HEMP AUTHORITY CERTIFICATION | UNKNOWN | UNKNOWN | UNKNOWN |
| 62.8. U.S. HEMP AUTHORITY CERTIFICATION | UNKNOWN | UNKNOWN | UNKNOWN |
| **63. CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS** | | | |
| 63.1. CUSTOMER LISTS | UNKNOWN | UNKNOWN | UNKNOWN |
| 63.2. MAILING LISTS | UNKNOWN | UNKNOWN | UNKNOWN |
| **64. OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY** | | | |
| NONE | | | |
| **65. GOODWILL** | | | |
| NONE | | | |

**66. Total of Part 10.**
ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89.

$256,379.66

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☐ No
☒ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☒ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 11: | ALL OTHER ASSETS |
|---|---|

**70. DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?**
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

Current value of debtor's interest

**71. NOTES RECEIVABLE**

DESCRIPTION (INCLUDE NAME OF OBLIGOR)

| | total face amount | doubtful or uncollectable accounts | | |
|---|---|---|---|---|
| 4274 COLBY, LLC | $673,779.38 | | = → | $673,779.38 |
| ATALO HOLDINGS, INC. - INTEREST ON NOTE RECEIVABLE | $203,125.00 | | = → | $203,125.00 |
| ATALO HOLDINGS, INC. - NOTE RECEIVABLE | $2,500,000.00 | | = → | $2,500,000.00 |
| ATALO HOLDINGS, INC. - RECEIVABLE FOR 4274 COLBY AMOUNTS PAID BY THE COMPANY ON ATALO'S BEHALF | $446,416.27 | | = → | $446,416.27 |
| HEMP KENTUCKY LLC - NOTE RECEIVABLE | $10,656,133.96 | | = → | $10,656,133.96 |
| MATTY MANGONE-MIRANDA - COMPANY PAID FOR PERSONAL HEALTH INSURANCE | $3,849.93 | | = → | $3,849.93 |

Debtor     Case 20-50133-grs    Doc 246    Filed 03/01/20    Entered 03/01/20 23:03:15    Desc Main
GenCanna Global USA, Inc.           Case number (if known) 20-50133

(Name)

Document    Page 22 of 216

| | | | | Current value of debtor's interest |
|---|---|---|---|---|

**71. NOTES RECEIVABLE**

DESCRIPTION (INCLUDE NAME OF OBLIGOR)

| Description | Total face amount | Doubtful or uncollectable accounts | | Current value |
|---|---|---|---|---|
| MATTY MANGONE-MIRANDA - COMPANY PAID FOR PERSONAL TAX SERVICES | $83,140.00 | | = → | $83,140.00 |
| MATTY MANGONE-MIRANDA - INTEREST ON NOTE RECEIVABLE | $3,996.83 | | = → | $3,996.83 |
| MATTY MANGONE-MIRANDA - NOTE RECEIVABLE | $23,0000.00 | | = → | $230,000.00 |
| NEGATIVE AP - VENDOR:BOTTLE BARONS LLC | $14,760.00 | | = → | $14,760.00 |
| NEGATIVE AP - VENDOR:CONN FARMS | $50,000.00 | | = → | $50,000.00 |
| NEGATIVE AP - VENDOR:FACE AND BODY COSMETICS | $22,097.02 | | = → | $22,097.02 |
| NEGATIVE AP - VENDOR:FASTENAL | $501.34 | | = → | $501.34 |
| NEGATIVE AP - VENDOR:KAI  SU | $4,500.00 | | = → | $4,500.00 |
| NEGATIVE AP - VENDOR:KENTUCKY STATE TREASURER | $36,000.00 | | = → | $36,000.00 |
| NEGATIVE AP - VENDOR:PCE AMERICAS INC. | $3,149.00 | | = → | $3,149.00 |
| NEGATIVE AP - VENDOR:RNA CORPORATION | $7,821.40 | | = → | $7,821.40 |
| SOUTHERN TIER HEMP LLC - FOR EXPENSES PAID ON BEHALF OF STH TO VARIOUS VENDORS | $3,363,964.26 | $3,363,964.26 | = → | $0.00 |
| SOUTHERN TIER HEMP LLC - INTEREST ON NOTE RECEIVABLE | $32,869.00 | $32,869.00 | = → | $0.00 |
| SOUTHERN TIER HEMP LLC - NOTE RECEIVABLE | $750,000.00 | $750,000.00 | = → | $0.00 |

**72. TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)**

DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL)

| | | |
|---|---|---|
| 2018 DEFERRED TAX ASSETS | Tax year 2018 | $1,464,818.00 |
| 2019 DEFERRED TAX ASSETS | Tax year 2019 | UNKNOWN |

**73. INTERESTS IN INSURANCE POLICIES OR ANNUITIES**

NONE

**74. CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)**

**Nature of claim**     BREACH OF CONTRACT

**Amount requested**     $2.2MM

CASE NO. 5:19-CV-00387-DCR:  JENCO PROMISED TO PROVIDE GENCANNA WITH EQUIPMENT. GENCANNA HAS MADE OVER $2.2MM IN PAYMENTS WHILE JENCO AS FAILED TO DELIVER ANY FUNCTIONAL UNIT.     UNKNOWN

**Nature of claim**     DAMAGES

**Amount requested**     $67,500.00

GENCANNA CONTRACTED IMMACULATE FLOORING TO INSTALL FLOORING. DUE TO IMMACULATE'S NEGLIGENCE, GENCANNA WAS FORCED TO HALT PRODUCTION FOR ALMOST TWO DAYS.     UNKNOWN

**Nature of claim**     BREACH OF CONTRACT

**Amount requested**     $1.1MM

GENCANNA PROVIDED PRODUCT FOR FREYHERR THAT FREYHERR HAS BEEN UNABLE TO PAY FOR.     UNKNOWN

**Nature of claim**     BREACH OF CONTRACT

**Amount requested**     UNKNOWN

JAMS REF. NO. 1425027783:  GENCANNA IS PART OF A JOINT VENTURE, FLORIDA MCBD, LLC INVOLVING SUNBULB. SUN BULB DID NOT PREFORM THEIR OBLIGATIONS TO THE JV.     UNKNOWN

|  | Current value of debtor's interest |
|---|---|

**74. CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)**

**Nature of claim**   BREACH OF CONTRACT

**Amount requested**   $921,349.00
ORKEL AGREED TO SELL GENCANNA TWO BALERS. ORKEL HAS FAILED TO DELIVER THE BALERS.   UNKNOWN

**75. OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS**

**Nature of claim**   BREACH OF CONTRACT

**Amount requested**
19-CI-223: FURNWOOD FARM FILED SUIT AGAINST GENCANNA. IN NOVEMBER 2019 A EMERGENCY   $245,000.00
ARBITRATION ORDER WAS GRANTED ON BEHALF OF GENCANNA ORDERING FURNWOOD TO HARVEST THE
MATERIAL AND DELIVER ALL BIOMASS.
**Nature of claim**   DAMAGES

**Amount requested**   $67,500.00
GENCANNA CONTRACTED IMMACULATE FLOORING TO INSTALL FLOORING. DUE TO IMMACULATE'S   UNKNOWN
NEGLIGENCE, GENCANNA WAS FORCED TO HALT PRODUCTION FOR ALMOST TWO DAYS.

**76. TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY**

NONE

**77. OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED** *EXAMPLES:* SEASON TICKETS,
COUNTRY CLUB MEMBERSHIP

| | |
|---|---|
| CERTAIN EQUIPMENT AND SUPPLIES LOCATED AT PADUCAH FACILITY THAT MAY NOT HAVE BEEN RECORDED INTO FIXED ASSETS | UNKNOWN |
| CONSTRUCTION IN PROGRESS - 3DELTA INC | $100,000.00 |
| CONSTRUCTION IN PROGRESS - AIR TECHNOLOGIES | $242,377.15 |
| CONSTRUCTION IN PROGRESS - AMHEMP | $200,000.00 |
| CONSTRUCTION IN PROGRESS - B/R INSTRUMENT CORPORATION | $20,800.00 |
| CONSTRUCTION IN PROGRESS - BACON FARMER WORKMAN | $20,268.00 |
| CONSTRUCTION IN PROGRESS - CAYCE MILL SUPPLY | $153,882.34 |
| CONSTRUCTION IN PROGRESS - CHEMTREAT | $18,004.80 |
| CONSTRUCTION IN PROGRESS - DIAMOND FOREST RESOURCES | $2,000.00 |
| CONSTRUCTION IN PROGRESS - FIREFLY NA | $146,042.40 |
| CONSTRUCTION IN PROGRESS - GEBR. KNOLL | $32,500.00 |
| CONSTRUCTION IN PROGRESS - GOWEIL | $357,355.25 |
| CONSTRUCTION IN PROGRESS - GRAVES COUNTY ECONOMIC DEVELOPMENT INC | $50,000.00 |
| CONSTRUCTION IN PROGRESS - HIGH QUALITY COLLISON CENTER | $5,600.00 |
| CONSTRUCTION IN PROGRESS - KICE INDUSTRIES INC | $40,185.00 |
| CONSTRUCTION IN PROGRESS - LECORP | $48,389.00 |
| CONSTRUCTION IN PROGRESS - MASON TECHNOLOGIES, INC. | $477,747.50 |
| CONSTRUCTION IN PROGRESS - MATTINGLY SILO INC. | $47,262.43 |
| CONSTRUCTION IN PROGRESS - MAYFIELD - AUTHORIZED GRAIN SERVICE, LLC | $1,600.00 |
| CONSTRUCTION IN PROGRESS - MAYFIELD - BACON FARMER WORKMAN | $28,348.25 |
| CONSTRUCTION IN PROGRESS - MAYFIELD - BLACK DIAMOND | $28,558.75 |
| CONSTRUCTION IN PROGRESS - MAYFIELD - CFBS | $3,669,152.06 |
| CONSTRUCTION IN PROGRESS - MAYFIELD - CHEMTREAT | $9,045.89 |
| CONSTRUCTION IN PROGRESS - MAYFIELD - CIP - NETS TO ZERO | $10,191.25 |
| CONSTRUCTION IN PROGRESS - MAYFIELD - CRAWFORD DOOR AND LOCK | $246,575.00 |
| CONSTRUCTION IN PROGRESS - MAYFIELD - CSE BLISS MANUFACTURING | $177,840.84 |
| CONSTRUCTION IN PROGRESS - MAYFIELD - DCL | $48,472.80 |
| CONSTRUCTION IN PROGRESS - MAYFIELD - DEAN DORTON ALLEN FORD | $316,902.33 |
| CONSTRUCTION IN PROGRESS - MAYFIELD - INDUSTRIAL AUTHORITY OF MAYFIELD-GRAVES COUNTY | $5,301,079.68 |
| CONSTRUCTION IN PROGRESS - MAYFIELD - J. SMITH LANIER | $10,138.14 |
| CONSTRUCTION IN PROGRESS - MAYFIELD - KENTUCKY STATE TREASURER | $19,850.15 |
| CONSTRUCTION IN PROGRESS - MAYFIELD - KICE INDUSTRIES INC | $2,374,000.00 |
| CONSTRUCTION IN PROGRESS - MAYFIELD - LAIDIG | $152,950.00 |
| CONSTRUCTION IN PROGRESS - MAYFIELD - LECORP | $495,327.30 |
| CONSTRUCTION IN PROGRESS - MAYFIELD - LOUISVILLE DRYER COMPANY | $1,491,098.00 |

|  |  | Current value of debtor's interest |
|---|---|---|

**77.  OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED** *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP

| | |
|---|---|
| CONSTRUCTION IN PROGRESS - MAYFIELD - MASON TECHNOLOGIES, INC. | $32,500.00 |
| CONSTRUCTION IN PROGRESS - MAYFIELD - MAYFIELD START UP EXPENSES | $304,105.69 |
| CONSTRUCTION IN PROGRESS - MAYFIELD - PAC-VAN | $700.00 |
| CONSTRUCTION IN PROGRESS - MAYFIELD - PINNACLE, INC | $20,061,658.91 |
| CONSTRUCTION IN PROGRESS - MAYFIELD - POWER EQUIPMENT COMPANY OF MEMPHIS | $325,688.96 |
| CONSTRUCTION IN PROGRESS - MAYFIELD - ROTEX GLOBAL | $800,698.00 |
| CONSTRUCTION IN PROGRESS - MAYFIELD - WALLACE ELECTRICAL SYSTEMS, LLC | $531,428.92 |
| CONSTRUCTION IN PROGRESS - NORTHERN TOOL AND EQUIPMENT | $459.98 |
| CONSTRUCTION IN PROGRESS - PADUCAH - CFBS | $1,250,346.00 |
| CONSTRUCTION IN PROGRESS - PADUCAH - I5 DESIGN | $8,964.00 |
| CONSTRUCTION IN PROGRESS - PADUCAH - PADUCAH START UP EXPENSES | $21,097.13 |
| CONSTRUCTION IN PROGRESS - PINNACLE, INC | $60,008.97 |
| CONSTRUCTION IN PROGRESS - POPE SCIENTIFIC INC. | $3,000.00 |
| CONSTRUCTION IN PROGRESS - QC MATERIAL HANDLING EQUIPMENT | $64,120.38 |
| CONSTRUCTION IN PROGRESS - RFSMART | $113,578.63 |
| CONSTRUCTION IN PROGRESS - ROOT SCIENCES | $10,360.89 |
| CONSTRUCTION IN PROGRESS - SRM CONCRETE | $25,483.00 |
| CONSTRUCTION IN PROGRESS - THOMPSON CONSTRUCTION | $1,465,496.56 |
| CONSTRUCTION IN PROGRESS - TRIANGLE | $13,857.00 |
| CONSTRUCTION IN PROGRESS - WALLACE ELECTRICAL SYSTEMS, LLC | $375,375.13 |
| CONSTRUCTION IN PROGRESS - WILLIAMS SCOTSMAN, INC. | $13,180.55 |

**78   Total of Part 11.**
ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90.

| $58,474,741.14 |
|---|

**79.  Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 12:   Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80.  **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $1,465,405.21 | |
| 81.  **Deposits and prepayments.** *Copy line 9, Part 2.* | $16,659,236.45 | |
| 82.  **Accounts receivable.** *Copy line 12, Part 3.* | $4,017,248.70 | |
| 83.  **Investments.** *Copy line 17, Part 4.* | UNKNOWN | |
| 84.  **Inventory.** *Copy line 23, Part 5.* | $34,865,208.00 | |
| 85.  **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $77,596,410.97 | |
| 86.  **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,395,521.89 | |
| 87.  **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $9,483,977.23 | |
| 88.  **Real property.** *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . ➜ | | $3,189,138.00 |
| 89.  **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $256,379.66 | |

| | | |
|---|---|---|
| 90. | **All other assets.** *Copy line 78, Part 11.* | ➕  $58,474,741.14 |

| | | | |
|---|---|---|---|
| 91. | **Total.** Add lines 80 through 90 for each column. . . . . . . . . 91a. | $206,214,129.25 | ➕ 91b  $3,189,138.00 |

92.  **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $209,403,267.25

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
<tr><td>Debtor</td><td>GenCanna Global USA, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Eastern District of Kentucky</td></tr>
<tr><td>Case number<br>(if known)</td><td>20-50133</td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

1.    1. Do any creditors have claims secured by debtor's property?

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☑ Yes. Fill in all of the information below.

<b>Part 1:    List All Creditors with Secured Claims</b>

2.    <b>List in alphabetical order all creditors</b> who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br><b>Amount of claim</b><br><i>Do not deduct the value of collateral.</i> | Column B<br><b>Value of collateral that supports this claim</b> |
|---|---|---|---|---|
| 2.1 | <b>Creditor's name</b><br>ALLY<br><br><b>Creditor's mailing address</b><br>PO BOX 380902<br>BLOOMINGTON, MN  55438-0902<br><br><b>Creditor's email address</b><br><br><b>Date or dates debt was incurred</b><br>5/1/2019<br><br><b>Last 4 digits of account number:</b> 4000<br><br><b>Do multiple creditors have an interest in the same property?</b><br>☑ No<br>☐ Yes | <b>Describe debtor's property that is subject to a lien</b><br>VEHICLE SUBJECT OF THE LEASE<br><b>Describe the lien</b><br>AUTO LOAN<br><b>Is the creditor an insider or related party?</b><br>☑ No<br>☐ Yes<br><b>Is anyone else liable on this claim?</b><br>☑ No<br>☐ Yes<br><b>As of the petition filing date, the claim is:</b><br><i>Check all that apply.</i><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | | $27,413.26 | UNKNOWN |
| 2.2 | <b>Creditor's name</b><br>ARROW FARMS, LLC<br><br><b>Creditor's mailing address</b><br>ATTN: CHRIS PETTY<br>8255 OLD LOVELACEVILLE ROAD<br>PADUCAH, KY  42001<br><br><b>Creditor's email address</b><br><br><b>Date or dates debt was incurred</b><br>8/29/2019<br><br><b>Last 4 digits of account number:</b> 6060<br><br><b>Do multiple creditors have an interest in the same property?</b><br>☑ No<br>☐ Yes | <b>Describe debtor's property that is subject to a lien</b><br>FARMING EQUIPMENT<br><b>Describe the lien</b><br>CAPITAL LEASE AGREEMENT<br><b>Is the creditor an insider or related party?</b><br>☑ No<br>☐ Yes<br><b>Is anyone else liable on this claim?</b><br>☑ No<br>☐ Yes<br><b>As of the petition filing date, the claim is:</b><br><i>Check all that apply.</i><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | | $6,535,296.00 | UNKNOWN |

| Part 1: | Additional Page |
| --- | --- |

| | | | Column A | Column B |
| --- | --- | --- | --- | --- |
| | | | **Amount of claim** <br> *Do not deduct the value of collateral.* | **Value of collateral that supports this claim** |
| 2.3 | **Creditor's name** <br> AVT - KENTUCKY LP <br><br> **Creditor's mailing address** <br> 6995 UNION PARK CENTER, SUITE 400 <br> COTTONWOOD HEIGHTS, UT  84047 <br><br> **Creditor's email address** <br><br> **Date or dates debt was incurred** <br> 3/5/2019 <br><br> **Last 4 digits of account number:** <br><br> **Do multiple creditors have an interest in the same property?** <br> ☑ No <br> ☐ Yes | **Describe debtor's property that is subject to a lien** <br> PROPERTY SUBJECT OF THE LIEN <br><br> **Describe the lien** <br> FINANCING STATEMENT <br><br> **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes <br><br> **Is anyone else liable on this claim?** <br> ☑ No <br> ☐ Yes <br><br> **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed | | UNKNOWN | UNKNOWN |
| 2.4 | **Creditor's name** <br> AVTECH CAPITAL, LLC <br><br> **Creditor's mailing address** <br> 6995 UNION PARK CENTER <br> COTTONWOOD HEIGHTS, UT  84047 <br><br> **Creditor's email address** <br><br> **Date or dates debt was incurred** <br> VARIOUS <br><br> **Last 4 digits of account number:** 1002 <br><br> **Do multiple creditors have an interest in the same property?** <br> ☑ No <br> ☐ Yes | **Describe debtor's property that is subject to a lien** <br> EQUIPMENT SUBJECT OF THE PURCHASE AGREEMENT <br><br> **Describe the lien** <br> EQUIPMENT PURCHASE <br><br> **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes <br><br> **Is anyone else liable on this claim?** <br> ☑ No <br> ☐ Yes <br><br> **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed | | $5,689,694.53 | UNKNOWN |
| 2.5 | **Creditor's name** <br> CENTRAL BANK & TRUST CO. <br><br> **Creditor's mailing address** <br> PO BOX 1360 <br> LEXINGTON, KY  40588-1360 <br><br> **Creditor's email address** <br><br> **Date or dates debt was incurred** <br> 1/1/2019 <br><br> **Last 4 digits of account number:** 5010 <br><br> **Do multiple creditors have an interest in the same property?** <br> ☑ No <br> ☐ Yes | **Describe debtor's property that is subject to a lien** <br> CERTAIN OF DEBTOR'S PROPERTY <br><br> **Describe the lien** <br> MORTGAGE <br><br> **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes <br><br> **Is anyone else liable on this claim?** <br> ☑ No <br> ☐ Yes <br><br> **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed | | $263,018.44 | UNKNOWN |

| Debtor | GenCanna Global USA, Inc. | Case Number (if known) | 20-50133 |
|--------|---------------------------|------------------------|----------|
|        | (Name)                    |                        |          |

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Column A | Column B |
|--|--|----------|----------|
|  |  | **Amount of claim** *Do not deduct the value of collateral.* | **Value of collateral that supports this claim** |
| 2.6 | **Creditor's name** COMMUNITY FINANCIAL SERVICES BANK **Creditor's mailing address** **Creditor's email address** **Date or dates debt was incurred** 11/1/2018 **Last 4 digits of account number: 5000** **Do multiple creditors have an interest in the same property?** ☒ No ☐ Yes | **Describe debtor's property that is subject to a lien** CERTAIN OF DEBTOR'S PROPERTY **Describe the lien** PROPERTY LEASE **Is the creditor an insider or related party?** ☒ No ☐ Yes **Is anyone else liable on this claim?** ☒ No ☐ Yes **As of the petition filing date, the claim is:** *Check all that apply.* ☒ Contingent ☒ Unliquidated ☒ Disputed | $911,798.35 | UNKNOWN |
| 2.7 | **Creditor's name** DE LAGE LANDEN FINANCIAL SERVICES INC **Creditor's mailing address** 1111 OLD EAGLE SCHOOL ROAD WAYNE, PA  19087 **Creditor's email address** **Date or dates debt was incurred** 9/13/2019 **Last 4 digits of account number:** **Do multiple creditors have an interest in the same property?** ☒ No ☐ Yes | **Describe debtor's property that is subject to a lien** PROPERTY SUBJECT OF THE CONTRACT **Describe the lien** FINANCING STATEMENT **Is the creditor an insider or related party?** ☒ No ☐ Yes **Is anyone else liable on this claim?** ☒ No ☐ Yes **As of the petition filing date, the claim is:** *Check all that apply.* ☒ Contingent ☒ Unliquidated ☒ Disputed | UNKNOWN | UNKNOWN |
| 2.8 | **Creditor's name** DE LAGE LANDEN FINANCIAL SERVICES, INC. **Creditor's mailing address** 1111 OLD EAGLE SCHOOL ROAD WAYNE, PA  19087-1453 **Creditor's email address** **Date or dates debt was incurred** 10/1/2019 **Last 4 digits of account number: 6070** **Do multiple creditors have an interest in the same property?** ☒ No ☐ Yes | **Describe debtor's property that is subject to a lien** EQUIPMENT SUBJECT OF THE LOAN **Describe the lien** EQUIPMENT LOAN **Is the creditor an insider or related party?** ☒ No ☐ Yes **Is anyone else liable on this claim?** ☒ No ☐ Yes **As of the petition filing date, the claim is:** *Check all that apply.* ☒ Contingent ☒ Unliquidated ☒ Disputed | $185,870.82 | UNKNOWN |

Debtor _____Cendanne Cloose & Skiing_____     Case Number (if known) _____20-50133_____
          (Name)

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that** |
| | | Do not deduct the value of collateral. | **supports this claim** |

| 2.9 | **Creditor's name**<br>DORAL CORPORATION<br><br>**Creditor's mailing address**<br>427 EAST STEWART STREET<br>MILWAUKEE, WI  53207<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>4/5/2019<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>PROPERTY SUBJECT OF THE LIEN<br><br>**Describe the lien**<br>MECHANIC'S LIEN<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNKNOWN | UNKNOWN |
| 2.10 | **Creditor's name**<br>DT2019-2 (A DELAWARE STATUTORY TRUST)<br><br>**Creditor's mailing address**<br>C/O LORD SECURITIES CORP<br>48 WALL STREET, 27TH FLOOR<br>NEW YORK, NY  10005<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>11/22/2019<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>EQUIPMENT / ASSETS  / PROPERTY SUBJECT OF THE AGREEMENT<br><br>**Describe the lien**<br>FINANCING STATEMENT<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNKNOWN | UNKNOWN |
| 2.11 | **Creditor's name**<br>DT2019-2, LORD SECURITIES CORPORATION<br><br>**Creditor's mailing address**<br>ADMINISTRATIVE TRUSTEE<br>48 WALL STREET, 27TH FLOOR<br>NEW YORK, NY  10005<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>8/7/2019<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>PROPERTY SUBJECT OF THE LIEN<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNKNOWN | UNKNOWN |

Debtor  Gendanne Global eShip, Inc.  Case 20-50133-grs  Doc 246  Filed 03/01/20  Entered 03/01/20 23:03:15  Desc Main
(Name)                                                     Case Number (if known)  20-50133
                                              Document      Page 30 of 216

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | **Column A**<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| 2.12 | **Creditor's name**<br>GRAVES COUNTY ECONOMIC DEPARTMENT, INC.<br><br>**Creditor's mailing address**<br>2012 E. COLLEGE STREET<br>MAYFIELD, KY  42066<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>9/1/2019<br><br>**Last 4 digits of account number:** 6080<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>CERTAIN OF DEBTOR'S PROPERTY<br><br>**Describe the lien**<br>PROPERTY LEASE<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $899,620.45 | UNKNOWN |
| 2.13 | **Creditor's name**<br>IJARAH 2.0 TRUST 2019-1 (A DELAWARE STATUTORY TRUST)<br><br>**Creditor's mailing address**<br>C/O LORD SECURITIES CORP<br>48 WALL STREET, 27TH FLOOR<br>NEW YORK, NY  10005<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>11/22/2019<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>EQUIPMENT / ASSETS  / PROPERTY SUBJECT OF THE AGREEMENT<br><br>**Describe the lien**<br>FINANCING STATEMENT<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNKNOWN | UNKNOWN |
| 2.14 | **Creditor's name**<br>IJARAH 2.0 TRUST 2019-1, LORD SECURITIES CORPORATION<br><br>**Creditor's mailing address**<br>TRUSTEE<br>48 WALL STREET, 27TH FLOOR<br>NEW YORK, NY  10005<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>8/15/2019<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>PROPERTY SUBJECT OF THE LIEN<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNKNOWN | UNKNOWN |

Debtor    GenCanna Global USA, Inc.
(Name)                                                          Case Number (if known) 20-50133

| Part 1: | Additional Page |

|  |  | Column A | Column B |
|---|---|---|---|
|  |  | **Amount of claim** | **Value of collateral that supports this claim** |
|  |  | Do not deduct the value of collateral. |  |

| 2.15 | **Creditor's name**<br>INDUSTRIAL AUTHORITY OF MAYFIELD-GRAVES COUNTY<br><br>**Creditor's mailing address**<br>ATTN: RYAN DRANE<br>201 E COLLEGE ST<br>MAYFIELD, KY 42066-2728<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>EQUIPMENT / ASSETS / PROPERTY SUBJECT OF THE LIEN<br><br>**Describe the lien**<br>CONTRUCTION LIENS<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $3,552,195.60 | UNKNOWN |
| 2.16 | **Creditor's name**<br>INTEGRITY / ARCHITECHTURE PLLC<br><br>**Creditor's mailing address**<br>2414 PALUMBO DR., STE 125<br>LEXINGTON, KY 40509<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>12/16/2019<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>GENCANNA - WINCHESTER DRYING FACILITY LOCATED 285 TIERNEY WAY, WINCHESTER, KY 40391; SEE DEED BOOK 506, PAGE 493, CLARK COUNTY CLERK'S OFFICE<br><br>**Describe the lien**<br>MECHANIC'S LIEN<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNKNOWN | UNKNOWN |
| 2.17 | **Creditor's name**<br>INTEGRITY ARCHITECTURE, PLLC<br><br>**Creditor's mailing address**<br>2414 PALUMBO DRIVE, SUITE 125<br>LEXINGTON, KY 40509<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>EQUIPMENT / ASSETS / PROPERTY<br><br>**Describe the lien**<br>CONTRUCTION LIENS<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $321,862.02 | UNKNOWN |

Debtor    Dermanne Global & Sourcing    Case Number (if known) 20-50133
         (Name)

| Part 1: | Additional Page |
|---------|-----------------|

|  |  |  | Column A | Column B |
|--|--|--|----------|----------|
|  |  |  | **Amount of claim** *Do not deduct the value of collateral.* | **Value of collateral that supports this claim** |
| 2.18 | **Creditor's name** INVISION-COMCORCO FLOORING **Creditor's mailing address** 11341 DECIMAL DR LOUISVILLE, KY  40299 **Creditor's email address** **Date or dates debt was incurred** 11/25/2019 **Last 4 digits of account number:** **Do multiple creditors have an interest in the same property?** ☑ No ☐ Yes | **Describe debtor's property that is subject to a lien** PROPERTY SUBJECT OF THE LIEN **Describe the lien** MECHANIC'S LIEN **Is the creditor an insider or related party?** ☑ No ☐ Yes **Is anyone else liable on this claim?** ☑ No ☐ Yes **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☑ Unliquidated ☑ Disputed | | UNKNOWN | UNKNOWN |
| 2.19 | **Creditor's name** KENTUCKY BANK **Creditor's mailing address** 360 EAST VINE STREET SUITE 100 LEXINGTON, KY  40507 **Creditor's email address** **Date or dates debt was incurred** 5/1/2019 **Last 4 digits of account number:** 6020 **Do multiple creditors have an interest in the same property?** ☑ No ☐ Yes | **Describe debtor's property that is subject to a lien** CERTAIN OF DEBTOR'S PROPERTY **Describe the lien** LAND LOAN **Is the creditor an insider or related party?** ☑ No ☐ Yes **Is anyone else liable on this claim?** ☑ No ☐ Yes **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☑ Unliquidated ☐ Disputed | | $1,823,101.80 | UNKNOWN |
| 2.20 | **Creditor's name** MGG INVESTMENT GROUP **Creditor's mailing address** ONE PENN PLAZA 53RD FLOOR NEW YORK, NY  10119 **Creditor's email address** **Date or dates debt was incurred** VARIOUS **Last 4 digits of account number:** 6050 **Do multiple creditors have an interest in the same property?** ☑ No ☐ Yes | **Describe debtor's property that is subject to a lien** ALL ASSETS **Describe the lien** BANK LOAN **Is the creditor an insider or related party?** ☑ No ☐ Yes **Is anyone else liable on this claim?** ☐ No ☑ Yes **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☑ Unliquidated ☐ Disputed | | $65,282,390.01 | UNKNOWN |

Debtor    Cambrian Global Spring LLC                                    Case number (if known)    20-50133
            (Name)

| Part 1: | Additional Page |
|---|---|

|  | Column A | Column B |
|---|---|---|
|  | **Amount of claim** | **Value of collateral that supports this claim** |
|  | Do not deduct the value of collateral. |  |

**2.21**

**Creditor's name**
MGG INVESTMENT GROUP LP

**Creditor's mailing address**
AS COLLATERAL AGENT
ONE PENN PLAZA, 53RD FLOOR
NEW YORK, NY 10119

**Creditor's email address**

**Date or dates debt was incurred**
6/24/2019

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
SUBSTANTIALLY ALL ASSETS

**Describe the lien**
FINANCING STATEMENT

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

Column A: UNKNOWN
Column B: UNKNOWN

---

**2.22**

**Creditor's name**
PINNACLE, INC

**Creditor's mailing address**
ATTN: DENNIS SMITH
PO BOX 352
BENTON, KY 42025

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
EQUIPMENT / ASSETS / PROPERTY SUBJECT OF THE LIEN

**Describe the lien**
CONTRUCTION LIENS

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Column A: $14,253,463.25
Column B: UNKNOWN

---

**2.23**

**Creditor's name**
SMYRNA READY MIX LLC

**Creditor's mailing address**
1136 2ND AVE N
NASHVILLE, TN

**Creditor's email address**

**Date or dates debt was incurred**
1/31/2020

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
PROPERTY SUBJECT OF THE LIEN

**Describe the lien**
MECHANIC'S LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Column A: UNKNOWN
Column B: UNKNOWN

---

Debtor    GenCanna Global USA, Inc.    Case number (if known) 20-50133
(Name)

| Part 1: | Additional Page |
| --- | --- |

|  | | Column A | Column B |
| --- | --- | --- | --- |
|  | | **Amount of claim** | **Value of collateral that supports this claim** |
|  | | Do not deduct the value of collateral. | |

**2.24**

**Creditor's name**
SQN ASSET INCOME FUND V LP

**Creditor's mailing address**
100 ARBORETUM DRIVE, SUITE 105
PORTSMOUTH, NH

**Creditor's email address**

**Date or dates debt was incurred**
6/3/2019

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
EQUIPMENT SUBJECT OF THE AGREEMENT

**Describe the lien**
FINANCING STATEMENT

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Column A: UNKNOWN
Column B: UNKNOWN

---

**2.25**

**Creditor's name**
SQN ASSET INCOME FUND V, L.P.

**Creditor's mailing address**
115 HOUZE RD. STE. 150
ROSWELL, GA  30076

**Creditor's email address**

**Date or dates debt was incurred**
6/1/2019

**Last 4 digits of account number:** 1001

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
EQUIPMENT SUBJECT OF THE PURCHASE AGREEMENT

**Describe the lien**
EQUIPMENT PURCHASE

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Column A: $3,332,208.51
Column B: UNKNOWN

---

**2.26**

**Creditor's name**
THOMPSON CONSTRUCTION

**Creditor's mailing address**
ATTN: HOOTIE THOMPSON
800 KY HWY 801
NORTH MOREHEAD, KY  40351

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
PROPERTY SUBJECT OF THE LIEN

**Describe the lien**
CONTRUCTION LIENS

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Column A: $2,794,293.96
Column B: UNKNOWN

| Part 1: | Additional Page | | |
|---------|-----------------|---|---|

| | | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| 2.27 | **Creditor's name**<br>THOMPSON CONSTRUCTION - ACCRUAL<br><br>**Creditor's mailing address**<br>ATTN: HOOTIE THOMPSON<br>800 KY HWY 801<br>NORTH MOREHEAD, KY 40351<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>PROPERTY SUBJECT OF THE LIEN<br><br>**Describe the lien**<br>CONTRUCTION LIENS<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $1,163,865.00 | UNKNOWN |
| 2.28 | **Creditor's name**<br>TOYOTA INDUSTRIES COMMERCIAL FINANCE INC<br><br>**Creditor's mailing address**<br>PO BOX 9050<br>DALLAS, TX<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>10/28/2016<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>ONE (1) TOYOTA FORKLIFT MODEL #8FGU25 SERIAL #76144<br><br>**Describe the lien**<br>FINANCING STATEMENT<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNKNOWN | UNKNOWN |
| 2.29 | **Creditor's name**<br>WHAYNE SUPPLY COMPANY<br><br>**Creditor's mailing address**<br>PO BOX 35900<br>LOUISVILLE, KY<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>9/26/2019<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>1 CATERPILLAR 262D SKID STEER LOADER, SERIAL NUMBER DTB10218 WITH THE FOLLOWING ATTACHMENT: -1 CATERPILLAR SSL 80' BUCKET, SERIAL NUMBER A4187BK22138 ET AL.,<br><br>**Describe the lien**<br>LEASE<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNKNOWN | UNKNOWN |

| Debtor | GenCanna Global USA, Inc. | Case number (if known) | 20-50133 |
|---|---|---|---|
| | (Name) | | |

| **Part 1:** | **Additional Page** |
|---|---|

|  | | | Column A | Column B |
|---|---|---|---|---|
|  | | | **Amount of claim** | **Value of collateral that supports this claim** |
|  | | | *Do not deduct the value of collateral.* | |
| 2.30 | **Creditor's name** WILLIAM AND CINDY LOU SOUTHERLAND | **Describe debtor's property that is subject to a lien** CERTAIN OF DEBTOR'S PROPERTY | $1,033,333.33 | UNKNOWN |
| | **Creditor's mailing address** SOUTHERLANDS GREENHOUSE 1895 CLINTONVILLE RD PARIS, KY  40361 | **Describe the lien** LAND LOAN | | |
| | **Creditor's email address** | **Is the creditor an insider or related party?** ☒ No ☐ Yes | | |
| | **Date or dates debt was incurred** 5/1/2019 | | | |
| | **Last 4 digits of account number:** 6025 | **Is anyone else liable on this claim?** ☒ No ☐ Yes | | |
| | **Do multiple creditors have an interest in the same property?** ☒ No ☐ Yes | **As of the petition filing date, the claim is:** *Check all that apply.* ☒ Contingent ☒ Unliquidated ☒ Disputed | | |

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $108,069,425.33 |
|---|---|---|

**Fill in this information to identify the case:**

Debtor    GenCanna Global USA, Inc.

United States Bankruptcy Court for the:  Eastern District of Kentucky

Case number    20-50133
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY
unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts
on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*
(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach
the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
    ☐ No. Go to Part 2.
    ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than
    3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address**<br>ADAIR, MICHAEL H.<br>321 VENABLE RD. STE 2<br>WINCHESTER, KY  40391<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $1,923.08 | $1,923.08 |
| 2.2 | **Priority creditor's name and mailing address**<br>ADAM ROBINSON<br>4193 COPPER CREEK RD<br>BEREA, KY  40403<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (6) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>FARMER<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $105,000.00 | $6,750.00 |
| 2.3 | **Priority creditor's name and mailing address**<br>ADAMS, CHRISTOPHER T.<br>321 VENABLE RD. STE 2<br>WINCHESTER, KY  40391<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $1,153.85 | $1,153.85 |

Debtor  GenCanna Global USA, Inc.
        (Name)

Case number (if known)  20-50133

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|
| | | Total claim | Priority amount |

---

**2.4** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,019.23 | $2,019.23

AFSHAR, YASAMIN A.
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $2,019.23    Priority amount $2,019.23

---

**2.5** | **Priority creditor's name and mailing address**

ALAN CALDERON
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $18,870.18    Priority amount $13,650.00

---

**2.6** | **Priority creditor's name and mailing address**

ALLEN, SKYLER
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $1,600.00    Priority amount $1,600.00

---

**2.7** | **Priority creditor's name and mailing address**

ALLES, GREG
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $3,692.00    Priority amount $3,692.00

---

**2.8** | **Priority creditor's name and mailing address**

ANDREW STUBBS
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $6,923.07    Priority amount $6,923.07

---

Debtor    GenCanna Global USA, Inc.
          (Name)

Case number (if known) 20-50133

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.9 | **Priority creditor's name and mailing address**<br>ANGEL, TYLER S.<br>321 VENABLE RD. STE 2<br>WINCHESTER, KY  40391<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $836.00 | $836.00 |
| 2.10 | **Priority creditor's name and mailing address**<br>ARRIETA, AITOR<br>321 VENABLE RD. STE 2<br>WINCHESTER, KY  40391<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $7,587.92 | $7,587.92 |
| 2.11 | **Priority creditor's name and mailing address**<br>AUSTIN TUDOR<br>8968 RICHMOND ROAD<br>PAINT LICK, KY  40461<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (6) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>FARMER<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $108,000.00 | $6,750.00 |
| 2.12 | **Priority creditor's name and mailing address**<br>BAIN, GARRETT<br>321 VENABLE RD. STE 2<br>WINCHESTER, KY  40391<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $7,264.13 | $7,264.13 |
| 2.13 | **Priority creditor's name and mailing address**<br>BAIN, SONYA K.<br>321 VENABLE RD. STE 2<br>WINCHESTER, KY  40391<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $1,846.15 | $1,846.15 |

Debtor    Case 20-50133-grs    Doc 246    Filed 03/01/20    Entered 03/01/20 23:03:15    Desc Main
GenCanna Global USA, Inc.      Document     Page 40 of 216     Case number (if known)   20-50133
    (Name)

| Part 1: | **Additional Page** | | | |
|---|---|---|---|---|

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|

**2.14**    **Priority creditor's name and mailing address**

BALLARD, JOHN S.
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $4,038.47    Priority amount: $4,038.47

---

**2.15**    **Priority creditor's name and mailing address**

BARNETT, BRIAN D.
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $1,790.47    Priority amount: $1,790.47

---

**2.16**    **Priority creditor's name and mailing address**

BARRETT, MICHAEL
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $6,821.09    Priority amount: $6,821.09

---

**2.17**    **Priority creditor's name and mailing address**

BARRY HOPEWELL
820 MILLER DEAN ROAD
SALVISA, KY 40372

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (6)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
FARMER

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $73,500.00    Priority amount: $6,750.00

---

**2.18**    **Priority creditor's name and mailing address**

BENNETT- COLOMBE, TONYA M.
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $132.00    Priority amount: $132.00

Debtor  GenCanna Global USA, Inc.                                    Case number (if known)  20-50133
        (Name)

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.19** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,961.54 | $2,961.54

BENNETT, KELLI
321 VENABLE RD. STE 2
WINCHESTER, KY  40391

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.20** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $42.34 | $42.34

BENNETT-COLOMBE, TONYA
321 VENABLE RD. STE 2
WINCHESTER, KY  40391

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.21** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $448,000.00 | $6,750.00

BENNY WEBB
4140 COMBS FERRY RD
WINCHESTER, KY  40391

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
FARMER

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (6)

---

**2.22** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $92,625.00 | $6,750.00

BETSY SHACKELFORD
321 KIRKSVILLE ROAD
RICHMOND, KY  40475

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
FARMER

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (6)

---

**2.23** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,211.54 | $1,211.54

BICKLEY, AMY N.
321 VENABLE RD. STE 2
WINCHESTER, KY  40391

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    GenCanna Global USA, Inc.                                          Case Number (if known)    20-50133
          (Name)

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.24**  **Priority creditor's name and mailing address**

BRAD MATHIS
330 CRESTON RD
MELBER, KY  42069

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (6)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
FARMER

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $403,750.00   Priority amount: $6,750.00

---

**2.25**  **Priority creditor's name and mailing address**

BRAD WIGGINS
417 STATE ROUTE 83
MAYFIELD, KY  42066

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (6)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
FARMER

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $704,000.00   Priority amount: $6,750.00

---

**2.26**  **Priority creditor's name and mailing address**

BRADLEY LEAGUE
510 RAY WAY
LANCASTER, KY  40444

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (6)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
FARMER

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $57,750.00   Priority amount: $6,750.00

---

**2.27**  **Priority creditor's name and mailing address**

BRANDON MORGUSON
2441 FRANKS WAY
LEXINGTON, KY  40509

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (6)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
FARMER

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $115,500.00   Priority amount: $6,750.00

---

**2.28**  **Priority creditor's name and mailing address**

BRENT  SHULTZ
1265 STATE ROUTE 1890
MAYFIELD, KY  42066

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (6)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
FARMER

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $764,500.00   Priority amount: $6,750.00

**Part 1:**    **Additional Page**

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.29 | **Priority creditor's name and mailing address**<br>BRETT E. GOLDMAN<br>321 VENABLE RD. STE 2<br>WINCHESTER, KY 40391<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $19,500.00 | $13,650.00 |
| 2.30 | **Priority creditor's name and mailing address**<br>BRETT J. GOLDMAN<br>321 VENABLE RD. STE 2<br>WINCHESTER, KY 40391<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $9,258.67 | $9,258.67 |
| 2.31 | **Priority creditor's name and mailing address**<br>BRYAN D SPILLMAN<br>2330 GARDNERSVILLE RD<br>CRITTENDEN, KY 41030<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (6) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>FARMER<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $213,500.00 | $6,750.00 |
| 2.32 | **Priority creditor's name and mailing address**<br>BRYANT, BRANDON C.<br>321 VENABLE RD. STE 2<br>WINCHESTER, KY 40391<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $1,643.42 | $1,643.42 |
| 2.33 | **Priority creditor's name and mailing address**<br>CHARLES CLARK<br>3528 WHITE LICK RD<br>PAINT LICK, KY 40461<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (6) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>FARMER<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $282,562.50 | $6,750.00 |

Debtor _____
        GenCanna Global USA, Inc.
        (Name)

Case 20-50133-grs    Doc 246    Filed 03/01/20    Entered 03/01/20 23:03:15    Desc Main
                        Document      Page 44 of 216

Case number (if known)    20-50133

| Part 1: | Additional Page |
|---------|-----------------|

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.34 | **Priority creditor's name and mailing address**<br>CHAVARRIA, TIMOTHY M.<br>321 VENABLE RD. STE 2<br>WINCHESTER, KY 40391<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $1,440.00 | $1,440.00 |
| 2.35 | **Priority creditor's name and mailing address**<br>CISSELL, MATTHEW<br>321 VENABLE RD. STE 2<br>WINCHESTER, KY 40391<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $2,153.84 | $2,153.84 |
| 2.36 | **Priority creditor's name and mailing address**<br>CLARK COUNTY TREASURER<br>34 SOUTH MAIN ROOM103<br>WINCHESTER, KY 40391<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.37 | **Priority creditor's name and mailing address**<br>CLARK, JOSEPH C.<br>321 VENABLE RD. STE 2<br>WINCHESTER, KY 40391<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $2,307.69 | $2,307.69 |
| 2.38 | **Priority creditor's name and mailing address**<br>CLAYCAMP, DAN L.<br>321 VENABLE RD. STE 2<br>WINCHESTER, KY 40391<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $13,073.68 | $13,073.68 |

| Debtor | GenCanna Global USA, Inc. | Case number (if known) | 20-50133 |
|---|---|---|---|
| | (Name) | | |

| **Part 1:** | **Additional Page** |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.39 | **Priority creditor's name and mailing address**<br>CLAYTON, JOSHUA<br>321 VENABLE RD. STE 2<br>WINCHESTER, KY  40391<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,800.00 | $1,800.00 |
| 2.40 | **Priority creditor's name and mailing address**<br>CLINE, KAYLA N.<br>321 VENABLE RD. STE 2<br>WINCHESTER, KY  40391<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,260.60 | $2,260.60 |
| 2.41 | **Priority creditor's name and mailing address**<br>COHEN, NEWT<br>321 VENABLE RD. STE 2<br>WINCHESTER, KY  40391<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $57,125.71 | $13,650.00 |
| 2.42 | **Priority creditor's name and mailing address**<br>COLE, WILLIAM<br>321 VENABLE RD. STE 2<br>WINCHESTER, KY  40391<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $216.00 | $216.00 |
| 2.43 | **Priority creditor's name and mailing address**<br>COLLETT, CHRISTOPHER S.<br>321 VENABLE RD. STE 2<br>WINCHESTER, KY  40391<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,440.00 | $1,440.00 |

| Debtor | GenCanna Global USA, Inc. | Case Number (if known) | 20-50133 |
| | (Name) | | |

| Part 1: | Additional Page |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.44** Priority creditor's name and mailing address

COLLINS, BRIAN
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

$400.00    $400.00

---

**2.45** Priority creditor's name and mailing address

COLLINS, MISTY D.
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

$387.00    $387.00

---

**2.46** Priority creditor's name and mailing address

CONWAY, DARIEN L.
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,320.00    $1,320.00

---

**2.47** Priority creditor's name and mailing address

CONYEA, RONALD
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,118.44    $4,118.44

---

**2.48** Priority creditor's name and mailing address

CORREDOR, HUGO
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,846.15    $3,846.15

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.49** | **Priority creditor's name and mailing address**
COUCH, BRANDON
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $1,280.00    Priority amount: $1,280.00

---

**2.50** | **Priority creditor's name and mailing address**
CRASE, JEFFREY J.
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $812.00    Priority amount: $812.00

---

**2.51** | **Priority creditor's name and mailing address**
CRAWFORD, MARK
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $3,080.77    Priority amount: $3,080.77

---

**2.52** | **Priority creditor's name and mailing address**
CROUCH, JEFFERY
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $830.77    Priority amount: $830.77

---

**2.53** | **Priority creditor's name and mailing address**
CRUSE, PONICE
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $5,769.60    Priority amount: $5,769.60

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.54 | **Priority creditor's name and mailing address**<br>CUNDIFF, JAMES<br>321 VENABLE RD. STE 2<br>WINCHESTER, KY 40391<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,640.00 | $1,640.00 |
| 2.55 | **Priority creditor's name and mailing address**<br>DANNY MILLER<br>MILLER FARM, LLC 6851 LEEANN LANE<br>LEXINGTON, KY 40515<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (6) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>FARMER<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $700,000.00 | $6,750.00 |
| 2.56 | **Priority creditor's name and mailing address**<br>DAVID E. DUVALL<br>321 VENABLE RD. STE 2<br>WINCHESTER, KY 40391<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,884.62 | $2,884.62 |
| 2.57 | **Priority creditor's name and mailing address**<br>DAVID E. FRALEY<br>321 VENABLE RD. STE 2<br>WINCHESTER, KY 40391<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,730.77 | $1,730.77 |
| 2.58 | **Priority creditor's name and mailing address**<br>DAVID J CHERRY<br>14605 ST RT 303<br>FULTON, KY 42041<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (6) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>FARMER<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $574,000.00 | $6,750.00 |

Debtor    GenCanna Global USA, Inc.                                    Case number (if known)   20-50133
          (Name)

| **Part 1:** | **Additional Page** |
|---|---|

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|

| 2.59 | **Priority creditor's name and mailing address**<br><br>DAVID ROARK<br>7425 SCOTTSVILLE RD<br>LAFAYETTE, TN<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (6) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>FARMER<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $39,375.00 | $6,750.00 |
| 2.60 | **Priority creditor's name and mailing address**<br><br>DAY, JOHNATHAN L.<br>773 HALCOMB LN<br>PAINT LICK, KY 40461<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (6) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>FARMER<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $3,065.60 | $3,065.60 |
| 2.61 | **Priority creditor's name and mailing address**<br><br>DENNIS BRAGG<br>1180 GRIMWOOD ROAD<br>TONEY, AL 35773<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (6) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>FARMER<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,947,500.00 | $6,750.00 |
| 2.62 | **Priority creditor's name and mailing address**<br><br>DEWAYNE HOLCOMB<br>2363 FALL LICK ROAD<br>LANCASTER, KY 40444<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (6) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>FARMER<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $71,750.00 | $6,750.00 |
| 2.63 | **Priority creditor's name and mailing address**<br><br>DOEBLER, SETH W.<br>321 VENABLE RD. STE 2<br>WINCHESTER, KY 40391<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,536.00 | $1,536.00 |

Debtor  GenCanna Global USA, Inc.                                    Case number (if known)  20-50133
          (Name)

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.64** **Priority creditor's name and mailing address**

DORSETT, MARY C.
321 VENABLE RD. STE 2
WINCHESTER, KY  40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $2,500.00   Priority amount: $2,500.00

---

**2.65** **Priority creditor's name and mailing address**

DRENNEN, RICHARD
321 VENABLE RD. STE 2
WINCHESTER, KY  40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $36,714.39   Priority amount: $13,650.00

---

**2.66** **Priority creditor's name and mailing address**

EDMON, ALICE T.
321 VENABLE RD. STE 2
WINCHESTER, KY  40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $623.08   Priority amount: $623.08

---

**2.67** **Priority creditor's name and mailing address**

EDWARDS, JESSI
321 VENABLE RD. STE 2
WINCHESTER, KY  40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $3,769.23   Priority amount: $3,769.23

---

**2.68** **Priority creditor's name and mailing address**

ELISHA HENDERSON
815 RICHMOND ROAD, LOOP 2
LANCASTER, KY  40444

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (6)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
FARMER

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $80,500.00   Priority amount: $6,750.00

**Part 1:**    **Additional Page**

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.69** — **Priority creditor's name and mailing address**

ELLIOT, BRIAN
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $134.03 — Priority amount: $134.03

---

**2.70** — **Priority creditor's name and mailing address**

ELLIOTT, BRIAN D.
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $2,700.00 — Priority amount: $2,700.00

---

**2.71** — **Priority creditor's name and mailing address**

ELLIS, CAMERON D.
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $528.00 — Priority amount: $528.00

---

**2.72** — **Priority creditor's name and mailing address**

ERIC COWDEN
708 CLAYVIS COURT
LEXINGTON, KY 40515

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (6)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
FARMER

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $25,151.20 — Priority amount: $6,750.00

---

**2.73** — **Priority creditor's name and mailing address**

ERIC HOPEWELL
820 MILLER DEAN ROAD
SALVISA, KY 40372

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (6)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
FARMER

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $165,750.00 — Priority amount: $6,750.00

| **Part 1:** | **Additional Page** |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.74** | **Priority creditor's name and mailing address**
ESPINOSA, DANIEL
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

$800.00 — $800.00

**2.75** FAHNER, MARY — $1,400.00 — $1,400.00 (same structure, 321 VENABLE RD. STE 2, WINCHESTER, KY 40391, VARIOUS, EMPLOYEE COMPENSATION, Contingent/Unliquidated/Disputed, No, 507(a)(4))

**2.76** FASSIO, MICHAEL — $1,360.00 — $1,360.00 (same structure)

**2.77** FAULKNER, JUSTIN — $1,600.00 — $1,600.00 (same structure)

**2.78** FENNER, DAVID — $900.00 — $900.00 (same structure)

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

### 2.79

**Priority creditor's name and mailing address**

FETTERS, AMANDA
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $1,520.00
Priority amount: $1,520.00

### 2.80

**Priority creditor's name and mailing address**

FILBURN-MIRANDA, BARBARA
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $13,637.46
Priority amount: $13,637.46

### 2.81

**Priority creditor's name and mailing address**

FILBURN-MIRANDA, BARBARA M.
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $290.00
Priority amount: $290.00

### 2.82

**Priority creditor's name and mailing address**

FRANCIS, LUKE I.
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $2,307.69
Priority amount: $2,307.69

### 2.83

**Priority creditor's name and mailing address**

GARRETT, DAVINA
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $960.00
Priority amount: $960.00

Debtor   GenCanna Global USA, Inc.
         (Name)

Case number (if known)   20-50133

| Part 1: | Additional Page |
|---------|-----------------|

|  | | | Total claim | Priority amount |
|--|--|--|-------------|-----------------|

**2.84** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $90,250.00 | $6,750.00

GARTH MIDDAUGH
1013 CAVE HILL ROAD
LAFAYETTE, TN  37083

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
FARMER

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (6)

---

**2.85** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $214,061.25 | $6,750.00

GARY  RILEY
1363 STATE ROUTE 1710
MAYFIELD, KY  42066

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
FARMER

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (6)

---

**2.86** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,982.17 | $3,982.17

GARY BROADBENT
321 VENABLE RD. STE 2
WINCHESTER, KY  40391

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.87** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,320.00 | $1,320.00

GAYHEART, ZACHARY
321 VENABLE RD. STE 2
WINCHESTER, KY  40391

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.88** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $95,000.00 | $6,750.00

GENE GOUGH
6540 VAUGHN RD
KEVIL, KY  42053

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
FARMER

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (6)

Debtor  GenCanna Global USA, Inc.
         (Name)

Case number (if known)  20-50133

| Part 1: | Additional Page |
|---------|-----------------|

|  |  |  | Total claim | Priority amount |
|--|--|--|-------------|-----------------|

**2.89**    **Priority creditor's name and mailing address**

GIBSON, CODY A.
321 VENABLE RD. STE 2
WINCHESTER, KY  40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,380.00    Priority amount: $1,380.00

---

**2.90**    **Priority creditor's name and mailing address**

GILCHRIST, CHRISTINE L.
321 VENABLE RD. STE 2
WINCHESTER, KY  40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,321.09    Priority amount: $1,321.09

---

**2.91**    **Priority creditor's name and mailing address**

GILES B. SHELL
321 VENABLE RD. STE 2
WINCHESTER, KY  40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $11,076.92    Priority amount: $11,076.92

---

**2.92**    **Priority creditor's name and mailing address**

GIOVANNIELLO, BRITTANY R.
321 VENABLE RD. STE 2
WINCHESTER, KY  40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $2,355.77    Priority amount: $2,355.77

---

**2.93**    **Priority creditor's name and mailing address**

GOOLMAN, CHAD E.
321 VENABLE RD. STE 2
WINCHESTER, KY  40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $25.52    Priority amount: $25.52

Debtor  GenCanna Global USA, Inc.
        (Name)                                          Case number (if known) 20-50133

| Part 1: | Additional Page |
| | | Total claim | Priority amount |

**2.94** Priority creditor's name and mailing address

GOSHORN, JONATHAN L.
321 VENABLE RD. STE 2
WINCHESTER, KY  40391

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $3,461.54   Priority amount $3,461.54

---

**2.95** Priority creditor's name and mailing address

GOSSER, THOMAS D.
321 VENABLE RD. STE 2
WINCHESTER, KY  40391

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $368.00   Priority amount $368.00

---

**2.96** Priority creditor's name and mailing address

GREGORY W HENSLEY
MR. GREG HENSLEY 1746 POLLYS BEND RD
LANCASTER, KY  40444

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (6)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
FARMER

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $115,500.00   Priority amount $6,750.00

---

**2.97** Priority creditor's name and mailing address

GRIFFETT, JOSEPH
321 VENABLE RD. STE 2
WINCHESTER, KY  40391

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $288.00   Priority amount $288.00

---

**2.98** Priority creditor's name and mailing address

HALL, AMANDA M.
321 VENABLE RD. STE 2
WINCHESTER, KY  40391

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $1,380.00   Priority amount $1,380.00

Debtor    GenCanna Global USA, Inc.    Case number (if known)  20-50133
           (Name)

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

| 2.99 | **Priority creditor's name and mailing address**<br>HAMILTON, SHANNON<br>321 VENABLE RD. STE 2<br>WINCHESTER, KY 40391<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,692.31 | $2,692.31 |
| 2.100 | **Priority creditor's name and mailing address**<br>HARDER, DANIEL K.<br>321 VENABLE RD. STE 2<br>WINCHESTER, KY 40391<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $5,983.56 | $5,983.56 |
| 2.101 | **Priority creditor's name and mailing address**<br>HATFIELD, PHILLIP K.<br>321 VENABLE RD. STE 2<br>WINCHESTER, KY 40391<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,360.00 | $1,360.00 |
| 2.102 | **Priority creditor's name and mailing address**<br>HOLLON, DAKOTA<br>321 VENABLE RD. STE 2<br>WINCHESTER, KY 40391<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,320.00 | $1,320.00 |
| 2.103 | **Priority creditor's name and mailing address**<br>HOOVER, SAMUEL J.<br>321 VENABLE RD. STE 2<br>WINCHESTER, KY 40391<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $7,831.74 | $7,831.74 |

Debtor  GenCanna Global USA, Inc.
        (Name)
                                                        Case number (if known)  20-50133

| Part 1: | Additional Page |
|---|---|

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|

**2.104**  Priority creditor's name and mailing address

HOWARD, JAMES M.
321 VENABLE RD. STE 2
WINCHESTER, KY  40391

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $1,320.00    Priority amount: $1,320.00

---

**2.105**  Priority creditor's name and mailing address

IAN THOMAS
630 BALDEN ROAD
HARRODSBURG, KY  40330

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (6)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
FARMER

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $220,000.00    Priority amount: $6,750.00

---

**2.106**  Priority creditor's name and mailing address

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA  19101-7346

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.107**  Priority creditor's name and mailing address

JANICE  HARPER
21 NORTH MAIN STREET
WINCHESTER, KY  40391

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (6)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
FARMER

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $97,375.00    Priority amount: $6,750.00

---

**2.108**  Priority creditor's name and mailing address

JARED  DONALDSON
1343 NANCE ROAD
HICKORY, KY  42051

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (6)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
FARMER

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $223,250.00    Priority amount: $6,750.00

---

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.109** | **Priority creditor's name and mailing address**
JEANETTA RAMSEY
452 BROWNING'S CORNER ROAD
FALMOUTH, KY  41040

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (6)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
FARMER

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $45,375.00   Priority amount: $6,750.00

---

**2.110** | **Priority creditor's name and mailing address**
JEFF ADAMS
5045 VAN METER ROAD
WINCHESTER, KY  40391

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (6)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
FARMER

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $256,000.00   Priority amount: $6,750.00

---

**2.111** | **Priority creditor's name and mailing address**
JEFFREY L WEBB
7064 BYBEE RD
WINCHESTER, KY  40391

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (6)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
FARMER

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $262,500.00   Priority amount: $6,750.00

---

**2.112** | **Priority creditor's name and mailing address**
JEREMY SCHLABACH
380 LOCKHART LANE
AUBURN, KY  42206

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (6)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
FARMER

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $130,156.25   Priority amount: $6,750.00

---

**2.113** | **Priority creditor's name and mailing address**
JERRY HOLLOWAY
2945 STATE ROUTE 339 E
MAYFIELD, KY  42066

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (6)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
FARMER

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $636,500.00   Priority amount: $6,750.00

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.114 | **Priority creditor's name and mailing address**<br>JILL COFFEY<br>3105 STATE ROUTE 125<br>HICKMAN, KY 42050<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (6) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>FARMER<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $562,500.00 | $6,750.00 |
| 2.115 | **Priority creditor's name and mailing address**<br>JIMMY TUDOR<br>9032 RICHMOND ROAD<br>PAINT LICK, KY 40461<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (6) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>FARMER<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $171,000.00 | $6,750.00 |
| 2.116 | **Priority creditor's name and mailing address**<br>JOHN BOWEN<br>321 VENABLE RD. STE 2<br>WINCHESTER, KY 40391<br>CANADA<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $560,000.00 | $6,750.00 |
| 2.117 | **Priority creditor's name and mailing address**<br>JOHNATHAN DAY<br>773 HALCOMB LN<br>PAINT LICK, KY 40461<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (6) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>FARMER<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $682,500.00 | $6,750.00 |
| 2.118 | **Priority creditor's name and mailing address**<br>JONES, ADAM<br>321 VENABLE RD. STE 2<br>WINCHESTER, KY 40391<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,360.00 | $1,360.00 |

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.119 | **Priority creditor's name and mailing address**<br>JONES, SARAH<br>321 VENABLE RD. STE 2<br>WINCHESTER, KY 40391<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $1,152.00 | $1,152.00 |
| 2.120 | **Priority creditor's name and mailing address**<br>JOSH  CURTIS<br>JOSH CURTIS 1402 KY HWY 1940<br>CYNTHIANA, KY 41031<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (6) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>FARMER<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $363,375.00 | $6,750.00 |
| 2.121 | **Priority creditor's name and mailing address**<br>JUSTIN CLARK<br>5470 OLD US HIGHWAY 45 SOUTH<br>PADUCAH, KY 42003<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (6) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>FARMER<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $989,945.00 | $6,750.00 |
| 2.122 | **Priority creditor's name and mailing address**<br>JUSTIN EDWARDS<br>5165 GILBERTSVILLE HIGHWAY<br>CALVERT CITY, KY 42029<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (6) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>FARMER<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $332,062.50 | $6,750.00 |
| 2.123 | **Priority creditor's name and mailing address**<br>JUSTIN PAVONI<br>187 PEACOCK FARMS LANE<br>FLEMINGSBURG, KY 41041<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (6) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>FARMER<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $324,482.52 | $6,750.00 |

Debtor    GenCanna Global USA, Inc.
          (Name)

Case number (if known)    20-50133

| | | Total claim | Priority amount |
|---|---|---|---|

**Part 1:** | **Additional Page**

**2.124** | **Priority creditor's name and mailing address**
JUSTIN WILMOT
5187 BUCKEYE RD
LANCASTER, KY  40444

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (6)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
FARMER

**Is the claim subject to offset?**
☑ No
☐ Yes

$171,000.00 | $6,750.00

---

**2.125** | **Priority creditor's name and mailing address**
KENNETH ANDERSON
6675 VAN METER RD.
WINCHESTER, KY  40391

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (6)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
FARMER

**Is the claim subject to offset?**
☑ No
☐ Yes

$282,187.50 | $6,750.00

---

**2.126** | **Priority creditor's name and mailing address**
KENTUCKY STATE TREASURER
1050 US-127 # 100
FRANKFORT, KY  40601

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN | UNKNOWN

---

**2.127** | **Priority creditor's name and mailing address**
KENTUCKY STATE TREASURER
1050 US-127 # 100
FRANKFORT, KY  40601

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN | UNKNOWN

---

**2.128** | **Priority creditor's name and mailing address**
KEY, CAROL
321 VENABLE RD. STE 2
WINCHESTER, KY  40391

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,728.00 | $1,728.00

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.129** **Priority creditor's name and mailing address**

KEY, NATHAN T.
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $1,000.00    Priority amount: $1,000.00

---

**2.130** **Priority creditor's name and mailing address**

KIDWELL, GARY E.
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $480.00    Priority amount: $480.00

---

**2.131** **Priority creditor's name and mailing address**

KING, SAMANTHA
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $4,307.69    Priority amount: $4,307.69

---

**2.132** **Priority creditor's name and mailing address**

KINIRY, BRANDON T.
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $1,440.00    Priority amount: $1,440.00

---

**2.133** **Priority creditor's name and mailing address**

KIRK, LOGAN
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $652.50    Priority amount: $652.50

Debtor    Cambrian Coal, LLC et al.
   (Name)

Case number (if known) 20-50133

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.134** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $800.00 | $800.00

LAMB, BRIAN
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.135** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $354,750.00 | $6,750.00

LARRY CLARK
106 CLARK-HOOK ROAD
GREENBURG, KY 42743

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
FARMER

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (6)

---

**2.136** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $693.19 | $693.19

LEWIS SWARTS
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.137** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,731.20 | $1,731.20

LINGEMAN, DANIEL G.
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.138** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,440.00 | $1,440.00

LINKOUS, CHRISTOPHER L.
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor ___GenCanna Global USA, Inc.___
      (Name)

Case number (if known) 20-50133

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.139** **Priority creditor's name and mailing address**
LITTLETON, VICTOR R.
321 VENABLE RD. STE 2
WINCHESTER, KY  40391

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

$252.00    $252.00

---

**2.140** **Priority creditor's name and mailing address**
LONG, AMANDA L.
321 VENABLE RD. STE 2
WINCHESTER, KY  40391

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,600.00    $1,600.00

---

**2.141** **Priority creditor's name and mailing address**
LUXMORE, SHONNA A.
321 VENABLE RD. STE 2
WINCHESTER, KY  40391

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

$232.00    $232.00

---

**2.142** **Priority creditor's name and mailing address**
LYVERS, CHRIS
321 VENABLE RD. STE 2
WINCHESTER, KY  40391

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,864.72    $5,864.72

---

**2.143** **Priority creditor's name and mailing address**
MARCUS S WISEMAN
1296 MORRIS ROAD
WINCHESTER, KY  40391

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (6)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
FARMER

**Is the claim subject to offset?**
☒ No
☐ Yes

$352,187.50    $6,750.00

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.144 | **Priority creditor's name and mailing address**<br>MARK MAYER<br>1585 BOONESBORO ROAD<br>WINCHESTER, KY 40391<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (6) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>FARMER<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $90,200.00 | $6,750.00 |
| 2.145 | **Priority creditor's name and mailing address**<br>MARK ROARK<br>1213 HANESTOWN RD<br>LAFAYETTE, TN 37083<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (6) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>FARMER<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $67,500.00 | $6,750.00 |
| 2.146 | **Priority creditor's name and mailing address**<br>MAYS, BRIAN W.<br>321 VENABLE RD. STE 2<br>WINCHESTER, KY 40391<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,360.00 | $1,360.00 |
| 2.147 | **Priority creditor's name and mailing address**<br>MCCOY, MIKE W.<br>321 VENABLE RD. STE 2<br>WINCHESTER, KY 40391<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,360.00 | $1,360.00 |
| 2.148 | **Priority creditor's name and mailing address**<br>MCDONALD, JASON<br>321 VENABLE RD. STE 2<br>WINCHESTER, KY 40391<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,360.00 | $1,360.00 |

Debtor  GenCanna Global USA, Inc.
        (Name)

Case number (if known) 20-50133

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.149** | **Priority creditor's name and mailing address**
MCMANUS, STARLEY K.
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $1,680.00 | Priority amount: $1,680.00

---

**2.150** | **Priority creditor's name and mailing address**
MEANS, JAMES
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $2,115.38 | Priority amount: $2,115.38

---

**2.151** | **Priority creditor's name and mailing address**
MICHAEL T. RAMSEY
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $2,000.00 | Priority amount: $2,000.00

---

**2.152** | **Priority creditor's name and mailing address**
MILLER, CLINT W.
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $1,360.00 | Priority amount: $1,360.00

---

**2.153** | **Priority creditor's name and mailing address**
MILLER, ERIK
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $31,943.50 | Priority amount: $13,650.00

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.154 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,384.62 | $1,384.62 |

MILLER, ERIK F.
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.155 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $660.00 | $660.00 |

MILLER, MCKENZIE C.
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.156 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $168.00 | $168.00 |

MONROE, AUSTIN G.
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.157 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,160.00 | $4,160.00 |

MORRIS, ALEXANDER J.
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.158 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,161.60 | $1,161.60 |

MORSE, HOLLIE L.
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    GenCanna Global USA, Inc.     Case 20-50133-grs    Doc 246    Filed 03/01/20    Entered 03/01/20 23:03:15    Desc Main
(Name)      Case number (if known)   20-50133
Document     Page 69 of 216

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.159**    **Priority creditor's name and mailing address**

NEIL ISHMAEL
1120 ROBINSON RENAKER ROAD
BERRY, KY 41003

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (6)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
FARMER

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$380,250.00**    Priority amount: **$6,750.00**

---

**2.160**    **Priority creditor's name and mailing address**

NELSON, MITCHELL
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$2,396.02**    Priority amount: **$2,396.02**

---

**2.161**    **Priority creditor's name and mailing address**

NEY, ROBERT M.
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$2,769.23**    Priority amount: **$2,769.23**

---

**2.162**    **Priority creditor's name and mailing address**

NICK ROBINSON
233 BEARKAT LANE
LAFAYETTE, TN 37083

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (6)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
FARMER

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$27,000.00**    Priority amount: **$6,750.00**

---

**2.163**    **Priority creditor's name and mailing address**

NORTON, MADISON R.
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$1,360.00**    Priority amount: **$1,360.00**

Debtor  Cambarre Global & Shrilld
        (Name)

Case number (if known) 20-50133

| Part 1: | Additional Page |
|---------|-----------------|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.164** | **Priority creditor's name and mailing address**

O'CONNOR, DARRELL
321 VENABLE RD. STE 2
WINCHESTER, KY  40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $38,002.94    Priority amount: $13,650.00

---

**2.165** | **Priority creditor's name and mailing address**

OVERBY, JAMES
321 VENABLE RD. STE 2
WINCHESTER, KY  40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $637.28    Priority amount: $637.28

---

**2.166** | **Priority creditor's name and mailing address**

PATRICK K. RYAN
321 VENABLE RD. STE 2
WINCHESTER, KY  40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $4,307.70    Priority amount: $4,307.70

---

**2.167** | **Priority creditor's name and mailing address**

PATRICK RYAN
321 VENABLE RD. STE 2
WINCHESTER, KY  40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $10,134.94    Priority amount: $10,134.94

---

**2.168** | **Priority creditor's name and mailing address**

PELFREY, TIMOTHY
321 VENABLE RD. STE 2
WINCHESTER, KY  40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $1,360.00    Priority amount: $1,360.00

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

| 2.169 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,332.12 | $1,332.12 |
| | PENNINGTON, MICHAEL E. 321 VENABLE RD. STE 2 WINCHESTER, KY 40391 | ☒ Contingent ☒ Unliquidated ☒ Disputed | | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** EMPLOYEE COMPENSATION | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☒ No ☐ Yes | | |

| 2.170 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,920.00 | $1,920.00 |
| | PHIPPS, HEATHER 321 VENABLE RD. STE 2 WINCHESTER, KY 40391 | ☒ Contingent ☒ Unliquidated ☒ Disputed | | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** EMPLOYEE COMPENSATION | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☒ No ☐ Yes | | |

| 2.171 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $407.85 | $407.85 |
| | PIPKEN, CHELSEA 321 VENABLE RD. STE 2 WINCHESTER, KY 40391 | ☒ Contingent ☒ Unliquidated ☒ Disputed | | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** EMPLOYEE COMPENSATION | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☒ No ☐ Yes | | |

| 2.172 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,000.00 | $9,000.00 |
| | PIPKIN, CHELSEA 321 VENABLE RD. STE 2 WINCHESTER, KY 40391 | ☒ Contingent ☒ Unliquidated ☒ Disputed | | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** EMPLOYEE COMPENSATION | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☒ No ☐ Yes | | |

| 2.173 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $840.00 | $840.00 |
| | PLYMPTON, JEFFREY 321 VENABLE RD. STE 2 WINCHESTER, KY 40391 | ☒ Contingent ☒ Unliquidated ☒ Disputed | | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** EMPLOYEE COMPENSATION | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☒ No ☐ Yes | | |

Debtor  Cambrian Coal LLC (et al)                                      Case number (if known)  20-50133
        (Name)

| Part 1: | Additional Page |
|---------|-----------------|

|  |  |  | Total claim | Priority amount |
|--|--|--|-------------|-----------------|

**2.174**  **Priority creditor's name and mailing address**

PORT, MICHAEL
321 VENABLE RD. STE 2
WINCHESTER, KY  40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $1,201.93   Priority amount: $1,201.93

---

**2.175**  **Priority creditor's name and mailing address**

PREECE, DEVIN L.
321 VENABLE RD. STE 2
WINCHESTER, KY  40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $980.77   Priority amount: $980.77

---

**2.176**  **Priority creditor's name and mailing address**

PUCKETT, JACOB K.
321 VENABLE RD. STE 2
WINCHESTER, KY  40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $2,153.84   Priority amount: $2,153.84

---

**2.177**  **Priority creditor's name and mailing address**

PULLIAM, JEREMY D.
321 VENABLE RD. STE 2
WINCHESTER, KY  40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $2,115.38   Priority amount: $2,115.38

---

**2.178**  **Priority creditor's name and mailing address**

RAMSEY, MIKE
321 VENABLE RD. STE 2
WINCHESTER, KY  40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $126.26   Priority amount: $126.26

Debtor    GenCanna Global USA, Inc.
          (Name)

Case number (if known)    20-50133

---

**Part 1:** **Additional Page**

| | | Total claim | Priority amount |
|---|---|---|---|

**2.179** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,360.00 | $1,360.00

RATLIFF, BRENT
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.180** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $422,812.50 | $6,750.00

RAY K MATHIS
780 DOYLE RD.
HICKORY, KY 42051

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
FARMER

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (6)

---

**2.181** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,720.00 | $2,720.00

REGINA B. ASTER
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.182** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $495,000.00 | $6,750.00

ROBERT ELLISON
2048 STATE ROUTE 97
MAYFIELD, KY 42066

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
FARMER

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (6)

---

**2.183** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $753,375.00 | $6,750.00

ROBERT TOON
9620 STATE ROUTE 408
FANCY FARM, KY 42039

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
FARMER

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (6)

---

Debtor    Cambrian Global USA, LLC
     (Name)

Case number (if known)    20-50133

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.184** | **Priority creditor's name and mailing address**<br>ROBERTS, DYLAN<br>321 VENABLE RD. STE 2<br>WINCHESTER, KY  40391<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,360.00 | $1,360.00 |
| **2.185** | **Priority creditor's name and mailing address**<br>ROBERTSON, KATHRYN<br>321 VENABLE RD. STE 2<br>WINCHESTER, KY  40391<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $3,510.38 | $3,510.38 |
| **2.186** | **Priority creditor's name and mailing address**<br>ROBIN R. DOEBLER<br>321 VENABLE RD. STE 2<br>WINCHESTER, KY  40391<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $259.13 | $259.13 |
| **2.187** | **Priority creditor's name and mailing address**<br>ROBINSON, BENJAMIN R.<br>321 VENABLE RD. STE 2<br>WINCHESTER, KY  40391<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $160.00 | $160.00 |
| **2.188** | **Priority creditor's name and mailing address**<br>ROBINSON, GLEN R.<br>321 VENABLE RD. STE 2<br>WINCHESTER, KY  40391<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,000.00 | $1,000.00 |

Debtor    GenCanna Global USA, Inc.     Case 20-50133-grs    Doc 246    Filed 03/01/20    Entered 03/01/20 23:03:15    Desc Main
(Name)      Case number (if known)   20-50133
Document     Page 75 of 216

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.189**    **Priority creditor's name and mailing address**

ROGERS, RONALD C.
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $1,360.00    Priority amount: $1,360.00

---

**2.190**    **Priority creditor's name and mailing address**

RON CONYEA
3030 STATE ROUTE 1241
HICKORY, KY 42051

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (6)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
FARMER

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $969,375.00    Priority amount: $6,750.00

---

**2.191**    **Priority creditor's name and mailing address**

ROSE, KLINT
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $2,694.38    Priority amount: $2,694.38

---

**2.192**    **Priority creditor's name and mailing address**

ROSE, TARYN M.
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $1,320.00    Priority amount: $1,320.00

---

**2.193**    **Priority creditor's name and mailing address**

SARGENT, BRYCE K.
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $1,440.00    Priority amount: $1,440.00

Debtor    GenCanna Global USA, Inc.
          (Name)

Case number (if known)    20-50133

| | | Total claim | Priority amount |
|---|---|---|---|

**Part 1:    Additional Page**

---

**2.194** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,420.00 | $1,420.00
SAYLOR, BRANDON
321 VENABLE RD. STE 2
WINCHESTER, KY  40391

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.195** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $153.84 | $153.84
SCANNAPIECO, NICHOLAS A.
321 VENABLE RD. STE 2
WINCHESTER, KY  40391

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.196** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,153.85 | $1,153.85
SCHMIDT, BRITA
321 VENABLE RD. STE 2
WINCHESTER, KY  40391

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.197** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $19,019.23 | $13,650.00
SCHOENTHALER, AMY L.
321 VENABLE RD. STE 2
WINCHESTER, KY  40391

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.198** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11,076.91 | $11,076.91
SCOTT W. SLYKER,
321 VENABLE RD. STE 2
WINCHESTER, KY  40391

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    GenCanna Global USA, Inc.    Case number (if known) 20-50133
         (Name)

| Part 1: | Additional Page |
|---------|-----------------|

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|

### 2.199

**Priority creditor's name and mailing address**

SCOTT, ALFRED E.
321 VENABLE RD. STE 2
WINCHESTER, KY  40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $350.00    Priority amount: $350.00

### 2.200

**Priority creditor's name and mailing address**

SHANNON C. STONE
321 VENABLE RD. STE 2
WINCHESTER, KY  40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $4,153.85    Priority amount: $4,153.85

### 2.201

**Priority creditor's name and mailing address**

SHAUN HAYDEN
2114 COUNTY ROAD 1015
BARDWELL, KY  42023

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (6)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
FARMER

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $512,500.00    Priority amount: $6,750.00

### 2.202

**Priority creditor's name and mailing address**

SHIFFLET, WILLIAM
321 VENABLE RD. STE 2
WINCHESTER, KY  40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $1,380.00    Priority amount: $1,380.00

### 2.203

**Priority creditor's name and mailing address**

SHROUT, TAYLOR D.
321 VENABLE RD. STE 2
WINCHESTER, KY  40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $180.00    Priority amount: $180.00

Debtor   GenCanna Global USA, Inc.
         (Name)

Case number (if known)   20-50133

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.204 | **Priority creditor's name and mailing address**<br><br>SIMPSON, STEPHEN<br>321 VENABLE RD. STE 2<br>WINCHESTER, KY  40391<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $79.99 | $79.99 |
| 2.205 | **Priority creditor's name and mailing address**<br><br>SMITH, CAMERON J.<br>321 VENABLE RD. STE 2<br>WINCHESTER, KY  40391<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $3,461.54 | $3,461.54 |
| 2.206 | **Priority creditor's name and mailing address**<br><br>SMITH, JAMES G.<br>321 VENABLE RD. STE 2<br>WINCHESTER, KY  40391<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $1,320.00 | $1,320.00 |
| 2.207 | **Priority creditor's name and mailing address**<br><br>SMITH, RANDY<br>321 VENABLE RD. STE 2<br>WINCHESTER, KY  40391<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $1,800.00 | $1,800.00 |
| 2.208 | **Priority creditor's name and mailing address**<br><br>SMITH, RICKY L.<br>321 VENABLE RD. STE 2<br>WINCHESTER, KY  40391<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $2,320.00 | $2,320.00 |

Debtor  GenCanna Global USA, Inc.                                    Case number (if known)  20-50133
        (Name)

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.209** | **Priority creditor's name and mailing address**

SMITH, STARLA
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $1,760.00   Priority amount: $1,760.00

---

**2.210** | **Priority creditor's name and mailing address**

SMITH, TAYLOR M.
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $1,480.00   Priority amount: $1,480.00

---

**2.211** | **Priority creditor's name and mailing address**

SMITHERMAN, COLLYN
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $3,980.77   Priority amount: $3,980.77

---

**2.212** | **Priority creditor's name and mailing address**

SNEDEGAR, JOSEPH T.
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $1,360.00   Priority amount: $1,360.00

---

**2.213** | **Priority creditor's name and mailing address**

SNOWDEN, CHANCELOR D.
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $1,400.00   Priority amount: $1,400.00

| Part 1: | Additional Page | | | Total claim | Priority amount |
|---|---|---|---|---|---|

**2.214** | **Priority creditor's name and mailing address**

SOUTHERLAND, WILLIAM
321 VENABLE RD. STE 2
WINCHESTER, KY  40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $1,923.08   Priority amount: $1,923.08

---

**2.215** | **Priority creditor's name and mailing address**

STARKS, CHRISTOPHER W.
321 VENABLE RD. STE 2
WINCHESTER, KY  40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $1,201.93   Priority amount: $1,201.93

---

**2.216** | **Priority creditor's name and mailing address**

STEVE S. BRYANT
321 VENABLE RD. STE 2
WINCHESTER, KY  40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $2,229.83   Priority amount: $2,229.83

---

**2.217** | **Priority creditor's name and mailing address**

STIDHAM, ROBERT
321 VENABLE RD. STE 2
WINCHESTER, KY  40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $112.50   Priority amount: $112.50

---

**2.218** | **Priority creditor's name and mailing address**

STONE, SHANE A.
321 VENABLE RD. STE 2
WINCHESTER, KY  40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $1,320.00   Priority amount: $1,320.00

Debtor    GenCanna Global USA, Inc.
          (Name)

Case number (if known)   20-50133

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.219** | **Priority creditor's name and mailing address**
STRNAD, STUART
321 VENABLE RD. STE 2
WINCHESTER, KY  40391

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $3,202.93    Priority amount: $3,202.93

---

**2.220** | **Priority creditor's name and mailing address**
STUBBS, ETHAN A.
321 VENABLE RD. STE 2
WINCHESTER, KY  40391

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $212.36    Priority amount: $212.36

---

**2.221** | **Priority creditor's name and mailing address**
TACKETT, MALLORY E.
321 VENABLE RD. STE 2
WINCHESTER, KY  40391

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $1,846.42    Priority amount: $1,846.42

---

**2.222** | **Priority creditor's name and mailing address**
TAYLOR, JOHNATHAN
321 VENABLE RD. STE 2
WINCHESTER, KY  40391

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $168.28    Priority amount: $168.28

---

**2.223** | **Priority creditor's name and mailing address**
TAYLOR, JONATHAN L.
321 VENABLE RD. STE 2
WINCHESTER, KY  40391

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $1,024.00    Priority amount: $1,024.00

---

Debtor    GenCanna Global USA, Inc.    Case number (if known)  20-50133
(Name)

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.224 | **Priority creditor's name and mailing address**<br>TAYLOR, LAURA A.<br>321 VENABLE RD. STE 2<br>WINCHESTER, KY  40391<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $3,269.23 | $3,269.23 |
| 2.225 | **Priority creditor's name and mailing address**<br>THOMAS, JOSHUA D.<br>321 VENABLE RD. STE 2<br>WINCHESTER, KY  40391<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $1,360.00 | $1,360.00 |
| 2.226 | **Priority creditor's name and mailing address**<br>THOMPSON, ADAM Z.<br>321 VENABLE RD. STE 2<br>WINCHESTER, KY  40391<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $1,440.00 | $1,440.00 |
| 2.227 | **Priority creditor's name and mailing address**<br>THOMPSON, ALONA<br>321 VENABLE RD. STE 2<br>WINCHESTER, KY  40391<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $2,403.85 | $2,403.85 |
| 2.228 | **Priority creditor's name and mailing address**<br>THORN, CHRISTOPHER<br>321 VENABLE RD. STE 2<br>WINCHESTER, KY  40391<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $1,260.00 | $1,260.00 |

| Part 1: | Additional Page |

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.229 | **Priority creditor's name and mailing address**<br>TIPTON, JASON M.<br>321 VENABLE RD. STE 2<br>WINCHESTER, KY  40391<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,400.00 | $1,400.00 |
| 2.230 | **Priority creditor's name and mailing address**<br>TOLBERT, BRIAN E.<br>321 VENABLE RD. STE 2<br>WINCHESTER, KY  40391<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $3,461.54 | $3,461.54 |
| 2.231 | **Priority creditor's name and mailing address**<br>TOZZI, SASHA<br>321 VENABLE RD. STE 2<br>WINCHESTER, KY  40391<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $3,671.18 | $3,671.18 |
| 2.232 | **Priority creditor's name and mailing address**<br>TYE, KEN<br>321 VENABLE RD. STE 2<br>WINCHESTER, KY  40391<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,442.31 | $1,442.31 |
| 2.233 | **Priority creditor's name and mailing address**<br>WATKINS, REBECCA S.<br>321 VENABLE RD. STE 2<br>WINCHESTER, KY  40391<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $800.00 | $800.00 |

Debtor   GenCanna Global USA, Inc.   Case number (if known)  20-50133
(Name)

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|
| | | Total claim | Priority amount |

**2.234** Priority creditor's name and mailing address
WEBB, MEGAN
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,059.61    $3,059.61

**2.235** Priority creditor's name and mailing address
WHITLEY, NICHOLAS
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,640.00    $1,640.00

**2.236** Priority creditor's name and mailing address
WILSON, HALEIGH
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,480.00    $1,480.00

**2.237** Priority creditor's name and mailing address
WILSON, JEFFERY M.
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,480.00    $1,480.00

**2.238** Priority creditor's name and mailing address
WISE, ROBERT S.
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,400.00    $1,400.00

| Part 1: | Additional Page |
|---|---|

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|

**2.239** | **Priority creditor's name and mailing address**
ZACHARY WEBB
603 ARDERY ROAD
PARIS, KY 40361

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (6)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
FARMER

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $309,375.00    Priority amount: $6,750.00

**2.240** | **Priority creditor's name and mailing address**
ZACK ISON
1225 LEXINGTON ROAD
HARRODSBURG, KY 40330

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (6)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
FARMER

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $133,000.00    Priority amount: $6,750.00

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | | Amount of claim |
|---|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**
3M COMPANY
P.O. BOX 371227
PITTSBURGH, PA 15250-7227

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $1,462.45

**3.2** | **Nonpriority creditor's name and mailing address**
7 POINT NATURALS LLC
1855 DR. ANDRES WAY UNIT. 7
DELRAY BEACH, FL 33445

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $3,894.00

**3.3** | **Nonpriority creditor's name and mailing address**
828 LOGISTICS, LLC
9908 CARVER ROAD SUITE 200
BLUE ASH, OH 45242

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $192,225.00

Debtor   GenCanna Global USA, Inc.
(Name)

Case Number (known) 20-50133

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,073.21 |
|---|---|---|---|

A&J SERVICES, LLC
52 PARK PLACE
NEWBERRY, SC  29108

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | | $299.52 |
|---|---|---|---|

AAA FENCE, LLC
4450 CAIRO RD
PADUCAH, KY  42001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | | $1,295.48 |
|---|---|---|---|

ACTION BUSINESS SUPPLIERS
275 GOLD RUSH RD.
LEXINGTON, KY  40503

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | | $608.00 |
|---|---|---|---|

ADAMS INSULATION INC.
1016 NANDINO BOULEVARD
LEXINGTON, KY  40511

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | | $173.07 |
|---|---|---|---|

AFLAC GROUP INSURANCE
PO BOX 84069
COLUMBUS, GA  31908

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor  _____GenCanna Global USA, Inc._____
         (Name)

Case number (if known) _____20-50133_____

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.9 | **Nonpriority creditor's name and mailing address**<br><br>AIR QUALITY SERVICES<br>425 MAIN ST.<br>EVANSVILLE, IN  47708<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $417.00 |
| 3.10 | **Nonpriority creditor's name and mailing address**<br><br>AIR TECHNOLOGIES<br>PO BOX 73278<br>CLEVAND, OH  44193<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $5,197.31 |
| 3.11 | **Nonpriority creditor's name and mailing address**<br><br>AIRGAS USA LLC<br>PO BOX 734672<br>DALLAS, TX  75373-4672<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $38,365.47 |
| 3.12 | **Nonpriority creditor's name and mailing address**<br><br>ALEX ENGLISH<br>321 VENABLE RD. STE 2<br>WINCHESTER, KY  40391<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE REIMBURSEMENT<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $44.01 |
| 3.13 | **Nonpriority creditor's name and mailing address**<br><br>ALL AMERICAN CONTAINERS<br>4400 NORTH COMMERCE DR.<br>EAST POINT, GA  30344<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $65,788.55 |

Debtor    GenCanna Global USA, Inc.
          (Name)

Case Number (if known) 20-50133

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $667.19 |
|---|---|---|---|

3.14 **Nonpriority creditor's name and mailing address**
ALLY
PO BOX 380902
BLOOMINGTON, MN  55438-0902

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$667.19

---

3.15 **Nonpriority creditor's name and mailing address**
ALPHA MECHANICAL SERVICE INC
7200 DISTRIBUTION DR
LOUISVILLE, KY  40258

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$11,222.53

---

3.16 **Nonpriority creditor's name and mailing address**
AMAZON BUSINESS
AMAZON CAPITAL SERVICES
PO BOX 035184
SEATTLE, WA  98124-5184

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$445.14

---

3.17 **Nonpriority creditor's name and mailing address**
AMERICAN SCALE
3540 BASHFORD AVE.
LOUISVILLE, KY  40218

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,086.27

---

3.18 **Nonpriority creditor's name and mailing address**
AMHEMP
2343 KELSO ROAD
MURRAY, KY  42071

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$55,000.00

Debtor  GenCanna Global USA, Inc.
        (Name)

Case Number (if known)  20-50133

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.19** | **Nonpriority creditor's name and mailing address**

AMIN TALATI UPADHYE, LLP
100 SOUTH WACKER DR.
SUITE 2000
CHICAGO, IL 60606

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$336,827.00

---

**3.20** | **Nonpriority creditor's name and mailing address**

ANDERSON TRANSPORTATION AND LOGISTICS LLC
3300 D NORTH MAIN STREET
PMB 343
ANDERSON, SC 29621

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,750.00

---

**3.21** | **Nonpriority creditor's name and mailing address**

APOLLO OIL
PO BOX 601872
CHARLOTTE, NC 28260-1872

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$593.76

---

**3.22** | **Nonpriority creditor's name and mailing address**

ARROW FARMS
ATTN: CHRIS PETTY
8255 OLD LOVELACEVILLE ROAD
PADUCAH, KY 42001

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$69,751.00

---

**3.23** | **Nonpriority creditor's name and mailing address**

ASENTI DILIGENCE PARTNERS LLC
1655 FORT MYER DRIVE
SUITE 700
ARLINGTON, VA 22209

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$40,000.00

---

Debtor    GenCanna Global USA, Inc.

(Name)

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $650.06 |

ASTRONOVA INC
PO BOX 419820
BOSTON, MA  02241-9820

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,408.34 |

AT&T
PO BOX 5019
CAROL STREAM, IL  60197-5019

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,000.00 |

ATLANTIC APPRAISAL COMPANY INC
161 BURT ROAD SUITE 3
LEXINGTON, KY  40503

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,925.94 |

ATLAS EQUIPMENT SERVICES
PO BOX 554
MAYFIELD, KY  42066

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $59.85 |

ATMOS ENERGY
PO BOX 790311
ST. LOUIS, MO  63179-0311

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    JeanDanne Gcobal d SA, Inc    Case Number (if known)  20-50133
         (Name)

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.29**

**Nonpriority creditor's name and mailing address**

AUTHORIZED GRAIN SERVICE, LLC
4508 GATEWAY CIRCLE
KETTERING, OH  45440

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,600.00

---

**3.30**

**Nonpriority creditor's name and mailing address**

AVTECH CAPITAL
6995 UNION PARK CENTER
SUITE 400
COTTONWOOD HEIGHTS, UT  84047

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CAPITAL LEASE

**Is the claim subject to offset?**
☑ No
☐ Yes

$16,120.00

---

**3.31**

**Nonpriority creditor's name and mailing address**

BACKFLOW TESTING & SOLUTIONS INC.
6 FAY AVE.
JEFFERSONVILLE, IN  47130

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$150.00

---

**3.32**

**Nonpriority creditor's name and mailing address**

BACON FARMER WORKMAN
P.O. BOX 120
PADUCAH, KY  42002

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$66,942.01

---

**3.33**

**Nonpriority creditor's name and mailing address**

BAM CAPITAL LLC ON BEHALF OF ORCA LOGISTICS
BMO HARRIS BANK
ATTN: BAM CAPITAL PO BOX 95182
CHICAGO, IL  60694-5182

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,198.00

---

Debtor GenCanna Global USA, Inc.
(Name)

Case number (if known) 20-50133

| Part 2: | Additional Page |
|---------|-----------------|

|  | | Amount of claim |
|--|--|--|

**3.34** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,139.52

BASCO
PO BOX 7203
CAROL STREAM, IL  60197-7203

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN

BEALL, ALEX
321 VENABLE RD. STE 2
WINCHESTER, KY  40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $465.00

BENEFIT MARKETING SOLUTIONS LLC
BMS LLC PO BOX 43653
LOUISVILLE, KY  40253-0653

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,448.00

BESTEN AND DIERUF PLLC
190 MARKET ST.
LEXINGTON, KY  40507

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $95,811.70

BETTER NUTRITIONALS
17120 S FIGUEROA ST.
GARDENA, CA  90248

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.39 | **Nonpriority creditor's name and mailing address**<br><br>BINGHAM GREENBAUM DOLL LLP<br>3913 SOLUTIONS CENTER<br>CHICAGO, IL  60677-3009<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $14,497.55 |
| 3.40 | **Nonpriority creditor's name and mailing address**<br><br>BIOSWEEP SERVICES<br>160 W CARMEL DR SUITE 204<br>CARMEL, IN  46032<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $15,968.31 |
| 3.41 | **Nonpriority creditor's name and mailing address**<br><br>BLACK DIAMOND AVIATION<br>2405 BLACK DIAMOND DR.<br>MARION, IL  62959<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $104,815.40 |
| 3.42 | **Nonpriority creditor's name and mailing address**<br><br>BLUEGRASS COMMUNITY AND TECHNICAL COLLEGE<br>500 NEWTOWN PIKE<br>LEXINGTON, KY  40508<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $4,800.00 |
| 3.43 | **Nonpriority creditor's name and mailing address**<br><br>BLUEGRASS HERITAGE MUSEUM<br>217 SOUTH MAIN ST.<br>WINCHESTER, KY  40391<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $600.00 |

Debtor    GenCanna Global USA, Inc.
          (Name)

Case number (if known)    20-50133

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

3.44  **Nonpriority creditor's name and mailing address**

BOTANACOR SERVICES
BOTANOCOR SERVICES 1001 S GALAPAGO ST
DENVER, CO  80223

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$110.00

---

3.45  **Nonpriority creditor's name and mailing address**

BOTTLE BARONS LLC
DROPPERBOTTLES.COM 2801 TECHNOLOGY DRIVE # 127
PLANO, TX  75074

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

3.46  **Nonpriority creditor's name and mailing address**

BOURBON COUNTY SHERIFF'S DEPARTMENT
301 MAIN STREET SUITE 104
PARIS, KY  40361

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
GOVERNMENT ENTITY

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

3.47  **Nonpriority creditor's name and mailing address**

BRADILER S.A.
C/O LYNCH, COX, GILMAN & GOODMAN
ATTN:  JOSEPH PATRICK HUMMEL
LOUISVILLE, KY  40202

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

3.48  **Nonpriority creditor's name and mailing address**

BRADLEY ARANT BOULT CUMMINGS LLP
PO BOX 830709
BIRMINGHAM, AL  35283-0709

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,661.25

---

Debtor    GenCanna Global USA, Inc.
(Name)

Case Number (if known): 20-50133

| | Amount of claim |
|---|---|

**Part 2:** Additional Page

---

3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN
BRIAN, BARRETT
321 VENABLE RD. STE 2
WINCHESTER, KY  40391

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE REIMBURSEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.50 | **Nonpriority creditor's name and mailing address** | $13,612.50
BS LLC
11 GARFIELD PLACE
CINCINNATI, OH  45202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.51 | **Nonpriority creditor's name and mailing address** | $25,787.75
BYPASS RENTAL CENTER OF RICHMOND
845 BYPASS RD
WINCHESTER, KY  40391

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.52 | **Nonpriority creditor's name and mailing address** | $83,990.79
BYPASS RENTAL CENTER OF WINCHESTER
845 BYPASS RD.
WINCHESTER, KY  40391

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.53 | **Nonpriority creditor's name and mailing address** | $344.48
BYPASS RENTAL OF GEORGETOWN
115 ETTER LANE
GEORGETOWN, KY  40324

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    GenCanna Global USA, Inc.

(Name)    Case number (if known)   20-50133

| Part 2: | Additional Page | |
|---------|-----------------|---|
| | | Amount of claim |

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,061.30 |
|------|-----|-----|-----|
| | C&W LUMBER COMPANY<br>PO BOX 147, HWY 58 WEST<br>WINGO, KY  42088 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $50,104.92 |
|------|-----|-----|-----|
| | CAD MEDIA LLC<br>379 WEST BROADWAY FLOOR 4<br>NEW YORK, NY  10012 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $75.00 |
|------|-----|-----|-----|
| | CANNALYSIS<br>QC LABS 17322 MURPHY AVE.<br>IRVINE, CA  92614-5920 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $87,747.31 |
|------|-----|-----|-----|
| | CANTRELL SUPPLY INC<br>245 NORTH MAIN ST.<br>WINCHESTER, KY  40391 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $144,256.75 |
|------|-----|-----|-----|
| | CAYCE MILL SUPPLY<br>2225 PEMBROKE ROAD<br>HOPKINSVILLE, KY  42240 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor _____GenCanna Global USA, Inc._____
        (Name)

Case number (if known) ___20-50133___

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

---

**3.59** | **Nonpriority creditor's name and mailing address**

CDS COMMERCIAL DUE DILIGENCE SERVICES
355 W. ROBINSON STREET STE 300
NORMAN, OK  73072

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$11,600.00

---

**3.60** | **Nonpriority creditor's name and mailing address**

CECILS HEATING AND AIR  INC
815 CONTRACT ST.
LEXINGTON, KY  40505

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$23,499.56

---

**3.61** | **Nonpriority creditor's name and mailing address**

CENTRAL BANK AND TRUST CO
PO BOX 1360
LEXINGTON, KY  40588-1360

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,910.00

---

**3.62** | **Nonpriority creditor's name and mailing address**

CENTRAL CABLING LLC
PO BOX 837
BEREA, KY  40403

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,123.10

---

**3.63** | **Nonpriority creditor's name and mailing address**

CERILLIANT
811 PALOMA DR. SUITE A
ROUND ROCK, TX  78665

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,412.70

---

Debtor    Glenoaks Global Sourcing                                    Case Number (if known) 20-50133
          (Name)

| Part 2: | Additional Page | | | |
| --- | --- | --- | --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $27,919.79 |
| | CHEMTREAT | *Check all that apply.* | |
| | 5640 COX ROAD GLEN | ☒ Contingent | |
| | ALLEN, VA 23060 | ☒ Unliquidated | |
| | | ☒ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
| | CHILDERS, TAYLOR G. | *Check all that apply.* | |
| | 321 VENABLE RD. STE 2 | ☒ Contingent | |
| | WINCHESTER, KY 40391 | ☒ Unliquidated | |
| | | ☒ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | EMPLOYEE REIMBURSEMENT | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $81.62 |
| | CINCINNATI FIRE AND SAFETY SERVICE | *Check all that apply.* | |
| | 1240 GLENDALE MILFORD RD. | ☒ Contingent | |
| | CINCINNATI, OH 45215 | ☒ Unliquidated | |
| | | ☒ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $12,887.00 |
| | CINTAS | *Check all that apply.* | |
| | PO BOX 636525 | ☒ Contingent | |
| | CINCINNATI, OH 45263 | ☒ Unliquidated | |
| | | ☒ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $76,311.27 |
| | CINTAS FIRE | *Check all that apply.* | |
| | PO BOX 636525 | ☒ Contingent | |
| | CINCINNATI, OH 45263 | ☒ Unliquidated | |
| | | ☒ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

Debtor    GenCanna Global USA, Inc.
          (Name)
          Case Number (if known)  20-50133

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.69** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN

CLARK COUNTY SHERIFF'S DEPARTMENT
17 CLEVELAND AVENUE
WINCHESTER, KY  40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
GOVERNMENT ENTITY

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,634.36

CLARK ENERGY
PO BOX 748
WINCHESTER, KY  40392-0748

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.71** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $285.80

CLEAN HARBORS ENV SERVICES
PO BOX 3442
BOSTON, MA  02241-3442

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.72** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10,000.00

COLDER ALLIED CONSULTING LLC
KARL COLDER
42448 SPRING SPLENDOR DR.
ASHBURN, VA  20148

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.73** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $15,079.94

COLUMBIA GAS OF KENTUCKY
PO BOX 742523
CINCINNATI, OH  45274-2523

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.74 | **Nonpriority creditor's name and mailing address**<br><br>COMCAST BUSINESS<br>COMCAST PO BOX 70219<br>PHILADELPHIA, PA  19176-0219<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $652.45 |
|---|---|---|---|
| 3.75 | **Nonpriority creditor's name and mailing address**<br><br>COMMONWEALTH ANALYTICS, LLC<br>678 WATERWORKS ROAD<br>WINCHESTER, KY  40391<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $18,000.00 |
| 3.76 | **Nonpriority creditor's name and mailing address**<br><br>COMMONWEALTH OF KENTUCKY DEPARTMENT OF REVENUE<br>DIVISION OF COLLECTIONS DEPARTMENT OF REVENUE STATION NUMBER 41 P.O. BOX 491<br>FRANKFORT, KY  40602<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>GOVERNMENT ENTITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $13.90 |
| 3.77 | **Nonpriority creditor's name and mailing address**<br><br>CONCUR TECHNOLOGIES INC<br>62157 COLLECTIONS CENTER DR<br>CHICAGO, IL  60693<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,259.30 |
| 3.78 | **Nonpriority creditor's name and mailing address**<br><br>CONN FARMS<br>4175 HIGH BRIDGE ROAD<br>WILMORE, KY  40390<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.79 | **Nonpriority creditor's name and mailing address**<br><br>CONNECTION<br>DBA PO BOX 536472<br>PITTSBURGH, PA 15253-5906<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $82,780.59 |
| 3.80 | **Nonpriority creditor's name and mailing address**<br><br>CONTINENTAL MACHINERY<br>PO BOX 271590<br>DALLAS, TX 75227-1590<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $17,113.12 |
| 3.81 | **Nonpriority creditor's name and mailing address**<br><br>CONVEYANCE SOLUTIONS BY CONTINENTAL<br>4343 EASTON ROAD ST<br>JOSEPH, MO 64503<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,956.00 |
| 3.82 | **Nonpriority creditor's name and mailing address**<br><br>CONYERS DILL  PERMAN LIMITED<br>CONYERS DILL PERMAN LIMITED COMMERCE HOUSE<br>WICKHAMS CAY 1 P.O. BOX 3140<br>BRITISH, VI VG1110<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $69,986.92 |
| 3.83 | **Nonpriority creditor's name and mailing address**<br><br>CORNERSTONE PROTECTION<br>107 TEAL LANE<br>WINCHESTER, KY 40391<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $649.35 |

Debtor    GenOanne Global & Spring    Case Number (if known) 20-50133
(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $159,336.39 |

CORT FURNITURE
PO BOX 17401
BALTIMORE, MD 21297-1401

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $39,662.15 |

COSMAX NBT
3350 MARQUIS DR.
GARLAND, TX 75042

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $33,347.77 |

COSMETIC SOLUTIONS LLC
6101 PARK OF COMMERCE BLVD.
BOCA RATON, FL 33487

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,054.89 |

COURT'S DESIGN LTD.
8 LONDON ST.
BASINGSTOKE HANTS RG21 7NU
UNITED KINGDOM

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN |

CRAIG, ASHLEY L.
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
EMPLOYEE REIMBURSEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

| 3.89 | **Nonpriority creditor's name and mailing address**<br>CRAIG, DANIEL J.<br>321 VENABLE RD. STE 2<br>WINCHESTER, KY 40391<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE REIMBURSEMENT<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |
| 3.90 | **Nonpriority creditor's name and mailing address**<br>CRAWFORD DOOR AND LOCK<br>PO BOX 4878<br>EVANSVILLE, IN 47724<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $157,875.00 |
| 3.91 | **Nonpriority creditor's name and mailing address**<br>CROWE SOBERMAN LLP<br>2 ST. CLAIR AVENUE EAST<br>SUITE 1100<br>TORONTO, ON M4T2T5<br>CANADA<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $5,093.75 |
| 3.92 | **Nonpriority creditor's name and mailing address**<br>CST CO.<br>PO BOX 140766<br>LOUIVILLE, KY 40232<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $75.00 |
| 3.93 | **Nonpriority creditor's name and mailing address**<br>CW ANALYTICAL LABORATORIES<br>851 81ST AVENUE UNIT D<br>OAKLAND, CA 94621<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,463.18 |

Debtor    GenCanna Global USA, Inc.
(Name)

Case number (if known)    20-50133

| **Part 2:** | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $245.31 |
| --- | --- | --- | --- |

CWORTH INC
1403 VERSAILLES RD.
LEXINGTON, KY  40504

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,271.65 |
| --- | --- | --- | --- |

D & B ELECTRIC AND COMMUNICATIONS, LLC
686 HALCOMBE LANE
PAINT LICK, KY  40461

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $495,462.22 |
| --- | --- | --- | --- |

DAVID  GRAND
PO BOX 182
BRACEBRIDGE, ON  P1L 1T6
CANADA

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $496,550.08 |
| --- | --- | --- | --- |

DEAN DORTON ALLEN FORD
106 W. VINE ST. SUITE 600
LEXINGTON, KY  40507

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $21,300.00 |
| --- | --- | --- | --- |

DEE FARM
PO BOX F
ALICEVILLE, AL  35441

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,700.00 |
| | DENNSCO | *Check all that apply.* | |
| | INDUSTRIAL SAFETY LLC | ☑ Contingent | |
| | 4049 GROVE PARK CIRCLE | ☑ Unliquidated | |
| | BIRMINGHAM, AL  35242 | ☑ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,421.51 |
| | DH WIRELESS SOLUTIONS | *Check all that apply.* | |
| | 175 HILL BRADY RD. | ☑ Contingent | |
| | BATTLE CREEK, MI  49037 | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,000.00 |
| | DIAMOND FOREST RESOURCES INC | *Check all that apply.* | |
| | PO BOX 788 | ☑ Contingent | |
| | MOREHEAD, KY  40351 | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,814.76 |
| | DISCOUNT VIALS | *Check all that apply.* | |
| | 2842 PROGRESS RD | ☑ Contingent | |
| | MADISON, WI  53716 | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $21,076.35 |
| | DONNELLEY FINANCIAL LLC | *Check all that apply.* | |
| | PO BOX 842282 | ☑ Contingent | |
| | BOSTON, MA  02284-2282 | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
|---|---|---|---|

3.104 **Nonpriority creditor's name and mailing address**

DRENNEN, RICHARD H.
321 VENABLE RD. STE 2
WINCHESTER, KY  40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENT

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

3.105 **Nonpriority creditor's name and mailing address**

DRISTEL FINANCE S.A.
C/O LYNCH, COX, GILMAN & GOODMAN
ATTN:  JOSEPH PATRICK HUMMEL
LOUISVILLE, KY  40202

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

3.106 **Nonpriority creditor's name and mailing address**

DUPLICATOR SALES AND SERVICE
831 EAST BROADWAY
LOUISVILLE, KY  40204

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$11,986.01

---

3.107 **Nonpriority creditor's name and mailing address**

ECOLAB
PO BOX 32027
NEW YORK, NY  10087-2027

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,431.68

---

3.108 **Nonpriority creditor's name and mailing address**

ECRM
27070 MILES RD. SUITE A
SOLON, OH  44139

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,200.00

| Debtor | GenCanna Global USA, Inc. | Case number (if known) | 20-50133 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $250,000.00 |
| | ECS BRANDS | *Check all that apply.* | |
| | 295 INTERLOCKEN BLVD # 500 | ☑ Contingent | |
| | BROOMFIELD, CO 80021 | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $598.99 |
| | EDQM | *Check all that apply.* | |
| | 7 ALLÉE KASTNER CS 30026 | ☑ Contingent | |
| | STRASBROUG 67081 | ☑ Unliquidated | |
| | FRANCE | ☑ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $924.29 |
| | EIC TECHNOLOGIES, INC. | *Check all that apply.* | |
| | 6701 ARTISAN WAY | ☑ Contingent | |
| | LOUISVILLE, KY 40228 | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $128,010.74 |
| | EIDE BAILLY LLP | *Check all that apply.* | |
| | 5929 FASHION POINT DR. SUITE 300 | ☑ Contingent | |
| | OGDEN, UT 84403 | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.113 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $102,200.00 |
| | EMPIRE ADVOCATES LLC | *Check all that apply.* | |
| | BARCLAY DAMON TOWER | ☑ Contingent | |
| | 125 E. JEFFERSON ST. | ☑ Unliquidated | |
| | SYRACUSE, NY 13202 | ☑ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

---

**3.114** | **Nonpriority creditor's name and mailing address**

EMPLOYMENT SCREENING SERVICES
DEPT. K PO BOX 830520
BIRMINGHAM, AL  35283

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$101.10

---

**3.115** | **Nonpriority creditor's name and mailing address**

ENTERPRISE RENT-A-CAR
EAN SERVICES, LLC PO BOX 402383
ATLANTA, GA  30384-2383

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$500.00

---

**3.116** | **Nonpriority creditor's name and mailing address**

ENVIRONMENTAL MANAGEMENT CONSULTANTS
427 MAIN STREET
EVANSVILLE, IN  47708

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,622.50

---

**3.117** | **Nonpriority creditor's name and mailing address**

EPPIC FILMS
124 GADWALL LANE
WINCHESTER, KY  40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$29,250.00

---

**3.118** | **Nonpriority creditor's name and mailing address**

EPS PRODUCTS LLC
1490 HWY 35
SPARTA, KY  41086

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$55,638.00

---

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.119** | **Nonpriority creditor's name and mailing address**

EUROPEAN INDUSTRIAL HEMP ASSOCIATION
INDUSTRIESTR. 300
HURTH  50354
GERMANY

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,125.25

---

**3.120** | **Nonpriority creditor's name and mailing address**

FACE AND BODY COSMETICS
133 CHARTER PLACE
LA VERGNE, TN  37086

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,075.44

---

**3.121** | **Nonpriority creditor's name and mailing address**

FALDER'S INC.
1428 CUBA RD
MAYFIELD, KY  42066

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,270.72

---

**3.122** | **Nonpriority creditor's name and mailing address**

FARM JOURNAL INC.
PO BOX 28742
NEW YORK, NY  10087-8742

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$100,000.00

---

**3.123** | **Nonpriority creditor's name and mailing address**

FARMACEUTICAL PARTNERS, LLC
125 HWY 75
BLOUNTVILLE, TN  37617

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$40,274.27

Debtor    GenCanna Global USA, Inc.    Case number (if known)  20-50133
    (Name)

| **Part 2:** | Additional Page |
| | |

| | | | Amount of claim |
|---|---|---|---|

3.124  **Nonpriority creditor's name and mailing address**

FAST SLOW MOTION
2120 16TH AVENUE SOUTH SUITE 310
BIRMINGHAM, AL  35205

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$31,500.00

---

3.125  **Nonpriority creditor's name and mailing address**

FAYETTE COUNTY CLERK
162 EAST MAIN ST.
LEXINGTON, KY  40507

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
GOVERNMENT ENTITY

**Is the claim subject to offset?**
☑ No
☐ Yes

$424.56

---

3.126  **Nonpriority creditor's name and mailing address**

FAYETTE COUNTY CLERK
162 EAST MAIN ST.
LEXINGTON, KY  40507

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
GOVERNMENT ENTITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

3.127  **Nonpriority creditor's name and mailing address**

FENNER, HEATHER D.
321 VENABLE RD. STE 2
WINCHESTER, KY  40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENT

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

3.128  **Nonpriority creditor's name and mailing address**

FERN EXPOSITION SERVICES LLC
645 LINN ST
CINCINNATI, OH  45203

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,553.84

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.129 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $146,042.40 |
|---|---|---|---|

FIREFLY NA
7753 E. OVERLOOK DRIVE
SCOTTSDALE, AZ  85255

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $13,500.00 |
|---|---|---|---|

FISCALNOTE
1201 PENNSYLVANIA AVE NW, 6TH FLOOR
WASHINGTON, DC  20004

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $847.03 |
|---|---|---|---|

FISKARS
PO BOX 802587
CHICAGO, IL  60680-2587

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
|---|---|---|---|

FLANDERS, BRYAN L.
321 VENABLE RD. STE 2
WINCHESTER, KY  40391

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
EMPLOYEE REIMBURSEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $600,000.00 |
|---|---|---|---|

FLORANCE
10 OCEANA WAY
NORWOOD, MA  20262

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
NOTE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.134**  **Nonpriority creditor's name and mailing address**

FRANK RECRUITMENT GROUP
110 WILLIAM STREET FL 21
NEW YORK, NY 10038

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$35,000.00

---

**3.135**  **Nonpriority creditor's name and mailing address**

FRED C. GLOECKNER & COMPANY, INC.
550 MAMARONECK AVENUE, SUITE 510
HARRISON, NY 10528

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,537.67

---

**3.136**  **Nonpriority creditor's name and mailing address**

FRESH CUT LAWN SERVICES
330 BUFFALO TRACE
WINCHESTER, KY 40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,283.41

---

**3.137**  **Nonpriority creditor's name and mailing address**

FRITSCH, STEFANIE L.
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENT

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.138**  **Nonpriority creditor's name and mailing address**

FROST BROWN TODD LLC
PO BOX 70087
LOUISVILLE, KY 40270-0087

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$132,559.68

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.139 | **Nonpriority creditor's name and mailing address**<br><br>FUGATE, ZACHARY<br>321 VENABLE RD. STE 2<br>WINCHESTER, KY 40391<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE REIMBURSEMENT<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |

| 3.140 | **Nonpriority creditor's name and mailing address**<br><br>GALBRAITH LABORATORIES INC.<br>PO BOX 51610<br>KNOXVILLE, TN 37950-1610<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,500.00 |

| 3.141 | **Nonpriority creditor's name and mailing address**<br><br>GALLUP INC<br>PO BOX 310284<br>DES MOINES, IA 50331-0284<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $524.70 |

| 3.142 | **Nonpriority creditor's name and mailing address**<br><br>GARRARD COUNTY WATER ASSOCIATION<br>315 LEXINGTON RD PO BOX 670<br>LANCASTER, KY 40444-0670<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $430.16 |

| 3.143 | **Nonpriority creditor's name and mailing address**<br><br>GARY SHELL<br>1172 RICHMOND ROAD LOOP 2<br>LANCASTER, KY 40444<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>REAL PROPERTY LEASE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $450,000.00 |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.144 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $566.42 |
|---|---|---|---|
| | GEBR. KNOLL<br>ACHTHOEVENWEG 40<br>7951 SK STAPHORST<br>NETHERLANDS | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.145 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN |
|---|---|---|---|
| | GIBSON, JAMES C.<br>321 VENABLE RD. STE 2<br>WINCHESTER, KY 40391 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>EMPLOYEE REIMBURSEMENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.146 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,186.10 |
|---|---|---|---|
| | GLOBAL INDUSTRIAL<br>11 HARBOR PARK DR.<br>PORT WASHINGTON, NY 11050 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.147 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $336.13 |
|---|---|---|---|
| | GOLD COAST<br>2429 YATES AVE.<br>COMMERCE, CA 90040 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.148 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $59,846.51 |
|---|---|---|---|
| | GOWEIL<br>DAVIDSCHLAG 11<br>KIRCHSCHLAG A-4202<br>AUSTRIA | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

Debtor    GenCanna Global USA, Inc.
(Name)

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.149 | **Nonpriority creditor's name and mailing address**<br>GRAHAMS<br>847 BYPASS RD.<br>WINCHESTER, KY 40391<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,071.13 |
| 3.150 | **Nonpriority creditor's name and mailing address**<br>GRAINGER<br>DEPT. 886654742<br>PALATINE, IL 60038-0001<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $531.65 |
| 3.151 | **Nonpriority creditor's name and mailing address**<br>GRAPHIC PRODUCTIONS INC<br>2108 LEAFLAND PLACE<br>LEXINGTON, KY 40515<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20,931.34 |
| 3.152 | **Nonpriority creditor's name and mailing address**<br>GREAT PLAINS ANALYTICAL LABORATORY<br>9503 N CONGRESS AVE<br>KANSAS CITY, MO 64153<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,070.20 |
| 3.153 | **Nonpriority creditor's name and mailing address**<br>GREENFIELD GLOBAL<br>DEPARTMENT # 267501 PO BOX 67000<br>DETROIT, MI 48267-2675<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $120,751.37 |

| Part 2: | Additional Page | | | | Amount of claim |
|---|---|---|---|---|---|

| 3.154 | **Nonpriority creditor's name and mailing address**<br>GREER NEON CO., INC.<br>325 W. BROADWAY<br>MAYFIELD, KY  42066<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,378.00 |
|---|---|---|---|

| 3.155 | **Nonpriority creditor's name and mailing address**<br>GRIFFIN<br>GREENHOUSE SUPPLIES PO BOX 842937<br>BOSTON, MA  02284-2937<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $48,419.48 |

| 3.156 | **Nonpriority creditor's name and mailing address**<br>GRIMKAR INVESTMENT S.A.<br>C/O LYNCH, COX, GILMAN & GOODMAN<br>ATTN:  JOSEPH PATRICK HUMMEL<br>LOUISVILLE, KY  40202<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |

| 3.157 | **Nonpriority creditor's name and mailing address**<br>GROHAPPY INC<br>PO BOX 754<br>DAVENPORT, FL  33837<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $77,332.48 |

| 3.158 | **Nonpriority creditor's name and mailing address**<br>H & R AGRI-POWER<br>843 E BROADWAY<br>MAYFIELD, KY  42066<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $3,114.35 |

| **Part 2:** | Additional Page | | | |
|---|---|---|---|---|

| | | | | Amount of claim |
|---|---|---|---|---|

| 3.159 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $6,265.66 |
|---|---|---|---|---|

HAMMERHEAD SIGNS
1023 W. LEXINGTON AVE.
WINCHESTER, KY 40391

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $8,338.56 |
|---|---|---|---|---|

HAMPTON INN WINCHESTER
1025 EARLY DR.
WINCHESTER, KY 40391

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $33,736.18 |
|---|---|---|---|---|

HARRINGTON INDUSTRIAL PLASTICS
P.O. BOX 991099
LOUISVILLE, KY 40269

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | UNKNOWN |
|---|---|---|---|---|

HARRIS, MICHAEL S.
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $221.85 |
|---|---|---|---|---|

HAWTHORNE GARDENING CO
800 PORT WASHINGTON BLVD
PORT WASHINGTON, NY 11050

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.164 | **Nonpriority creditor's name and mailing address**<br>HCA PHARMACY AND MEDICAL EQUIPMENT<br>1113 WEST LEXINGTON AVE.<br>WINCHESTER, KY 40391<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $55.00 |
| 3.165 | **Nonpriority creditor's name and mailing address**<br>HELENA AGRI ENTERPRISES LLC<br>PO BOX 846350<br>DALLAS, TX 75284-6350<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $50,548.30 |
| 3.166 | **Nonpriority creditor's name and mailing address**<br>HEMP AND CBD MEDIA LIMITED<br>COTES PARK LANE<br>ALFRETON DE55 4NJ<br>UNITED KINGDOM<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $4,488.80 |
| 3.167 | **Nonpriority creditor's name and mailing address**<br>HEMP KENTUCKY GROWERS<br>2101 CAPSTONE DR. STE. 120<br>LEXINGTON, KY 40511<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNSECURED LOAN<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $3,533,135.00 |
| 3.168 | **Nonpriority creditor's name and mailing address**<br>HEMP KENTUCKY GROWERS LLC<br>2101 CAPSTONE DR. STE. 120<br>LEXINGTON, KY 40511<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |

Debtor    GenCanna Global USA, Inc.    Case Number (if known) 20-50133
        (Name)

| Part 2: | Additional Page | |
|---|---|---|
| | | Amount of claim |

| 3.169 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $52,400.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

HEMP OIL CANADA
69 EAGLE DR.
WINNIPEG, MB  R2R1V4
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $52,400.00

---

3.170 **Nonpriority creditor's name and mailing address**

HENDERSON SERVICES LLC
1140 FLOYD DR.
LEXINGTON, KY  40505

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,962.99

---

3.171 **Nonpriority creditor's name and mailing address**

HENRY WATZ RAINE & MARINO PLLC
401 WEST MAIN STREET
LEXINGTON, KY  40507

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,050.00

---

3.172 **Nonpriority creditor's name and mailing address**

HIGHBRIDGE SPRING WATER CO INC
PO BOX 100
WILMORE, KY  40390

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$18.59

---

3.173 **Nonpriority creditor's name and mailing address**

HISTORIC TAYLOR MANOR LLC
2527 BECKNERVILLE ROAD
WINCHESTER, KY  40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,500.00

Debtor    Cardinal of Glass & Spring    Case Number (if known)    20-50133
(Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.174 | **Nonpriority creditor's name and mailing address**<br><br>HOLIDAY INN EXPRESS<br>100 WINCHESTER PLAZA<br>WINCHESTER, KY 40391<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $4,809.58 |
|---|---|---|---|
| 3.175 | **Nonpriority creditor's name and mailing address**<br><br>HOMEWOOD SUITES<br>2033 BRYANT RD<br>LEXINGTON, KY 40509<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |
| 3.176 | **Nonpriority creditor's name and mailing address**<br><br>HORST FRISCH INC.<br>2450 N STREET SUITE 310<br>WASHINGTON, DC 20037<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $30,998.19 |
| 3.177 | **Nonpriority creditor's name and mailing address**<br><br>HOULIHAN DISPUTE RESOLUTION PLLC<br>333 W VINE ST STE 300<br>LEXINGTON, KY 40507<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $3,090.00 |
| 3.178 | **Nonpriority creditor's name and mailing address**<br><br>HTI, INC,<br>HTI, INC. 105 N. SPRING ST.<br>GREENVILLE, SC 29601<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $750.00 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.179 | **Nonpriority creditor's name and mailing address**<br><br>HUGH N WILSON<br>1305 KY HWY 590<br>STANFORD, KY 40484<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $7,000.00 |
| 3.180 | **Nonpriority creditor's name and mailing address**<br><br>HULL, WAYNE<br>321 VENABLE RD. STE 2<br>WINCHESTER, KY 40391<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE REIMBURSEMENT<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |
| 3.181 | **Nonpriority creditor's name and mailing address**<br><br>HUMANA HEALTH PLAN INC<br>PO BOX 3225<br>MILWAUKEE, WI 53201-3225<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $259,573.80 |
| 3.182 | **Nonpriority creditor's name and mailing address**<br><br>I5 DESIGN GROUP INC<br>401 BROADWAY<br>PADUCAH, KY 42001<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $630.00 |
| 3.183 | **Nonpriority creditor's name and mailing address**<br><br>IDEALS SOLUTIONS GROUP<br>815 N ROYAL ST. SUITE 202<br>ALEXANDRIA, VA 22314<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $606.68 |

Debtor   GenServe Global eSolutions
         (Name)

Case 20-50133-grs   Doc 246   Filed 03/01/20   Entered 03/01/20 23:03:15   Desc Main
         Case number (if known)  20-50133
         Document    Page 122 of 216

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.184 | **Nonpriority creditor's name and mailing address**<br>IIR EXHIBITIONS LTD<br>2ND FLOOR<br>5 HOWICK PLACE<br>LONDON  SW1P 1WG<br>UNITED KINGDOM<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $45,812.30 |
| 3.185 | **Nonpriority creditor's name and mailing address**<br>ILOBBY CORP.<br>3605 WESTEN ROAD<br>TORONTO, ON  M9L 1V7<br>CANADA<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $10,575.00 |
| 3.186 | **Nonpriority creditor's name and mailing address**<br>INFORMA EXHIBITIONS<br>PO BOX 419018<br>BOSTON, MA  02241-9018<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $8,750.00 |
| 3.187 | **Nonpriority creditor's name and mailing address**<br>INFORMA MEDIA INC<br>24654 NETWORK PLACE<br>CHICAGO, IL  60673-1246<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $4,500.00 |
| 3.188 | **Nonpriority creditor's name and mailing address**<br>INTEGRA OPTICS<br>745 ALBANY SHAKER ROAD<br>LATHAM, NY  12110<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $3,809.32 |

| Debtor | GenCanna Global USA, Inc. | Case number (if known) 20-50133 |
| | (Name) | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.189 | **Nonpriority creditor's name and mailing address**<br><br>INTELEPEER<br>DEPT LA 24295<br>PASADENA, CA 91185-4295<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $980.21 |
| 3.190 | **Nonpriority creditor's name and mailing address**<br><br>INVGATE INC<br>540 HOWARD ST. 2ND FLOOR # 122<br>SAN FRANCISCO, CA 94105<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $540.00 |
| 3.191 | **Nonpriority creditor's name and mailing address**<br><br>INVISION-COMCORCO<br>11341 DECIMAL DR.<br>LOUISVILLE, KY 40299<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $41,681.00 |
| 3.192 | **Nonpriority creditor's name and mailing address**<br><br>IUCG CORP DBA SUNSHINE DESIGN<br>324 CAMPUS LANE, STE B<br>FAIRFIELD, CA 94534<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $31,974.11 |
| 3.193 | **Nonpriority creditor's name and mailing address**<br><br>JASON EPPERSON AND EPPIC FILMS, INC.<br>C/O WHITE, MCCANN & STEWART<br>PO BOX 578<br>WINCHESTER, KY 40392-0578<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |

Debtor    GenCanna Global USA, Inc.
(Name)    Case Number (if known) 20-50133

| **Part 2:** | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

| 3.194 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $64,942.73 |
| --- | --- | --- | --- |

JEDWARDS INTERNATIONAL INC
141 CAMJPANELLI DR.
BRAINTREE, MA  02184

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.195 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $129,945.00 |
| --- | --- | --- | --- |

JIFFY PRODUCTS OF AMERICA INC
DEPT 0390 PO BOX 120390
DALLAS, TX  75312-0390

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.196 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
| --- | --- | --- | --- |

JOHN S. LEAMAN
C/O LYNCH, COX, GILMAN & GOODMAN
ATTN:  JOSEPH PATRICK HUMMEL
LOUISVILLE, KY  40202

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.197 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,076.00 |
| --- | --- | --- | --- |

JOINPLUS
J. SMITH LANIER & CO SERVICE CENTER PO BOX 70
WEST POINT, GA  31833

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.198 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $750.00 |
| --- | --- | --- | --- |

JONAH BRANNON
12500 HWY 641
NORTH PURYEAR, TN  38251

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Case 20-50133-grs    Doc 246    Filed 03/01/20    Entered 03/01/20 23:03:15    Desc Main
   GenCanna Global USA, Inc.
(Name)      Document     Page 125 of 216    Case number (if known)   20-50133

| **Part 2:** | Additional Page | |
|---|---|---|

| | | **Amount of claim** |
|---|---|---|

**3.199** | **Nonpriority creditor's name and mailing address**

KAI SU
KAI SU 677 SOUTHPOINT DRIVE
LEXINGTON, KY 40515

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.200** | **Nonpriority creditor's name and mailing address**

KEMI
PAYMENT PROCESSING CENTER PO BOX 12500
LEXINGTON, KY 40583-2500

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$113,482.19

---

**3.201** | **Nonpriority creditor's name and mailing address**

KENTUCKY AIRMOTIVE
709 AIRPORT ROAD MOUNT
STERLING, KY 40353

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,704.37

---

**3.202** | **Nonpriority creditor's name and mailing address**

KENTUCKY AMERICAN WATER
PO BOX 790247
ST LOUIS, MO 63179-0247

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$351.56

---

**3.203** | **Nonpriority creditor's name and mailing address**

KENTUCKY BANK
360 EAST VINE STREET SUITE 100
LEXINGTON, KY 40507

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$39,716.07

| **Part 2:** | Additional Page |

|  | Amount of claim |
|---|---|

**3.204** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,000.00
*Check all that apply.*

KENTUCKY CHAMBER
464 CHENAULT ROAD
FRANKFORT, KY 40601

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.205** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN
*Check all that apply.*

KENTUCKY DEPARTMENT OF AGRICULTURE
HEMP PROGRAM 111 CORPORATE DRIVE
FRANKFORT, KY 40601

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
GOVERNMENT ENTITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.206** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,157.14
*Check all that apply.*

KENTUCKY IRRIGATION
605 BLUE SKY PARKWAY
LEXINGTON, KY 40509

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.207** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,710.00
*Check all that apply.*

KENTUCKY RESTAURANT ASSOCIATION
133 EVERGREEN RD. SUITE 201
LOUISVILLE, KY 40243

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.208** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $13,258.12
*Check all that apply.*

KENTUCKY UTILITIES COMPANY
KENTUCKY UTILITIES PO BOX 25212
LEHIGH VALLEY, PA 18002-5212

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    GenCanna Global USA, Inc.                          Case number (if known)    20-50133
         (Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.209 | **Nonpriority creditor's name and mailing address**<br><br>KING BOTTLING INC<br>6311 CLIMAX RD.<br>ORLANDO, KY 40460<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,175.00 |
|---|---|---|---|
| 3.210 | **Nonpriority creditor's name and mailing address**<br><br>KINGDOM WORD FELLOWSHIP<br>433 WALNUT STREET<br>WINCHESTER, KY 40391<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $5,000.00 |
| 3.211 | **Nonpriority creditor's name and mailing address**<br><br>KNIFLEY, ROLLIN J.<br>321 VENABLE RD. STE 2<br>WINCHESTER, KY 40391<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE REIMBURSEMENT<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |
| 3.212 | **Nonpriority creditor's name and mailing address**<br><br>KNIGHTHORST SHREDDING LLC<br>P.O. BOX 424<br>BRENTWOOD, TN 37024-0424<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $235.40 |
| 3.213 | **Nonpriority creditor's name and mailing address**<br><br>KORN FERRY<br>NW 5854 PO BOX 1450<br>MINNEAPOLIS, MN 55485-5854<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $131,191.00 |

Debtor    GenCanna Global USA, Inc.
(Name)

Case number (if known)  20-50133

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| 3.214 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $96,350.00 |

LAIDIG SYSTEMS INC
14535 DRAGOON TRAIL
MISHAWAKA, IN  46544-6896

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.215 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $804,608.77 |

LAKE BREEZE FARMS LLC
PO 123
CATO, NY  13033

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.216 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $431,993.97 |

LANDSTAR
12793 COLLECTIONS CENTER DR
CHICAGO, IL  60693

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.217 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,760.25 |

LANES MOBILE JOHN INC
3133 VANZORA ROAD
BENTON, KY  42025

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.218 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $860.00 |

LAZ PARKING
PO BOX 8315
DENVER, CO  80201

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| 3.219 | **Nonpriority creditor's name and mailing address**<br><br>LECORP<br>3503 CLINTON ROAD<br>PADUCAH, KY  42001<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $536,475.18 |
| 3.220 | **Nonpriority creditor's name and mailing address**<br><br>LES ELECTRICAL SERVICE LLC<br>227 ROBERT COURT<br>WINCHESTER, KY  40391<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $41,320.00 |
| 3.221 | **Nonpriority creditor's name and mailing address**<br><br>LEXINGTON FAYETTE URBAN COUNTY GOVERNMENT<br>P.O. BOX 34090<br>LEXINGTON, KY  40588-4090<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>GOVERNMENT ENTITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $33.41 |
| 3.222 | **Nonpriority creditor's name and mailing address**<br><br>LEX-ROOTER SEWER & DRAIN CLEANING<br>320 UNITED CT SUITE # 3<br>LEXINGTON, KY  40509<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $875.00 |
| 3.223 | **Nonpriority creditor's name and mailing address**<br><br>LEYBOLD USA INC.<br>25968 NETWORK PLACE<br>CHICAGO, IL  60673-1259<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $740.28 |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.224**   **Nonpriority creditor's name and mailing address**

LIQUIDATORS WORLD HOLDING, LLC
5481 B CREEK RD
CINCINNATI, OH 45242

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$11,663.22

---

**3.225**   **Nonpriority creditor's name and mailing address**

LIVE NATION WORLDWIDE INC
DEPT LA23613
PASADENA, CA 91185-3613

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,000.00

---

**3.226**   **Nonpriority creditor's name and mailing address**

LOUISVILLE DRYER COMPANY
12711 TOWNEPARK WAY
LOUISVILLE, KY 40243

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$645,831.00

---

**3.227**   **Nonpriority creditor's name and mailing address**

LOWES
1000 LOWE'S BOULEVARD
MOORESVILLE, NC 28117

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$199.64

---

**3.228**   **Nonpriority creditor's name and mailing address**

LOWES - LAR ACCOUNT
LOWES PO BOX 530954
ATLANTA, GA 30353-0954

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$30,993.24

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.229 | **Nonpriority creditor's name and mailing address**<br><br>M W WATERMARK<br>M.W. WATERMARK 4660 136TH AVE.<br>HOLLAND, MI 49424<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $4,639.32 |

| 3.230 | **Nonpriority creditor's name and mailing address**<br><br>MAGID GLOVE AND SAFETY MANUFACTURING<br>1300 NAPERVILLE DR<br>ROMEOVILLE, IL 60446<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $80.74 |

| 3.231 | **Nonpriority creditor's name and mailing address**<br><br>MAIA PRODUCTS, INC. - HORMEX<br>3835R E. THOUSAND OAKS BLVD. # 290<br>WESTLAKE VILLAGE, CA 91362<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $3,827.16 |

| 3.232 | **Nonpriority creditor's name and mailing address**<br><br>MAKO INDUSTRIES, LLC<br>382 HAVEN RD<br>MAYFIELD, KY 42066<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,169.54 |

| 3.233 | **Nonpriority creditor's name and mailing address**<br><br>MARCUM ENGINEERING INC<br>500 S 17TH ST PO BOX 120<br>PADUCAH, KY 42002<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $38,470.49 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.234 | **Nonpriority creditor's name and mailing address**<br><br>MARCUM LLP<br>750 THIRD AVENUE, 11TH FLOOR<br>NEW YORK, NY 10017<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $26,007.50 |
| 3.235 | **Nonpriority creditor's name and mailing address**<br><br>MARIMED HEMP<br>10 OCEANA WAY FLOOR 2<br>NORWOOD, MA 02062<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $33,200,000.08 |
| 3.236 | **Nonpriority creditor's name and mailing address**<br><br>MASON TECHNOLOGIES, INC.<br>BRUCE VENTURA<br>517 COMMACK ROAD<br>DEER PARK, NY 11729<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $478,722.50 |
| 3.237 | **Nonpriority creditor's name and mailing address**<br><br>MATT DEARINGER PLUMBING<br>292 PLEASANT POINTE<br>LEXINGTON, KY 40517<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $3,362.88 |
| 3.238 | **Nonpriority creditor's name and mailing address**<br><br>MATTINGLY SILO INC.<br>7655 BLOOMFIELD ROAD<br>BARDSTOWN, KY 40004<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $41,767.14 |

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

---

**3.239** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN
*Check all that apply.*

MATTY MIRANDA
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE REIMBURSEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.240** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $43.17
*Check all that apply.*

MAYFIELD EWS
P.O. BOX 347
MAYFIELD, KY 42066-2405

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.241** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $13,603.50
*Check all that apply.*

MAYNARD COOPER GALE
1901 SIXTH AVE. NORTH
2400 REGIONS/HARBERT PLAZA
BRIMINGHAM, AL 35203-2618

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.242** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $725.00
*Check all that apply.*

MCCLANAHAN EYE CARE
130 HOSPITAL DR.
WINCHESTER, KY 40391

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.243** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN
*Check all that apply.*

MCGOWAN, JAMES R.
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE REIMBURSEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    GenCanna Global USA, Inc.    Case number (if known) 20-50133
         (Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.244 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,019.49 |
|---|---|---|---|

3.244 | **Nonpriority creditor's name and mailing address**
MCMASTER-CARR SUPPLY COMPANY
PO BOX 7690
CHICAGO, IL 60680-7690

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,019.49

---

3.245 | **Nonpriority creditor's name and mailing address**
MCNAMARA SEARCH ASSOCIATES INC
2280 GUILFORD CENTRE
LEXINGTON, KY 40513

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$29,250.00

---

3.246 | **Nonpriority creditor's name and mailing address**
MEDSUPPLY PARTNERS
ACCOUNTS RECEIVABLE 3715 ATLANTA INDUSTRIAL
PKWY NW SUITE B
ATLANTA, GA 30331-1063

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$65.32

---

3.247 | **Nonpriority creditor's name and mailing address**
MEECE, BOBBY R.
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENT

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

3.248 | **Nonpriority creditor's name and mailing address**
MERCER (US) INC
99 HIGH ST
BOSTON, MA 02110

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,938.00

Debtor   Gardanne Global eSupply ... rs   Doc 246   Filed 03/01/20   Entered 03/01/20 23:03:15   Desc Main
Case 20-50133-grs
(Name)
Case number (if known)   20-50133
Document        Page 135 of 216

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.249** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN

MERCER, TYLER S.
321 VENABLE RD. STE 2
WINCHESTER, KY  40391

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
EMPLOYEE REIMBURSEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.250** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $160.00

MICROBAC LABORATORIES, INC.
PO BOX 3510
PITTSBURGH, PA  15230

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.251** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $465.23

MIDWEST AVIATION SERVICES
200 HARDY ROBERTS DRIVE PO BOX 219
W. PADUCAH, KY  42086

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.252** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $155.00

MIDWEST LABORATORIES INC
13611 B STREET
OMAHA, NE  68144

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.253** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN

MIRANDA, MATTY
321 VENABLE RD. STE 2
WINCHESTER, KY  40391

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
EMPLOYEE REIMBURSEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor  GenCanna Global USA, Inc.
(Name)

Case number (if known)  20-50133

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.254** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $281,910.14

MOLECULAR HEALTH TECHNOLOGIES
48 ESSEX ST. SUITE 204
MILBURN, NJ  07041

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.255** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,837.84

MONTY'S PLANT FOOD
4800 STRAWBERRY LANE
LOUISVILLE, KY  40209

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.256** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,059.42

MOO INC
ATTN. ACCOUNTS RECEIVABLE 109 KINGSTON ST.,
FLOOR2
BOSTON, MA  02111

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.257** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN

MORRIS, JAMES S.
321 VENABLE RD. STE 2
WINCHESTER, KY  40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENT

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.258** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $925.63

MOTORISTS MUTUAL INSURANCE COMPANY
471 EAST BROAD STREET
COLUMBUS, OH  43215

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | GenCanna Global USA, Inc. | Case number (if known) | 20-50133 |
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.259 | **Nonpriority creditor's name and mailing address**<br>MURRAY STATE UNIVERSITY<br>HUTSON SCHOOL OF AGRICULTURE<br>102 CURRIS CENTER<br>MURRAY, KY  42071<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $20,000.00 |
| 3.260 | **Nonpriority creditor's name and mailing address**<br>NANTICOKE GARDENS<br>1543 UNION CENTER MAINE HWY<br>ENDICOTT, NY  13760<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $40,041.60 |
| 3.261 | **Nonpriority creditor's name and mailing address**<br>NATIONAL FIRE ADJUSTMENT COMPANY INC<br>5850 COURT STREET ROAD<br>SYRACUSE, NY  13206-1703<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $3,858.87 |
| 3.262 | **Nonpriority creditor's name and mailing address**<br>NATLAND INTERNATIONAL CORP.<br>3000 BEARCAT WAY SUITE 111<br>MORRISVILLE, NC  27560<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $11,660.00 |
| 3.263 | **Nonpriority creditor's name and mailing address**<br>NEELY, BRIEN, WILSON & TOOMBS, PLLC<br>238 NORTH 7TH ST. PO BOX 708<br>MAYFIELD, KY  42066<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $6,697.80 |

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.264 | **Nonpriority creditor's name and mailing address**<br><br>NETAFIM IRRIGATION, INC<br>5470 E. HOME AVENUE<br>FRESNO, CA 93727<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $29,062.18 |

| 3.265 | **Nonpriority creditor's name and mailing address**<br><br>NEV'S INK<br>2500 WEST SUNSET DR.<br>WAUKESHA, WI 53189<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,594.35 |

| 3.266 | **Nonpriority creditor's name and mailing address**<br><br>NEWBY, LINDA<br>321 VENABLE RD. STE 2<br>WINCHESTER, KY 40391<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE REIMBURSEMENT<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |

| 3.267 | **Nonpriority creditor's name and mailing address**<br><br>NEWBY'S ECONOMY GLASS SERVICE INC<br>679 MAGNOLIA AVE.<br>LEXINGTON, KY 40505<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $20.88 |

| 3.268 | **Nonpriority creditor's name and mailing address**<br><br>NORFLEX, INC.<br>720 NORFLEX DRIVE<br>HUDSON, WI 54016<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $43,852.00 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.269 | **Nonpriority creditor's name and mailing address**<br>NORTHEAST HEMP CBG LIABILITY<br>ATTN: MICHAEL SIMS<br>616 EXCHANGE STREET<br>MIDDLEBURY, VT  05753<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $3,000,000.00 |
| 3.270 | **Nonpriority creditor's name and mailing address**<br>NORTHERN KENTUCKY TOBACCO GREENHOUSE &<br>SUPPLIES<br>1490 KY-35<br>SPARTA, KY  41086<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,876.50 |
| 3.271 | **Nonpriority creditor's name and mailing address**<br>NUTRITIONAL HIGH INC<br>8800 W 116TH CIRCLE SUITE 7238<br>BROOMFILED, CO  80021<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $20,000.00 |
| 3.272 | **Nonpriority creditor's name and mailing address**<br>OHIO VALLEY SCIENTIFIC LLC<br>7966 STONEHOUSE RD<br>MELBOURNE, KY  41059<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $9,960.52 |
| 3.273 | **Nonpriority creditor's name and mailing address**<br>ORACLE NETSUITE<br>2955 CAMPUS DR. SUITE 100<br>SAN MATEO, CA  94403-2511<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $163,007.50 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.274 | **Nonpriority creditor's name and mailing address**<br><br>OREGON PROCESSING SOLUTIONS LLC<br>30395 SE VETERNS BLVD<br>ESTACADA, OR 97023<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $92,060.00 |

| 3.275 | **Nonpriority creditor's name and mailing address**<br><br>O'REILLY AUTO PARTS<br>O'REILLY FIRST CALL<br>P.O. BOX 9464<br>SPRINGFIELD, MO 65801-9464<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $4,812.91 |

| 3.276 | **Nonpriority creditor's name and mailing address**<br><br>ORPHANED STARFISH FOUNDATION<br>55 EXCHANGE PLACE SUITE 402<br>NEW YORK, NY 10005<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $25,000.00 |

| 3.277 | **Nonpriority creditor's name and mailing address**<br><br>PACIFIC AGRICULTURAL LABORATORIES HOLDING INC<br>PACIFIC AGRICULTURAL LABORATORY LLC<br>1061 FEEHANVILLE DRIVE<br>MOUNT PROSPECT, IL 83-2055500<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $88,221.00 |

| 3.278 | **Nonpriority creditor's name and mailing address**<br><br>PACKAGE ALL LLC<br>655 CHURCH ST.<br>BAYPORT, NY 11705<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $8,077.16 |

**Part 2:**  Additional Page

|  | Amount of claim |
|---|---|

| | | |
|---|---|---|
| 3.279 | **Nonpriority creditor's name and mailing address**<br><br>PAC-VAN INC.<br>75 REMITTANCE DRIVE SUITE 3300<br>CHICAGO, IL 60675-3300<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $9,957.11 |
| 3.280 | **Nonpriority creditor's name and mailing address**<br><br>PADUCAH AREA CHAMBER OF COMMERCE<br>PO BOX 810<br>PADUCAH, KY 42002-0810<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>GOVERNMENT ENTITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $3,000.00 |
| 3.281 | **Nonpriority creditor's name and mailing address**<br><br>PADUCAH POWER SYSTEM<br>PO BOX 180<br>PADUCAH, KY 42002-0180<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,522.64 |
| 3.282 | **Nonpriority creditor's name and mailing address**<br><br>PADUCAH WATER<br>PO BOX 2477<br>PADUCAH, KY 42002-2477<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $260.68 |
| 3.283 | **Nonpriority creditor's name and mailing address**<br><br>PAX LABS, INC.<br>ACCOUNTS RECEIVABLE PAX LABS INC<br>660 ALABAMA ST. 2ND FLOOR<br>SAN FRANSISCO, CA 94110<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $10,000.00 |

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|---|---|---|

**3.284**  **Nonpriority creditor's name and mailing address**

PAY GOVERNANCE LLC
100 N. 18TH STREET, SUITE 821
TWO LOGAN SQUARE PHILADELPHIA, PA 19103

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$19,462.50

---

**3.285**  **Nonpriority creditor's name and mailing address**

PAYNTER WHOLESALE TIRE INC
PAYNTER TIRE AND SERVICE CENTER
101 DAYTONA DRIVE ATTN: REGINA ASTER
WINCHESTER, KY 40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$54.95

---

**3.286**  **Nonpriority creditor's name and mailing address**

PDO OF KENTUCKY
230 INDUSTRIAL PKWY
NICHOLASVILLE, KY 40356

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$53,982.47

---

**3.287**  **Nonpriority creditor's name and mailing address**

PEARSON SAFETY SERVICES
96 WEST UNIVERSITY PARKWAY, STE C
JACKSON, TN 38305

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,130.00

---

**3.288**  **Nonpriority creditor's name and mailing address**

PENNSYLVANIA SCALE CO
73 COGWHEEL LANE
SEYMOUR, CT 06483

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$11,145.68

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.289 | **Nonpriority creditor's name and mailing address**<br>PERRY JOHNSON LABORATORY ACCREDITATION, INC.<br>755 W. BIG BEAVER STE. 1325<br>TROY, MI 48084<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $5,081.27 |
| 3.290 | **Nonpriority creditor's name and mailing address**<br>PESINA, JOSE<br>321 VENABLE RD. STE 2<br>WINCHESTER, KY 40391<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE REIMBURSEMENT<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |
| 3.291 | **Nonpriority creditor's name and mailing address**<br>PHARMCO LABORATORIES INC.<br>3520 SOUTH<br>ST. TITUSVILLE, FL 32780<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $9,000.00 |
| 3.292 | **Nonpriority creditor's name and mailing address**<br>PHILIP WELLS<br>PHILIP WELLS 4610 HAMILTON LANE<br>LEXINGTON, KY 40511<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,338,506.34 |
| 3.293 | **Nonpriority creditor's name and mailing address**<br>PHYTONYX LLC<br>240 EAST HERSEY STREET SUITE 1<br>ASHLAND, OR 97520<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $3,250,000.00 |

| **Part 2:** | Additional Page | |
|---|---|---|
| | | Amount of claim |

| | | | |
|---|---|---|---|
| 3.294 | **Nonpriority creditor's name and mailing address**<br><br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>PO BOX 30769<br>NEW YORK, NY 10087-0769<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,345,396.02 |
| 3.295 | **Nonpriority creditor's name and mailing address**<br><br>PINNACLE AGRICULTURE<br>1880 FALL RIVER DRIVE SUIT 100<br>LOVELAND, CO 80538<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $159,991.05 |
| 3.296 | **Nonpriority creditor's name and mailing address**<br><br>PINNACLE, INC.<br>C/O DELCOTTO LAW GROUP<br>ATTN: LAURA DELCOTTO<br>200 NORTH UPPER ST<br>LEXINGTON, KY 40507<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |
| 3.297 | **Nonpriority creditor's name and mailing address**<br><br>PODS OF LEXINGTON<br>13535 FEATHER SOUND DRIVE<br>CLEARWATER, FL 33762<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,183.42 |
| 3.298 | **Nonpriority creditor's name and mailing address**<br><br>POLYMER PACKAGING<br>8333 NAVARRE ROAD SE<br>MASSILLON, OH 44646<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $15,555.86 |

Debtor     Case 20-50133-grs    Doc 246    Filed 03/01/20    Entered 03/01/20 23:03:15    Desc Main
GenCanna Global USA, Inc.
(Name)                   Document     Page 145 of 216     Case Number (if known) 20-50133

| **Part 2:** | Additional Page | |
|---|---|---|
| | | **Amount of claim** |

| | | |
|---|---|---|
| 3.299 | **Nonpriority creditor's name and mailing address** <br><br> POOLER JANITOR SUPPLY <br> PO BOX 672 <br> WINCHESTER, KY  40391 <br><br> **Date or dates debt was incurred** <br><br> VARIOUS <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed <br><br> **Basis for the claim:** <br> TRADE PAYABLE <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $1,638.99 |

| | | |
|---|---|---|
| 3.300 | **Nonpriority creditor's name and mailing address** <br><br> POPE SCIENTIFIC INC. <br> POPE SCIENTIFIC 351 NORTH DEKORA WOODS BLVD. <br> PO BOX 80018 <br> SAUKVILLE, WI  53080 <br><br> **Date or dates debt was incurred** <br><br> VARIOUS <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed <br><br> **Basis for the claim:** <br> TRADE PAYABLE <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $3,000.00 |

| | | |
|---|---|---|
| 3.301 | **Nonpriority creditor's name and mailing address** <br><br> POWER EQUIPMENT COMPANY OF MEMPHIS <br> POWER EQUIPMENT COMPANY <br> PO BOX 22007 <br> MEMPHIS, TN  38122 <br><br> **Date or dates debt was incurred** <br><br> VARIOUS <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed <br><br> **Basis for the claim:** <br> TRADE PAYABLE <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $325,688.91 |

| | | |
|---|---|---|
| 3.302 | **Nonpriority creditor's name and mailing address** <br><br> PRECISION CALIBRATION SYSTEMS <br> 117 EAST MAIN STREET <br> MORRISTOWN, TN  37814 <br><br> **Date or dates debt was incurred** <br><br> VARIOUS <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed <br><br> **Basis for the claim:** <br> TRADE PAYABLE <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $41.00 |

| | | |
|---|---|---|
| 3.303 | **Nonpriority creditor's name and mailing address** <br><br> PRECISION MANAGEMENT & CONSULTING (PMC) <br> P.O. BOX 316 <br> MAYFIELD, KY  42066 <br><br> **Date or dates debt was incurred** <br><br> VARIOUS <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed <br><br> **Basis for the claim:** <br> TRADE PAYABLE <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $11,010.00 |

Debtor    GenСanna Global USA, Inc.
          (Name)

Case 20-50133-grs    Doc 246    Filed 03/01/20    Entered 03/01/20 23:03:15    Desc Main
Case Number (if known)  20-50133
                       Document    Page 146 of 216

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.304 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,671.27 |

PREMIUM HORTICULTURE SUPPLY CO.
PO BOX 990
PERRYSBURG, OH 43552-0990

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.305 | **Nonpriority creditor's name and mailing address** | | $159,790.00 |

PROVERDE LABORATORIES
420 FORTUNE BLVD.
MILFORD, MA 01757

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.306 | **Nonpriority creditor's name and mailing address** | | UNKNOWN |

PRYOR, DEJON L.
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.307 | **Nonpriority creditor's name and mailing address** | | $69,400.00 |

PURE GLOBAL INC.
500 CAPITOL MALL STE 2350
SACRAMENTO, CA 95814

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.308 | **Nonpriority creditor's name and mailing address** | | $65,285.07 |

QC MATERIAL HANDLING EQUIPMENT
10921 REED HARTMAN HWY # 321
CINCINNATI, OH 45242

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | Additional Page | |
|---|---|---|
| | | **Amount of claim** |

| 3.309 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,421.76 |
|---|---|---|---|
| | QORPAK INTERNET<br>2300 SWEENEY DR.<br>CLINTON, PA  15026 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.310 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,205.00 |
|---|---|---|---|
| | QT CORPORATION<br>2700 FOREST HILLS<br>LOOP WILSON, NC  27893 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.311 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $49,755.31 |
|---|---|---|---|
| | R L CARRIERS<br>PO BOX 10020<br>PORT WILLIAM, OH  45164-2000 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.312 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,884.66 |
|---|---|---|---|
| | R&M<br>R & M 840 YOSEMITE WAY<br>MILPITAS, CA  95035 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.313 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,120.00 |
|---|---|---|---|
| | RCM TECHNOLOGIES USA INC<br>20 WATERVIEW BLVD., 4TH FLOOR<br>PARSIPPANY, NJ  07054 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor  GenCanna Global USA, Inc.  Doc 246  Filed 03/01/20  Entered 03/01/20 23:03:15  Desc Main
        (Name)                     Case Number (if known)  20-50133
Case 20-50133-grs        Document     Page 148 of 216

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.314 | **Nonpriority creditor's name and mailing address**<br>REGUS MANAGEMENT GROUP LLC<br>2333 ALEXANDRIA DR<br>LEXINGTON, KY 40504<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $8,977.85 |
| 3.315 | **Nonpriority creditor's name and mailing address**<br>REPUBLICAN ATTORNEYS GENERAL ASSOCIATION<br>1747 PENNSYLVANIA AVENUE, NW<br>SUITE 800<br>WASHINGTON, DC 20006<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $25,000.00 |
| 3.316 | **Nonpriority creditor's name and mailing address**<br>RESTEK<br>PO BOX 4276<br>LANCASTER, PA 17604<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $537.21 |
| 3.317 | **Nonpriority creditor's name and mailing address**<br>REX LANGHAM<br>REX LANGHAM 3905 DESTINY DR.<br>SPRINGFIELD, IL 62712<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $688.62 |
| 3.318 | **Nonpriority creditor's name and mailing address**<br>RFSMART<br>INFORMATION & COMPUTING SERVICES, INC.<br>PO BOX 638345<br>CINCINNATI, OH 45263-8345<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $50.00 |

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

### 3.319

**Nonpriority creditor's name and mailing address**

RHODUS GARBAGE SERVICE
5018 CARTERSVILLE RD
BEREA, KY 40403

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$477.00

### 3.320

**Nonpriority creditor's name and mailing address**

RIVER LINK
PO BOX 16799
AUSTIN, TX 78761-6799

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$184.00

### 3.321

**Nonpriority creditor's name and mailing address**

ROAD DOG LOGISTICS, LLC
201 E. EIGHTH ST.
CINCINNATI, OH 45202

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,800.00

### 3.322

**Nonpriority creditor's name and mailing address**

ROBERT HALF
12400 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$13,991.63

### 3.323

**Nonpriority creditor's name and mailing address**

ROBERT SORRELL
105 ELYTON DR
BIRMINGHAM, AL 35242

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LOAN

**Is the claim subject to offset?**
☑ No
☐ Yes

$275,000.00

Debtor    Case 20-50133-grs    Doc 246    Filed 03/01/20    Entered 03/01/20 23:03:15    Desc Main
GenCanna Global USA, Inc.
(Name)        Document     Page 150 of 216     Case Number (If known) 20-50133

**Part 2:**    Additional Page

|  | | Amount of claim |
|---|---|---|

---

**3.324** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,260.00

ROOF SERVICES, LLC
4475 ROCKWELL RD.
WINCHESTER, KY 40391

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.325** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,435.00

ROTEX GLOBAL, LLC
1230 KNOWLTON STREET
CINCINNATI, OH 45223

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.326** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN

ROUND-2-IT PLUMBING
1026 SOMERSET LANE MT.
STERLING, KY 40353

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.327** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $73,902.83

ROYAL LABS NATURAL COSMETICS INC
PAUL LIEBER ROYAL LABS NATURAL COSMETICS, INC.
2671 FORT TRENHOLM ROAD
JOHNS ISLAND, SC 29455

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.328** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,200.00

RR DONNELLEY LOGISTIC SERVICES WORLSWIDE INC
35 W WACKER DRIVE
CHICAGO, IL 60601

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    GenCanna Global USA, Inc.    Case number (if known)    20-50133
(Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|
| | | | Amount of claim |

| 3.329 | **Nonpriority creditor's name and mailing address**<br><br>RUMPKE OF KENTUCKY INC<br>PO BOX 538710<br>CINCINNATI, OH  45253-8710<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $15,743.06 |
|---|---|---|---|
| 3.330 | **Nonpriority creditor's name and mailing address**<br><br>RUNSWITCH  PR<br>RUNSWITCH PR<br>9300 SHELBYVILLE RD. SUITE 1005<br>LOUISVILLE, KY  40222<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $242,732.58 |
| 3.331 | **Nonpriority creditor's name and mailing address**<br><br>SAFETY KLEEN SYSTEMS, INC.<br>PO BOX 382066<br>PITTSBURGH, PA  15250-8066<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,344.59 |
| 3.332 | **Nonpriority creditor's name and mailing address**<br><br>SALESFORCE COM INC<br>PO BOX 203141<br>DALLAS, TX  75320-3141<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $46,930.86 |
| 3.333 | **Nonpriority creditor's name and mailing address**<br><br>SCANNAPIECO, ALEX<br>321 VENABLE RD. STE 2<br>WINCHESTER, KY  40391<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE REIMBURSEMENT<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |

Debtor    GenCanna Global USA, Inc.
(Name)

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.334 | **Nonpriority creditor's name and mailing address**<br><br>SCHAEFFER'S<br>102 BARTON STREET<br>ST. LOUIS, MO 63104<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,199.85 |
| 3.335 | **Nonpriority creditor's name and mailing address**<br><br>SCHENCK PROCESS LLC<br>PO BOX 19747<br>PALATINE, IL 60055-9747<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,666.32 |
| 3.336 | **Nonpriority creditor's name and mailing address**<br><br>SCHROCK'S PRODUCE SUPPLY<br>2598 HWY 39 N<br>CRAB ORCHARD, KY 40419<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $5,282.34 |
| 3.337 | **Nonpriority creditor's name and mailing address**<br><br>SEAY OIL CO.<br>P.O. BOX 1147<br>HOPKINSVILLE, KY 42241<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,641.36 |
| 3.338 | **Nonpriority creditor's name and mailing address**<br><br>SENTRY AIR SYSTEMS INC<br>21221 FM 529<br>CYPRESS, TX 77433<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,532.40 |

| Debtor | GenCanna Global USA, Inc. | Case number (if known) | 20-50133 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

|  |  | Amount of claim |
|---|---|---|

| 3.339 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,910.53 |

**Nonpriority creditor's name and mailing address**

SHERWIN WILLIAMS
20 WINCHESTER PLAZA
WINCHESTER, KY  40391-1143

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $2,910.53

---

| 3.340 |

**Nonpriority creditor's name and mailing address**

SIGNATURE SPECIAL EVENT SERVICES
1385 PRIDEMORE COURT
LEXINGTON, KY  40505

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $166,210.06

---

| 3.341 |

**Nonpriority creditor's name and mailing address**

SILVERTRAC SOFTWARE LLC
PO BOX 2040
PISMO BEACH, CA  93448

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $998.00

---

| 3.342 |

**Nonpriority creditor's name and mailing address**

SIMPSON, STEPHEN A.
321 VENABLE RD. STE 2
WINCHESTER, KY  40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENT

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNKNOWN

---

| 3.343 |

**Nonpriority creditor's name and mailing address**

SITEWORX SURVEY & DESIGN LLC
124 S 31ST ST
PADUCAH, KY  42001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $500.00

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| 3.344 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $191,896.42 |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**
SKYLINE EXHIBITS UTAH
3355 DISCOVERY RD.
EAGAN, MN 55121

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$191,896.42

---

3.345 **Nonpriority creditor's name and mailing address**
SLYKER, JILLIAN R.
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

3.346 **Nonpriority creditor's name and mailing address**
SONIC PACKAGING INDUSTRIES INC
35 CHARLES STREET
WESTWOOD, NJ 07675

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$456.84

---

3.347 **Nonpriority creditor's name and mailing address**
SONITROL OF LEXINGTON INC
3166 CUSTER DR.
LEXINGTON, KY 40517

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$917.60

---

3.348 **Nonpriority creditor's name and mailing address**
SOSBY, RODNEY A.
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.349 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $16,624.96 |
|---|---|---|---|
| | SOUTH KENTUCKY PROPANE GAS<br>PO BOX 3194<br>SOMERSET, KY 42564 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.350 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,510.00 |
|---|---|---|---|
| | SOUTHERN STATES COOP<br>175 CORDIER LN<br>STANFORD, KY 40484 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.351 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $629.64 |
|---|---|---|---|
| | SOUTHLAND PRINTING INC<br>1079 MAJUAN DR.<br>LEXINGTON, KY 40511 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.352 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $381.78 |
|---|---|---|---|
| | SPARTAN CONSTRUCTION<br>307 CEDAR ST.<br>LUXEMBURG, WI 54217 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.353 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $183,058.36 |
|---|---|---|---|
| | SPECIALTY OIL EXTRACTORS<br>311 WASHINGTON ST<br>DARLINGTON, SC 29532 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor    GenСanna Global d/b/a Hi'Burn    Doc 246    Filed 03/01/20    Entered 03/01/20 23:03:15    Desc Main
          (Name)                                                    Case number (if known) 20-50133
                                    Document        Page 156 of 216

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.354 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,610.69 |

**3.354**

**Nonpriority creditor's name and mailing address**

SPECTRUM
TIME WARNER PO BOX 1060
CAROL STREAM, IL 60132-1060

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,610.69

---

**3.355**

**Nonpriority creditor's name and mailing address**

SPEEDPRO IMAGING
1022 NANDINO BLVD
LEXINGTON, KY 40511

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,997.04

---

**3.356**

**Nonpriority creditor's name and mailing address**

SPRINGDOT INC
2611 COLERAIN AVE.
CINCINNATI, OH 45214

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.357**

**Nonpriority creditor's name and mailing address**

SQUEEGEE PRO WINDOW CLEAINING AND RESTORATION
632 B DOE RUN DR.
MOUNT STERLING, KY 40353

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$63.60

---

**3.358**

**Nonpriority creditor's name and mailing address**

SRM CONCRETE
1136 2ND AVE.
NORTH NASHVILLE, TN 37208

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,126.60

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.359** | **Nonpriority creditor's name and mailing address**

STAPLES
DEPT. 11 0007781271 PO BOX 9001036
LOUISVILLE, KY 40290

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$59.85

---

**3.360** | **Nonpriority creditor's name and mailing address**

STEGEMAN
13329 RIDGEMOOR DR
PROSPECT, KY 40059

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.361** | **Nonpriority creditor's name and mailing address**

STEWART, SETH A.
321 VENABLE RD. STE 2
WINCHESTER, KY 40391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENT

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.362** | **Nonpriority creditor's name and mailing address**

SUNBELT RENTALS INC
PO BOX 409211
ATLANTA, GA 30384-9211

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$16,154.10

---

**3.363** | **Nonpriority creditor's name and mailing address**

SWAGELOK
PO BOX 7096 DEPT 232
INDIANAPOLIS, IN 46207-7096

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,299.08

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

**3.364** | **Nonpriority creditor's name and mailing address**

TENNESSEE TRACTOR IRRIGATION
1318 S DUPREE ST.
BROWNSVILLE, TN 38012

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,865.67

---

**3.365** | **Nonpriority creditor's name and mailing address**

TENNESSEE TRACTOR LLC
3676 HIGHWAY 641 SOUTH
PARIS, TN 38242

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,001.31

---

**3.366** | **Nonpriority creditor's name and mailing address**

TERMINIX
PO BOX 742592
CINCINNATI, OH 45274-2592

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,459.00

---

**3.367** | **Nonpriority creditor's name and mailing address**

THE CINCINNATI INSURANCE COMPANIES
PO BOX 145620
CINCINNATI, OH 45250-5620

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.368** | **Nonpriority creditor's name and mailing address**

THE LEBERMUTH COMPANY INC
4004 TECHNOLOGY DR.
SOUTH BEND, IN 46628

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,932.64

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.369 | **Nonpriority creditor's name and mailing address**<br><br>THE UPS STORE<br>1619 BYPASS RD.<br>WINCHESTER, KY 40391<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $172.38 |
| 3.370 | **Nonpriority creditor's name and mailing address**<br><br>THERMAL EQUIPMENT<br>680 BIZZELL DR<br>LEXINGTON, KY 40510<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $6,217.90 |
| 3.371 | **Nonpriority creditor's name and mailing address**<br><br>THOMAS ARVIN & ADAMS PLLC<br>1209 SOUTH VIRGINIA ST PO BOX 675<br>HOPKINSVILLE, KY 42241<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $16,609.50 |
| 3.372 | **Nonpriority creditor's name and mailing address**<br><br>THOMAS WONG<br>199/69 THE ALCOVE 10<br>SOI SUKHUMVIT 63, KHLONGTAN NUEA KHET WATTANA<br>BANGKOK, THAILAND 10110<br>THAILAND<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $4,000.00 |
| 3.373 | **Nonpriority creditor's name and mailing address**<br><br>TOYOTA INDUSTRIES COMMERICAL FINANCE INC<br>PO BOX 660926<br>DALLAS, TX 75266-0926<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,610.40 |

Debtor __GenCanna Global USA, Inc.__    Case 20-50133-grs    Doc 246    Filed 03/01/20    Entered 03/01/20 23:03:15    Desc Main
(Name)      Case number (if known) __20-50133__
             Document       Page 160 of 216

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.374 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $13,857.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
TRIANGLE
3630 CAIRO ROAD
PADUCAH, KY 42001

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$13,857.00

---

3.375

**Nonpriority creditor's name and mailing address**
TURNER ENVIROLOGIC
1140 S.W. 34TH AVENUE
DEERFIELD BEACH, FL 33442

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$35,880.65

---

3.376

**Nonpriority creditor's name and mailing address**
UCKELE HEALTH AND NUTRITION
5600 SILBERHORN HWY
BLISSFIELD, MI 49228

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,483.84

---

3.377

**Nonpriority creditor's name and mailing address**
UK CENTER FOR APPLIED ENERGY RESEARCH
2540 RESEARCH PARK DRIVE
LEXINGTON, KY 40511-8479

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,750.00

---

3.378

**Nonpriority creditor's name and mailing address**
ULINE
PO BOX 88741
CHICAGO, IL 60680-1741

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,111.14

Debtor _____
(Name)

Case number (if known) _____

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|

3.379 **Nonpriority creditor's name and mailing address**

UNITED FULFILLMENT SOLUTIONS
423 BUSSEN UNDERGROUND
ST LOUIS, MO  63129

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,135.98

---

3.380 **Nonpriority creditor's name and mailing address**

UNIVERSITY OF KENTUCKY RESEARCH FOUNDATION
RESEARCH FOUNDATION C/O PNC BANK
P.O. BOX 931113
CLEVELAND, OH  44193

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,970.00

---

3.381 **Nonpriority creditor's name and mailing address**

UPS
PO BOX 809488
CHICAGO, IL  60680-9488

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,060.36

---

3.382 **Nonpriority creditor's name and mailing address**

UPS FREIGHT
28013 NETWORK PLACE
CHICAGO, IL  60673-1280

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,839.47

---

3.383 **Nonpriority creditor's name and mailing address**

UPS SUPPLY CHAIN SOLUTIONS
28013 NETWORK PLACE
CHICAGO, IL  60673

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,894.20

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.384 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $37,500.00 |
|---|---|---|---|
| | US HEMP ROUNDTABLE | *Check all that apply.* | |
| | C/O KATELYN WIARD 250 W MAIN ST, # 2800 | ☑ Contingent | |
| | LEXINGTON, KY 40507 | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.385 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,900.00 |
|---|---|---|---|
| | USA HALAL CHAMBER OF COMMERCE INC | *Check all that apply.* | |
| | 12510 PROSPERITY DRIVE | ☑ Contingent | |
| | SILVER SPRING, MD 20904 | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.386 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,476.40 |
|---|---|---|---|
| | VACO LLC | *Check all that apply.* | |
| | VACO 5501 VIRGINIA WAY SUITE 120 | ☑ Contingent | |
| | BRENTWOOD, TN 37027 | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.387 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $30,000.00 |
|---|---|---|---|
| | VALIDCARE LLC | *Check all that apply.* | |
| | VAILDCARE LLC 558 CASTLE PINES PARKWAY | ☑ Contingent | |
| | CASTLE PINES, CO 80108 | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.388 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11,580.67 |
|---|---|---|---|
| | VALIDUS VERIFICATION SERVICES DIVISION | *Check all that apply.* | |
| | VALIDUS VERIFICATION SERVICES 202 SIXTH ST. SUITE 400 | ☑ Contingent | |
| | CASTLE ROCK, CO 80104 | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

Debtor    GenOnRE Global & Spring    Case 20-50133-grs    Doc 246   Filed 03/01/20   Entered 03/01/20 23:03:15   Desc Main
(Name)                    Case number (if known) 20-50133
Document    Page 163 of 216

**Part 2:**  Additional Page

| | Amount of claim |
|---|---|

| | | |
|---|---|---|
| 3.389 | **Nonpriority creditor's name and mailing address** <br><br> VERIZON WIRELESS <br> PO BOX 25505 <br> LEHIGH VALLEY, PA 18002-5505 <br><br> **Date or dates debt was incurred** <br><br> VARIOUS <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> TRADE PAYABLE <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes |
| | | $17,696.01 |
| 3.390 | **Nonpriority creditor's name and mailing address** <br><br> VWR <br> RADNOR CORPORATE CENTER CORPORATE <br> HEADQUARTERS BUILDING ONE, SUITE 200 100 <br> MATSONFORD ROAD <br> RADNOR, PA 19087-8660 <br><br> **Date or dates debt was incurred** <br><br> VARIOUS <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> TRADE PAYABLE <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes |
| | | $3,282.69 |
| 3.391 | **Nonpriority creditor's name and mailing address** <br><br> WALLACE ELECTRICAL SYSTEMS, LLC <br> 2853 KEN GRAY BOULEVARD SUITE 4 <br> WEST FRANKFORT, IL 62896 <br><br> **Date or dates debt was incurred** <br><br> VARIOUS <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> TRADE PAYABLE <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes |
| | | $796,342.36 |
| 3.392 | **Nonpriority creditor's name and mailing address** <br><br> WALMART SUPERCENTER <br> 702 SW 8TH STREET <br> BENTONVILLE, AR 72716 <br><br> **Date or dates debt was incurred** <br><br> VARIOUS <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> TRADE PAYABLE <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes |
| | | $5.60 |
| 3.393 | **Nonpriority creditor's name and mailing address** <br><br> WATERS AGRICULTURAL LABORATORIES INC <br> 257 NEWTON HWY <br> CAMILLA, GA 31730 <br><br> **Date or dates debt was incurred** <br><br> VARIOUS <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> TRADE PAYABLE <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes |
| | | $36,906.67 |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.394 | **Nonpriority creditor's name and mailing address** | $2,925.00 |
|---|---|---|

WATERS TECHNOLOGIES CORPORATION
DEPT CH 14373
PALATINE, IL  60055-4373

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.395 | **Nonpriority creditor's name and mailing address** | $7,795.15 |
|---|---|---|

WEST KENTUCKY RURAL ELECTRIC
P.O. BOX 589
MAYFIELD, KY  42066-0032

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.396 | **Nonpriority creditor's name and mailing address** | $12,619.88 |
|---|---|---|

WHAYNE SUPPLY COMPANY
DEPARTMENT 8326
CAROL STREAM, IL  60122-8326

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.397 | **Nonpriority creditor's name and mailing address** | $36,718.75 |
|---|---|---|

WILLIAM T OWENS
8606 NELL INGRAM RD.
RED LEVEL, AL  36474

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.398 | **Nonpriority creditor's name and mailing address** | $43,375.38 |
|---|---|---|

WILLIAMS SCOTSMAN, INC.
6010 FERN VALLEY ROAD
LOUISVILLE, KY  40228

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

3.399 | **Nonpriority creditor's name and mailing address**

WINCHESTER CLARK COUNTY CHAMBER
2 S MAPLE ST.
WINCHESTER, KY 40391

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
GOVERNMENT ENTITY

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,000.00

---

3.400 | **Nonpriority creditor's name and mailing address**

WINCHESTER MUNICIPAL UTILITIES
PO BOX 4177
WINCHESTER, KY 40392-4177

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$990.86

---

3.401 | **Nonpriority creditor's name and mailing address**

WINCHESTER WAREHOUSE CO LLC
1465 WEST LEXINGTON AVE.
WINCHESTER, KY 40391

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$15,000.00

---

3.402 | **Nonpriority creditor's name and mailing address**

WINE INDUSTRY NETWORK, LLC
155 FOSS CREEK CIRCLE
HEALDSBURG, CA 95448

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,000.00

---

3.403 | **Nonpriority creditor's name and mailing address**

WINFREY MILLER CONSTRUCTION
349 FINK RD.
MAYFIELD, KY 42066

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,500.00

Debtor __GenServe Global eSAFIT__
         (Name)

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

---

3.404 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,310.45
|  | WOLF CREEK COMPANY INC. | *Check all that apply.* |
|  | PO BOX 442 | ☒ Contingent |
|  | MID, OH 45042-0442 | ☒ Unliquidated |
|  |  | ☒ Disputed |
|  | **Date or dates debt was incurred** |  |
|  | VARIOUS | **Basis for the claim:** |
|  |  | TRADE PAYABLE |
|  | **Last 4 digits of account number:** | **Is the claim subject to offset?** |
|  |  | ☒ No |
|  |  | ☐ Yes |

---

3.405 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $695.00
|  | WOLNSKI | *Check all that apply.* |
|  | WOLNSKI SCHEDULING SERVICES, INC. | ☒ Contingent |
|  | 1720 SHADES VIEW LANE | ☒ Unliquidated |
|  | VESTAVIA HILLS, AL 35216 | ☒ Disputed |
|  | **Date or dates debt was incurred** | **Basis for the claim:** |
|  | VARIOUS | TRADE PAYABLE |
|  | **Last 4 digits of account number:** | **Is the claim subject to offset?** |
|  |  | ☒ No |
|  |  | ☐ Yes |

---

3.406 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $59.50
|  | WORLDPOINT | *Check all that apply.* |
|  | 1326 SOUTH WOLF ROAD | ☒ Contingent |
|  | WHEELING, IL 60090 | ☒ Unliquidated |
|  |  | ☒ Disputed |
|  | **Date or dates debt was incurred** | **Basis for the claim:** |
|  | VARIOUS | TRADE PAYABLE |
|  | **Last 4 digits of account number:** | **Is the claim subject to offset?** |
|  |  | ☒ No |
|  |  | ☐ Yes |

---

3.407 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,600.00
|  | WYATT BOYD | *Check all that apply.* |
|  | 125 DELBERT BALL RD. | ☒ Contingent |
|  | LANCASTER, KY 40444 | ☒ Unliquidated |
|  |  | ☒ Disputed |
|  | **Date or dates debt was incurred** | **Basis for the claim:** |
|  | VARIOUS | TRADE PAYABLE |
|  | **Last 4 digits of account number:** | **Is the claim subject to offset?** |
|  |  | ☒ No |
|  |  | ☐ Yes |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
| --- | --- |

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
| --- | --- | --- |
| **5a.** Total claims from Part 1 | **5a.** | $854,804.47 |
| **5b.** Total claims from Part 2 | **5b.** + | $79,930,791.18 |
| **5c.** **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | **5c.** | $80,785,595.65 |

---

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                Page 130 of 130

**Fill in this information to identify the case:**

Debtor    GenCanna Global USA, Inc.

United States Bankruptcy Court for the: Eastern District of Kentucky

Case number   20-50133
(if known)

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCE AGREEMENT OPERATING AGREEMENT | 101 ENTERPRISES LLC 4274 COLBY RD WINCHESTER, KY 40391 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCE AGREEMENT SECURED COMMERCIAL PROMISSORY NOTE | 3 DELTA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCE AGREEMENT PROMISSORY NOTE DTD 6/22/2015 | 4274 COLBY LLC 4274 COLBY RD WINCHESTER, KY 40391 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCE AGREEMENT MORTGAGE DTD 6/22/2015 | 4274 COLBY LLC ATTN STEVE BEVAN 4274 COLBY RD WINCHESTER, KY 40391 |
| | **State the term remaining** | 6/22/2035 | |
| | **List the contract number of any government contract** | | |

Debtor  GenCanna Global USA, Inc.
        (Name)                                                                                  Case Number (if known)  20-50133

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCE AGREEMENT RECOGNITION AGREEMENT | 4274 COLBY LLC ATTN WILLIAM R HILLIARD JR 1265 HUGHES LN LEXINGTON, KY 40511 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCE AGREEMENT RECOGNITION AGREEMENT | 4274 COLBY LLC ATTN WILLIAM R HILLIARD JR 1265 HUGHES LN LEXINGTON, KY 40511 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE: BUILDING & LAND SHORT FORM OF LEASE AGREEMENT | 4274 COLBY LLC ATTN WILLIAM R HILLIARD JR 1265 HUGHES LN LEXINGTON, KY 40511 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCE AGREEMENT MORTGAGE DTD 6/22/2015 | 4274 COLBY LLC ATTN WILLIAM R HILLIARD, JR, MEMBER 4274 COLBY RD WINCHESTER, KY 40391 |
| | **State the term remaining** | 6/19/2035 | |
| | **List the contract number of any government contract** | | |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE: BUILDING & LAND SHORT FORM OF LEASE AGREEMENT | 4274 COLBY LLC C/O ATALO HOLDINGS ATTN WILLIAM R HILLIARD JR 5855 ROCKWELL RD WINCHESTER, KY 40391 |
| | **State the term remaining** | 6/30/2026 | |
| | **List the contract number of any government contract** | | |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | SECURITIES/STOCK PURCHASE AGREEMENT ELECTION AND AGREEMENT | 8821372 CANADA LTD 12 HAZEL CR KEENE, ON K9J 6X7 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT INDUSTRIAL HEMP PRODUCTION AGREEMENT | ADAMS, JEFF D/B/A BLUE ASH FARM 5045 VAN METER RD WINCHESTER, KY 40391 |
| | **State the term remaining** | 4/15/2020 | |
| | **List the contract number of any government contract** | | |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | THIRD PARTY SERVICE AGREEMENT DIRECT PLACEMENT AGREEMENT FOR HIRING CANDIDATES FOR JOB OPENINGS | AEROTEK CE 7301 PARKWAY DR HANOVER, MD 21076 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT CONVERSION AGREEMENT DTD 11/21/2018 | AEROTEK INC 7301 PARKWAY DR HANOVER, MD 21076 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT CUSTOMER SERVICE AGREEMENT DTD 8/5/2019 | AIR TECHNOLOGIES 1302 N ENGLISH STATION RD LOUISVILLE, KY 40223 |
| | **State the term remaining** | 8/31/2024 | |
| | **List the contract number of any government contract** | | |
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT INDOOR FARMING & BIOMASS EXTRACTION PRODUCT SALE AGREEMENT | AIRGAS USA LLC 500 CODELL DR LEXINGTON, KY 40509 |
| | **State the term remaining** | 8/29/2026 | |
| | **List the contract number of any government contract** | | |
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE: EQUIPMENT EQUIPMENT LEASE AGREEMENT | AIRKROME 4274 COLBY RD WINCHESTER, KY 40391 |
| | **State the term remaining** | 3/20/2020 | |
| | **List the contract number of any government contract** | | |

Debtor    GenCanna Global USA, Inc.    Case Number (if known)    20-50133
        (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT AMENDMENT TO ASSIGNMENT ASSUMPTION AND AMENDMENT AGREEMENT | ALDEN BOTANICA LLC ATTN DR JOHN PRICE 35 W MAIN ST, STE B-208 VENTURA, CA 93001 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT EXTRACTION AGREEMENT | ALDEN BOTANICA LLC ATTN DR JOHN PRICE, PRESIDENT 35 W MAIN ST, STE B-208 VENTURA, CA 93001 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT REPAYMENT AGREEMENT | ALDEN BOTANICA LLC ATTN JOHN PIERCE 35 W MAIN ST, B-208 VENTURA, CA 923001 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT AMENDMENT TO ASSIGNMENT ASSUMPTION AND AMENDMENT AGREEMENT | ALDEN WELLNESS LLC ATTN DR JOHN PRICE 35 W MAIN ST, STE B-208 VENTURA, CA 93001 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT EXTRACTION AGREEMENT | ALDEN WELLNESS LLC ATTN DR JOHN PRICE, PRESIDENT 35 W MAIN ST, STE B-208 VENTURA, CA 93001 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE/SALES AGREEMENT PURCHASE AND SALE AGREEMENT | AMERISOURCEBERGEN DRUG CORPORATION ATTN VICE PRESIDENT OF REAL ESTATE 1300 MORRIS DR CHESTERBROOK, PA 19087 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    GenCanna Global USA, Inc.    Case number *(if known)*
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT INDUSTRIAL HEMP PRODUCTION AGREEMENT | ANDERSON, KENNETH 6675 VAN METER RD WINCHESTER, KY  40391 |
| | **State the term remaining** | 2/26/2022 | |
| | **List the contract number of any government contract** | | |
| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE: EQUIPMENT ARBORETUM PROPOSAL DTD 4/22/2019 | ARBORETUM INVESTMENT ADVISORS LLC 11115 HOUZE RD, STE 150 ROSWELL, GA  30076 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE/SALES AGREEMENT SALES CONTRACT DTD 5/3/2019 | ARBORETUM INVESTMENT ADVISORS LLC ATTN MR KEVIN CHASE 100 ARBORETUM DR, STE 105 PORTSMOUTH, NH  03801 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCE AGREEMENT FORBEARANCE AGREEMENT | ARBORETUM SILVERLEAF INCOME FUND LP F/K/A SQN ASSET INCOME FUND V LP 100 ARBORETUM DR, STE 105 PORTSMOUTH, NH  03801 |
| | **State the term remaining** | 6/30/2020 | |
| | **List the contract number of any government contract** | | |
| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE: BUILDING & LAND ESCROW AGREEMENT DTD 2/25/2019 | ARROW FARMS LLC 8255 OLD LOVELACEVILLE RD PADUCAH, KY  42001 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE: BUILDING & LAND TILLABLE ACREAGE SUBLEASE AGREEMENT DTD 1/1/2019 | ARROW FARMS LLC ATTN CHRIS PETTY 8255 OLD LOVELACEVILLE RD PADUCAH, KY  42001 |
| | **State the term remaining** | 12/31/2023 | |
| | **List the contract number of any government contract** | | |

Debtor   GenCanna Global USA Inc    Case Number (if known)   20-50133

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE/SALES AGREEMENT OPTION CONTRACT TO PURCHASE REAL ESTATE | ARROW FARMS LLC ATTN GEORGE C PETTY 8255 OLD LOVELACEVILLE RD PADUCAH, KY  42001 |
| | **State the term remaining** | 1/1/2024 | |
| | **List the contract number of any government contract** | | |
| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT HARVESTING & SERVICES AGREEMENT | ARROW FARMS LLC ATTN GEORGE C PETTY 8255 OLD LOVELACEVILLE RD PADUCAH, KY  42001 |
| | **State the term remaining** | 5/31/2020 | |
| | **List the contract number of any government contract** | | |
| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCE AGREEMENT 7.5% SECURED CONVERTIBLE PROMISSORY NOTE DTD 11/26/2018 | ATALO HOLDINGS INC ATTN WILLIAM HILLIARD 4274 COLBY RD WINCHESTER, KY  40391 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest** | SECURITIES/STOCK PURCHASE AGREEMENT RE: CAPITAL STOCK ACQUISITION PROPOSAL DTD 11/27/2018 | ATALO HOLDINGS INC ATTN WILLIAM HILLIARD 4274 COLBY RD WINCHESTER, KY  40391 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT LARGE VOLUME NATURAL GAS SERVICE AGREEMENT DTD 4/24/2019 | ATMOS ENERGY CORP ATTN CONTACT ADMINISTRATION 5430 LBJ FWY, STE 160 DALLAS, TX  75240-2601 |
| | **State the term remaining** | 8/1/2024 | |
| | **List the contract number of any government contract** | | |
| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE: BUILDING & LAND AMENDMENT NO 1 DTD 8/9/2019 | AVT-KENTUCKY LP ATTN JORDAN K GREENWELL, CCO 6995 UNION PARK CTR, STE 400 COTTONWOOD HEIGHTS, UT  84047 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCE AGREEMENT DEPOSIT ACCOUNT CONTROL AGREEMENT DTD 6/24/2019 | BANK OF THE BLUEGRASS & TRUST CO ATTN CHRIS BOAZ 101 E HIGH ST LEXINGTON, KY 40507 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE/SALES AGREEMENT REAL ESTATE OPTION AGREEMENT | BARBARA J HOLLAND DECLARATION OF TRUST C/O BARBARA HOLLAND, TRUSTEE ATTN TIM BECK 1104 PARIS RD MAYFIELD, KY 42066 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT INDUSTRIAL HEMP PRODUCTION AGREEMENT | BDH LLC ATTN BRAD WIGGINS 417 ST, RT. 83 MAYFIELD, KY 42066 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCE AGREEMENT DEBENTURES RIGHTS AGREEMENT DTD 11/7/2018 | BEVAN, STEVE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.39 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE: BUILDING & LAND EXCLUSIVE MARKETING AGREEMENT FOR THE SALE OF REAL PROPERTY | BLOCK + LOT REAL ESTATE LLC 113 W SHORT ST LEXINGTON, KY 40507 |
| | **State the term remaining** | 7/31/2020 | |
| | **List the contract number of any government contract** | | |
| 2.40 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE: BUILDING & LAND LEASE AGREEMENT DTD 2/7/2019 | BLUEGRASS SOTHEBY'S LEASING & PROPERTY MANAGEMENT ATTN NIKI WILEY 1999 RICHMOND RD, STE 400 LEXINGTON, KY 40502 |
| | **State the term remaining** | 2/28/2020 | |
| | **List the contract number of any government contract** | | |

Debtor    Case 20-50133-grs    Doc 246    Filed 03/01/20    Entered 03/01/20 23:03:15    Desc Main
GenCanna Global USA, Inc.        Document     Page 174 of 216     Case Number (if known)
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT ORDER FORM | BOOMI INC ATTN CHRISTOPHER PORT 1400 LIBERTY RIDGE DR CHESTERBROOK, PA 19087 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT SERVICES ORDER FORM | BOOMI INC ATTN ELISE CHRIPCZUK 1400 LIBERTY RIDGE DR CHESTERBROOK, PA 19087 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT SERVICES ORDER FORM | BOOMI INC ATTN TARA SAPP/ELISE CHRIPCZUK 1400 LIBERTY RIDGE DR CHESTERBROOK, PA 19087 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT INDUSTRIAL HEMP PRODUCTION AGREEMENT | BOWEN, JOHN PO BOX 174 STANTON, KY 40380 |
| | **State the term remaining** | 3/20/2022 | |
| | **List the contract number of any government contract** | | |
| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT INDUSTRIAL HEMP PRODUCTION AGREEMENT | BRAGG FARMS & CO 1180 GRIMWOOD RD TONEY, AL 35773 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT SECOND PROPOSED AMENDMENT TO INDUSTRIAL HEMP CULTIVATION AGREEMENT | BRAGG, DENNIS 1180 GRIMWOOD RD TONEY, AL 35773 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT INDUSTRIAL HEMP PRODUCTION AGREEMENT | BRANNON FARMS ATTN JONAH BRANNON 12500 HWY 641N PURYEAR, TN  38261 |
| | **State the term remaining** | 7/9/2022 | |
| | **List the contract number of any government contract** | | |
| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE: BUILDING & LAND SHARED SPACE AGREEMENT | CALL CENTER SYSTEMS LLC |
| | **State the term remaining** | 2/1/2021 | |
| | **List the contract number of any government contract** | | |
| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT MEMORANDUM OF UNDERSTANDING DTD 8/14/2019 | CANNASOL TECHNOLOGIES LLC ATTN JOSHUA DETZEL, MANAGING MEMBER 343 W BAGLEY RD BEREA, OH  44017 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT SETTLEMENT AGREEMENT AND RELEASE | CARSO AGRICULTURE LLC |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT AMENDMENT #1 RE: CRITICAL ASSET TRACKING SOLUTION | CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCE AGREEMENT COMMERCIAL NOTE | CENTRAL BANK & TRUST CO ATTN TIM DUNCAN, SVP 300 W VINE ST LEXINGTON, KY  40507 |
| | **State the term remaining** | 12/28/2021 | |
| | **List the contract number of any government contract** | | |

| Debtor | GenCanna Global USA, Inc. | Case Number (if known) | 20-50133 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.53** **State what the contract or lease is for and the nature of the debtor's interest** SERVICE AGREEMENT LICENSING AGREEMENT <br><br>**State the term remaining** 5/16/2022 <br><br>**List the contract number of any government contract** | CH TECHNOLOGIES LLC |
| **2.54** **State what the contract or lease is for and the nature of the debtor's interest** SERVICE AGREEMENT INDUSTRIAL HEMP PRODUCTION AGREEMENT <br><br>**State the term remaining** 3/19/2020 <br><br>**List the contract number of any government contract** | CHERRY, DAVID JOSHUA 14605 STATE RT 303 FULTON, KY 42041 |
| **2.55** **State what the contract or lease is for and the nature of the debtor's interest** SERVICE AGREEMENT SECOND PROPOSED AMENDMENT TO INDUSTRIAL HEMP CULTIVATION AGREEMENT <br><br>**State the term remaining** CURRENT <br><br>**List the contract number of any government contract** | CHERRY, JOSH 14605 STATE RT 303 FULTON, KY 42041 |
| **2.56** **State what the contract or lease is for and the nature of the debtor's interest** SERVICE AGREEMENT STANDARD RENTAL SERVICE AGREEMENT DTD 6/22/2018 <br><br>**State the term remaining** CURRENT <br><br>**List the contract number of any government contract** | CINTAS CORPORATION |
| **2.57** **State what the contract or lease is for and the nature of the debtor's interest** SERVICE AGREEMENT REVIVER VIEW SERVICE AGREEMENT DTD 2/15/2019 <br><br>**State the term remaining** CURRENT <br><br>**List the contract number of any government contract** | CINTAS CORPORATION NO 2 D/B/A CINTAS FIRST AID & SAFETY |
| **2.58** **State what the contract or lease is for and the nature of the debtor's interest** SERVICE AGREEMENT ALARM MONITORING SERVICE AGREEMENT <br><br>**State the term remaining** CURRENT <br><br>**List the contract number of any government contract** | CINTAS FIRE PROTECTION 101 23RD ST, STE 200 CORBIN, KY 40701 |

Debtor  GenCanna Global USA, Inc.                                      Case number (if known)  20-50133
        (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT FIRE ALARM SYSTEM AGREEMENT DTD 10/24/2018 | CINTAS FIRE PROTECTION 2909 CRESCENTVILLE RD WEST CHESTER, OH 45069 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE: EQUIPMENT EQUIPMENT LEASE AGREEMENT | CIRCA COLINGA LLC 1951 MERCANTILE LN COALINGA, CA 93210 |
| | **State the term remaining** | 3/1/2021 | |
| | **List the contract number of any government contract** | | |
| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT INDUSTRIAL HEMP PRODUCTION AGREEMENT | CLARK, CHARLES JAMES 3528 WHITE LICK RD PAINT LICK, KY 40461 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.62 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT SECOND PROPOSED AMENDMENT TO INDUSTRIAL HEMP CULTIVATION AGREEMENT | CLARK, CHARLEY 3528 WHITE LICK RD PAINT LICK, KY 40461 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.63 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT INDUSTRIAL HEMP PRODUCTION AGREEMENT | CLARK, JUSTIN 5470 OLD US 45 SOUTH PADUCAH, KY 42003 |
| | **State the term remaining** | 2/19/2022 | |
| | **List the contract number of any government contract** | | |
| 2.64 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT SECOND PROPOSED AMENDMENT TO INDUSTRIAL HEMP CULTIVATION AGREEMENT | CLARK, LARRY 106 CLARK-HOUK RD GREENBURG, KY 42743 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    GenCanna Global USA Inc    Case Number (if known)    20-50133

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT INDUSTRIAL HEMP PRODUCTION AGREEMENT | CLARK, LARRY 106 CLARK-HOUK RD GREENSBURG, KY 42731 |
| | **State the term remaining** | 4/17/2020 | |
| | **List the contract number of any government contract** | | |
| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest** | MAINTENANCE AGREEMENT FACILITIES BETTERMENT AGREEMENT DTD 6/27/2019 | COLUMBIA GAS OF KY INC 2001 MERCR RD LEXINGTON, KY 40511 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest** | GOVERNMENTAL CERTIFICATE OF REGISTRATION | COMMONWEALTH OF KENTUCKY C/O KENTUCKY DEPARTMENT OF ENVIRONMENTAL PROTECTION ATTN DIVISION OF WASTE MANAGEMENT |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.68 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCE AGREEMENT CONSTRUCTION MORTGAGE DTD 5/6/2019 | COMMUNITY FINANCIAL SERVICES BANK 100 DICK CASTLEMAN BYPASS MAYFIELD, KY 42066 |
| | **State the term remaining** | 11/1/2020 | |
| | **List the contract number of any government contract** | | |
| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCE AGREEMENT PROMISSORY NOTE DTD 11/13/2018 | COMMUNITY FINANCIAL SERVICES BANK GRAVES COUNTY BANKING CTR 100 DICK CASTLEMAN BYPASS MAYFIELD, KY 42066 |
| | **State the term remaining** | 11/13/2021 | |
| | **List the contract number of any government contract** | | |
| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT INDUSTRIAL HEMP PRODUCTION AGREEMENT | CONYEA HEMP FARMS LLC ATTN RONALD CONYEA 3030 STATE RT 1241 HICKORY, KY 42051 |
| | **State the term remaining** | 2/19/2022 | |
| | **List the contract number of any government contract** | | |

Debtor    GenCanna Global USA, Inc.    Case Number (if known)    20-50133
        (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.71 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCE AGREEMENT SECOND PROPOSED AMENDMENT DTD 12/3/2019 | CONYEA, RON 3030 STATE RT 1241 HICKORY, KY  42051 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.72 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT INDUSTRIAL HEMP PRODUCTION AGREEMENT | COWDEN, ERIC & JEN 4160 LEXINGTON RD HORRODSBURY, KY  40356 |
| | **State the term remaining** | 4/16/2020 | |
| | **List the contract number of any government contract** | | |
| 2.73 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCE AGREEMENT SECOND PROPOSED AMENDMENT DTD 12/3/2019 | COWDEN, ERIC 4160 LEXINGTON RD HARRODSBURG, KY  40330 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.74 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT STATEMENT OF WORK | CROWDSTRIKE SERVICES INC 150 MATHILDA PLACE, STE 300 SUNNYVALE, CA  94086 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.75 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE/SALES AGREEMENT SUPPLY AGREEMENT | CURA WELLNESS LLC ATTN CAMERON FORNI, PRESIDENT 115 SE YAMHILL ST PORTLAND, OR  97214 |
| | **State the term remaining** | 12/31/2020 | |
| | **List the contract number of any government contract** | | |
| 2.76 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT INDUSTRIAL HEMP PRODUCTION AGREEMENT | CURTIS, JOSH 1402 KY-1940 CYNTHIANA, KY  41031 |
| | **State the term remaining** | 3/14/2022 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.77 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCE AGREEMENT SECOND PROPOSED AMENDMENT DTD 12/3/2019 | CURTIS, JOSH 2803 CARPENTER RD CARLISLE, KY 40311 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.78 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCE AGREEMENT SECOND PROPOSED AMENDMENT DTD 12/3/2019 | DAY, JOHNATHAN CR-1150 PAINT LICK, KY 40461 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.79 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT INDUSTRIAL HEMP PRODUCTION AGREEMENT | DAY, JONATHAN 773 HALCOMB LN PAINT LICK, KY 40461 |
| | **State the term remaining** | 5/10/2020 | |
| | **List the contract number of any government contract** | | |
| 2.80 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT AMENDMENT LETTER DTD 12/19/2018 | DE LAGE LANDEN FINANCIAL SERVICES INC ATTN LINDA HERBERT 1111 OLD EAGLE SCHOOL RD WAYNE, PA 19087 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.81 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE/SALES AGREEMENT INDUSTRIAL HEMP PRODUCTION AGREEMENT | DE MARCUS, DAVID, II 3333 ROYSTER RD LEXINGTON, KY 40516 |
| | **State the term remaining** | 3/21/2020 | |
| | **List the contract number of any government contract** | | |
| 2.82 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT RE: SPECIAL DISCOUNT OFFER | DHL EXPRESS (USA) INC |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.83 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT TERM SHEET ORGANIC INDUSTRIAL HEMP PRODUCTION VENTURE | DMG HOLDINGS LLC |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.84 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCE AGREEMENT PURCHASE ORDER DTD 12/12/2018 | DON FRANKLIN AUTO MALL ATTN TY COBB 3390 RICHMOND RD LEXINGTON, KY 40509 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.85 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCE AGREEMENT DEALER WARRANTY DISCLAIMER | DON FRANKLIN LEXINGTON INC 3380 RICHMOND RD LEXINGTON, KY 40509 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.86 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT INDUSTRIAL HEMP PRODUCTION AGREEMENT | DONALDSON, JARED 1343 NANCE RD HICKORY, KY 42051 |
| | **State the term remaining** | 3/19/2020 | |
| | **List the contract number of any government contract** | | |
| 2.87 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCE AGREEMENT DEBENTURES RIGHTS AGREEMENT DTD 11/7/2018 | DRENNEN, RICHARD |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.88 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE: BUILDING & LAND NOTICE AND ACKNOWLEDGMENT OF ASSIGNMENT DTD 8/9/2020 | DT2019-2 C/O LORD SECURITIES CORPORATION 48 WALL ST, 27 FL NEW YORK, NY 10005 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.89 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE: EQUIPMENT LEASE AGREEMENT DTD 1/5/2019 | DUPLICATOR SALES & SERVICE INC 831 E BROADWAY LOUISVILLE, KY 40204 |
| | **State the term remaining** | 2/12/2023 | |
| | **List the contract number of any government contract** | | |
| 2.90 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCE AGREEMENT PURCHASE ORDER DTD 9/24/2018 | DUTCH'S CHEVY FORD ATTN JEN DEHART ON THE BY PASS MT STERLING, KY 40353 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.91 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCE AGREEMENT PURCHASE ORDER DTD 10/26/2018 | DUTCH'S CHEVY FORD ATTN JENNETH R DEHART ON THE BY PASS MT STERLING, KY 40353 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.92 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT INDUSTRIAL HEMP PRODUCTION AGREEMENT | DWG FARMS LLC ATTN JILL G COFFEY 3105 ST RT 125 HICKMAN, KY 42050 |
| | **State the term remaining** | 3/19/2020 | |
| | **List the contract number of any government contract** | | |
| 2.93 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE: BUILDING & LAND COMMERCIAL LEASE AGREEMENT | EASLEY AND FAUST PROPERTIES LLC 2692 RICHMOND RD, STE 202 LEXINGTON, KY 40509 |
| | **State the term remaining** | 1/31/2023 | |
| | **List the contract number of any government contract** | | |
| 2.94 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCE AGREEMENT SECOND PROPOSED AMENDMENT DTD 12/3/2019 | EDWARDS, JUSTIN 9998 US 68 BENTON, KY 42025 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.95** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FINANCE AGREEMENT<br>SECOND PROPOSED AMENDMENT DTD 12/3/2020<br><br>CURRENT | ELLISON, ROBERT<br>2048 STATE RT 97<br>MAYFIELD, KY 42066 |
| **2.96** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT<br>INDUSTRIAL HEMP PRODUCTION AGREEMENT<br><br>3/19/2020 | ELLISON, ROBERT<br>2048 STATE RT 97<br>MAYFIELD, KY 42066 |
| **2.97** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INSURANCE POLICIES<br>LIABILITY INSURANCE POLICY<br><br>9/1/2020 | ENDURANCE AMERICAN INSURANCE CO<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 |
| **2.98** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE: AUTO<br>RENTAL AGREEMENT<br><br>2/18/2020 | ENTERPRISE<br>C/O LEXINGTON TRUCK RENTAL<br>1140 WINCHESTER RD<br>LEXINGTON, KY 40505-4042 |
| **2.99** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT<br>SPECIFIC SERVICE AGREEMENT DTD 7/3/2019<br><br>CURRENT | ENVIONMENTAL MANAGEMENT CONSULTANTS<br>ATTN MARK E PHILLIPS, LPG REGIONAL DIR<br>427 MAIN ST<br>EVANVILLE, IN 47708 |
| **2.100** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INSURANCE POLICIES<br>INSURANCE POLICY<br><br>CURRENT | EVANSTON INSURANCE CO<br>10 PARKWAY N<br>DEERFIELD, IL 60015 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.101 | **State what the contract or lease is for and the nature of the debtor's interest** | FAST SLOW MOTION LLC |
| | SERVICE AGREEMENT SALESFORCE CONSULTING PROPOSAL DTD 11/1/2019 | |
| | **State the term remaining** CURRENT | |
| | **List the contract number of any government contract** | |
| 2.102 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLD COAST INGREDIENTS INC 2429 YATES AVE COMMERCE, CA 90040 |
| | CONFIDENTIALITY/NDAS/INDEMNIFICATION INDEMNITY AGREEMENT DTD 3/2/2018 | |
| | **State the term remaining** CURRENT | |
| | **List the contract number of any government contract** | |
| 2.103 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLDMAN, BRETT |
| | EMPLOYMENT AGREEMENT INDEPENDENT CONTRACTOR ELECTION AND AGREEMENT | |
| | **State the term remaining** CURRENT | |
| | **List the contract number of any government contract** | |
| 2.104 | **State what the contract or lease is for and the nature of the debtor's interest** | GOLNS, JACK MARTIN |
| | FINANCE AGREEMENT AFFIDAVIT OF AMENDMENT OF MORTGAGES | |
| | **State the term remaining** CURRENT | |
| | **List the contract number of any government contract** | |
| 2.105 | **State what the contract or lease is for and the nature of the debtor's interest** | GOUGH, GENE 6540 VAUGHN RD KEVIL, KY 42053 |
| | FINANCE AGREEMENT SECOND PROPOSED AMENDMENT DTD 12/3/2021 | |
| | **State the term remaining** CURRENT | |
| | **List the contract number of any government contract** | |
| 2.106 | **State what the contract or lease is for and the nature of the debtor's interest** | GOUGH, GENE 6540 VAUGHN RD KEVIL, KY 42053 |
| | SERVICE AGREEMENT INDUSTRIAL HEMP PRODUCTION AGREEMENT | |
| | **State the term remaining** CURRENT | |
| | **List the contract number of any government contract** | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.107 | State what the contract or lease is for and the nature of the debtor's interest | LEASE: EQUIPMENT LEASE AGREEMENT DTD 9/1/2019 | GRAVES COUNTY ECONOMIC DEVELOPMENT INC 201 E COLLEGE ST MAYFIELD, KY 42066 |
| | State the term remaining | 9/30/2024 | |
| | List the contract number of any government contract | | |
| 2.108 | State what the contract or lease is for and the nature of the debtor's interest | FINANCE AGREEMENT FIFTH AMENDED & RESTATED OPERATING AGREEMENT | HARDIN, HOWARD SCOTT |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.109 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT SUBCRIPTION AGREEMENT | HARDIN, SCOTT |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.110 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT INDUSTRIAL HEMP PRODUCTION AGREEMENT | HARPER, JANICE 21 N MAIN ST WINCHESTER, KY 40391 |
| | State the term remaining | 2/15/2021 | |
| | List the contract number of any government contract | | |
| 2.111 | State what the contract or lease is for and the nature of the debtor's interest | FINANCE AGREEMENT SECOND PROPOSED AMENDMENT DTD 12/3/2023 | HAYDEN, SHAUN 2114 CR 1015 BARDWELL, KY 42035 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.112 | State what the contract or lease is for and the nature of the debtor's interest | GUARANTEES AMENDED AND RESTATED GUARANTY OF PAYMENT DTD 3/13/2018 | HEMP KENTUCKY GROWERS LLC ATTN RONALD W STOCKS 2101 CAPSTONE DR, STE 110 LEXINGTON, KY 40391 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.113 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE/SALES AGREEMENT SECOND AMENDMENT TO REDEMPTION AGREEMENT | HEMP KENTUCKY GROWERS LLC ATTN RONALD W STOCKS 2101 CAPSTONE DR, STE 110 LEXINGTON, KY 40391 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.114 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT INDUSTRIAL HEMP PRODUCTION AGREEMENT | HENDERSON, ELISHA 2304 OLD RAILROAD GRADE RD PAINT LICK, KY |
| | **State the term remaining** | 3/31/2020 | |
| | **List the contract number of any government contract** | | |
| 2.115 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT INDUSTRIAL HEMP PRODUCTION AGREEMENT | HENSLEY, GREG 1197 BALLARD RD LANCASTER, KY 40444 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.116 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT INDUSTRIAL HEMP PRODUCTION AGREEMENT | HOLCOMB, DEWAYNE 2363 FALL LICK RD LANCASTER, KY 40444 |
| | **State the term remaining** | 4/29/2020 | |
| | **List the contract number of any government contract** | | |
| 2.117 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT INDUSTRIAL HEMP PRODUCTION AGREEMENT | HOLLAWAY, JERRY 274 STATE ROUTE 339 E MAYFIELD, KY 42066 |
| | **State the term remaining** | 2/19/2022 | |
| | **List the contract number of any government contract** | | |
| 2.118 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE/SALES AGREEMENT GROUP SALES CANCELLATION AGREEMENT DTD 11/19/2019 | HOMEWOOD SUITES BY HILTON - LEXINGTON/HAMBURG 2033 BRYANT RD LEXINGTON, KY 40509 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | GenCanna Global USA, Inc. | | Case Number (if known) | 20-50133 |
| --- | --- | --- | --- | --- |
| | (Name) | | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.119 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT INDUSTRIAL HEMP PRODUCTION AGREEMENT | HOPEWELL, BARRY 820 MILLER DEAN RD SALVISA, KY 40372 |
| --- | --- | --- | --- |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.120 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT INDUSTRIAL HEMP PRODUCTION AGREEMENT | HOPEWELL, ERIC 820 MILLER DEAN RD SALVISA, KY 40372 |
| | **State the term remaining** | 4/1/2020 | |
| | **List the contract number of any government contract** | | |
| 2.121 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSING AGREEMENT END USER LICENSE AGREEMENT | ILOBBY CORP 3605 WESTON RD NORTH YORK, ON  MPL 1V7 CANADA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.122 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCE AGREEMENT CONSTRUCTION MORTGAGE DTD 5/6/2019 | INDUSTRIAL AUTHORITY OF MAYFIELD-GRAVES COUNTY, THE 201 E COLLEGE ST MAYFIELD, KY 42066-2728 |
| | **State the term remaining** | 11/1/2020 | |
| | **List the contract number of any government contract** | | |
| 2.123 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT ON-LINE SERVICES AGREEMENT RF-SMART FOR NETSUITE | INFORMATION & COMPUTING SERVICES INC 1650 PRUDENTIAL DR, STE 300 JACKSONVILLE, FL 32207 |
| | **State the term remaining** | 3/13/2022 | |
| | **List the contract number of any government contract** | | |
| 2.124 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT CONTINGENCY BASED SEARCH AGREEMENT | INFORMATION TECHNOLOGY DIVISION OF LUCAS GROUP |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    GenCanna Global USA, Inc.
(Name)    Case number (if known)  20-50133

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.125 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>SERVICE AGREEMENT INDUSTRIAL HEMP PRODUCTION AGREEMENT<br><br>**State the term remaining**  4/8/2020<br><br>**List the contract number of any government contract** | ISHMAEL, NEIL<br>1120 ROBINSON RENAKER RD<br>BERRY, KY  41003 |
| 2.126 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>SERVICE AGREEMENT INDUSTRIAL HEMP PRODUCTION AGREEMENT<br><br>**State the term remaining**  4/10/2020<br><br>**List the contract number of any government contract** | ISON, ZACK<br>1225 LEXINGTON RD<br>HARRODSBURG, KY  40330 |
| 2.127 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>SERVICE AGREEMENT INDUSTRIAL HEMP PRODUCTION AGREEMENT<br><br>**State the term remaining**  3/19/2020<br><br>**List the contract number of any government contract** | J E SERVICES LLC<br>ATTN JUSTIN EDWARDS<br>PO BOX 388<br>CALVERT CITY, KY  42029 |
| 2.128 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>SERVICE AGREEMENT ENROLLMENT SERVICES AGREEMENT<br><br>**State the term remaining**  CURRENT<br><br>**List the contract number of any government contract** | J SMITH LANIER & CO, A MARSH & MCLENNAN AGENCY LLC<br>300 W 10TH ST<br>PO BOX 70<br>WEST POINT, GA  31833 |
| 2.129 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>PURCHASE/SALES AGREEMENT HEMP SEED SUPPLY AGREEMENT DTD 3/28/2018<br><br>**State the term remaining**  CURRENT<br><br>**List the contract number of any government contract** | JACK HEMPICINE LLC<br>3977 NW TILLICUM PL<br>CORVALLIS, OR  97330 |
| 2.130 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>FINANCE AGREEMENT MARKETING AGREEMENT DTD 4/24/2019<br><br>**State the term remaining**  6/30/2020<br><br>**List the contract number of any government contract** | JMIS KENTUCKY LLC<br>ATTN KIM RAMSAY<br>546 E MAIN ST, 1ST FL<br>LEXINGTON, KY  40508 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.131**  **State what the contract or lease is for and the nature of the debtor's interest**  PURCHASE/SALES AGREEMENT SETTLEMENT AGREEMENT<br><br>**State the term remaining**  CURRENT<br><br>**List the contract number of any government contract** | JONES, BARRY |
| **2.132**  **State what the contract or lease is for and the nature of the debtor's interest**  SERVICE AGREEMENT INDUSTRIAL HEMP PRODUCTION AGREEMENT<br><br>**State the term remaining**  CURRENT<br><br>**List the contract number of any government contract** | JORDAN, MCCORD<br>2175 KIDDVILLE RD<br>WINCHESTER, KY 40391 |
| **2.133**  **State what the contract or lease is for and the nature of the debtor's interest**  FINANCE AGREEMENT DEPOSIT ACCOUNT CONTROL AGREEMENT DTD 6/24/2019<br><br>**State the term remaining**  CURRENT<br><br>**List the contract number of any government contract** | KENTUCKY BANK<br>ATTN DEPOSIT OPERATIONS<br>339 MAIN ST<br>PO BOX 157<br>PARIS, KY 40362 |
| **2.134**  **State what the contract or lease is for and the nature of the debtor's interest**  FINANCE AGREEMENT MORTGAGE DTD 6/22/2015<br><br>**State the term remaining**  6/22/2035<br><br>**List the contract number of any government contract** | KENTUCKY BANK<br>PO BOX 157<br>PARIS, KY 40361 |
| **2.135**  **State what the contract or lease is for and the nature of the debtor's interest**  FINANCE AGREEMENT PROMISSORY NOTE DTD 6/22/2015<br><br>**State the term remaining**  CURRENT<br><br>**List the contract number of any government contract** | KENTUCKY BANK<br>WINCHESTER MAIN BRANCH<br>339 MAIN ST<br>PO BOX 157<br>PARIS, KY 40361 |
| **2.136**  **State what the contract or lease is for and the nature of the debtor's interest**  SERVICE AGREEMENT MEMORANDUM OF AGREEMENT (EXHIBIT A)<br><br>**State the term remaining**  CURRENT<br><br>**List the contract number of any government contract** | KENTUCKY ECONOMIC DEVELOPMENT FINANCE AUTHORITY |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.137 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT KENTUCKY KOSHER AGREEMENT DTD 1/1/2020 | KENTUCKY KOSHER INTERNATIONAL 1622 ALMARA CIRCLE LOUISVILLE, KY 40205 |
| | **State the term remaining** | 12/31/2020 | |
| | **List the contract number of any government contract** | | |
| 2.138 | **State what the contract or lease is for and the nature of the debtor's interest** | GUARANTEES SECURED PROMMISSORY NOTE DTD 5/25/2019 | KY BIOSCIENCE INTL LLC 632 N 12TH ST, STE 277 MURRAY, KY 42071 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.139 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT INDUSTRIAL HEMP CULTIVATION AGREEMENT | KY BIOSCIENCE INTL LLC 632 N 12TH ST, STE 277 MURRAY, KY 42071 |
| | **State the term remaining** | 5/24/2021 | |
| | **List the contract number of any government contract** | | |
| 2.140 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE: BUILDING & LAND LAND LEASE AGREEMENTS | LANDLORD 270 ATTN HIANG K & JEAN W THE 201 GENTRY RD LEXINGTON, KY 40509 |
| | **State the term remaining** | 2/29/2024 | |
| | **List the contract number of any government contract** | | |
| 2.141 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE: BUILDING & LAND LAND LEASE AGREEMENTS | LANDLORD 276 ATTN HIANG K & JEAN W THE 201 GENTRY RD LEXINGTON, KY 40509 |
| | **State the term remaining** | 2/29/2024 | |
| | **List the contract number of any government contract** | | |
| 2.142 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCE AGREEMENT NON-CIRCUMVENTION AGREEMENT | LEAF VERTICAL INC 805 KIRKMAN RD, UNIT 202 ORLANDO, FL 32811 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.143 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT INDUSTRIAL HEMP PRODUCTION AGREEMENT | LEAGUE, BRADLEY 510 RAY WAY LANCASTER, KY 40444 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.144 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE/SALES AGREEMENT OFFER AND AGREEMENT TO PURCHASE REAL ESTATE DTD 10/26/2018 | LET PROPERTIES LLC 18 B W LEXINGTON AVE WINCHESTER, KY 40391 |
| | **State the term remaining** | 10/28/2021 | |
| | **List the contract number of any government contract** | | |
| 2.145 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE: BUILDING & LAND KY ADDICTION CTRS COMMERCIAL LEASE AGREEMENT | LIFE POINT RECOVERY CARE OF KY LLC 625 TECH DR WINCHESTER, KY 40391 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.146 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT HOSTED SERVICES AGREEMENT | LIVESAFE INC 1400 KEY BLVD, STE 100 ARLINGTON, VA 22209 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.147 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE/SALES AGREEMENT SALES CONTRACT DTD 5/3/2019 | LOUISVILLE DRYER COMPANY 1100 INDUSTRIAL BLVD LOUISVILLE, KY 40219 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.148 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE: BUILDING & LAND RENT AND LATE FEES LEASE ADDENDUM DTD 1/27/2020 | LUXE PROPERTIES LLC 401 BROADWAY PADUCAH, KY 42001 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.149** **State what the contract or lease is for and the nature of the debtor's interest** FINANCE AGREEMENT DEBENTURES RIGHTS AGREEMENT DTD 11/7/2018 | MANGONE, MATTY |
| **State the term remaining** CURRENT | |
| **List the contract number of any government contract** | |
| **2.150** **State what the contract or lease is for and the nature of the debtor's interest** PURCHASE/SALES AGREEMENT SECOND AMENDMENT TO REDEMPTION AGREEMENT | MANGONE-MIRANDA, MATTY ATTN RONALD W STOCKS 2101 CAPSTONE DR, STE 110 LEXINGTON, KY 40391 |
| **State the term remaining** CURRENT | |
| **List the contract number of any government contract** | |
| **2.151** **State what the contract or lease is for and the nature of the debtor's interest** SERVICE AGREEMENT SETTLEMENT AGREEMENT AND RELEASE | MANGONE-MIRANDA, MATTY ATTN RONALD W STOCKS 2101 CAPSTONE DR, STE 110 LEXINGTON, KY 40391 |
| **State the term remaining** CURRENT | |
| **List the contract number of any government contract** | |
| **2.152** **State what the contract or lease is for and the nature of the debtor's interest** PURCHASE/SALES AGREEMENT SEED PURCHASE AGREEMENT | MARIMED HEMP INC 10 OCEANA WAY NORWOOD, MA 02062 |
| **State the term remaining** 8/5/2020 | |
| **List the contract number of any government contract** | |
| **2.153** **State what the contract or lease is for and the nature of the debtor's interest** SERVICE AGREEMENT TERMS AND CONDITIONS OF INDUSTRIAL HEMP PRODUCTION DTD 10/3/2019 | MARIMED HEMP INC 10 OCEANA WAY, FL 2 NORWOOD, MA 02062 |
| **State the term remaining** CURRENT | |
| **List the contract number of any government contract** | |
| **2.154** **State what the contract or lease is for and the nature of the debtor's interest** FINANCE AGREEMENT SUBORDINATED SECURED CONVERTIBLE DEBENTURE DTD 9/10/2018 | MARIMED INC ATTN JON R LEVINE 10 OCEANA WAY NORWOOD, MA 02062 |
| **State the term remaining** CURRENT | |
| **List the contract number of any government contract** | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.155 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE/SALES AGREEMENT PURCHASE ORDER AMENDED & RESTATED | MARIMED INC ATTN JON R LEVINE 10 OCEANA WAY NORWOOD, MA  02062 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.156 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICIES MANAGEMENT LIABILITY COVERAGE BINDER DTD 9/4/2019 | MARKEL SERVICE INC 310 HWY 35 S RED BANK, NJ  07701 |
| | **State the term remaining** | 9/1/2020 | |
| | **List the contract number of any government contract** | | |
| 2.157 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT INDUSTRIAL HEMP PRODUCTION AGREEMENT | MATHIS, BRAD 330 CRESTON RD MELBER, KY  42069 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.158 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT INDUSTRIAL HEMP PRODUCTION AGREEMENT | MATHIS, RAY KEITH 780 DOYLE RD HICKORY, KY  42051 |
| | **State the term remaining** | 3/19/2020 | |
| | **List the contract number of any government contract** | | |
| 2.159 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT FARMING AGREEMENT | MATT COLLEY FARMS 9378 ST RT 564 FARMINGTON, KY  42040 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.160 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT INDUSTRIAL HEMP PRODUCTION AGREEMENT | MAYER, MARK 2490 VAN METER RD WINCHESTER, KY  40391 |
| | **State the term remaining** | 3/28/2020 | |
| | **List the contract number of any government contract** | | |

Debtor  GenCanna Global USA, Inc.
(Name)

Case Number (if known)  20-50133

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.161 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCE AGREEMENT SECOND PROPOSED AMENDMENT DTD 12/3/2031 | MAYER, MARK 2985 VAN METER RD WINCHESTER, KY  40391 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.162 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCE AGREEMENT FIFTH AMENDED & RESTATED OPERATING AGREEMENT | MCCARTHY, PATRICK |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.163 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT BUSINESS ASSOCIATE AGREEMENT | MCGREGOR & ASSOCIATES INC 997 GOVERNORS LN, STE 175 LEXINGTON, KY  40513 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.164 | **State what the contract or lease is for and the nature of the debtor's interest** | THIRD PARTY SERVICE AGREEMENT HEALTH SAVINGS ACCOUNT SERVICES AGREEMENT | MCGREGOR & ASSOCIATES INC 997 GOVERNORS LN, STE 175 LEXINGTON, KY  40513 |
| | **State the term remaining** | 1/1/2021 | |
| | **List the contract number of any government contract** | | |
| 2.165 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE/SALES AGREEMENT PREFERRED FARMING & SUPPLY AGREEMENT | MEDTERRA CBD LLC 22981 MILL CREEK DR, UNIT A LAGUNA HILLS, CA  92653 |
| | **State the term remaining** | 5/31/2021 | |
| | **List the contract number of any government contract** | | |
| 2.166 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCE AGREEMENT FINANCING AGREEMENT DTD 6/24/2019 | MGG (BVI) LIMITED ATTN MUSTAFA TAYEB & MIER WANG ONE PENN PLAZA, 53RD FL NEW YORK, NY  10119 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.167 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCE AGREEMENT FINANCING AGREEMENT DTD 6/24/2019 | MGG CANADA FUND LP ATTN MUSTAFA TAYEB & MIER WANG ONE PENN PLAZA, 53RD FL NEW YORK, NY 10119 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.168 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCE AGREEMENT FINANCING AGREEMENT DTD 6/24/2019 | MGG INSURACE FUND SERIES INTERESTS OF THE SALI MULTI-SERIES FUND LP ATTN MUSTAFA TAYEB & MIER WANG ONE PENN PLAZA, 53RD FL NEW YORK, NY 10119 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.169 | **State what the contract or lease is for and the nature of the debtor's interest** | VENDOR AGREEMENTS ASSIGNMENT FOR SECURITY-PATENTS | MGG INVESTMENT GROUP LP ATTN MUSTAFA TAYEB & MIER WANG ONE PENN PLAZA, 53RD FL NEW YORK, NY 10119 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.170 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCE AGREEMENT FEE LETTER DTD 6/24/2019 | MGG INVESTMENT GROUP LP, AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT ATTN KEVIN F GRIFFIN, CEO ONE PENN PLAZA, 53 FL NEW YORK, NY 10119 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.171 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCE AGREEMENT FINANCING AGREEMENT DTD 6/24/2019 | MGG SF DRAWDOWN UNLEVERED FUND II LP ATTN MUSTAFA TAYEB & MIER WANG ONE PENN PLAZA, 53RD FL NEW YORK, NY 10119 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.172 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCE AGREEMENT FINANCING AGREEMENT DTD 6/24/2019 | MGG SF EVERGREEN FUND LP ATTN MUSTAFA TAYEB & MIER WANG ONE PENN PLAZA, 53RD FL NEW YORK, NY 10119 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Case 20-50133-grs    Doc 246    Filed 03/01/20    Entered 03/01/20 23:03:15    Desc Main
GenCanna Global USA, Inc.     Case number (if known) 20-50133
(Name)      Document     Page 196 of 216

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.173 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCE AGREEMENT DISBURSEMENT AGREEMENT | MGG SF EVERGREEN UNLEVERED FUND LP ATTN MUSTAFA TAYEB & MIER WANG ONE PENN PLAZA, 53RD FL NEW YORK, NY 10119 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.174 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCE AGREEMENT FINANCING AGREEMENT DTD 6/24/2019 | MGG SPECIALTY FINANCE FUND II LP ATTN MUSTAFA TAYEB & MIER WANG ONE PENN PLAZA, 53RD FL NEW YORK, NY 10119 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.175 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCE AGREEMENT SECOND PROPOSED AMENDMENT DTD 12/3/2019 | MIDDAUGH, GARTH 1013 CAVE HILL RD LAFAYETTE, TN 37083 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.176 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT INDUSTRIAL HEMP PRODUCTION AGREEMENT | MIDDAUGH, GARTH 1013 CAVE HILL RD LAFAYETTE, TN 37083 |
| | **State the term remaining** | 3/27/2020 | |
| | **List the contract number of any government contract** | | |
| 2.177 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCE AGREEMENT SECOND PROPOSED AMENDMENT DTD 12/3/2019 | MILLER, DANNY 1160 BETHLEHEM RD PARIS, KY 40361 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.178 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT INDUSTRIAL HEMP PRODUCTION AGREEMENT | MILLER, RALPH DANIEL 6851 LEANN LN LEXINGTON, KY 40515 |
| | **State the term remaining** | 4/19/2020 | |
| | **List the contract number of any government contract** | | |

Debtor    GenCanna Global USA, Inc.
          (Name)

Case Number (if known) 20-50133

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.179 **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE/SALES AGREEMENT MISSION LAGO FARM 2018 HEMP PURCHASE AGREEMENT | ML1 LLC 2982 TAYLOR RD CENTRAL POINT, OR  97502 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.180 **State what the contract or lease is for and the nature of the debtor's interest** | LEASE: BUILDING & LAND ADDENDUM TO LEASE AND INDEMNIFICATION AGREEMENT DTD 2/7/19 | MOREAU, CHARLIE AND CHRISTA |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.181 **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT INDUSTRIAL HEMP PRODUCTION AGREEMENT | MORGUSON, BRANDON 2441 FRANKS WAY LEXINGTON, KY  40509 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.182 **State what the contract or lease is for and the nature of the debtor's interest** | GUARANTEES AMENDED AND RESTATED GUARANTY OF PAYMENT DTD 3/13/2018 | MORROW, LEROY ATTN RONALD W STOCKS 2101 CAPSTONE DR, STE 110 LEXINGTON, KY  40391 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.183 **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE/SALES AGREEMENT SECOND AMENDMENT TO REDEMPTION AGREEMENT | MORROW, LEROY ATTN RONALD W STOCKS 2101 CAPSTONE DR, STE 110 LEXINGTON, KY  40391 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.184 **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT SALES ORDER DTD 3/7/2019 | NAVISITE LLC ATTN SHAWN P KELLY 400 MINUTEMAN RD ANDOVER, MA  01810 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

Debtor _____GenCanna Global USA, Inc._____  Case number (if known) __20-50133__
(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.185** **State what the contract or lease is for and the nature of the debtor's interest** <br> LEASE: BUILDING & LAND ESCROW AGREEMENT DTD 2/25/2019 <br><br> **State the term remaining** CURRENT <br><br> **List the contract number of any government contract** | NEELY BRIEN WILSON & TOOMBS PLLC <br> 238 N 7TH ST <br> MAYFIELD, KY 42066 |
| **2.186** **State what the contract or lease is for and the nature of the debtor's interest** <br> SERVICE AGREEMENT TERMS OF SERVICE AGREEMENT <br><br> **State the term remaining** CURRENT <br><br> **List the contract number of any government contract** | NEWTON SOFTWARE <br> 4811 MONTGOMERY RD <br> CINCINNATI, OH 45212 |
| **2.187** **State what the contract or lease is for and the nature of the debtor's interest** <br> PURCHASE/SALES AGREEMENT AMENDED & RESTATED NOTE DTD 8/12/2019 <br><br> **State the term remaining** CURRENT <br><br> **List the contract number of any government contract** | NG GROWERS INC <br> D/B/A NANTICOKE GARDENS <br> 1543 UNION CENTER MAINE HWY, RTE 26 <br> ENDICOTT, NY 13760 |
| **2.188** **State what the contract or lease is for and the nature of the debtor's interest** <br> SERVICE AGREEMENT TERMS AND CONDITIONS OF INDUSTRIAL HEMP PRODUCTION DTD 10/3/2019 <br><br> **State the term remaining** CURRENT <br><br> **List the contract number of any government contract** | NORTHEAST HEMP COMMODITIES LLC <br> 3776 WHIPPLE HOLLOW <br> FLORENCE, VT 05744 |
| **2.189** **State what the contract or lease is for and the nature of the debtor's interest** <br> FINANCE AGREEMENT FIFTH AMENDED & RESTATED OPERATING AGREEMENT <br><br> **State the term remaining** CURRENT <br><br> **List the contract number of any government contract** | NUSS, RODNEY |
| **2.190** **State what the contract or lease is for and the nature of the debtor's interest** <br> LEASE: EQUIPMENT EQUIPMENT LEASE AGREEMENT <br><br> **State the term remaining** 3/20/2020 <br><br> **List the contract number of any government contract** | NUTRITIONAL HIGH <br> 9780 FRUITRIDGE RD <br> SACRAMENTO, CA |

Debtor    Case 20-50133-grs    Doc 246    Filed 03/01/20    Entered 03/01/20 23:03:15    Desc Main
    DanDanifie Global LSP Ltd    Document     Page 199 of 216     Case Number (known)
    (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.191 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICIES LOAN POLICY OF TITLE INSURANCE POLICY | OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY 400 SECOND AVE SOUTH MINNEAPOLIS, MN 55401-2499 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.192 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT ORACLE DATA PROCESSING AGREEMENT DTD 4/3/2019 | ORACLE AMERICA INC 500 ORACLE PKWY REDWOOD SHORES, CA 94065 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.193 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE/SALES AGREEMENT ORACLE DATA PROCESSING AGREEMENT DTD 5/1/2019 | ORACLE AMERICA INC 500 ORACLE PKWY REDWOOD SHORES, CA 94065 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.194 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE: EQUIPMENT RENTAL AGREEMENT #SFQ-489158 | PAC VAN INC ATTN JAMIE BLOOM, SALES CONSULTANT 3553 W LEXINGTON RD WINCHESTER, KY 40391 |
| | **State the term remaining** | MONTH TO MONTH | |
| | **List the contract number of any government contract** | | |
| 2.195 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE: EQUIPMENT RENTAL AGREEMENT #SFQ-496122 | PAC VAN INC ATTN JAMIE BLOOM, SALES CONSULTANT 3553 W LEXINGTON RD WINCHESTER, KY 40391 |
| | **State the term remaining** | MONTH TO MONTH | |
| | **List the contract number of any government contract** | | |
| 2.196 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE: EQUIPMENT RENTAL AGREEMENT #SFQ-498056 | PAC VAN INC ATTN JAMIE BLOOM, SALES CONSULTANT 3553 W LEXINGTON RD WINCHESTER, KY 40391 |
| | **State the term remaining** | MONTH TO MONTH | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.197 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE: EQUIPMENT RENTAL AGREEMENT #SFQ-521672 | PAC VAN INC ATTN JAMIE BLOOM, SALES CONSULTANT 3553 W LEXINGTON RD WINCHESTER, KY  40391 |
| | **State the term remaining** | MONTH TO MONTH | |
| | **List the contract number of any government contract** | | |
| 2.198 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE: EQUIPMENT RENTAL AGREEMENT #SFQ-489750 | PAC VAN INC ATTN JAMIE BLOOM, SALES CONSULTANT 3553 W LEXINGTON RD WINCHESTER, KY  40391 |
| | **State the term remaining** | MONTH TO MONTH | |
| | **List the contract number of any government contract** | | |
| 2.199 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE: EQUIPMENT RENTAL AGREEMENT #SFQ-489158 | PAC VAN INC ATTN JAMIE BLOOM, SALES CONSULTANT 3553 W LEXINGTON RD WINCHESTER, KY  40391 |
| | **State the term remaining** | MONTH TO MONTH | |
| | **List the contract number of any government contract** | | |
| 2.200 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE: EQUIPMENT RENTAL AGREEMENT | PAC VAN INC ATTN JAMIE BLOOM, SALES CONSULTANT 4025 CLARCKS RIVER RD PADUCAH, KY  42003 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.201 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCE AGREEMENT PROPOSED AMENDMENT DTD 11/29/2019 | PAVONI, JUSTIN 187 PEACOCK FARMS LN FLEMINGSBURG, KY  41041 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.202 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT INDUSTRIAL HEMP PRODUCTION AGREEMENT | PAVONI, JUSTIN 187 PEACOCK FARMS LN FLEMINGSBURG, KY  41041 |
| | **State the term remaining** | 4/9/2020 | |
| | **List the contract number of any government contract** | | |

Debtor    Case 20-50133-grs    Doc 246    Filed 03/01/20    Entered 03/01/20 23:03:15    Desc Main
   GenCanna Global USA, Inc.          Document      Page 201 of 216    Case number (if known)   20-50133
   (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.203 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE/SALES AGREEMENT CBD PROCESSOR SUPPLY AGGREEMENT | PAX LABS INC 660 ALABAMA ST, 2ND FL SAN FRANCISCO, CA 94110 |
| | **State the term remaining** | 5/10/2022 | |
| | **List the contract number of any government contract** | | |
| 2.204 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT CLIENT SERVICES AGREEMENT DTD 8/10/2018 | PAYCOR INC 4811 MONTGOMERY RD CINCINNATI, OH 45212 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.205 | **State what the contract or lease is for and the nature of the debtor's interest** | THIRD PARTY SERVICE AGREEMENT ORDER FOR PAYROLL IMPLEMENTATION AND PROCESSING SERVICES | PAYCOR INC 4811 MONTGOMERY RD CINCINNATI, OH 45212 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.206 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT STANDARD FORM AGREEMENT DTD 12/14/2018 | PINNACLE INC ATTN DENNIS W SMITH, PRESIDENT 305 POPLAR ST BENTON, KY 42025 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.207 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE/SALES AGREEMENT SUPPLY AGREEMENT TOPICALS SOFT GELS & OIL DROPS | PNP HOLDINGS LLC ATTN SAM CONLEY OR CODY ALT 7167 E RANCHO VISTA DR, #3014 SCOTTSDALE, AZ 85251 |
| | **State the term remaining** | 5/15/2020 | |
| | **List the contract number of any government contract** | | |
| 2.208 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT PROJECT PROPOSAL ABOUT CRYSTALLINE CANNABIDOL | PRODUCT SAFETY LABS ATTN ASHISH TALATI 100 S WACKER DR, STE 2000 CHICAGO, IL 60606 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    GenCanna Global USA, Inc.    Case Number (if known) 20-50133
        (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.209 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCE AGREEMENT PURCHASE ORDER DTD 11/29/2018 | PURCHASE FORD LINCOLN ATTN JOSEPH BRADFORD BELC 1E52 HWY 45 PO BOX 1033 MAYFIELD, KY  42066 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.210 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT SERVICES AGREEMENT | QEMP INC 2901 W BLUEGRASS BLVD LEHI, UT  84043 |
| | **State the term remaining** | 12/19/2021 | |
| | **List the contract number of any government contract** | | |
| 2.211 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCE AGREEMENT PROPOSED AMENDMENT DTD 11/29/2019 | RABEN, JOE 20885 ANGUS RD OMAHA, IL  62871 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.212 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT INDUSTRIAL HEMP CULTIVATION AGREEMENT | RABEN, JOSEPH R 20855 ANGUS RD OMAHA, IL  62971 |
| | **State the term remaining** | 7/21/2022 | |
| | **List the contract number of any government contract** | | |
| 2.213 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT INDUSTRIAL HEMP PRODUCTION AGREEMENT | RAMSEY, JAENETTA 452 BROWNINGS CORNER RD FALMOUTH, KY  41040 |
| | **State the term remaining** | 4/29/2020 | |
| | **List the contract number of any government contract** | | |
| 2.214 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSING AGREEMENT AUTHORIZED ACCESS AGREEMENT | RAMSEY, TOM 476 LOCUST FORK RD STAMPING GROUND, KY  40379 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor  GenCanna Global USA Inc.

(Name)

Case Number (if known) 20-50133

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.215 **State what the contract or lease is for and the nature of the debtor's interest**  SERVICE AGREEMENT SETTLEMENT AGREEMENT AND RELEASE  **State the term remaining**  CURRENT  **List the contract number of any government contract** | RAMSEY, TOM 476 LOCUST FORK RD STAMPING GROUND, KY 40379 |
| 2.216 **State what the contract or lease is for and the nature of the debtor's interest**  EMPLOYMENT AGREEMENT MASTER SERVICE AGREEMENT DTD 12/5/2019  **State the term remaining**  CURRENT  **List the contract number of any government contract** | RCM TECHNOLOGIES INC ATTN CATHY EVANS 20 WATERVIEW BLVD PARSIPPANY, NJ 07054 |
| 2.217 **State what the contract or lease is for and the nature of the debtor's interest**  SECURITIES/STOCK PURCHASE AGREEMENT ELECTION AND AGREEMENT  **State the term remaining**  CURRENT  **List the contract number of any government contract** | REDEMPTION VENTURES LLC ATTN RICHARD A DRENNEN 462 W THIRD ST LEXINGTON, KY 40508 |
| 2.218 **State what the contract or lease is for and the nature of the debtor's interest**  FINANCE AGREEMENT SECOND PROPOSED AMENDMENT DTD 12/3/2019  **State the term remaining**  CURRENT  **List the contract number of any government contract** | RILEY, GARY 1363 STATE RT 1710 MAYFIELD, KY 42066 |
| 2.219 **State what the contract or lease is for and the nature of the debtor's interest**  SERVICE AGREEMENT INDUSTRIAL HEMP PRODUCTION AGREEMENT  **State the term remaining**  3/19/2020  **List the contract number of any government contract** | RILEY, GARY 1363 STATE RT 1710 MAYFIELD, KY 42066 |
| 2.220 **State what the contract or lease is for and the nature of the debtor's interest**  CONFIDENTIALITY/NDAS/INDEMNIFICATION CONFIDENTIALITY AGREEMENT  **State the term remaining**  7/19/2022  **List the contract number of any government contract** | RLI INSURANCE COMPANY 620 8TH AVE NEW YORK, NY 10018 |

Debtor _GenCanna Global USA, Inc._    Case Number (if known) _20-50133_
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.221 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT INDUSTRIAL HEMP PRODUCTION AGREEMENT | ROARK, DAVID 7245 SCOTTSVILLE RD LAFAYETTE, TN  37083 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.222 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCE AGREEMENT SECOND PROPOSED AMENDMENT DTD 12/3/2019 | ROARK, MARK |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.223 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT INDUSTRIAL HEMP PRODUCTION AGREEMENT | ROBINSON, ADAM 4193 COPPERCREEK RD BERCA, KY  40403 |
| | **State the term remaining** | 3/15/2022 | |
| | **List the contract number of any government contract** | | |
| 2.224 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCE AGREEMENT SECOND PROPOSED AMENDMENT DTD 12/3/2019 | ROBINSON, NICHOLAS 233 BEAR KAT LN LAFAYETTE, TN  37083 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.225 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT SUBCRIPTION AGREEMENT | ROD NUSS |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.226 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT CUSTOMER SERVICE AGREEMENT | RUMPKE OF KENTUCKY INC |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.227 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY/NDAS/INDEMNIFICATION MUTUAL CONFIDENTIALITY AGREEMENT | SAFETY-KLEEN JEDAIAH LANE 550 BLUE SKY PKWY LEXINGTON, KY 40509 |
| | **State the term remaining** | 12/31/2024 | |
| | **List the contract number of any government contract** | | |
| 2.228 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DOT HAZARDOUS MATERIALS AWARENESS TRAINING AGREEMENT DTD 5/15/2019 | SAFETY-KLEEN JEDAIAH LANE 550 BLUE SKY PKWY LEXINGTON, KY 40509 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.229 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT ORDER FORM RE: LIGHTNING SALES CLOUD ENTERPRISE EDITION DTD 1/31/2018 | SALESFORCE.COM INC 415 MISSION ST, 3RD FL SAN FRANCISCO, CA 94105 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.230 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCE AGREEMENT SECOND PROPOSED AMENDMENT DTD 12/3/2019 | SCHLABACH, JEREMY 3575 PLAINVIEW CHURCH RD AUBURN, KY 42206 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.231 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT INDUSTRIAL HEMP PRODUCTION AGREEMENT | SCHLABACH, JEREMY 380 LOCKHART LN AUBURN, KY 42206 |
| | **State the term remaining** | 4/5/2020 | |
| | **List the contract number of any government contract** | | |
| 2.232 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE: BUILDING & LAND OFFICE LEASE ADDENDUM DTD 4/23/2018 | SCOTT INTERESTS LP 103 WIND HAVEN DR, STE 201 NICHOLASVILLE, KY 40356 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.233 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE/SALES AGREEMENT TERMS OF SUPPLY AND PURCHASE | SENTIA WELLNESS INC ATTN LEGAL 1419 NW 14TH AVE PORTLAND, OR 97209 |
| | **State the term remaining** | 7/23/2020 | |
| | **List the contract number of any government contract** | | |
| 2.234 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT INDUSTRIAL HEMP PRODUCTION AGREEMENT | SHACKELFORD, BETSY ARBUCKLE 321 KIRKSVILLE RD RICHMOND, KY 40475 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.235 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCE AGREEMENT SECOND PROPOSED AMENDMENT DTD 12/3/2019 | SHACKELFORD, BETSY 321 KIRKSVILLE RD RICHMOND, KY 40475 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.236 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE: BUILDING & LAND OCCUPANCY AGREEMENT DTD 12/11/2019 | SHELL, GARY 3011 FALL LICK RD LANCASTER, KY 40444 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.237 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT INDUSTRIAL HEMP PRODUCTION AGREEMENT | SHULTZ, BRENT 3451 STATE RT 97 MAYFIELD, KY 42066 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.238 | **State what the contract or lease is for and the nature of the debtor's interest** | THIRD PARTY SERVICE AGREEMENT TRADESHOW AND PAYMENT AGREEMENT | SKYLINE RETAIL SALES LLC D/B/A SKYLINE EXHIBITS UTAH |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.239 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE: BUILDING & LAND LAND MUTUAL BENEFIT EASEMENT DTD 4/5/2019 | SOUTHERLAND, WILLIAM OTHA JR & CINDY LOU PRICE 1891 CLINTONVILLE RD PARIS, KY 40361 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.240 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE: BUILDING & LAND GREENHOUSE GROWER AGREEMENT | SOUTHERLAND'S GREENHOUSES INC 1895 CLINTONVILLE RD PARIS, KY 40361 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.241 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT RELEASE RE: DISPUTES RELATING TO EQUIPMENT PURCHASES | SOUTHERN STATES CLARK COOPERATIVE INC |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.242 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCE AGREEMENT PROMISSORY GRID NOTE DTD 9/17/2018 | SOUTHERN TIER HEMP LLC ATTN MCHAEL P FALCONE, MANAGER 333 W WASHINGTON ST, STE 600 SYRACUSE, NY 13202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.243 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCE AGREEMENT COLLATERAL ACCESS AGREEEMENT DTD 12/20/2019 | SPECIALTY OIL EXTRACTORS MANUFACTURER LLC ATTN GENERAL MANAGER 311 WASHINGTON ST DARLINGTON, SC 29532 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.244 | **State what the contract or lease is for and the nature of the debtor's interest** | VENDOR AGREEMENTS BINDING LETTER OF INTENT DTD 10/13/2019 | SPECIALTY OIL EXTRACTORS MANUFACTURER LLC ATTN GENERAL MANAGER 311 WASHINGTON ST DARLINGTON, SC 29532 |
| | **State the term remaining** | 10/31/2026 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.245 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT SPECTRUM ENTERPRISE SERVICE AGREEMENT | SPECTRUM ENTERPRISE 12405 POWERS COURT DR SAINT LOUIS, MO 63131 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.246 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT INDUSTRIAL HEMP PRODUCTION AGREEMENT | SPILLMAN, BRYAN 2330 GARDENSVILLE RD CRITTENDEN, KY |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.247 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT INDUSTRIAL HEMP PRODUCTION AGREEMENT | SPOOKHOUSE FARMS LLC ATTN SHAUN HAYDEN 2441 COUNTRY RD 1015 BARDWELL, KY 42023 |
| | **State the term remaining** | 3/18/2020 | |
| | **List the contract number of any government contract** | | |
| 2.248 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE: EQUIPMENT MASTER LEASE | SQN ASSET INCOME FUND V LP 100 ARBORETUM DR, STE 105 PORTSMOUTH, NH 03801 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.249 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCE AGREEMENT SETTLEMENT STATEMENT | STARKER SERVICES INC 20 SOUTH SANTA CRUZ AVE, STE 304 LOS GATOS, CA 95030 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.250 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICIES MANAGEMENT & PROFESSIONAL LIABILITY FOLLOW FORM DTD 9/1/2019 | STARSTONE SPECIALTY INSURANCE CO 185 HUDSON ST, STE 2600 JERSEY CITY, NJ 07311 |
| | **State the term remaining** | 9/1/2020 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.251 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE/SALES AGREEMENT SUPPLY AGREEMENT CBD ISOLATE & FULL SPECTRUM OIL | STAUBER PERFORMANCE INGREDIENTS INC ATTN LEGAL DEPT 4120 N PALM ST FULLERTON, CA  92835 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.252 | **State what the contract or lease is for and the nature of the debtor's interest** | GUARANTEES AMENDED AND RESTATED GUARANTY OF PAYMENT DTD 3/13/2018 | STOCKS, RONALD W ATTN RONALD W STOCKS 2101 CAPSTONE DR, STE 110 LEXINGTON, KY  40391 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.253 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICIES INCORPORATION PROVISION POLICY RIDER | SYMETRA LIFE INSURANCE COMPANY ATTN MARGARET MEISTER |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.254 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE/SALES AGREEMENT PURCHASE TERMS AND CONDITIONS | TATE & LYLE AMERICAS LLC ATTN LEGAL DEPT 5450 PRAIRIE STONE PARKWAY HOFFMAN ESTATES, IL  60192 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.255 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE: BUILDING & LAND MANOR HOUSE RESIDENTIAL LEASE DTD 7/1/2015 | TAYLOR MANOR LLC ATTN CLAUDIA PUCKETT 2527 BECKNERVILLE RD WINCHESTER, KY  40391 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.256 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT PEST CONTROL PLAN DTD 9/12/2019 | TERMINIX COMMERCIAL PEST CONTROL |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    GenCanna Global USA, Inc.    Case number (if known)    20-50133
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.257 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT PRODUCT PURCHASE AGREEMENT | TERMINIX ATTN ALEX JOHNSON 22 REILLY RD, STE 700 FRANKFORT, KY 40601-1145 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.258 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT INDUSTRIAL HEMP PRODUCTION AGREEMENT | THOMAS, IAN 630 BALDEN RD HARRODSBURG, KY 40330 |
| | **State the term remaining** | 3/19/2022 | |
| | **List the contract number of any government contract** | | |
| 2.259 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE: BUILDING & LAND STORAGE LEASE DTD 8/21/2019 | TIERNEY STORAGE LLC 255 TIERNEY WAY WINCHESTER, KY 40391 |
| | **State the term remaining** | 3/1/2020 | |
| | **List the contract number of any government contract** | | |
| 2.260 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT INDUSTRIAL HEMP PRODUCTION AGREEMENT | TOON, BOBBY 9620 STATE RT 408 FANCY FARM, KY 42039 |
| | **State the term remaining** | 3/18/2020 | |
| | **List the contract number of any government contract** | | |
| 2.261 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE: EQUIPMENT EQUIPMENT LEASE AGREEMENT | TOYOTA MATERIAL HANDLING MIDWEST INC |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.262 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT INDUSTRIAL HEMP PRODUCTION AGREEMENT | TUDOR, AUSTIN KEITH 9032 RICHMOND RD PAINT LICK, KY 44046 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    GenCanna Global USA, Inc.    Case number (if known)    20-50133
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.263 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT INDUSTRIAL HEMP PRODUCTION AGREEMENT | TUDOR, JIMMY KEITH 9032 RICHMOND RD PAINT LICK, KY 40461 |
| | **State the term remaining** | 4/1/2020 | |
| | **List the contract number of any government contract** | | |
| 2.264 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCE AGREEMENT SECOND PROPOSED AMENDMENT DTD 12/3/2019 | TUDOR, JIMMY 1530 698 OLD RICHMOND RD PAINT LICK, KY 40461 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.265 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT MASTER SERVICE AGREEMENT | UNITED FULFILLMENT SOLUTIONS PARTNERS, LLC ATTN MIKE GREENBLATT 1715 DEER TRACKS TRL, STE 110 TOWN & COUNTRY, MO 63131 |
| | **State the term remaining** | 6/13/2022 | |
| | **List the contract number of any government contract** | | |
| 2.266 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT CARRIER AGREEMENT | UNITED PARCEL SERVICE INC 5315 SUMMIT PKWY SAN ANTONIO, TX 78228 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.267 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT CLIENT SERVICES AGREEMENT | VACO LOUISVILLE LLC ATTN CONTRACTS MANAGER 5501 VIRGINIA WAY, STE 120 BRENTWOOD, TN 37027 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.268 | **State what the contract or lease is for and the nature of the debtor's interest** | THIRD PARTY SERVICE AGREEMENT AMENDMENT TO SUPPLIER USER AGREEMENT | VALIDCARE LLC 558 CASTLE PINES PKWY, STE B-345 CASTLE PINES, CO 80108 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.269 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCE AGREEMENT FIFTH AMENDED & RESTATED OPERATING AGREEMENT | VALIDCARE 558 CASTLE PINES PKWY, STE B-345 CASTLE PINES, CO  80108 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.270 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT SUBCRIPTION AGREEMENT | VALIDCARE 558 CASTLE PINES PKWY, STE B-345 CASTLE PINES, CO  80108 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.271 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY/NDAS/INDEMNIFICATION NON-DISCLOSURE AGREEMENT | VALIDUS SPECIALTY UNDERWRITING SERVICES INC 4 WORLD TRADE CENTER 150 GREENWICH ST, FL 47 NEW YORK, NY  10007 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.272 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE/SALES AGREEMENT SUPPLY AGREEMENT PRIVATE LABEL CBD PRODUCTS | WAREHOUSE GOODS LLC D/B/A GREENLANE ATTN DOUGLAS FISCHER 1095 BROKEN SOUND PKWY NW, #300 BOCA RATON, FL  33487 |
| | **State the term remaining** | 7/26/2020 | |
| | **List the contract number of any government contract** | | |
| 2.273 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE: BUILDING & LAND APARTMENT LEASE CONTRACT DTD 3/21/2019 | WATERSTONE AT HAMBURG PLACE LLC 2785 POLO CLUB BLVD LEXINGTON, KY  40509 |
| | **State the term remaining** | 4/29/2020 | |
| | **List the contract number of any government contract** | | |
| 2.274 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT INDUSTRIAL HEMP PRODUCTION AGREEMENT | WEBB, BENNY 4140 COMBS FERRY RD WINCHESTER, KY  40391 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    GenCanna Global USA, Inc.                                    Case Number (if known)   20-50133
         (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.275 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT INDUSTRIAL HEMP PRODUCTION AGREEMENT | WEBB, JEFF 7064 BYBEC RD WINCHESTER, KY  40391 |
| | **State the term remaining** | 3/11/2022 | |
| | **List the contract number of any government contract** | | |
| 2.276 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT INDUSTRIAL HEMP PRODUCTION AGREEMENT | WEBB, ZACK AND CHASE 603 ARDERY RD PARIS, KY  40361 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.277 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCE AGREEMENT SECOND PROPOSED AMENDMENT DTD 12/3/2019 | WIGGINS, BRAD 417 ST RT 83 MAYFIELD, KY  42066 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.278 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE: EQUIPMENT LEASE AGREEMENT 1072481 DTD 5/28/2019 | WILLIAMS SCOTSMAN INC ATTN MCKENNA CLARK 6010 FERN VALLEY RD LOUISVILLE, KY  40228 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.279 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT INDUSTRIAL HEMP PRODUCTION AGREEMENT | WILMOT, JUSTIN 5187 BUCKEYE RD LANDCASTER, KY  40444 |
| | **State the term remaining** | 3/14/2022 | |
| | **List the contract number of any government contract** | | |
| 2.280 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE: BUILDING & LAND LEASE AGREEMENT DTD 4/9/2019 | WINCHESTER PLAZA LLC C/O DAVID HOCKER & ASSOCIATES INC 620 PARK PLAZA DR OWENSBORO, KY  42301-4818 |
| | **State the term remaining** | 4/9/2020 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.281 | State what the contract or lease is for and the nature of the debtor's interest | LEASE: BUILDING & LAND COMMERCIAL LEASE AGREEMENT | WINCHESTER WAREHOUSE CO LLC ATTN MATT BEALERT, OPERATIONS MANAGER 1465 W LEXINGTON AVE WINCHESTER, KY 40391 |
| | State the term remaining | 9/30/2020 | |
| | List the contract number of any government contract | | |
| 2.282 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT INDUSTRIAL HEMP PRODUCTION AGREEMENT | WISEMAN, SHANE 1296 MORRIS RD WINCHESTER, KY 40391 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.283 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE/SALES AGREEMENT AGREEMENT | YANKEE INVESTMENT GROUP LLC |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.284 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT EXTRACTION AGREEMENT | YANKEE INVESTMENT GROUP LLC |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.285 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT SETTLEMENT AGREEMENT AND RELEASE | YANKEE INVESTMENT GROUP LLC |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.286 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE/SALES AGREEMENT SUBSCRIPTION ORDER DTD 2/19/2019 | ZEROFOX INC 1834 S CHARLES ST BALTIMORE, MD 21230 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor    GenCanna Global USA, Inc.

United States Bankruptcy Court for the:   Eastern District of Kentucky

Case number    20-50133
(if known)

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No.  Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes.

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each
   schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.1   GENCANNA GLOBAL, INC. | 321 VENABLE ROAD SUITE 2 WINCHESTER, KY  40391 | HEMP KENTUCKY GROWERS | ☐ D ☑ E/F ☐ G |
| 2.2   GENCANNA GLOBAL, INC. | 321 VENABLE ROAD SUITE 2 WINCHESTER, KY  40391 | MGG CONSOLIDATED | ☑ D ☐ E/F ☐ G |
| 2.3   HEMP KENTUCKY, LLC. | 321 VENABLE ROAD SUITE 2 WINCHESTER, KY  40391 | HEMP KENTUCKY GROWERS | ☐ D ☑ E/F ☐ G |

Fill in this information to identify the case:

Debtor    GenCanna Global USA, Inc.

United States Bankruptcy Court for the:  Eastern District of Kentucky

Case number     20-50133
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Delcaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   3/1/2020                     ✗ /s/ James Alt
              MM / DD / YYYY                 Signature of individual signing on behalf of debtor


                                             James Alt
                                             Printed name


                                             Chief Transformation Officer
                                             Position or relationship to debtor