**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**THE HONORABLE Gregory Schaaf**

IN RE:                                                                                 CASE NUMBER 20-50133

GenCanna Global USA, Inc.

### U.S. BANKRUPTCY JUDGE'S MINUTES OF HEARING

DATE: 03/04/2020                                                                 TIME: 09:00

ISSUE:

136   02/18/2020     Debtors Motion for Entry of an Order (I) Approving Bidding
Procedures in Connection with the Debtors Bidding Process; (II)
Approving the Transaction Ultimately Selected as the Highest and Best
Alternative Through the Bidding Process, Including a Possible Sale of
Assets Free and Clear of Liens, Claims and Encumbrances under
Section 363(f); and (III) Granting Related Relief, filed by GenCanna
Global USA, Inc. Fee Amount 181. Hearing scheduled for 3/4/2020 at
09:00 AM at Lexington Courtroom, 2nd Floor. (Attachments: # 1
Exhibit A - Process Letter # 2 Proposed Order Bidding Procedures
Order) (Irving, James)

DISPOSITION:

Granted, Debtor to submit order

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge
and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory Schaaf*
**Bankruptcy Judge**
**Dated: Wednesday, March 4, 2020**
**(rah)**