# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
### LEXINGTON DIVISION

IN RE:                                                                                         CASE NO.     20-50133

DEBTOR(S)                                                                                   CHAPTER 11

MONTHLY OPERATING REPORT FOR MONTH ENDING     February    , 202 0

Comes now     GenCanna Global USA, Inc.    , debtor in possession, and herby submits its Monthly Operating Report for the period commencing    6-Feb-20    and ending    29-Feb-20    as shown by the report and exhibits consisting of ____ pages and containing the following, as indicated:

| | |
|---|---|
| **X** | Monthly Reporting Questionnaire ( Attachment 1 ) |
| **X** | Comparative Balance Sheets ( Forms OPR-1 & OPR-2 ) |
| **X** | Summary of Accounts Receivable ( Form OPR-3 ) |
| **X** | Schedule of Post-Petition Liabilities ( Form OPR-4 ) |
| **X** | Statement of Income (Loss) ( Form OPR-5 ) |
| **X** | Statement of Sources and Uses of Cash ( Form OPR-6 ) |

I declare under penalty of perjury that this report and all attachments are true and correct to the best of my knowledge and belief. I also hereby certify that the original Monthly Operating Report was filed with the Bankruptcy Clerk and a copy delivered to the U.S. Trustee.

Date:  04/20/2020                                                            DEBTOR

By:  /s/  James Alt
(Signature)

Name & Title:   James Alt, Chief Transformation Officer
(Print or Type)

Address:   550 W. Van Buren Street

Chicago, IL 60607

Telephone Number:   312.583.8735

CHAPTER 11
MONTHLY OPERATING REPORT
GENERAL NOTES AND DISCLOSURES

| | |
|---|---|
| CASE NAME: | GenCanna Global USA, Inc. |
| CASE NUMBER: | 20-50133 |
| MONTH OF: | Feb-20 |

The financial information and supplemental information contained herein are unaudited, preliminary, and subject to change.

While the Debtor made reasonable efforts to follow measures from Generally Accepted Accounting Principles in the United States ("US GAAP"), the Debtor does not purport to represent financial information and / or financial statements in accordance with US GAAP as they are unaudited and subject to further review and potential adjustments which may have a material impact. As consistent with the Debtors' historical practice, certain reserves may only be updated on a quarterly basis.

Accordingly, this Monthly Operating Report is presented solely for the purpose of complying with monthly reporting requirements of the United States Bankruptcy Court and should not be used, or relied upon, for investment or any other purposes. Certain information included are reported on a consolidated basis for all 3 Debtors in the jointly administered case

The Debtor has historically consolidated 4274 Colby, LLC with its financial information due to its 50% equity ownership and while the Debtor made reasonable efforts to manually adjust, certain financial information may include activity related to the 4274 Colby, LLC entity.

| CASE NAME: | GenCanna Global USA, Inc. |
|---|---|
| CASE NUMBER: | 20-50133 |
| MONTH OF: | Feb-20 |

1. **Payroll**   State the amount of all executive wages paid and payroll taxes withheld and paid.

| Name and Title of Executive | Wages Paid | | Taxes | |
|---|---|---|---|---|
| | Gross | Net | Due[1] | Paid |
| Steve Bevan, President[2] | $13,650 | $13,650 | $0 | $0 |
| Matty Miranda, CEO | 18,265 | 16,868 | 2,795 | 2,795 |
| Christopher Stubbs, Chief Science Officer | 16,923 | 11,754 | 6,364 | 6,364 |
| Alex Green, Chief Strategic Officer | 17,496 | 10,808 | 8,567 | 8,567 |
| Gary Broadbent, Executive Vice President and General Counsel | 24,038 | 17,192 | 8,879 | 8,879 |
| Amy Schoenthaller, Senior Vice President of Human Resources | 16,538 | 10,975 | 6,665 | 6,665 |
| Christopher Macaluso, Executive Vice President of BioMass Production | 18,815 | 11,859 | 8,821 | 8,821 |
| **Total Executive Payroll** | **125,727** | **93,105** | **42,090** | **42,090** |

(1): Taxes due include both employee and employer portions
(2): 1099 Contractor and Canadian Citizen

2. **Insurance**   Is workers' compensation and other insurance in effect?   Yes
   Are payments current?   Yes
   If any policy has lapsed, been replaced or renewed, state so in the schedule below. Attach a copy of the new policy's binder or cover page.   See Attached

| Type | Name of Carrier Carrier | Coverage Amount | Expiration Date | Date Coverage Paid Thru |
|---|---|---|---|---|
| **Casualty** | | | | |
| Workers' Comp. - KY Only | Kentucky Employers Mutual | $1,000,000 | 6/5/2020 | Paid in Full |
| General liab. | Admiral Insurance Co | $2,000,000 Agg | 9/1/2020 | 3/6/2020 |
| Automobile | Cincinnati Insurance Co. | $1,000,000 | 9/1/2020 | Included in Property |
| Primary Excess Liability | Admiral Insurance Co. | $4,000,000 | 9/1/2020 | 3/6/2020 |
| Second Layer Excess Liability | LifeScience Risk | $5,000,000 | 9/1/2020 | 3/6/2020 |
| Directors and Officers and Company Liability | Evanston Insurance Company | $3,000,000 | 9/1/2020 | Paid in Full |
| Excess Private Management Liability | StarStone Specialty Insurance Company | $3,000,000 | 9/1/2020 | Paid in Full |
| Excess Management Liability | Endurance American Insurance Company | $3,000,000 | 9/1/2020 | Paid in Full |
| Directors and Officers Difference in Conditions Liability | Endurance American Insurance Company | $2,000,000 | 9/1/2020 | Paid in Full |
| Workers' Comp -Other States | Cincinnati Insurance Co. | $1,000,000 | 9/1/2020 | Paid in Full |
| Cyber Liability | Crum & Forster | $1,000,000 | 9/1/2020 | 3/6/2020 |
| Employment Practices | StarStone Specialty Ins. | $1,000,000 | 9/1/2020 | 3/6/2020 |
| **Property** | | | | |
| Builders Risk[3] | Travelers Property Casualty | $61,844,669 | 5/30/2020 | 3/24/2020 |
| Commercial Property (Greenhouses)[4] | CM Vantage Specialty | $4,254,592 | 5/5/2020 | 4/5/2020 |
| Irrigation System | Travelers Property Casualty | $2,300,000 | 9/1/2020 | Paid in Full |
| Property | Cincinnati Insurance | $12,095,254 | 9/1/2020 | 3/31/2020 |
| Electronic Data Processing | Cincinnati Insurance | $535,702 | 9/1/2020 | Included in Property |
| Equipment | Cincinnati Insurance | $7,901,964 | 9/1/2020 | Included in Property |
| Crime | Hiscox | $500,000 | 9/1/2020 | 3/6/2020 |
| Stock Through Put | Underwriters at Lloyds | $10,000,000 | 9/1/2020 | 3/6/2020 |
| Equipment Breakdown | Hartford Steam Boiler | $30,812,376 | 9/1/2020 | Paid In Full |

(3): Policy was extended (March 25, 2020 - May 30, 2020)
(4): Policy was extended (April 6, 2020 - May 5, 2020)
Note: Insurance information reported on a consolidated basis for all 3 Debtors in the jointly administered case

MONTHLY REPORTING QUESTIONNAIRE

| | |
|---|---|
| CASE NAME: | GenCanna Global USA, Inc. |
| CASE NUMBER: | 20-50133 |
| MONTH OF: | Feb-20 |

### 1. Bank Accounts

| Account Type | Checking | Payroll | Utility Deposits | Operating | General | 46&2 | Investment | Investment | 46&2 | Savings |
|---|---|---|---|---|---|---|---|---|---|---|
| Bank Name | Bank of the Bluegrass | Kentucky Bank | Kentucky Bank | Kentucky Bank | Community Financial Services Bank | Kentucky Bank | Bank of the Bluegrass | Kentucky Bank | Cash Drawer | Community Financial Services Bank |
| Account # | 6972 | 0145 | 7891 | 5766 | 4526 | 7956 | 2377 | 8507 | N/A | 8663 |
| Beginning Cash 2/6/2020 (Book) | $ 154,636.23 | $ 12,879.46 | $ - | $ 28,861.69 | $ 626.64 | $ 2,336.03 | $ 1,127.57 | $ 950.00 | $ 265.00 | $ 1,005,609.35 |
| Plus: Deposits | 6,695.21 | 576,983.42 | | 4,961,240.46 | | 3,015.14 | | | | |
| Less: Disbursements | | (1,931,030.31) | | (544,233.50) | | | | | | |
| Transfers | 1,519,615.00 | 1,650,000.00 | 51,000.00 | (3,220,615.00) | | | | | | |
| Other: | | | | (1,228.75) | (14.00) | (80.56) | | (15.00) | | |
| Ending Cash 2/29/2020 (Book) | $ 1,680,946.44 | $ 308,832.57 | $ 51,000.00 | $ 1,224,024.90 | $ 612.64 | $ 5,270.61 | $ 1,127.57 | $ 935.00 | $ 265.00 | $ 1,005,609.35 |

Note: Bank Accounts reported on a consolidated basis for all 3 Debtors in the jointly administered case

### 2. Postpetition Payments

List any postpetition payments to professionals and payments on prepetition debts in the schedule below (attach separate sheet if necessary).

| Payments To | Amount | Date | Check # |
|---|---|---|---|
| **Professionals (attorneys, accountants, etc.):** | | | |
| Huron Consulting Group LLC[1] | $100,000 | 2/18/2020 | Wire |
| **Prepetition creditors:**[2][3] | | | |
| ■ | $948 | 2/6/2020 | Autopay |
| ■ | $10,500 | 2/7/2020 | 11069 |
| ■ | $162,427 | 2/7/2020 | 11070 |
| ■ | $25,000 | 2/7/2020 | Wire |
| ■ | $12,635 | 2/7/2020 | Wire |
| ■ | $569 | 2/7/2020 | Autopay |
| ■ | $2,783 | 2/11/2020 | Autopay |
| ■ | $39,662 | 2/14/2020 | Wire |
| ■ | $7,217 | 2/14/2020 | Wire |
| ■ | $3,085 | 2/18/2020 | Autopay |
| ■ | $191 | 2/18/2020 | Autopay |
| ■ | $40 | 2/18/2020 | Autopay |
| ■ | $986 | 2/18/2020 | Autopay |
| ■ | $10,986 | 2/18/2020 | Autopay |
| ■ | $6,000 | 2/19/2020 | ACH |
| ■ | $1,343 | 2/20/2020 | ACH |
| ■ | $9,970 | 2/20/2020 | 11089 |
| ■ | $21,552 | 2/20/2020 | Wire |
| ■ | $18,184 | 2/24/2020 | Wire |
| ■ | $10,695 | 2/24/2020 | Wire |
| ■ | $4,590 | 2/26/2020 | ACH |
| ■ | $33,243 | 2/26/2020 | Wire |
| ■ | $4,500 | 2/27/2020 | ACH |

(1): Retainer payment
(2): Prepetition payroll, health and welfare, and related amounts are not reflected in the schedule above. Such amounts were approved via court order.
If required, the Debtors can furnish the related payroll records and amounts paid.
(3): Names have been redacted for confidentiality purposes

CASE NAME: GenCanna Global USA, Inc.  
CASE NUMBER: 20-50133  
Case 20-50133-grs   Doc 648   Filed 04/20/20   Entered 04/20/20 23:18:06   Desc Main
Document      Page 5 of 12  
COMPARATIVE BALANCE SHEETS  
FORM OPR-2  
REV 2/90  
MONTH ENDED: February 2020

|  | 29-Feb-20 |
|---|---|
| Cash | 4,282,629 |
| Trade Receivables, Net | 3,218,759 |
| Inventory | 98,606,217 |
| Deposits and Prepaid Assets | 16,876,632 |
| Other Current Assets | 910,194 |
| Other Current Assets - Related Party | 3,829,542 |
| Notes Receivable - Current | 4,130,000 |
| Notes Receivable - Current - Related Party | 230,000 |
| Convertible Notes Receivable | 2,500,000 |
| **Current Assets** | **134,583,973** |
| Land | 1,847,949 |
| Buildings | 3,640,279 |
| Leasehold Improvements | 3,815,165 |
| Production Equipment | 19,894,632 |
| Capital Lease Assets | 10,550,593 |
| Non-Production Fixed Assets | 1,681,331 |
| Construction in Progress | 36,318,981 |
| **Gross Fixed Assets** | **77,748,929** |
| Accumulated Depreciation | (3,524,976) |
| **Net Fixed Assets** | **74,223,953** |
| Intangible Assets, Net | 238,112 |
| Deferred Tax Assets | 1,399,263 |
| Investments | 1,466,667 |
| Notes Receivable - Non-Current - Related Party | 750,000 |
| Investments - Related Party | - |
| **Other Assets** | **3,854,042** |
| **TOTAL ASSETS** | **212,661,967** |
| Trade Payables | (61,891,294) |
| Trade Payables - Related Party | (33,582,371) |
| Accrued Expenses | (5,963,180) |
| Accrued Expenses - Related Party | 743,184 |
| Deferred Revenue | (1,669,568) |
| Accrued Interest Payable | (2,219,574) |
| Capital Lease Liabilities - Current | (2,614,137) |
| Convertible Debentures - Current | (275,000) |
| Notes Payable - Current | (79,776,090) |
| Notes Payable - Current - Related Party | - |
| **Pre-Petition Current Liabilities** | **(187,248,031)** |
| Post-Petition - Trade Payables | (561,741) |
| Post-Petition - Accrued Expenses | (2,163,379) |
| Post-Petition - Deferred Revenue | (277,289) |
| Post-Petition - Notes Payable - Current | (166,825) |
| Post-Petition - Accrued Interest Payable | (728,728) |
| Post-Petition - DIP Funding - Notes Payable - Current | (4,631,250) |
| **Post-Petition - Current Liabilities** | **(8,529,213)** |
| **Total Current Liabilities** | **(195,777,244)** |
| Capital Lease Liabilities - Non-Current | (7,234,189) |
| Notes Payable - Non-Current | (2,423,549) |
| **Long-Term Liabilities** | **(9,657,737)** |
| **TOTAL LIABILITIES** | **(205,434,981)** |
| Common Stock | (25,257) |
| Additional Paid in Capital | (38,986,784) |
| Retained Earnings/(Deficit) | 31,918,049 |
| NonControlling Interest | (132,995) |
| **Total Shareholder's Equity** | **(7,226,987)** |
| **TOTAL LIABILITIES AND SHAREHOLDERS' EQUITY** | **(212,661,967)** |

Note: Balance Sheets reported on a consolidated basis for all 3 Debtors in the jointly administered case

| CASE NAME: | GenCanna Global USA, Inc. | SUMMARY OF ACCOUNTS RECEIVABLE | | | | | FORM OPR-3 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| CASE NUMBER: | 20-50133 | MONTH ENDED: February 2020 | | | | | REV 2/90 |

| | TOTAL | Current | 30 | 60 | 90 | > 90 |
| --- | --- | --- | --- | --- | --- | --- |
| **MONTH: February 2020** | 6,590,017 | | -74,876 | 1,302,190 | 1,384,488 | 3,978,216 |
| Allowance for doubtful accounts | -3,371,258 | | | | | |
| **Net Accounts Receivable** | 3,218,759 | | | | | |

Note: Accounts Receivable reported on a consolidated basis for all 3 Debtors in the jointly administered case

| CASE NAME: | GenCanna Global USA, Inc. | | | SCHEDULE OF POST PETITION LIABILITIES | | | | FORM MOR-4 REV 2/90 |
|---|---|---|---|---|---|---|---|---|
| CASE NUMBER: | 20-50133 | | | MONTH ENDED: February 2020 | | | | |

| | DATE INCURRED | DATE DUE | TOTAL DUE | Current | 30 DAYS | 60 DAYS | 90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|---|---|---|---|
| TAXES PAYABLE | | | | | | | | |
| Federal Income Tax | 2/5/2020 - 2/29/2020 | 04/15/21 | Unknown | | | | | |
| Sales Tax | 2/5/2020 - 2/29/2020 | Unknown | Unknown | | | | | |
| Property Tax | 2/5/2020 - 2/29/2020 | Unknown | Unknown | | | | | |
| TOTAL TAXES PAYABLE | 2/5/2020 - 2/29/2020 | Varies | Unknown | | | | | |
| POSTPETITION SECURED DEBT | 2/5/2020 - 2/29/2020 | Varies | 4,798,075 | 4,798,075 | | | | |
| POSTPETITION UNSECURED DEBT | 2/5/2020 - 2/29/2020 | Varies | 2,440,668 | 2,440,668 | | | | |
| ACCRUED INTEREST PAYABLE | 2/5/2020 - 2/29/2020 | Varies | 728,728 | 728,728 | | | | |

| | DATE INCURRED | TOTAL DUE | Current | 30 DAYS | 60 DAYS | 90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|---|---|---|
| TRADE ACCOUNTS PAYABLE & OTHER: | | | | | | | |
| Chelsea Pipkin | 2/5/2020 - 2/29/2020 | 556 | | 556 | | | |
| Stefanie L Fritsch | 2/5/2020 - 2/29/2020 | 464 | | 464 | | | |
| Aitor Arrieta | 2/5/2020 - 2/29/2020 | 2,623 | | 2,623 | | | |
| Michael Adair | 2/5/2020 - 2/29/2020 | 1,334 | | 1,334 | | | |
| Brett Goldman | 2/5/2020 - 2/29/2020 | 1,472 | | 1,472 | | | |
| 828 Logistics, LLC | 2/5/2020 - 2/29/2020 | 5,850 | | 5,850 | | | |
| AAA Fence, LLC | 2/5/2020 - 2/29/2020 | 102 | | 102 | | | |
| Air Technologies | 2/5/2020 - 2/29/2020 | 1,327 | | 1,327 | | | |
| Airgas USA LLC | 2/5/2020 - 2/29/2020 | 11,881 | 5,040 | 6,840 | | | |
| AT&T | 2/5/2020 - 2/29/2020 | 1,321 | | 1,321 | | | |
| Boomi Inc | 2/5/2020 - 2/29/2020 | 14,400 | | 14,400 | | | |
| Catbird Business Printing LLC dba printLEX llc | 2/5/2020 - 2/29/2020 | 164 | | 164 | | | |
| Cayce Mill Supply | 2/5/2020 - 2/29/2020 | 2,774 | | 2,774 | | | |
| Cerilliant | 2/5/2020 - 2/29/2020 | 126 | | 126 | | | |
| Cintas | 2/5/2020 - 2/29/2020 | 315 | 315 | | | | |
| Columbia Gas of Kentucky | 2/5/2020 - 2/29/2020 | 604 | | 604 | | | |
| Commerce Lexington Inc | 2/5/2020 - 2/29/2020 | 2,000 | | | 2,000 | | |
| Concur Technologies Inc | 2/5/2020 - 2/29/2020 | 1,259 | | 1,259 | | | |
| Cornerstone Protection | 2/5/2020 - 2/29/2020 | 3,079 | | 2,480 | 599 | | |
| Cradlepoint | 2/5/2020 - 2/29/2020 | 60 | | 60 | | | |
| Datasite LLC | 2/5/2020 - 2/29/2020 | 1,081 | | 1,081 | | | |
| Direct TV | 2/5/2020 - 2/29/2020 | 25 | | 25 | | | |
| Duplicator Sales and Service | 2/5/2020 - 2/29/2020 | 589 | | 589 | | | |
| European Industrial Hemp Association | 2/5/2020 - 2/29/2020 | 11,125 | | | 11,125 | | |
| Face and Body Cosmetics | 2/5/2020 - 2/29/2020 | 63,339 | | 63,339 | | | |
| FIRST Insurance Funding | 2/5/2020 - 2/29/2020 | 106,494 | | 106,494 | | | |
| Fuelman | 2/5/2020 - 2/29/2020 | 276 | 276 | | | | |
| Galbraith Laboratories Inc. | 2/5/2020 - 2/29/2020 | 120 | | 120 | | | |
| Georgetown - Bypass Rental of Georgetown | 2/5/2020 - 2/29/2020 | 7 | | 7 | | | |
| Gold Coast | 2/5/2020 - 2/29/2020 | 250 | | 250 | | | |
| Hawthorne Gardening Co | 2/5/2020 - 2/29/2020 | 2,895 | | 2,895 | | | |
| Henry Watz Raine & Marino PLLC | 2/5/2020 - 2/29/2020 | 412 | 412 | | | | |
| Highbridge Spring Water Co Inc | 2/5/2020 - 2/29/2020 | 209 | | 209 | | | |
| Humana Health Plan Inc | 2/5/2020 - 2/29/2020 | 89,006 | | 89,006 | | | |
| Jade Scientific | 2/5/2020 - 2/29/2020 | 3,309 | | 3,309 | | | |
| Kala Packaging LLC | 2/5/2020 - 2/29/2020 | 607 | | 607 | | | |
| KEMI | 2/5/2020 - 2/29/2020 | 13,616 | | 13,616 | | | |
| Kentucky American Water | 2/5/2020 - 2/29/2020 | 82 | | 82 | | | |
| KnightHorst Shredding LLC | 2/5/2020 - 2/29/2020 | 118 | | 118 | | | |
| Mastermind Media LLC | 2/5/2020 - 2/29/2020 | 13,165 | | 13,165 | | | |
| Material Motion Holdings LLC | 2/5/2020 - 2/29/2020 | 1,825 | | 1,825 | | | |
| MGG Investment Group LP | 2/5/2020 - 2/29/2020 | 24,211 | | 24,211 | | | |
| NSL Analytical Services Inc | 2/5/2020 - 2/29/2020 | 536 | | 536 | | | |
| Nutritional High Inc | 2/5/2020 - 2/29/2020 | 20,000 | | | 20,000 | | |
| Pac-Van Inc. | 2/5/2020 - 2/29/2020 | 2,084 | | 2,084 | | | |
| Paducah Power System | 2/5/2020 - 2/29/2020 | 1,537 | | 928 | 609 | | |
| Peak Scientific Inc | 2/5/2020 - 2/29/2020 | 4,894 | | 4,894 | | | |
| Pooler Janitor Supply | 2/5/2020 - 2/29/2020 | 2 | | 2 | | | |
| Prolift Industrial Equipment | 2/5/2020 - 2/29/2020 | 5,999 | | 5,999 | | | |
| ProVerde Laboratories | 2/5/2020 - 2/29/2020 | 10,583 | | 10,583 | | | |
| Pure Global Inc. | 2/5/2020 - 2/29/2020 | 26,633 | | 26,633 | | | |
| R L Carriers | 2/5/2020 - 2/29/2020 | 3,114 | | 3,114 | | | |
| RCM Technologies USA Inc | 2/5/2020 - 2/29/2020 | 10,688 | | 10,688 | | | |
| Richmond - Bypass Rental Center of Richmond | 2/5/2020 - 2/29/2020 | 665 | 665 | | | | |
| Robert Half | 2/5/2020 - 2/29/2020 | 6,000 | | 6,000 | | | |
| RunSwitch PR | 2/5/2020 - 2/29/2020 | 10,674 | | 10,674 | | | |
| Safety Kleen Systems, Inc. | 2/5/2020 - 2/29/2020 | 246 | | 246 | | | |
| Schenck Process LLC | 2/5/2020 - 2/29/2020 | 117 | | 117 | | | |
| SEAY OIL CO. | 2/5/2020 - 2/29/2020 | 33 | 33 | | | | |
| Silvertrac Software LLC | 2/5/2020 - 2/29/2020 | 499 | | 499 | | | |
| Specialty Oil Extractors | 2/5/2020 - 2/29/2020 | 14,004 | | 14,004 | | | |
| Spectrum | 2/5/2020 - 2/29/2020 | 1,863 | | 1,506 | 358 | | |
| Terminix | 2/5/2020 - 2/29/2020 | 1,229 | | 1,229 | | | |
| The Cincinnati Insurance Companies | 2/5/2020 - 2/29/2020 | 32,301 | | 32,301 | | | |
| Thompson Construction | 2/5/2020 - 2/29/2020 | 600 | | 600 | | | |
| United Fulfillment Solutions | 2/5/2020 - 2/29/2020 | 1,820 | | 1,820 | | | |
| UPS | 2/5/2020 - 2/29/2020 | 6,906 | 3,609 | 3,297 | | | |
| UPS Freight | 2/5/2020 - 2/29/2020 | 444 | | 444 | | | |
| UPS Supply Chain Solutions | 2/5/2020 - 2/29/2020 | 3,810 | | 3,810 | | | |
| Vaco LLC | 2/5/2020 - 2/29/2020 | 5,906 | | 5,906 | | | |
| W S Electronics South | 2/5/2020 - 2/29/2020 | 392 | | 392 | | | |
| West Kentucky Rural Electric | 2/5/2020 - 2/29/2020 | 358 | | 358 | | | |
| Williams Scotsman, Inc. | 2/5/2020 - 2/29/2020 | 2,457 | | 2,457 | | | |
| Winchester - Bypass Rental Center of Winchester | 2/5/2020 - 2/29/2020 | 876 | 1,416 | (541) | | | |
| **Sub-Total** | | **561,741** | **11,767** | **515,283** | **34,692** | **-** | **-** |
| **TOTALS** | | **8,529,213** | **7,979,238** | **515,283** | **34,692** | **-** | **-** |

Note: Certain post-petition liabilities may include prepetition amounts due to invoices that cover both prepetition and postpetition service periods.  The Debtors made its best efforts to pro-rate the invoices to make payment for the postpetition amount but the entire invoice was coded to postpetitoin in the AP ledger.
Note 2: Post-petition liabilities reported on a consolidated basis for all 3 Debtors in the jointly administered case

CASE NAME: GenCanna Global USA, Inc.  
CASE NUMBER: 20-50133  
Case 20-50133-grs  Doc 648  Filed 04/20/20  Entered 04/20/20 23:18:06  Desc Main Document  Page 8 of 12  
STATEMENT OF INCOME (LOSS)  
FORM OPR-5  
REV 2/90  
MONTH ENDED: February 2020

|  | 29-Feb-20 |
|---|---:|
| **Revenue** | |
| Product Sales | 596,546 |
| Other Revenue | 4,390 |
| Returns | (407) |
| Discounts | (542,539) |
| **Net Revenue** | **57,989** |
| **COGS** | |
| Product Costs | 313,925 |
| CMO Costs | 29,503 |
| Other COGS | (300,248) |
| **Total COGS** | **43,180** |
| **Gross Profit** | **14,809** |
| **SG&A** | |
| Bad Debt Expense | - |
| Business Insurance | 165,975 |
| Corporate Housing | 18,737 |
| Depreciation and Amortization | 339,134 |
| Marketing and External Afffairs | 95,164 |
| Miscellaneous Expense Reports | 7,676 |
| Nonrecurring Employee Pay | 30,519 |
| Non-W2 Wages | 126,349 |
| Other Operating Expenses | 69,504 |
| Professional Services | 1,561,422 |
| Rent and Utilities | 58,439 |
| Salaries and Benefits | 457,129 |
| Software Expenses | 47,499 |
| Travel | 44,013 |
| **Total SG&A** | **3,021,561** |
| **Operating Income/(Loss)** | **(3,006,752)** |
| **Non-Operating** | |
| Interest Expense, net | 958,225 |
| Non-Operating Income | (67,500) |
| Non-Operating Gain | - |
| Non-Operating Expenses | 218 |
| **Total Non-Operating Expenses/(Income)** | **890,943** |
| **Income/(Loss) Before Income Taxes** | **(3,897,695)** |
| Income Taxes | - |
| **Net Income/(Loss)** | **(3,897,695)** |

Note: While the Debtor made reasonable efforts to manually adjust and remove activity for the prepetition stub period (Feburary 1, 2020 through February 5, 2020), certain prepetition activity may have been included. For example, Salaries and Benefits expenses are full month of February.

Note 2: Statement of Income (Loss) reported on a consolidated basis for all 3 Debtors in the jointly administered case

FORM OPR-6

STATEMENT OF SOURCES AND USES OF CASH
MONTH ENDED: February 2020

CASE NAME: GenCanna Global USA, Inc.
CASE NUMBER: 20-50133

|  | February 2020 |
|---|---:|
| **Cash Receipts** | |
| Customer Receipts | $ 874,592 |
| Interest Income | 434 |
| Insurance Proceeds | 67,500 |
| Other Income | 105,843 |
| **Total Cash Receipts** | **$ 1,048,369** |
| | |
| **Cash Disbursements** | |
| Employee-Related | $ 1,643,361 |
| Processing | 527,581 |
| Equipment Leases | 113,921 |
| Overhead | 164,397 |
| Utilities | 11,394 |
| Debt Service | 145,000 |
| Contingency | 21,822 |
| **Operating Disbursements** | **$ 2,627,477** |
| Professional Fees | 100,000 |
| **Total Disbursements** | **$ 2,727,477** |
| | |
| **Net Cash Flow** | **$ (1,679,108)** |
| | |
| **Unrestricted cash** | |
| Beginning Cash Balance | $ 201,683 |
| Net Cash Flow | (1,679,108) |
| Utility Deposit | (51,000) |
| DIP Borrowings | 4,750,000 |
| **Ending Cash Balance** | **$ 3,221,575** |
| | |
| **Restricted Cash** | |
| LOC Collateral | $ 1,005,609 |
| Utility Deposit | 51,000 |
| **Total Cash** | **$ 4,278,184** |
| Other Cash Equivalents | 4,005 |
| **Total Cash and Cash Equivalents** | **$ 4,282,189** |

## CASH DISBURSEMENTS DETAIL

| DATE | PAYEE | AMOUNT |
|---|---|---:|
| 2/6/2020 | Intelepeer | $948.00 |
| 2/6/2020 | Hawthorne | $221.85 |
| 2/6/2020 | R & L Carriers | $303.93 |
| 2/6/2020 | Transfer Fees | $125.00 |
| 2/7/2020 | Fast Slow Motion | $10,500.00 |
| 2/7/2020 | Humana Health Plan Inc | $259,573.80 |
| 2/7/2020 | Payroll | $570,317.15 |
| 2/7/2020 | Molecular Health | $25,000.00 |
| 2/7/2020 | ProVerde Laboratories | $12,635.00 |
| 2/7/2020 | R & L Carriers | $53.81 |
| 2/7/2020 | Transfer Fees | $180.00 |
| 2/7/2020 | Stop Item Charge | $36.75 |
| 2/10/2020 | National Advisor HAS | $376.93 |
| 2/10/2020 | Brett Goldman | $12,821.01 |
| 2/10/2020 | Uline | $1,254.40 |
| 2/10/2020 | R&L Cariers | $108.45 |
| 2/10/2020 | R L Carriers | $318.03 |
| 2/10/2020 | Transfer Fees | $50.00 |
| 2/11/2020 | R&L Carriers | $990.00 |
| 2/11/2020 | Uline | $164.99 |
| 2/11/2020 | Paycor | $2,782.61 |
| 2/11/2020 | R L Carriers | $631.90 |
| 2/11/2020 | Specialty Oil Extractors | $14,003.91 |
| 2/11/2020 | Royal Labs Natural Cosmetics Inc | $26,569.13 |
| 2/11/2020 | Landstar | $10,315.00 |
| 2/11/2020 | Cosmetic Solutions | $8,085.00 |
| 2/11/2020 | Transfer Fees | $130.00 |
| 2/11/2020 | Stop Item Charge | $32.50 |
| 2/12/2020 | Cincinnati Insurance Companies | $32,301.00 |
| 2/12/2020 | Daniel Lingeman | $184.44 |
| 2/12/2020 | Cosmax NBT USA Inc | $33,370.11 |
| 2/12/2020 | Royal Labs Natural Cosmetics Inc | $6,629.86 |
| 2/12/2020 | Transfer Fees | $90.00 |
| 2/13/2020 | VWR | $543.32 |
| 2/13/2020 | National Bulk Bag | $2,671.20 |
| 2/13/2020 | Arnett's Trailer Sales | $555.00 |
| 2/13/2020 | Transfer Fees | $0.00 |
| 2/14/2020 | Gold Coast Ingredients | $3,018.42 |
| 2/14/2020 | Kentucky State Treasurer | $20.00 |
| 2/14/2020 | Pooler Janitor Supply | $40.21 |
| 2/14/2020 | Chancelor D Snowden | $1,797.76 |
| 2/14/2020 | Cosmax NBT USA Inc | $39,662.15 |
| 2/14/2020 | Cosmetic Solutions | $7,217.33 |
| 2/14/2020 | Royal Labs Natural Cosmetics Inc | $3,775.61 |
| 2/14/2020 | Transfer Fees | $60.00 |
| 2/17/2020 | South Kentucky Propane Gas | $4,168.86 |
| 2/17/2020 | Steven J Pully | $857.00 |
| 2/18/2020 | ScanBiz Mobile Solutions LLC | $400.00 |
| 2/18/2020 | Microsoft | $3,084.60 |
| 2/18/2020 | Microsoft | $190.80 |
| 2/18/2020 | Microsoft | $39.96 |
| 2/18/2020 | Microsoft | $985.80 |
| 2/18/2020 | Google Apps | $10,986.27 |
| 2/18/2020 | Enterprise Rent-A-Car | $1,724.00 |
| 2/18/2020 | North Star Printing | $4,143.06 |
| 2/18/2020 | R L Carriers | $895.14 |
| 2/18/2020 | Michael Barrett | $500.00 |
| 2/18/2020 | Williams Scotsman, Inc. | $2,138.98 |
| 2/18/2020 | Direct TV | $208.37 |
| 2/18/2020 | Kentucky Utilities Company | $137.74 |
| 2/18/2020 | Spectrum | $5,016.11 |
| 2/18/2020 | Huron Consulting Services LLC | $100,000.00 |
| 2/18/2020 | Face and Body Cosmetics | $24,058.59 |
| 2/18/2020 | Transfer Fees | $135.00 |
| 2/18/2020 | Cleared | $32,801.00 |
| 2/19/2020 | Robert Half | $6,000.00 |
| 2/19/2020 | Staples | $211.92 |
| 2/19/2020 | Jade Scientific | $65,657.60 |
| 2/19/2020 | Mastermind Media LLC | $12,500.00 |
| 2/19/2020 | R&L Carriers | $429.86 |
| 2/19/2020 | Uline | $1,180.29 |
| 2/19/2020 | Cosmetic Solutions | $6,620.00 |
| 2/19/2020 | Transfer Fees | $70.00 |
| 2/20/2020 | Hover | $81.99 |
| 2/20/2020 | Backupify | $980.00 |
| 2/20/2020 | Amazon | $27.80 |
| 2/20/2020 | The Lebermuth Company | $1,343.07 |
| 2/20/2020 | BASCO | $1,649.20 |
| 2/20/2020 | University of Kentucky Research Foundation | $9,970.00 |
| 2/20/2020 | KCA Laboratories | $3,200.00 |
| 2/20/2020 | Whayne Supply Company | $21,552.36 |
| 2/20/2020 | Bergenix SRL | $3,248.75 |
| 2/20/2020 | Transfer Fees | $165.00 |
| 2/21/2020 | Youth Noise | $3,000.00 |
| 2/21/2020 | Smart Sign | $36.72 |
| 2/21/2020 | USPS | $110.00 |
| 2/21/2020 | Med Office | $239.04 |
| 2/21/2020 | WalMart | $22.58 |
| 2/21/2020 | Amazon | $10.70 |
| 2/21/2020 | Amazon | $84.07 |
| 2/21/2020 | Amazon | $7.11 |
| 2/21/2020 | Staples | $204.57 |

### CASH DISBURSEMENTS DETAIL

| Date | Payee | Amount |
|---|---|---|
| 2/21/2020 | GoDaddy | $54.51 |
| 2/21/2020 | Amazon | $53.50 |
| 2/21/2020 | Amazon | $74.22 |
| 2/21/2020 | Whayne Supply Company | $19,500.48 |
| 2/21/2020 | R&L Carriers | $856.79 |
| 2/21/2020 | Payroll | $276,274.69 |
| 2/21/2020 | Transfer Fees | $90.00 |
| 2/24/2020 | Mastermind Media | $3,325.00 |
| 2/24/2020 | National Advisor HAS | $376.93 |
| 2/24/2020 | Amazon | $39.21 |
| 2/24/2020 | Amazon | $296.79 |
| 2/24/2020 | Pacific Agricultural Laboratory | $18,184.00 |
| 2/24/2020 | ProVerde Laboratories | $10,695.00 |
| 2/24/2020 | American Scale | $1,600.00 |
| 2/24/2020 | Sasha Tozzi | $3,957.40 |
| 2/24/2020 | Transfer Fees | $40.00 |
| 2/25/2020 | KPS Sales, LLC | $4,181.13 |
| 2/25/2020 | Winchester Warehouse Co LLC | $12,413.79 |
| 2/25/2020 | Bypass Rental Center of Winchester | $3,072.00 |
| 2/25/2020 | Garrett S Bain | $7,994.71 |
| 2/25/2020 | Kentucky Division of Child Support | $350.00 |
| 2/25/2020 | Kentucky Department of Ag | $3,002.00 |
| 2/25/2020 | Hawke Media | $4,000.00 |
| 2/25/2020 | Alona Thompson | $274.19 |
| 2/25/2020 | Brittany Giovanniello | $2,835.21 |
| 2/25/2020 | Erik Miller | $994.07 |
| 2/25/2020 | Dan Harder | $228.13 |
| 2/25/2020 | Royal Labs Natural Cosmetics Inc | $24,204.71 |
| 2/25/2020 | Bergenix SRL | $20,000.00 |
| 2/25/2020 | Transfer Fees | $90.00 |
| 2/26/2020 | JHB Environmental/Occupational Health Consultants | $2,250.00 |
| 2/26/2020 | Steven J Pully | $1,382.55 |
| 2/26/2020 | Uber Conference | $331.44 |
| 2/26/2020 | The Lebermuth Company | $4,589.57 |
| 2/26/2020 | Skyline Displays LLC | $50,000.00 |
| 2/26/2020 | Farmaceutical Partners LLC | $33,242.67 |
| 2/26/2020 | Paycor | $385,211.14 |
| 2/26/2020 | Transfer Fees | $110.00 |
| 2/27/2020 | informa | $4,500.00 |
| 2/27/2020 | Mastermind Media LLC | $15,000.00 |
| 2/27/2020 | R & L Carriers | $312.48 |
| 2/27/2020 | Kice Industries Inc | $281.00 |
| 2/27/2020 | Amazon | $20.12 |
| 2/27/2020 | Amazon | $53.07 |
| 2/27/2020 | Specialty Oil Extractors | $113,000.00 |
| 2/27/2020 | Paycor | $77,721.84 |
| 2/27/2020 | R L Carriers | $385.68 |
| 2/27/2020 | FLSDU | $50.00 |
| 2/27/2020 | Transfer Fees | $40.00 |
| 2/28/2020 | Spectrum | $1,874.00 |
| 2/28/2020 | VWR | $197.61 |
| 2/28/2020 | Amazon | $94.92 |
| 2/28/2020 | Amazon | $212.76 |
| 2/28/2020 | R R Donnelley | $1,400.00 |
| 2/28/2020 | R & L Carriers | $186.21 |
| 2/28/2020 | Schenck Process | $1,153.30 |
| 2/28/2020 | The Lebermuth Company | $1,483.37 |
| 2/28/2020 | Ferguson Enterprises | $420.19 |
| 2/28/2020 | Jeffery Wilson | $1,165.26 |
| 2/28/2020 | Paycor | $196.30 |
| 2/28/2020 | Q Laboratories | $456.50 |
| 2/28/2020 | R L Carriers | $522.11 |
| 2/28/2020 | Atmos Energy | $14.96 |
| 2/28/2020 | Columbia Gas of Kentucky | $5.94 |
| 2/28/2020 | Comcast Business | $692.45 |
| 2/28/2020 | Cort Business Services Corp. | $15,933.64 |
| 2/28/2020 | J Smith Lanier Lexington | $272.00 |
| 2/28/2020 | Kentucky American Water | $91.80 |
| 2/28/2020 | Mayfield EWS | $6.75 |
| 2/28/2020 | Robert Half | $3,238.31 |
| 2/28/2020 | Spectrum | $4,147.97 |
| 2/28/2020 | Verizon Wireless | $2,093.32 |
| 2/28/2020 | West Kentucky Rural Electric | $45.00 |
| 2/28/2020 | Dakota Hollon | $1,044.75 |
| 2/28/2020 | Timothy Pelfrey | $1,034.59 |
| 2/28/2020 | Starla Smith | $1,374.98 |
| 2/28/2020 | Andrews Law Firm PLLC | $278.50 |
| 2/28/2020 | Boomi Inc | $9,000.00 |
| 2/28/2020 | Pacific Agricultural Laboratory | $4,439.00 |
| 2/28/2020 | Bank Fees | $210.55 |
| 2/28/2020 | Transfer Fees | $110.00 |
| | **Subtotal** | **$2,582,476.53** |
| | Debt Service | $145,000.00 |
| | **Total** | **$2,727,476.53** |

## CASH RECEIPTS DETAIL

| DATE | RECEIVED FROM | AMOUNT |
| --- | --- | --- |
| 2/6/2020 | WIRE TRANSFER TRANS INDIA PRODUCTS INC GENCANNA ACCOUNT NUMBER 2365766 | $100,000.00 |
| 2/6/2020 | WIRE TRANSFER MB CONSULTING LLC | $16,000.00 |
| 2/6/2020 | WIRE TRANSFER BIGTOE VENTURES LLC HEALTHY MARKET 02192 | $12,096.00 |
| 2/6/2020 | WIRE TRANSFER TRIQTRA Q02185 | $4,602.00 |
| 2/6/2020 | WIRE TRANSFER TYSON D LE MONTE | $2,000.00 |
| 2/6/2020 | DEPOSIT | $21,000.00 |
| 2/7/2020 | WIRE TRANSFER MGG INVESTMENT GROUP LP FB | $2,645,000.00 |
| 2/7/2020 | WIRE TRANSFER HEMPRO INTERNATIONAL GMBH INVOICE 1033 / Q-01991 | $100,000.00 |
| 2/7/2020 | WIRE TRANSFER CBD CLINIC CARE LLC 5 KG CANNABIDIOL EXTRACT NO THC | $6,500.00 |
| 2/7/2020 | WIRE TRANSFER BIGTOE VENTURES LLC HEALTHY MARKET 02192 | $800.00 |
| 2/7/2020 | Square Inc 200207P2 L210511700885 | $2,979.59 |
| 2/7/2020 | Square Inc 200207P2 L206512790372 | $197.37 |
| 2/10/2020 | WIRE TRANSFER GREEN COMPASS INC 1020361 | $37,736.27 |
| 2/10/2020 | BMS COBRA ACCT CORP PAY | $3,660.50 |
| 2/10/2020 | WIRE TRANSFER FULL SPECTRUM VENTURES LLC Q 01784 | $2,165.58 |
| 2/10/2020 | Square Inc 200210P2 L206513438293 | $124.68 |
| 2/10/2020 | Void Stale Dated Checks-AP Cleanup | $12,231.62 |
| 2/11/2020 | WIRE TRANSFER GREEN COMPASS INC 1020361 | $108,137.50 |
| 2/11/2020 | WIRE TRANSFER MB CONSULTING LLC | $34,750.00 |
| 2/11/2020 | DEPOSIT | $1,195.00 |
| 2/11/2020 | The Cincinnati Insurance Companies | $32,801.00 |
| 2/12/2020 | Check Returned - Dept of AG | $3,500.00 |
| 2/12/2020 | WIRE TRANSFER PRIVATE LABEL PRODUCTION INVOICE FOR ORDER 1218 | $39,900.00 |
| 2/12/2020 | WIRE TRANSFER NICHOLA GRAY | $2,000.00 |
| 2/12/2020 | Square Inc 200212P2 L206513955130 | $187.19 |
| 2/12/2020 | Incoming Wire LLC REAL REMEDY | $4,500.00 |
| 2/13/2020 | Square Inc 200213P2 L206514310340 | $76.28 |
| 2/14/2020 | Square Inc 200214P2 L206514636468 | $104.05 |
| 2/14/2020 | Chancelor D Snowden | $1,797.76 |
| 2/15/2020 | Check Returned by Vendor | $657.80 |
| 2/18/2020 | WIRE TRANSFER ALTHEA COMPANY PTY LTD ALTHEA - TG093 TESTING TRADE | $600.00 |
| 2/18/2020 | WIRE TRANSFER DILEY MEDICAL GROUP LLC #2365766 DAVID WHITT/ DILEY MEDICAL | $2,658.00 |
| 2/18/2020 | Square Inc 200217P2 L206515267951 | $234.73 |
| 2/18/2020 | Google Apps-Test | $0.44 |
| 2/18/2020 | Specialty Oil Extractors | $14,003.91 |
| 2/19/2020 | Returned | $32,801.00 |
| 2/19/2020 | INTERNATIONAL WIRE TRANSFER KINETIK 4 LTD Q-02279 | $25,429.24 |
| 2/19/2020 | WIRE TRANSFER RESTART LLC NOTES:#Q-02278 | $3,529.00 |
| 2/19/2020 | ACH Pmt LIFTED PERFORMAN inv# Q02273 | $38,400.18 |
| 2/19/2020 | Square Inc 200219P2 L210514746370 | $9,570.94 |
| 2/19/2020 | Square Inc 200219P2 L206515812562 | $427.49 |
| 2/20/2020 | TRANSFER PER L. POLICE DB | $54,924.48 |
| 2/20/2020 | WIRE TRANSFER WINGED NUTRITION LLC | $6,125.00 |
| 2/20/2020 | WIRE TRANSFER LLC ANIMAL STUDIOS 1KG CBD ISOLATE | $1,781.50 |
| 2/20/2020 | WIRE TRANSFER HEMPSPHERE LLC | $90,000.00 |
| 2/20/2020 | INTERNATIONAL WIRE TRANSFER | $25,247.81 |
| 2/20/2020 | WIRE TRANSFER SUSTAINABLE NUTRITION INC | $6,000.00 |
| 2/20/2020 | Square Inc 200220P2 L210515076490 | $3,586.05 |
| 2/20/2020 | Square Inc 200220P2 L206516142053 | $263.53 |
| 2/21/2020 | WIRE TRANSFER KINETIK 4 LTD Q-02279 | $20,500.00 |
| 2/21/2020 | WIRE TRANSFER FARMER'S DAUGHTER HEMP LLC | $1,163.20 |
| 2/21/2020 | DEPOSIT | $2,500.50 |
| 2/21/2020 | DEPOSIT | $179.22 |
| 2/21/2020 | DEPOSIT | $31.00 |
| 2/21/2020 | Square Inc 200221P2 L206516520341 | $136.56 |
| 2/24/2020 | Square Inc 200222P2 L210515566759 | $1,521.28 |
| 2/24/2020 | Square Inc 200224P2 L206517143801 | $420.67 |
| 2/24/2020 | Payroll Corrections-Sent ACH | $7,817.20 |
| 2/25/2020 | TRANSFER PER L. POLICE | $3,384.00 |
| 2/25/2020 | WIRE TRANSFER THRIVE1023 LLC 1281 - 500MG WTR MNT | $7,991.95 |
| 2/25/2020 | WIRE TRANSFER MB CONSULTING LLC GOODS | $22,500.00 |
| 2/25/2020 | ACH Pmt LIFTED PERFORMAN shipping batch 2 gummies | $1,101.70 |
| 2/25/2020 | Incoming Wire REAL REMEDY LLC | $1,800.00 |
| 2/26/2020 | WIRE TRANSFER LLC ANIMAL STUDIOS LOITON ORDER | $6,370.60 |
| 2/26/2020 | WIRE TRANSFER HURON CONSULTING SERVICES RETAINER REFUND | $3,971.21 |
| 2/26/2020 | Square Inc 200226P2 L210516609547 | $3,725.71 |
| 2/26/2020 | Square Inc 200226P2 L206517685907 | $80.63 |
| 2/27/2020 | DEPOSIT | $67,500.00 |
| 2/27/2020 | Deposit | $293.12 |
| 2/27/2020 | Square Inc 200227P2 L206518022118 | $162.38 |
| 2/27/2020 | Uber Conference - Refund | $232.01 |
| 2/28/2020 | Interest Income | $433.69 |
| 2/28/2020 | WIRE TRANSFER MGG INVESTMENT GROUP LP FB | $1,960,000.00 |
| 2/28/2020 | WIRE TRANSFER DR. PHILLIPS FORMULATIONS  Q02181 | $21,325.00 |
| 2/28/2020 | Square Inc 200228P2 L210517289857 | $5,851.62 |
| 2/28/2020 | Jane Street LLC AP Verify 016YHHOAW1C1822 | $0.01 |
| 2/28/2020 | Square Inc 200228P2 L206518392333 | $91.86 |
| | **Total** | **$5,653,368.61** |
| | | |
| | Total Cash Receipts | $ 1,048,368.61 |
| | DIP Borrowings | $ 4,750,000.00 |
| | Debt Service | $ (145,000.00) |
| | **Total Cash Receipts** | **$ 5,653,368.61** |