# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 20-50133 |
| OGGUSA, INC. *et al.*[1] | CHAPTER 11 |
| DEBTORS IN POSSESSION | JOINTLY ADMINISTERED |

## MONTHLY STAFFING REPORT OF
## HURON CONSULTING GROUP LLC FOR THE PERIOD OF
## JULY 1, 2020 THROUGH AND INCLUDING JULY 31, 2020

| | | |
|---|---|---|
| **SUBMITTED BY**: | Huron Consulting Group LLC | |
| **ROLE IN THE CASE**: | Chief Transformation Officer | |
| **DATE OF RETENTION**: | By the Huron Retention Order [Docket No. 661] (defined below) entered on April 23, 2020, Huron Consulting Group LLC was retained by the Debtors retroactive to February 6, 2020. | |
| **TIME PERIOD**: | July 1, 2020 through and including July 31, 2020 | |
| **HOURS WORKED**: | Total Hours Worked: | 836.3 |
| **PERIOD CAP:** | Total Allowed Billings: | $ 575,000.00 |
| **EXPENSES INCURRED**: | Total Expenses Incurred: | $ 4,863.50 |
| **FEES BILLED**: | Total Fees Billed[2]: | $ 437,326.08 |

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: OGGUSA, Inc. (0251); OGG, Inc. (N/A); and Hemp Kentucky LLC (0816).
[2] After accounting for discount based on negotiated weekly cap.

1

1. In accordance with the *Order Granting Debtors' Application for Entry of an Order Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code Authorizing the Employment and Retention of Huron Consulting Services LLC as Restructuring Advisor to the Debtors, and to Provide a Chief Transformation Officer Retroactive to the Petition Date* [Docket No. 661] (the "Huron Retention Order"), Huron Consulting Group LLC ("Huron"), as Chief Transformation Officer for the above-captioned debtors and debtors in possession (the "Debtors") in these chapter 11 cases, hereby submits this Monthly Staffing Report (the "Staffing Report") for the period of July 1, 2020 through and including July 31, 2020 (the "Staffing Report Period").

2. Huron shall submit a quarterly compensation report (a "Compensation Report") setting forth in greater detail all compensation earned and reimbursable expenses incurred during the Staffing Report Period following the end of the calendar quarter. Parties in interest shall, at that time, have an opportunity to file an objection to the Compensation Report and Huron's compensation and expenses as set forth therein.

**Staffing Report**

3. A list of the Huron professionals employed by the Debtors during the Staffing Report Period, and a brief description of the services provided by each such professional, is as follows:

 i. James Alt – Managing Director: Perform function of Chief Transformation Officer; oversee, assist, and lead aspects of the Debtors' wind-down and post-sale operations, including activities for GenCanna Acquisition Corporation ("GAC") under the transaction service agreement and guide strategic decision-making; provide case updates and strategic and tactical guidance to the Debtors' board of directors; communicate and interact with key stakeholders, including statutory committees, government entities and strategic partners.

   ii. Marc Passalacqua – Senior Director: Perform function of Deputy Chief Transformation Officer; assist, and manage the day-to-day affairs and business operations of the Debtors' estate including activities for GAC under the transaction service agreement; manage the Debtors' restructuring efforts; oversee and direct wind-down efforts and plan of liquidation.

   iii. Benjamin Smith – Senior Director: Coordinate bankruptcy-related efforts among Huron, counsel and Debtor employees, including reviewing draft motions and proposed orders, coordinating the preparation of statements and schedules and other necessary bankruptcy-related deliverables; coordinate efforts to monetize the Debtors' assets, including activities for GAC under the transaction service agreement.

   iv. Wojciech Hajduczyk – Director: Work with Debtors' internal finance team and other employees to direct day-to-day cash management and treasury activities; manage relationships with vendors; prepare various daily, weekly, monthly and ad hoc financial and operational reports, bankruptcy filings and deliverables; assist with ad hoc needs and requests, including activities for GAC under the transaction service agreement.

   v. Michael Boyer – Director: Provide analysis for and assist with various initiatives to preserve liquidity; compile, organize, manage and analyze the Debtors' various contracts for services, equipment, real property and other needs; assist in preparing materials for management, board of directors and other case stakeholders; assist in monetizing assets of the Debtors' estates, including activities for GAC under the transaction service agreement.

   vi. Jonathan Wang – Manager: Provide oversight for the Debtors' accounting, tax preparation and financial reporting functions; support maintenance of books and records, preparation of internal financial statements, various financial analysis and ad hoc projects as needed; manage Debtors' internal and temporary finance and accounting staff; support

bankruptcy-related matters including preparation of motions, court schedules and other bankruptcy deliverables; coordinate efforts related to Debtors' insurance claims; including activities for GAC under the transaction service agreement.

4. Attached hereto as **Exhibit A** is a summary of expenses incurred and fees earned by Huron by week for the Staffing Report Period.

5. Attached hereto as **Exhibit B** is a summary of the services rendered and hours worked by Huron by project category, for the Staffing Report Period.

6. Attached hereto as **Exhibit C** is a summary of hours worked and fees earned by Huron professionals by individual, setting forth the (i) name and title of each individual who performed services during the Staffing Report Period, (ii) aggregate time expended by each professional (iii) hourly billing rate for each such professional at Huron's billing rates for this engagement, and (iv) the amount of fees earned by each professional during the Staffing Report Period.

7. Attached hereto as **Exhibit D** is a summary of expenses by type for all expenses incurred or advanced by Huron during the Staffing Report Period in connection with the performance of professional services.

## Notice

8. Notice of this Staffing Report has been served upon: (i) the U.S. Trustee, (ii) counsel for the Official Committee of Unsecured Creditors, (iii) counsel for MGG Investment Group, LP, and (iv) counsel for the Debtors.

|  |  |
|---|---|
| Dated: August 12, 2020 | Respectfully submitted, |
| | By: */s/ James Alt*<br>James Alt<br>*Responsible Person for the Debtors and Debtors in Possession* |
| Dated: August 12, 2020 | Filed by: |
| */s/ James R. Irving*<br>James R. Irving<br>April A. Wimberg<br>Christopher B. Madden<br>DENTONS BINGHAM GREENEBAUM LLP<br>3500 PNC Tower<br>101 South Fifth Street<br>Louisville, Kentucky 40202<br>Telephone:    (502) 587-3606<br>Facsimile:    (502) 540-2215<br>E-mail:    james.irving@dentons.com<br>            april.wimberg@dentons.com<br>            chris.madden@dentons.com<br><br>*Counsel for the Debtors* | Michael J. Barrie (*pro hac vice*)<br>Jennifer R. Hoover (*pro hac vice*)<br>BENESCH, FRIEDLANDER, COPLAN, & ARONOFF LLP<br>222 Delaware Avenue, Suite 801<br>Wilmington, DE 19801<br>Telephone:    (302) 442-7010 Phone<br>E-mail:    mbarrie@beneschlaw.com<br>            jhoover@beneschlaw.com<br><br>-and-<br><br>Elliot M. Smith (*pro hac vice*)<br>BENESCH, FRIEDLANDER, COPLAN, & ARONOFF LLP<br>200 Public Square, Suite 2300<br>Cleveland, OH 44114<br>Telephone:    (216) 363-4500<br>E-mail:    esmith@beneschlaw.com<br><br>*Counsel for the Debtors* |