# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| OGGUSA, Inc., *et al.*,[1] | ) Case No. 20-50133-grs |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Honorable Gregory R. Schaaf |

## STIPULATION AND AGREED ORDER
## REGARDING OBJECTIONS TO MOTION TO AMEND OR ALTER

OGGUSA, Inc. f/k/a GenCanna Global USA, Inc. and its affiliated debtors and debtors in possession (collectively, the "Debtors") and Oracle America, Inc. ("Oracle") having agreed to extend the period within which to object to the *Motion to Alter or Amend* [Docket No. 949] (the "Motion") filed by Oracle which is currently set to expire on August 17, 2020 at 5:00 PM. (Eastern):

IT IS HEREBY ORDERED THAT:

1. The period within which to object to the Motion is extended to August 19, 2020 at 5:00 PM. (Eastern).

---

[1] The Debtors in these chapter 11 bankruptcy cases are (with the last four digits of their federal tax identification numbers in parentheses): OGGUSA, Inc. (0251); OGG, Inc. (N/A); and Hemp Kentucky, LLC (0816).

TENDERED BY:

/s/ James R. Irving
James R. Irving
April A. Wimberg
Christopher B. Madden
DENTONS BINGHAM GREENEBAUM LLP
3500 PNC Tower
101 South Fifth Street
Louisville, Kentucky 40202
Telephone:    (502) 587-3606
Facsimile:    (502) 540-2215
E-mail:    james.irving@dentons.com
    april.wimberg@dentons.com
    chris.madden@dentons.com

*Counsel for the Debtors*

Michael J. Barrie (admitted *pro hac vice*)
Gregory Werkheiser (admitted *pro hac vice*)
William Alleman (admitted *pro hac vice*)
BENESCH, FRIEDLANDER, COPLAN, &
ARONOFF LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
Telephone:    (302) 442-7010 Phone
E-mail:    mbarrie@beneschlaw.com
    gwerkheiser@beneschlaw.com
    walleman@beneschlaw.com

-and-

Elliot M. Smith (admitted *pro hac vice*)
BENESCH, FRIEDLANDER, COPLAN, &
ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, OH 44114
Telephone:    (216) 363-4500
E-mail:    esmith@beneschlaw.com

*Counsel for the Debtors*

SEEN AND AGREED TO:

/s/ Michael Myers
Michael Myers
BUCHALTER
55 Second Street, Suite 1700
San Francisco, CA 94105
Telephone:    (415) 227-3530
E-mail:    mmyers@buchalter.com

*Counsel for Oracle America, Inc.*

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Tuesday, August 18, 2020**
**(grs)**