UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| OGGUSA, Inc.[1] | § | Case No. 20-50133-GRS |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |
| | § | Honorable Gregory R. Schaaf |

**OBJECTION AND JOINDER OF MARIMED HEMP, INC. AND MARIMED, INC. TO DEBTORS' MOTION FOR APPROVAL OF GLOBAL SETTLEMENT AGREEMENT AND RELEASE WITH MGG INVESTMENT GROUP LP AND AFFILIATED PARTIES UNDER BANKRUPTCY RULE 9019**

**TO THE HONORABLE GREGORY R. SCHAAF:**

**COMES NOW MARIMED HEMP, INC**. ("MHI"), a creditor and party-in-interest, and **MARIMED, INC.** ("MariMed"), as parties-in-interest (MHI and Marimed are hereafter sometimes collectively referred to as the "MariMed Parties"), in the above-referenced and numbered Chapter 11 case and files this their Objection and Joinder (the "Objection") of Marimed Hemp, Inc. and MariMed Inc., to the Debtors' Disclosure Statement to Debtors' Debtors' Motion for Approval of Global Settlement Agreement And Release With MGG Investment Group LP and Affiliated Parties Under Bankruptcy Rule 9019 and, in support of this Objection and Joinder, would respectfully show the Court as follows:

## JURISDICTION

1.  The Court has jurisdiction of this matter under 28 U.S.C. §157 since this is

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): OGGUSA, Inc. (0251); OGG, Inc. (N/A); and Kentucky Hemp, LLC (0816).

1

an objection to a motion under Rule 9019(a) of the FEDERAL RULES OF BANKRUPTCY PROCEDURE to the approval of a compromise and settlement by the Debtors. This contested matter is a core proceeding under 28 U.S.C. §157(b)(2).

## INTRODUCTION

2. MHI is the holder of the largest unsecured claim against the Debtors having filed it Proof of Claim No. 79 in the amount of $33,592,942.55.

3. MariMed is the largest shareholder of Debtor OGG, Inc. The Debtors have continually asserted before this Court that their respective bankruptcy estates are administratively solvent. As such, MariMed has standing as a party-in-interest to follow this objection and joinder.

4. On July 30, 2020, the Debtors' filed their Debtors' Motion for Approval of Global Settlement Agreement and Release with MGG Investment Group LP and Affiliated Parties Under Bankruptcy Rule 9019 [Dkt. No. 1145] (the "Settlement Motion").

5. On August 17, 2020, the Official Committee of Unsecured Creditors (the "Committee") of OGGUSA, Inc. (f/k/a GenCanna Global USA, Inc.) filed its Committee's Objection to the Debtors' Motion for Approval of Global Settlement Agreement and Release with MGG Investment Group LP and Affiliated Parties Under Bankruptcy Rule 9019 [Dkt. No. 1219] (the Committee's Objection").

## OBJECTION AND JOINDER

6. The MariMed Parties hereby object to the approval of the Settlement Motion and the proposed compromise and settlement with MGG and hereby join in and adopt the responses, objections, arguments and authorities asserted and raised by the

Committee in the Committee's Objection.

7.     The MariMed Parties hereby reserve the right to raise additional objections and responses, and to present additional arguments and authorities, in connection with the hearing on the Settlement Motion.

**WHEREFORE, PREMISES CONSIDERED**, the MariMed Parties hereby request that the Court, upon hearing the presentation of these responses and objections, and hearing the arguments of counsel for the MariMed Parties, the Committee, and other creditors and parties-in-interest, enter its order denying the Settlement Motion and granting to the MariMed Parties such other and further relief, at law or in equity, to which they may show themselves justly entitled.

Respectfully Submitted,

By: /s/ James P. Moon

**JAMES P. MOON**
Texas State Bar No. 14316300
**KAPLAN & MOON, PLLC**
101 Vintage Drive, Suite 100
Red Oak, Texas 75154
(800) 214-0639
(800) 930-7112 (Fax)
Email: *jpmpllc@gmail.com*

**ATTORNEYS FOR MARIMED HEMP, INC.
and MARIMED, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date of the filing of this Objection, this document was served via electronic means to all persons requesting electronic notice in this proceeding under the ECF filing system or, otherwise by electronic mail, or regular, first-class U.S. mail, postage prepaid.

/s/ James P. Moon
JAMES P. MOON