**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| OGGUSA, Inc., *et al.*,[1] | ) | Case No. 20-50133-grs |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Honorable Gregory R. Schaaf |
| | ) | |

**RE-NOTICE OF HEARING ON DEBTORS' MOTION**
**FOR ENTRY OF AN ORDER ENFORCING SALE ORDER**
**AND COMPELLING TURNOVER OF PROPERTY OF THE ESTATE**

PLEASE TAKE NOTICE that the *Debtors Motion for Entry of an Order Enforcing Sale Order and Compelling Turnover of Property of the Estate* [Docket No. 1066] shall come on for hearing before the Court on Thursday, September 17, 2020 at 9:00 am (Eastern Time) before the Honorable Gregory R. Schaaf, at the U.S. Bankruptcy Court for the Eastern District of Kentucky, located at 100 East Vine Street, 2nd Floor Courtroom, Lexington, Kentucky 40507.  The hearing shall be conducted telephonically.  Parties wishing to participate in the telephonic hearing may join using following teleconference information: Teleconference number: (888) 363-4749; Access Code 9735709#.

[*remainder of page intentionally left blank*]

---

[1] The Debtors in these chapter 11 bankruptcy cases are (with the last four digits of their federal tax identification numbers in parentheses): OGGUSA, Inc. (0251); OGG, Inc. (N/A); and Hemp Kentucky, LLC (0816).

Dated: September 10, 2020

Respectfully submitted,

*/s/ James R. Irving*
James R. Irving
April A. Wimberg
Christopher B. Madden
DENTONS BINGHAM GREENEBAUM LLP
3500 PNC Tower
101 South Fifth Street
Louisville, Kentucky 40202
Telephone: (502) 587-3606
Facsimile: (502) 540-2215
E-mail: james.irving@dentons.com
april.wimberg@dentons.com
chris.madden@dentons.com

*Co-Counsel for the Debtors*

Michael J. Barrie (admitted *pro hac vice*)
Jennifer R. Hoover (admitted *pro hac vice*)
BENESCH, FRIEDLANDER, COPLAN, &
ARONOFF LLP
222 Delaware Avenue, Suite 801
Wilmington, Delaware 19801
Telephone: (302) 442-7010
E-mail: mbarrie@beneschlaw.com
jhoover@beneschlaw.com

-and-

Elliot M. Smith (admitted *pro hac vice*)
BENESCH, FRIEDLANDER, COPLAN, &
ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, OH 44114
Telephone: (216) 363-4500
E-mail: esmith@beneschlaw.com

*Counsel for the Debtors*