# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| OGGUSA, Inc.,[1] | Case No. 20-50133-grs |
| Debtors. | (Jointly Administered) |
| | Honorable Gregory R. Schaaf |
| OGGUSA, Inc. f/k/a GENCANNA GLOBAL USA, Inc. | Adv. Proc. No. 20-_____-grs |
| Plaintiff, | |
| v. | |
| GREEN ROADS OF FLORIDA LLC, GWR DISTRIBUTORS LLC, and GREEN ROADS WEST, LLC, | |
| Defendants. | |

## COMPLAINT

OGGUSA, Inc. (f/k/a GenCanna Global USA, Inc.)[2] ("GenCanna" or the "Debtor" and, with OGG, Inc. and Hemp Kentucky, LLC, the "Debtors"), for its Complaint against Green Roads of Florida LLC, GWR Distributors LLC, and Green Roads West, LLC (collectively, "Green Roads," or "Defendants"), alleges as follows:

---

[1] The Debtors in these chapter 11 bankruptcy cases are (with the last four digits of their federal tax identification numbers in parentheses): OGGUSA, Inc. (0251); OGG, Inc. (9524); and Hemp Kentucky, LLC (0816).

[2] On or around July 7, 2020, GenCanna Global USA, Inc. changed its name to OGGUSA, Inc., and subsequently filed a Motion for an Order Approving the Use of a Revised Case Caption that was granted by the Court. (D.I. 1057, 1135).

13959388 v5

## NATURE OF PROCEEDING

1. This is an action to recover accounts receivable. GenCanna delivered goods to Defendants, and Defendants retained those goods but have failed to pay for them.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this Complaint pursuant to 28 U.S.C. §§ 157 and 1334, and pursuant to L.R. 83.12 of the Joint Local Rules of Civil Practice for the United States District Courts for the Eastern and Western Districts of Kentucky.

3. On January 24, 2020, certain creditors of GenCanna filed an involuntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") against GenCanna in the United States Bankruptcy Court for the Eastern District of Kentucky (the "Court"). On February 5, 2020, OGG, Inc. (f/k/a/ GenCanna Global, Inc.) and Hemp Kentucky, LLC each filed a voluntary chapter 11 petition for relief under the Bankruptcy Code. On February 6, 2020, GenCanna consented to the involuntary petition, and an order for relief was entered.

4. This action is a proceeding arising in and/or related to GenCanna's bankruptcy case, jointly administered with the bankruptcy cases of the other Debtors identified in footnote 1 above, which are cases under chapter 11 of the Bankruptcy Code, and which are pending in the Court.

5. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## PARTIES

6. Plaintiff GenCanna is a Delaware corporation with its principal place of business at 4274 Colby Road, Winchester, Kentucky 40391.

7. Defendant Green Roads of Florida LLC is a Florida limited liability company with a principal place of business at 601 Fairway Drive, Deerfield Beach, Florida 33441.

8. Defendant GWR Distributors LLC is a Florida limited liability company with a principal place of business at 601 Fairway Drive, Deerfield Beach, Florida 33441.

9. Defendant Green Roads West, LLC is a Florida limited liability company with a principal place of business at 601 Fairway Drive, Deerfield Beach, Florida 33441.

## RELEVANT FACTUAL BACKGROUND

10. Before the sale of certain of their assets during their bankruptcy proceedings, the Debtors were a vertically-integrated agriculture-technology company that cultivated hemp plants and processed them into products containing hemp-derived substances, such as cannabidiol ("CBD") oils and other hemp-derived cannabinoid products.

11. The Debtors sold whole-plant hemp extracts that were either isolated crystalline cannabinoid CBD or "full-spectrum" (*i.e.*, CBD and a natural balance of cannabinoids, flavonoids, and terpenes). The Debtors made these products available to customers in powders and oils, and they could be prepared in a proprietary water dispersible powder form to support large scale manufacturing needs. The Debtors also offered a suite of packaged, white label products including custom tinctures, capsules, and topical creams for general and specific health-related uses.

12. On or about October 18, 2018, Green Roads submitted to GenCanna a Customer Application Form in the name of Green Roads of Florida. During the course of the relationship between GenCanna and Green Roads, Green Roads was identified as Green Roads of Florida, Green Roads West, and GRW Distributors.[3]

13. In mid-2019, Green Roads placed a number of orders for CBD products.

14. It was GenCanna's general practice to respond to an order from Green Roads by generating a quote for the products ordered. Each quote generated by GenCanna contained standard terms and conditions regarding the sale.

---

[3] Upon review of the Florida Business Entity Search, it appears two letters were inadvertently transposed in GenCanna's system and the proper name for GRW Distributors is "GWR Distributors."

15. Additionally, GenCanna would generate a sales order to facilitate the processing of the order.

16. As the availability of certain products varied based on a number of external and internal factors, an invoice reflecting only the products actually ready for shipment would be produced by GenCanna, and such invoices were issued on the date of shipment.

17. During 2019, all invoices to Green Roads were generated with "Net 10" payment terms, indicating payment due in full no later than 10 days after shipment of the product(s).

18. On or about July 29, 2019, GenCanna issued quote #1223 to Green Roads, in response to Green Road's order of 100 units of .25kg of bundled custom crystalline cannabidiol at a total price of $106,250.00. Also on or about July 29, 2019, GenCanna generated sales order #531 in connection with the order placed by Green Roads reflected in quote #1223. On or about July 30, 2019, GenCanna issued invoice #3843 in the amount of $106,250.00 to Green Roads contemporaneously with the shipment of 100 units of .25 kg of bundled custom crystalline cannabidiol to Green Roads. As only a $25,000.00 payment has been made to date on this invoice, an outstanding balance of $81,250.00 remains related to invoice #3843. *See* documentation related to quote #1223, sales order #531, and invoice #3843, true and correct copies of which are attached hereto as **Exhibit A** and incorporated by reference.

19. On or about July 29, 2019, GenCanna issued quote #1225 to Green Roads, in response to Green Road's order of 100 units of .25kg of bundled custom crystalline cannabidiol at a total price of $106,250.00. On or about July 30, 2019, GenCanna generated sales order #533 in connection with the order placed by Green Roads reflected in quote #1225. Also on or about July 30, 2019, GenCanna issued invoice #3844 in the amount of $106,250.00 to Green Roads contemporaneously with the shipment of 100 units of .25 kg of bundled custom crystalline

cannabidiol to Green Roads. As no payments have been made to date on this invoice, an outstanding balance of $106,250.00 remains related to invoice #3844. *See* documentation related to quote #1225, sales order #533, and invoice #3844, true and correct copies of which are attached hereto as **Exhibit B** and incorporated by reference.

20. On or about July 29, 2019, GenCanna issued quote #1227 to Green Roads, in response to Green Road's order of 100 units of .25kg of bundled custom crystalline cannabidiol at a total price of $106,250.00. On or about July 30, 2019, GenCanna generated sales order #534 in connection with the order placed by Green Roads reflected in quote #1227. Also on or about July 30, 2019, GenCanna issued invoice #3856 in the amount of $106,250.00 to Green Roads contemporaneously with the shipment of 100 units of .25 kg of bundled custom crystalline cannabidiol to Green Roads. As no payments have been made to date on this invoice, an outstanding balance of $106,250.00 remains related to invoice #3856. *See* documentation related to quote #1227, sales order #534, and invoice #3856, true and correct copies of which are attached hereto as **Exhibit C** and incorporated by reference.

21. On or about July 29, 2019, GenCanna issued quote #1228 to Green Roads, in response to Green Road's order of 100 units of .25kg of bundled custom crystalline cannabidiol at a total price of $106,250.00. Also on or about July 29, 2019, GenCanna generated sales order #535 in connection with the order placed by Green Roads reflected in quote #1228. On or about July 31, 2019, GenCanna issued invoice #3859 in the amount of $106,250.00 to Green Roads contemporaneously with the shipment of 100 units of .25 kg of bundled custom crystalline cannabidiol to Green Roads. As no payments have been made to date on this invoice, an outstanding balance of $106,250.00 remains related to invoice #3859. *See* documentation related

to quote #1228, sales order #535, and invoice #3859, true and correct copies of which are attached hereto as **Exhibit D** and incorporated by reference.

      22.    On or about July 29, 2019, GenCanna issued quote #1229 to Green Roads, in response to Green Road's order of 100 units of .25kg of bundled custom crystalline cannabidiol at a total price of $106,250.00. Also on or about July 29, 2019, GenCanna generated sales order #536 in connection with the order placed by Green Roads reflected in quote #1229. On or about July 31, 2019, GenCanna issued invoice #3858 in the amount of $106,250.00 to Green Roads contemporaneously with the shipment of 100 units of .25 kg of bundled custom crystalline cannabidiol to Green Roads. As no payments have been made to date on this invoice, an outstanding balance of $106,250.00 remains related to invoice #3858. *See* documentation related to quote #1229, sales order #536, and invoice #3858, true and correct copies of which are attached hereto as **Exhibit E** and incorporated by reference.

      23.    On or about July 29, 2019, GenCanna issued quote #1230 to Green Roads, in response to Green Road's order of 100 units of .25kg of bundled custom crystalline cannabidiol at a total price of $106,250.00. On or about July 30, 2019, GenCanna generated sales order #537 in connection with the order placed by Green Roads reflected in quote #1230. On or about July 31, 2019, GenCanna issued invoice #3860 in the amount of $106,250.00 to Green Roads contemporaneously with the shipment of 100 units of .25 kg of bundled custom crystalline cannabidiol to Green Roads. As no payments have been made to date on this invoice, an outstanding balance of $106,250.00 remains related to invoice #3860. *See* documentation related to quote #1230, sales order #537, and invoice #3860, true and correct copies of which are attached hereto as **Exhibit F** and incorporated by reference.

24. On or about July 29, 2019, GenCanna issued quote #1231 to Green Roads, in response to Green Road's order of 100 units of .25kg of bundled custom crystalline cannabidiol at a total price of $106,250.00. On or about July 30, 2019, GenCanna generated sales order #530 in connection with the order placed by Green Roads reflected in quote #1231. On or about July 31, 2019, GenCanna issued invoice #3857 in the amount of $106,250.00 to Green Roads contemporaneously with the shipment of 100 units of .25 kg of bundled custom crystalline cannabidiol to Green Roads. As no payments have been made to date on this invoice, an outstanding balance of $106,250.00 remains related to invoice #3857. *See* documentation related to quote #1231, sales order #530, and invoice #3857, true and correct copies of which are attached hereto as **Exhibit G** and incorporated by reference.

25. The aforementioned products under invoices #3843 and #3844 were shipped to Green Roads on or about July 30, 2019.

26. The aforementioned products under invoices #3856, #3857, #3858, #3859, and #3860 were shipped to Green Roads on or about July 31, 2019.

27. Therefore, on or about July 30 and July 31, 2019, GenCanna fully performed its obligations under the quotes and invoices by delivering all of the units of .25 kg of bundled custom crystalline cannabidiol that Green Roads purchased to Green Roads in good condition.

28. Upon delivery or within a reasonable amount of time thereafter, Green Roads did not reject the goods.

29. Green Roads has retained the goods and/or the full benefit derived therefrom.

30. To date, Green Roads has not paid $718,750.00 of the purchase price for the goods that GenCanna sold and delivered to Green Roads.

31. On April 23, 2020, GenCanna sent Green Roads a demand letter demanding payment for amounts due and owing under a number of open invoices for products shipped to or on behalf of Green Roads. A true and correct copy of the Demand Letter is attached hereto as **Exhibit H** and incorporated herein by reference in its entirety.

32. On or about May 15, 2020, counsel for GenCanna received a response to the Demand Letter (the "Response Letter"). The Response Letter did not identify any issues with the quality of the products or delivery of the products by GenCanna. A true and correct copy of the Response Letter is not attached hereto because it purports to be a confidential settlement communication; GenCanna reserves all rights as to the admissibility of the Response Letter in this or any other legal action.

33. The outstanding balance due and owing by Green Roads to GenCanna for the goods purchased by Green Roads is no less than $718,750.00.

## CLAIM FOR RELIEF

### COUNT I - BREACH OF CONTRACT

34. GenCanna incorporates the foregoing paragraphs by reference as if fully stated herein.

35. The quotes, sales orders, and invoices described above are a binding, enforceable contract requiring Green Roads to pay the invoiced purchase price for the goods that GenCanna shipped to Green Roads.

36. GenCanna delivered 700 units of .25 kg bundled custom crystalline cannabidiol to Green Roads as evidenced by, among other things, the invoices attached to this Complaint, and has otherwise satisfied all obligations and conditions to the enforcement of Green Roads'

contractual obligations.. To date, Green Roads has remitted only $25,000.00 to GenCanna on account of these invoices.

37. Green Roads has not paid $718,750.00 of the purchase price.

38. Therefore, Green Roads is in breach of its contractual obligations as set forth in the respective quotes and invoices to GenCanna.

39. GenCanna is damaged in the amount of $718,750.00, plus interest.

## COUNT II – UNJUST ENRICHMENT

40. GenCanna incorporates the foregoing paragraphs by reference as if fully stated herein.

41. GenCanna delivered 700 units of .25 kg bundled custom crystalline cannabidiol to Green Roads as evidenced by, among other things, the invoices attached to this Complaint. To date, Green Roads has remitted only $25,000.00 to GenCanna on account of these invoices.

42. Green Roads benefitted from the receipt of the products delivered by GenCanna to Green Roads.

43. Green Roads has not paid $718,750.00 of the purchase price for the goods that GenCanna delivered to Green Roads.

44. Green Roads' retention of the products without remittance of payment to GenCanna and to GenCanna's detriment violates fundamental principles of justice, equity, and good conscience.

45. Green Roads has been unjustly enriched at GenCanna's expense by retaining the products at issue without payment to GenCanna.

46. As a result, GenCanna is entitled to recover from Green Roads the sum of $718,750.00, plus pre-judgment interest, post-judgment interest, attorneys' fees and costs.

## RESERVATION OF RIGHTS

47. GenCanna explicitly reserves the right to amend the Complaint.

## CONSENT TO JURISDICTION

48. Regardless of whether this proceeding is core, non-core, or otherwise, GenCanna consents to the entry of a final order and judgment by the United States Bankruptcy Court for the Eastern District of Kentucky in this adversary proceeding.

**WHEREFORE**, GenCanna respectfully requests that the Court grant judgment in favor of GenCanna in the amount of $718,750.00, plus interest, costs, and attorneys' fees, and such other and further relief as the Court deems just and proper.

Dated: November 13, 2020

Respectfully submitted,

*/s/ James R. Irving*
James R. Irving
April A. Wimberg
Christopher B. Madden
DENTONS BINGHAM GREENEBAUM LLP
3500 PNC Tower
101 South Fifth Street
Louisville, Kentucky 40202
Telephone:	(502) 587-3606
Facsimile:	(502) 540-2215
E-mail:	james.irving@dentons.com
	april.wimberg@dentons.com
	chris.madden@dentons.com

Michael J. Barrie
William M. Alleman, Jr.
Noelle B. Torrice
BENESCH, FRIEDLANDER, COPLAN, & ARONOFF LLP
1313 N. Market Street, Suite 1201
Wilmington, DE 19801
Telephone:	(302) 442-7010
E-mail:	mbarrie@beneschlaw.com
	walleman@beneschlaw.com
	ntorrice@beneschlaw.com

*Counsel to the Debtors*