**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
Lexington Division

In re:

OGGUSA, Inc., *et al.*,[1]

Debtors.

Case No. 20-50133
Chapter 11

Jointly Administered

**Third Agreed Order Extending Deadline and**
**Scheduling Hearing on Final Fee Application**

Oxford Restructuring Advisors LLC solely in its capacity as Plan Administrator to the GenCanna Wind-Down Trust (the "***Plan Administrator***") and Huron Consulting Services LLC ("***Huron***" and, together with the Plan Administrator, the "***Parties***"), both by and through their counsel, hereby agree and state as follows:

1.      On January 15, 2021 Huron filed its *Final Fee Application of Huron Consulting Services LLC as Restructuring Advisor to the Debtors for Final Allowance of Fees Earned and Expenses Incurred During the Period from February 6, 2020 Through and Including December 1, 2020* (Doc. 1637; the "***Fee Application***"). The Fee Application set a hearing date of February 18, 2021.

2.      On February 1, 2021 the Plan Administrator filed its *Preliminary Objection* to the Fee Application (Doc. 1654; the "***Objection***").

---

[1] The Debtors in these chapter 11 bankruptcy cases are (with the last four digits of their federal tax identification numbers in parentheses): OGGUSA, Inc. (f/k/a GenCanna Global USA, Inc.) (0251); OGG, Inc. (f/k/a GenCanna Global, Inc.) (N/A); and Hemp Kentucky LLC (0816).

3. The original deadline for Huron to reply to the Objection was February 17, 2021.

4. Following the filing of the Objection, the Parties commenced good faith settlement discussions designed to resolve some or all of the issues raised in the Objection and proposed to devote additional time to such discussions. Accordingly, in order to facilitate such discussions, on February 12, 2021 the Parties entered into an *Agreed Order Extending Deadline and Scheduling Hearing on Final Fee Application* (the "**First Agreed Order**"). Pursuant to the First Agreed Order, the Parties agreed to extend the deadline for Huron to reply to the Objection to March 15, 2021 and agreed to continue the hearing on the Fee Application to March 18, 2021.

5. The Court approved the First Agreed Order on February 16, 2021. *See* Doc. 1669.

6. Following entry of the First Agreed Order, the Parties (i) continued their settlement discussions concerning the Fee Application and the issues raised in the Objection and (ii) cooperated with each other in connection with the Plan Administrator's investigation of certain possible "Retained Causes of Action"[2] against Huron and the "Lookback D&O's"

---

[2] Terms in quotation marks that are not defined herein have the meanings given to them in the *Debtors' Second Amended Joint Plan of Liquidation (with Modifications)* dated November 6, 2020 (Doc. 1496; the "**Plan**").

employed by Huron that were alluded to in the Objection (the "**_Investigation_**").

7. In order to allow the Plan Administrator and its counsel sufficient time to complete the Investigation, on March 17, 2021 the Parties entered into a *Second Agreed Order Extending Deadline and Scheduling Hearing on Final Fee Application* (the "**Second Agreed Order**"). Pursuant to the Second Agreed Order, the Parties agreed to extend the deadline for Huron to reply to the Objection to April 19, 2021, to continue the hearing on the Fee Application to April 22, 2021, and to an extension of the "Lookback D&O Action Deadline" to April 28, 2021.

8. The Court approved the Second Agreed Order on March 17, 2021. *See* Doc. 1699.

9. At this time the Parties remain engaged in settlement discussions and informal discovery and desire a further four-week extension of each of the dates and deadlines referred to above in the second sentence of paragraph 7.

Therefore, based on the above, the Court hereby ORDERS AS FOLLOWS:

10. The deadline for Huron to reply to the Objection is extended to May 17, 2021.

11. The hearing on the Fee Application (and the Objection, if not resolved by the Parties) is continued to May 20, 2021 at 9:00 a.m. in the U.S.

Bankruptcy Court, Community Trust Building, 100 East Vine Street, 2nd Floor Courtroom, Lexington, KY 40507.  The hearing will occur telephonically.  Parties wishing to participate in the hearing shall call (888) 363-4749; Access Code 9735709# at least ten minutes before the hearing. Parties shall refer to https://www.kyeb.uscourts.gov/telephonic-hearing-instruction for additional telephonic court instructions.

12. Pursuant to the Parties' agreement evidenced by this Agreed Order, the Lookback D&O Action Deadline with respect to the Lookback D&O's employed by Huron is extended to May 26, 2021.

13. Nothing in this Order shall prejudice the Parties' rights to request or agree to further extensions or continuances of the dates and deadlines (or any of them) set forth herein.

[End of Order]

Have Seen and Agree:

**Oxford Restructuring Advisors LLC, solely in its capacity as the Plan Administrator of the GenCanna Wind-Down Trust**

By: /s/ John W. Guzzardo

Aaron L. Hammer (admitted pro hac vice)
John W. Guzzardo (admitted pro hac vice)
Nathan E. Delman (admitted pro hac vice)
Counsel for Oxford Restructuring Advisors, LLC (as the Trustee)
Horwood Marcus & Berk Chartered
500 West Madison Street, Suite 3700
Chicago, Illinois 60661 (312) 606-3200

**Huron Consulting Services LLC and the Lookback D&O's employed by Huron**

By: /s/ David B. Levant

David B. Levant
Counsel for Huron Consulting Services LLC
Stoel Rives LLP
600 University St., Suite 3600
Seattle, WA 98101
Telephone: (208) 387-4213
Email: david.levant@stoel.com